## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| Reddy Vijay Annappareddy, | C/A No. 1:18-cv-03012-JFA |
| Plaintiff, | |
| vs. | **ORDER OF JUDGMENT** |
| Maura Lating, *et al*., | |
| Defendants. | |

This action came before the court for a hearing on numerous dispositive motions with Honorable Joseph F. Anderson, Jr., United States District Judge, presiding. Thereafter, the court granted defendants Maura Lating, Robert Mosely, James P. Ryan, Sandra Wilkinson and Steven Capobianco's motions to dismiss in full via order dated October 18, 2019. (ECF No. 106). Therefore, judgment is entered in favor of defendants Maura Lating, Robert Mosley, James P. Ryan, Sandra Wilkinson, and Steven Capobianco against Plaintiff.

In accordance with Federal Rules of Civil Procedure 54(b) and 58, **IT IS ORDERED AND ADJUDGED** that plaintiff Reddy Vijay Annappareddy shall recover nothing from defendants Maura Lating, Robert Mosely, James P. Ryan, Sandra Wilkinson and Steven Capobianco and the Amended Complaint as to these defendants is dismissed with prejudice.

IT IS SO ORDERED.

December 2, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge