IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

REDDY VIJAY ANNAPPAREDDY,  *

    *Plaintiff*,  *

v.  *  No. 1:18-cv-03012-JFA

THE UNITED STATES OF AMERICA, ET AL.,  *

    *Defendants*.  *

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL

The State of Maryland, by its undersigned counsel, files this Motion to Extend Time to Respond to Motion to Compel, respectfully requesting that this Honorable Court extend the deadline to respond to September 9, 2021, and for reasons states:

1. On August 17, 2021, Plaintiff filed his Motion to Compel relating to the subpoena issued to The State of Maryland.

2. The response of the State of Maryland is due on August 31, 2021.

3. Undersigned counsel for the State of Maryland will be on leave for vacation and religious holiday observance from August 23 through September 7, 2021.

4. From most of her vacation, counsel will be traveling in national parks—internet connections are unreliable.

5. Plaintiff's counsel advised that they do not oppose this request for an extension to September 9 of the State of Maryland's deadline to respond to the motion to compel.

WHEREFORE, the State of Maryland respectfully requests that this Honorable Court grant its motion and extend the deadline to respond to the Motion to Compel to September 9, 2021.

                          Respectfully submitted,

                          BRIAN E. FROSH
                          Attorney General of Maryland

                          /s/ Wendy L. Shiff
                          _____
                          WENDY L. SHIFF
                          Federal Bar No. 09076
                          Assistant Attorney General
                          Office of the Attorney General
                          200 Saint Paul Place, 20th Floor
                          Baltimore, Maryland  21202
                          wshiff@oag.state.md.us
                          (410) 576-6996
                          (410) 576-6955 (facsimile)

August 19, 2021                Attorneys for The State of Maryland

**CERTIFICATE OF SERVICE**

I certify that, on this 19th day of August, 2021 the foregoing was served by CM/ECF on all registered CMF users.

                          /s/ Wendy L. Shiff
                          _____
                          Wendy L. Shiff