IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REDDY VIJAY ANNAPPAREDDY,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:18-cv-03012 |
| **MAURA LATING,** *et al.*, | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## THE UNITED STATES OF AMERICA'S MOTION TO SEAL

The United States of America, by its undersigned attorneys, moves to seal Exhibits 29 and 30 attached to its Reply Brief in support of its Motion to Dismiss and for Summary Judgment. Those three exhibits are compilations of the investigatory files created by the various law enforcement entities in this case. The exhibits are replete with patient-identifying information, including patient names, dates of birth, social security numbers, and diagnoses, as well as patient billing records, photographs of prescriptions, and other photographs of evidence that identifies the patient. The documents also include witness interview reports which provide personal identifying information of multiple witnesses.

Respectfully submitted,

Erek L. Barron
United States Attorney

*/s/Matthew Phelps*
Molissa H. Farber, No. 802255
Matthew P. Phelps, No. 17933
Assistant U.S. Attorneys
U.S. Attorney's Office
District of Maryland

36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4800