___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

8:43 am, Jun 20 2023
AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REDDY VIJAY ANNAPPAREDDY** | * | |
| vs. | * | Case No.   JFA-18-cv-03012 |
| **MAURA LATING, et al.** | * | |

******

## ORDER

This matter coming before the Court for the tenth day of a bench trial on this 16th day of June 2023, it is hereby

**ORDERED**,

That Court's Exhibit #1 – to wit, a flash drive containing audio recordings between Lisa Ridolfi and Plaintiff in this case – is to be retained by the Clerk's Office and made part of the record.

IT IS SO ORDERED.

June 16, 2023
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge