```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3   REDDY VIJAY ANNAPPAREDDY          )
                                       )Trial Day 2
 4         Plaintiff,                  )
                                       )Civil No.
 5         vs.                         )18-cv-3012-JFA
                                       )
 6   PAM ARNOLD, ET AL.                )Baltimore, Maryland
                                       )June 1, 2023
 7         Defendants.                 )9:30 a.m.
     _____    )

 8

 9              THE ABOVE-ENTITLED MATTER CONTINUED
                        FOR BENCH TRIAL
10        BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.

11                   A P P E A R A N C E S

12
     On Behalf of the Plaintiff:
13        JOSHUA D. GREENBERG, ESQUIRE
          KOBIE FLOWERS, ESQUIRE
14
     On Behalf of the Defendant United States of America:
15        MATTHEW P. PHELPS, ESQUIRE
          MOLISSA H. FARBER, ESQUIRE
16        LAWRENCE EISER, ESQUIRE

17   Also Present:
          Reddy Vijay Annappareddy
18        Keegan Miller, Law Clerk

19

20

21

22        (Computer-aided transcription of stenotype notes)

23                      Reported by:
                  Ronda J. Thomas, RMR, CRR
24                Federal Official Reporter
              101 W. Lombard Street, 4th Floor
25                Baltimore, Maryland 21201
```

<pre>
 1                            <u>INDEX</u>

 2                         <u>June 1, 2023</u>

 3
    <u>PLAINTIFF'S WITNESSES:</u>                    <u>PAGE:</u>
 4

 5  Maura Lating (cont.)

 6     Direct by Mr. Greenberg (cont.)          7
       Cross by Mr. Eiser                     155
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
</pre>

```
 1    (9:30 a.m.)

 2              THE COURT:  Good morning.  Please be seated.

 3         (All Counsel - "Good morning, Your Honor.")

 4              THE COURT:  Two things before we begin.  We will need

 5    to hold court on Friday of each week of trial.  The Government

 6    is spending a lot of money to bring my law clerk and I up here

 7    and house us and all, and we need to maximize our time while

 8    we're in Baltimore.  So plan on being here this Friday and next

 9    week.  Also, if we're able to meet the 30 hours per party in

10    position I put in place, we should be able to finish by Friday,

11    the 16th of June.  We have a flight to go back that Friday late

12    in the afternoon, actually, very late.  And then the following

13    Monday is Juneteenth, a federal holiday, and the week after

14    that is the 4th of July.  So if we don't finish by the 16th,

15    and I don't see any reason why we can't, we won't come right

16    back the next week.  We'll probably have to flip over until

17    after the 4th of July, sometime in mid- to late-July, to finish

18    whatever needs to be done.  I just tell you that for planning

19    purposes.

20         All right.  Second, on the matter we bogged down on

21    yesterday.  I don't think we have too much of a disagreement,

22    it's more a matter of nomenclature than anything else, I

23    believe.

24         First of all, I understand you probably want to brief

25    this, but let me just lay it out the way I see it at this
```

 1  point.  When a federal agent, investigative agent, writes a
 2  report, that report qualifies as a public record.
 3       For example, an agent goes to a pharmacy and writes a
 4  report saying, "I saw bins of pharmaceutical containers in the
 5  hallway," and puts that in a written report, well, that report
 6  is hearsay, it's an out-of-court statement in writing offered
 7  for the truth.  But it's a public record, and it comes in to
 8  show that that agent saw what he saw and put in his official
 9  report.
10       The problem comes in is if the report quotes a
11  third-party, and that gets us into a second level of hearsay,
12  and that quote from a third-party witness, so to speak, cannot
13  come in for its truth unless it also meets a hearsay exception.
14  For example, if the agent writing the report quotes a witness
15  who made an excited utterance, it may come in as excited
16  utterance, probably not in this case, but that's just an
17  example.
18       So most of the time, the report that quotes a third party
19  is not going to come in for the truth of the matter asserted by
20  the third party, unless it meets the hearsay exception.
21       And I think, Mr. Greenberg, you were concerned about that
22  fact yesterday, and I want to make it clear.  To the extent the
23  report quotes a witness, the statement by the witness does not
24  come in for its truth because it's hearsay.  But it could come
25  in for its truth if it meets the hearsay exception, which

 1   probably won't happen here.

 2        Also, it can come in to show the effect of the words on

 3   the listener or what the parties have commonly referred to as a

 4   subjective intent of the mental state or the effect of the

 5   words on the listener.  And it can be important for that in

 6   terms of whether the agent had reason to believe what these two

 7   whistleblowers told them or had reasons to suspect what the

 8   whistleblowers told them.  As I said yesterday, it might come

 9   in possibly on the subsidiary question of malice, because to

10   prove malicious prosecution, the Plaintiff has to show an

11   absence of probable cause and also malice.  To the extent the

12   agents heard statements from other people that they interviewed

13   that did not go into the Lating affidavit, but nevertheless

14   were in the mind of the investigating agent, it might go to

15   negate a showing of malice.  And we can thrash that all that

16   out and argue it after the evidence is in, but I don't see any

17   reason for us now to bog down on that.

18        My law clerk, said, Mr. Greenberg, you want to brief the

19   issue, I'd be glad to receive a brief, but we don't need to

20   decide it today, is what I'm saying.  All right.

21             **MR. GREENBERG:**  Understood, Your Honor.  Thank you.

22             **MR. PHELPS:**  Your Honor, I did spend some time doing

23   legal research.  *United States v. DeQuasie* 373 F.3d. 509.  It's

24   a published Fourth Circuit opinion.  And the Fourth Circuit

25   said:  It is well settled that probable cause may be founded

1    upon hearsay and information received from informants, and it

2    cites *Franks*.

3            THE COURT:  I understand that.  I think the problem is

4    some of these statements, some of these reports quoting

5    witnesses were not included in the Lating affidavit.  And I

6    think that's where we have a little issue to deal with here.

7    What did they come in for if they did not go on the Lating

8    affidavit?  I don't think we have a big disagreement here.  We

9    can thrash this out after the evidence is all in.

10           So with that, let's put the witness back on the stand and

11   resume the questioning.

12           Start the clock.

13           MR. GREENBERG:  Thank you, Your Honor.  Reddy

14   Annappareddy calls Maura Lating back to the stand.

15           THE CLERK:  Please raise your right hand.

16       (Witness sworn.)

17           THE CLERK:  You may be seated.

18           THE WITNESS:  Thank you.

19           THE CLERK:  For the record, ma'am, could you please

20   restate your name.

21           THE WITNESS:  Yes.  My name is M-A-U-R-A, J, Lating,

22   L-A-T-I-N-G.

23           THE CLERK:  Thank you.

24           THE WITNESS:  Thank you.

25                              - - -

```
 1                    DIRECT EXAMINATION (CONT.)

 2                              - - -

 3   BY MR. GREENBERG:

 4   Q.   Good morning, Ms. Lating.

 5   A.   Good morning, Mr. Greenberg.

 6   Q.   To follow up on a point that we were talking about near

 7   the end of the day yesterday, you agree that there was no

 8   undercover operation attempted at CareMerica, right?

 9   A.   No, there wasn't.

10   Q.   So the answer is "yes"?

11   A.   Yes.

12   Q.   Please turn to Tab 47 in your Plaintiff's exhibit binder.

13   This is an email chain starting --

14   A.   This is the one that has a label?

15   Q.   It's the one without a label, I believe.

16   A.   Forty-seven.  Okay.

17   Q.   Tab 47.  I'll focus your attention on the email --

18   A.   Yes.  Oh, I'm sorry.  I'm in the wrong one.

19        Okay.

20   Q.   Are you at Tab 47?

21   A.   Yes.

22   Q.   You see that there's an email from Pam Arnold to a number

23   of folks, including you and Robert Mosley, May 31st, 2013,

24   2:17 p.m.?

25   A.   Yes.
```

1  Q.    And the subject is "Paid Claims CareMerica"?

2  A.    Yes.

3  Q.    And Ms. Arnold wrote, in the first sentence, "I have

4  looked at the data for CareMerica, and between December 11,

5  2012, and May 1st, 2013, CareMerica has been paid over

6  $1.9 million by Medicaid."  Right?

7  A.    Yes.

8  Q.    And it goes on to say, quote, "The top billed drug is

9  Atripla-$517,284.55.  That one medication is 25 percent of

10  their billings/payments, exclamation point," end quote.  Right?

11  A.    Yes.

12  Q.    And then Ms. Arnold went to say, quote, "The next highest

13  bill/payment is Truvada-$426,986.07.  Another 25 percent, give

14  or take."  Right?

15  A.    That's what it says.

16  Q.    Then Ms. Arnold says, "So 50 percent of the

17  billing/payments are for these two drugs."  Right?

18  A.    That's what it says, yes.

19  Q.    And both of those were HIV drugs, right?

20  A.    Yes.

21  Q.    And do you recall that Laurie Gutberlet did a paid claims

22  analysis in a memo dated August 6th, 2012?

23  A.    I don't recall that.

24  Q.    Okay.  Let's turn to -- just briefly, let's turn to

25  Plaintiff's Exhibit 14.  If you could, please, turn to page --

1  that's not the right one, sorry.  No, it is the right one.

2      Tab 14, that memo of Ms. Gutberlet paid claims analysis.

3  And you turn to Page 7, please.  I'm sorry.  To be clear,

4  Page 7 of the memo, not ECF number.

5  **A.**  Okay.  Yes.

6  **Q.**  And you see how there's a Table 6 there?

7  **A.**  Yes.

8  **Q.**  It's "Top 20 drugs billed by Pharmacare by dollar amount

9  through June 12, 2012"?

10  **A.**  Yes.

11  **Q.**  And you, as you testified yesterday, reviewed all of

12  Ms. Gutberlet's emails and memos and other communications

13  carefully, right?

14  **A.**  Yes.

15  **Q.**  So you knew that Ms. Gutberlet had found that through

16  June 12th, 2012, over a year before you presented the Lating

17  affidavit on July 23rd, 2013, the two top drugs for Pharmacare,

18  by far, were Atripla and Truvada, right?

19  **A.**  Based on this table, yes.

20  **Q.**  And, in fact, those two drugs -- no other drug in this

21  table is more than a million dollars, right?

22  **A.**  Correct.

23  **Q.**  And Atripla and Truvada together add up to over

24  $6.6 million, right?

25  **A.**  Yes.

1  Q.    And if you go back to Plaintiff's Exhibit 47 -- let me ask

2  you one more question.

3      You know that -- we've talked about it yesterday, but just

4  to kind of link this.  The analysis that Ms. Gutberlet did,

5  because it was through June 12th, 2012, was about six months

6  before CareMerica opened, right?

7  A.    Correct.

8  Q.    So let's go back to Plaintiff's Exhibit 47, please.

9  A.    Yes.

10 Q.    So after CareMerica opened, this is, you know, I guess

11 around five and a half months, ballpark, after CareMerica

12 opened, there's the same pattern; Atripla and Truvada are far

13 and away the two most billed drugs to Maryland Medicaid, right,

14 at CareMerica?

15 A.    Yes.  Yeah.  Yes.

16 Q.    And that was something that stood out to you, right?

17 A.    Stood -- I may be copied on these emails, but Robert

18 Mosley, Pam Arnold, Laurie Gutberlet, they were the numbers

19 person on this case.  So yes, I was copied on these emails.

20 I'm reading it now.  I don't recall my impression of it when I

21 read it back in 2013, but that's all I've got to say.

22 Q.    Is it your testimony that an email saying that two HIV

23 drugs made up about 50 percent of the Medicaid billings to

24 CareMerica didn't stand out to you back then?

25 A.    I don't recall my impression of this email back then or

 1   even now reading it.

 2   Q.   Okay.  But it's kind of obvious that if two drugs at a new

 3   specialty pharmacy make up about 50 percent of their Medicaid

 4   billings, that's a pretty important fact, right?

 5              MR. EISER:  Objection, asked and answered twice now.

 6              THE COURT:  I'm sorry?  Asked and answered?

 7              MR. EISER:  Yes.

 8              THE COURT:  I do believe you've covered that.

 9   BY MR. GREENBERG:

10   Q.   All right, Ms. Lating.  Now, under the paragraph that

11   included the exclamation point for Atripla and then the

12   50 percent figure, the next sentence under that paragraph says,

13   "The next medication that would include in the analysis is

14   Reyataz, $161,871.81, and Kaletra, $68,137.26."  Right?

15   A.   That's what it says.

16   Q.   And those are both HIV drugs, right?

17   A.   I don't recall.  I don't recall.

18   Q.   Well, at the time, you knew which were HIV drugs, right?

19   A.   I would have known, yes.  I don't -- I can't say for sure

20   today what they are.

21   Q.   Right.

22        But during the Pharmacare investigation, as the leader of

23   the team, you knew what were the HIV drugs, right?

24   A.   I knew what the analysis was going to involve, which was

25   what was referred to as Med-4s, HIV, antipsychotic, cancer

 1 | drugs, and hepatitis C drugs.

 2 | **Q.**   Well, let's --

 3 | **A.**   These drugs would have been one of what was referred to as

 4 | Med-4s by Pharmacare.

 5 | **Q.**   So let's talk about that.  You testified yesterday that

 6 | CareMerica took over the overwhelming majority of Med-4s after

 7 | open, right?

 8 | **A.**   The newly opened CareMerica at Old Emmorton, yes.

 9 | **Q.**   So from sometime in September 2012 onward, CareMerica

10 | handled the overwhelming majority of Med-4s, right?

11 | **A.**   My recollection really started in January of 2013, the

12 | Med-4 billings.  The last one done was December 31st, 2012, at

13 | Plumtree, and then it officially transferred over to

14 | Old Emmorton.

15 | **Q.**   Okay.  Well, yesterday you testified it was December 2012,

16 | but regardless of what it exactly was, you agree that whenever

17 | CareMerica newly opened, it took over the overwhelmed majority

18 | of Med-4s, correct?

19 | **A.**   Correct.  CareMerica reopened in December 2012.

20 | **Q.**   Ms. Lating, we covered this yesterday.

21 | **A.**   Okay.

22 | **Q.**   It didn't reopen.

23 | **A.**   Okay.

24 | **Q.**   You agree it was a new specialty pharmacy, closed-door

25 | pharmacy?

1   **A.**   Correct.

2   **Q.**   And you testified that it's inaccurate to say it was

3   reopened.  We covered this yesterday.

4   **A.**   No, what I testified to --

5   **Q.**   Ms. Lating --

6   **A.**   -- I agree it reopened in December 12th, 2012, and that

7   the Med-4 billings were going to transfer over to the new

8   location.

9   **Q.**   I don't want to spend a lot of time on this.  But you

10  testified unambiguously yesterday that it was a new closed-door

11  pharmacy that opened in December 2012 at Target location number

12  3 called CareMerica or after the previous pharmacy shut down

13  from your modeling --

14          **THE REPORTER:**  I'm sorry, Counsel, you're going to

15  have to restate that question.

16  **BY MR. GREENBERG:**

17  **Q.**   You testified unambiguously yesterday, Ms. Lating, that a

18  new closed-door specialty pharmacy named CareMerica opened at

19  target location number 3 in December 2012.  Are you recanting

20  your testimony?

21          **MR. EISER:**  Objection.  Argumentative.

22          **THE COURT:**  Overruled.

23          **THE WITNESS:**  I'm saying I agree with you, and I

24  testified correctly yesterday that it did reopen in December of

25  2012.  What I'm saying is, I know for a fact that there were

1  Med-4 billings done December 31st, 2012, at Plumtree.  So there

2  could have been some done also in December 2012 at

3  Old Emmorton.  What I'm saying is, I agree with you.  It was

4  reopened, remodeled location on December 12th, 2012.

5  Q.   So yesterday you said -- you testified under oath that it

6  would be inaccurate to say that it reopened at that location;

7  are you recanting that testimony?

8  A.   Sir, I just agreed with you.  And I testified correctly

9  yesterday.  I agree with you.  Old Emmorton, under the new

10 name, CareMerica, was opened mid-December 2012.  I totally

11 agree with you.

12     What we're referring to, were there billings still going

13 on Plumtree late 2012, Med-4 billings?  Yes, there were.

14 Q.   Okay.  So, I mean, just so we're clear, you agree that

15 CareMerica took over the overwhelming majority of Med-4s

16 whenever it opened, right?  Or soon thereafter.

17 A.   I would be comfortable saying soon thereafter.

18 Q.   All right.  Now, let's look the last sense, on Plaintiff's

19 Exhibit 47.  It's talking about CareMerica, and it says, quote,

20 "There are no billings for Seroquel, Invega, Geodon, Lidoderm,

21 Lexapro, Suboxone or Zyprexa."

22     Now, you knew, at least in 2013 -- you probably remember

23 today, because you remembered the address of Old Emmorton, when

24 it closed in early January 2012, yesterday -- Seroquel is a

25 psychiatric drug, right?

```
 1  A.    Yes.
 2  Q.    And Invega is a psychiatric drug, right?
 3  A.    I do recall that.
 4  Q.    Geodon is a psychiatric drug, right?
 5  A.    I don't recall that.
 6  Q.    Okay.  But you know it's not an HIV drug, right?
 7  A.    It's not an HIV drug.
 8  Q.    And you know it's not a hepatitis C drug?
 9  A.    I don't -- I'm not really -- you know, back then, I
10  probably would have been more familiar with the nature of all
11  these drugs.
12  Q.    Okay.
13  A.    Just from --
14  Q.    And Lidoderm, you know that's a mild painkiller, right?
15  A.    Pain.
16  Q.    And Lexapro is a psychiatric drug, right?
17  A.    Yes.
18  Q.    And Suboxone is for -- I think for addiction, right?
19  A.    Yes.  Drug addiction.
20  Q.    And last one, Zyprexa, is an antipsychotic, right?
21  A.    That one, I don't know.  I'm not recalling that today.
22  Q.    All right.  Well, this sentence is showing no billings at
23  CareMerica for those drugs we just went through, right?
24  A.    That's what Pam Arnold is saying in this email, correct.
25  Q.    Okay.  Let's move to a somewhat different, but related,
```

1    topic, and that's the issue of an ongoing scheme being needed

2    for probable cause.

3         You agree that to have probable cause to search a

4    particular location, there has to be an ongoing scheme or

5    ongoing crime at that location, right?

6    A.   Yes.  Or reason to believe that there's evidence of the

7    crime still at that location.

8    Q.   And there has to be an ongoing crime, right?

9    A.   Ongoing crime.  But also, that I have reason to believe

10   that there's evidence maintained at a location that I want to

11   search.

12   Q.   And the evidence, with respect to CareMerica, consisted

13   of -- primarily of statements by Dennis Tokofsky, right?

14   A.   Are we referring -- are we referring to Old Emmorton, the

15   physical location, or the name CareMerica, formerly known as

16   Pharmacare?

17   Q.   Well, that's why I think it's important to stick to your

18   testimony yesterday, which was accurate, that it was a new

19   specialty pharmacy called CareMerica at that location.

20   A.   I'm sorry.  Could you rephrase the question.

21   Q.   All right.  Let me sort of try to get at this differently.

22   A.   Okay.

23   Q.   You knew that Pharmacare's computer systems from one store

24   to the other were not linked, right?

25   A.   I knew -- right, the computer system is not linked --

1   Q.   Each store --

2   A.   -- is not networked.

3   Q.   Sorry, I didn't mean to interrupt you.

4        Each store had a separate computer system, and they

5   weren't connected, right?

6   A.   Correct.

7   Q.   So when Old Emmorton shut down for remodeling in early

8   January 2012, that computer system was no longer operating,

9   right?

10  A.   Well, it was shut down, correct.

11  Q.   Okay.  And then the Med-4s, as you testified yesterday,

12  had been transferred to Plumtree in February 2011, right?

13  A.   Yes.

14  Q.   And so -- so the computers at Plumtree stayed at Plumtree,

15  right?  They didn't get moved anywhere, and they were never

16  linked, right?

17  A.   Right.  That's correct.

18  Q.   Okay.  So when CareMerica opened in December 2012 or

19  January 2013, as a new specialty pharmacy, you had a new

20  computer system that was isolated by itself, right?

21  A.   I disagree.

22  Q.   Well, you testified, like, 30 seconds ago that every store

23  had its own computer system, right?

24  A.   I would feel more comfortable if you wouldn't refer to it

25  as CareMerica, and use the address that I was doing a search

1   warrant for, which was 2227 Old Emmorton Road, Suite 120 and

2   Suite 122.  Whether it was called CareMerica or Pharmacare, the

3   location was what I was searching, not the name CareMerica,

4   just to clarify what you're asking me.

5   Q.   All right.  Well -- so, respectfully, Ms. Lating, we're

6   not going to do that because you testified that CareMerica was

7   a new closed-door specialty pharmacy that you agree is

8   fundamentally different from a retail pharmacy.  We're not

9   going to blend them the way you did in the affidavit.  Okay.

10      I'm asking you about CareMerica that opened December 2012

11  or January 2013.  You knew it had its own new computer system,

12  right?

13          MR. EISER:  Objection, argumentative, compound.

14          THE COURT:  Well, break it up into separate questions.

15          MR. GREENBERG:  All right, Your Honor.

16  BY MR. GREENBERG:

17  Q.   Ms. Lating, we're going to talk about CareMerica, because

18  you testified, today and yesterday, that was a new closed-door

19  specialty pharmacy, right?

20  A.   Yes.

21  Q.   And as a new closed-door specialty pharmacy, it had its

22  own computer system, right?

23  A.   Yes.

24  Q.   And that was not linked to any other Pharmacare store,

25  right?

1  A.    Correct.

2  Q.    So we've talked about the computer systems.

3        You agree that MEDIC 1495, because it ended its date range

4  in October 2012, that was before CareMerica opened, right?

5  A.    Before -- correct, correct.

6  Q.    So MEDIC 1495 couldn't have given you probable cause for

7  CareMerica, right?

8  A.    MEDIC -- you do understand that there was billing at that

9  location pre-February 2011 under Pharmacare?

10 Q.    You're talking -- you're referring to the Old Emmorton

11 store that shut down early in January 2012?

12 A.    Right.  The same location when it became CareMerica.

13 Q.    Okay.

14       So I'm trying to clarify that -- I mean, you agree that

15 MEDIC 1495 did not cover the CareMerica specialty pharmacy

16 because it didn't exist as of October 2012, which is the end

17 date, right?

18 A.    Right.

19 Q.    Okay.  And so your statements in your affidavit about

20 target location number 3 were based mainly on Dennis Tokofsky,

21 right?

22 A.    No.

23 Q.    You were relying on the fact that there was an

24 Old Emmorton store there about a year and a half before the

25 search warrants?

```
 1  A.    Yes.

 2  Q.    You understand what stale evidence is, right?

 3  A.    Yes, I do.

 4  Q.    And you understand that stale evidence cannot support

 5  probable cause, right?

 6  A.    Stale evidence --

 7  Q.    It's a "yes" or "no" question.

 8  A.    No, I wouldn't use stale evidence in a affidavit.

 9  Q.    And you were trained not to do that by the FBI, weren't

10  you?

11  A.    If you can point out stale evidence in my affidavit,

12  please refer to it.

13  Q.    Ms. Lating, I would ask you please just answer my

14  questions.

15        You were trained by the FBI on what is stale evidence,

16  weren't you?

17  A.    Yes, I was.

18  Q.    And you would not want to use stale evidence in an

19  affidavit, right?

20  A.    I wouldn't want to use stale evidence in an affidavit.

21  Q.    And Dennis Tokofsky, you knew that he reported an incident

22  in January 2012 where he saw prescriptions from 2011, right?

23  A.    Yes.

24  Q.    In 2011, those prescriptions were for roughly two years or

25  more before you presented your affidavit, right?
```

1    A.    Yes.

2    Q.    I just want to come back to the point about an ongoing

3    scheme.  You understood as of when you worked in the Lating

4    affidavit -- which, by the way, you started that in early

5    March 2013, right?

6    A.    No, sir.

7    Q.    Well -- okay.  You started an affidavit that was initially

8    for Google emails, right?

9    A.    No, sir.

10   Q.    No, sir?  Okay.

11        You did start working on an affidavit of some kind for the

12   Pharmacare matter in March 2013, right?

13   A.    It was earlier than that.

14   Q.    It was what?

15   A.    It was earlier than that.

16   Q.    Oh, okay.  All right.  So how much earlier?

17   A.    I received a binder of the Medicaid reports January 2013.

18   I would say early February, I started drafting an affidavit.

19   Not real clear if we were going to do email and location search

20   warrants, which came -- which one we were going to do first.

21   So my affidavit that I was drafting was in a way that it could

22   be tweaked to do the email search warrants first or -- and then

23   we can amend it for the location.  So February 2013 I really

24   started putting it all together after I reviewed all the

25   reports.

```
 1  Q.   Ms. Lating, thank you for clarifying that.  I appreciate
 2  that.
 3       So overall, you worked on the Lating affidavit in some
 4  form, whether it was called a search warrant affidavit for
 5  locations or just an affidavit, for at least five months?
 6  A.   Five months before what?
 7  Q.   Okay.  So you presented the Lating affidavit on July 23rd,
 8  2013, right?
 9  A.   Correct.
10  Q.   And you testified you started working on an affidavit in
11  February of 2013.
12  A.   Correct.
13  Q.   So that's more than five months, right?
14  A.   I did the email search warrant first in May 2013, so it's
15  less than --
16  Q.   I understand.
17       But you recall that you -- you know, you ended up copying
18  and pasting the Google search warrant affidavit into what
19  became the location affidavit, right?
20  A.   And adding paragraphs.
21  Q.   Right.
22  A.   Yes.
23  Q.   What I'm trying to get at, Ms. Lating, is, I mean, this is
24  something you worked on for several months, right?
25  A.   Yes.
```

1   **Q.**   It was not done in haste.

2   **A.**   No, it was not.

3   **Q.**   And I want to go back to the point about an ongoing

4   scheme.

5       It wouldn't be enough, as you understood it, in the spring

6   or summer of 2013, to have probable cause unless you had an

7   ongoing scheme, right?

8   **A.**   Can you rephrase that question because I'm just trying to

9   understand what you're saying.

10  **Q.**   So I just want to make sure I'm clear.  You agree that

11  your understanding, as of the months you worked on this

12  affidavit, was that you needed an ongoing scheme to have

13  probable cause, right?

14  **A.**   Yes.

15  **Q.**   And you knew that not a single patient who got a

16  prescription or was billed under their name at CareMerica was

17  interviewed by anybody, right?

18  **A.**   In 2012, they were.

19  **Q.**   At -- I'm asking -- let me clarify.

20  **A.**   Okay.

21  **Q.**   I want to be clear.

22      You knew, when you worked on that affidavit for

23  five months-plus, that not a single person was asked about

24  their experience with CareMerica, right?

25  **A.**   In 2013, you're saying?

1  Q.   Well, it opened either December 2012 or January 2013,

2  depending on what you're looking at.  So since when it opened,

3  not a single person was interviewed about any experience they

4  had with CareMerica, right?

5  A.   That's correct.

6  Q.   Before CareMerica opened -- we've talked about this, but I

7  just want to circle back.  I want to talk about the volume of

8  prescriptions that Pharmacare handled for Med-4s, all right?

9  A.   Okay.

10  Q.   When Plumtree was doing most of the Med-4s, Laurie

11  Gutberlet interviewed Lisa Ridolfi at least four times, right?

12  A.   At least, yes.

13  Q.   Okay.  And also during that period, Ms. Gutberlet

14  interviewed Sue Cramer, right?

15  A.   Mary Sue Cramer, correct.

16  Q.   And you believe that Sue Cramer was a reliable informant,

17  right?

18  A.   I wouldn't consider her an informant.

19  Q.   What would you consider her?

20  A.   She was just someone that was interviewed that was a

21  former employee of Pharmacare.

22  Q.   All right.  Well, you considered her a reliable source of

23  information, right?

24  A.   Yeah.  She had an impressive background.

25  Q.   Okay.  And please turn to Plaintiff's Exhibit 18.  Let me

1  know when you're there, please.

2  A.   I am there, Mr. Greenberg.

3  Q.   Okay.  Do you see this is a memo dated September 12, 2012,

4  the Pharmacare file from Laurie Gutberlet?

5  A.   Yes.  The report is dated September 12, 2012.

6  Q.   And it's on her interview of Mary Sue Cramer on August 27,

7  2012, right?

8  A.   Correct.

9  Q.   And did you know during the Pharmacare investigation on

10  that very date, or on or about that date, Lisa Ridolfi got a

11  written performance warning?

12  A.   No, I don't -- I don't think I knew that.

13  Q.   Because Lisa Ridolfi never told that to anyone in the

14  investigation team, right?

15  A.   Okay.  I have no recollection of being told that by

16  anybody on the team, so I don't know that.

17  Q.   Now, Dennis Tokofsky had also received performance

18  warnings before he left Pharmacare, right?

19  A.   I don't recall that, unless you have something to refresh

20  my memory, a report.  I don't recall being told that.

21  Q.   Well, it's not in a report because he didn't tell any

22  investigator that.  Did you find out about it otherwise?

23  A.   No.  This is the first I'm hearing of this.  I didn't know

24  that, no.

25  Q.   So you would never have seen an email about that?

**A.**   I have no -- I have no recollection of an email, unless you have something to refresh my memory.

**Q.**   And were you aware that Lisa Ridolfi got a written performance warning in February of 2012?

**A.**   I don't -- I don't recall that, no.  10 years later, I don't -- over 10 years later, I don't recall.

**Q.**   Were you aware that Lisa Ridolfi inquired or spoke with Laurie Gutberlet about being a whistleblower?

**A.**   I have no knowledge of that.

**Q.**   But Laurie Gutberlet shared all her information with you, right?

**A.**   I read her reports, and she helped me draft the affidavit before she left, but we never had a conversation -- I don't even know if that's true about Lisa Ridolfi thinking of being a whistleblower and it coming from Laurie Gutberlet; no, I don't have any recollection of that conversation in 2013 with Laurie Gutberlet.

**Q.**   Well, do you remember that before Laurie Gutberlet left the MFCU, she did what's called a brain dump?

**A.**   She did a brain dump?

**Q.**   Meaning, conveyed everything she knew about the Pharmacare investigation that was important to you and Mosley and Arnold, right?

**A.**   Before she left, I insisted that her and I sit down together because I had a draft, the latest draft of the

1  affidavit, her and I sat down for a few days in her conference

2  room at the Medicaid office, and we went paragraph by

3  paragraph, and I got her input on, is there anything I didn't

4  extract from your reports that you want to put in there.  So if

5  you call that a brain dump -- and I think there's an email that

6  Cathy Pascale is saying, we need to do a brain dump or

7  something.  I've never used that term before.  But, yes, I

8  wanted to make sure that I did Laurie Gutberlet's investigation

9  justice before she left, and made sure that the affidavit

10 covered all her -- all her work.

Q.   Right.

A.   So, yes, we brain dumped for a few days.

Q.   And it didn't just include the memos or the emails, it

also included information in Laurie Gutberlet's mind when she

told you about the matter, right, the investigation?

A.   She would give me -- yeah, she would give me information

that maybe I interpreted differently in her reports; she would

clarify things with me.

Q.   And one of the things that Laurie Gutberlet told you,

either at that brain dump or earlier, was that there was a

discussion that she had with Lisa Ridolfi that involved the

topic of Ridolfi and a whistleblower?

A.   Absolutely not.  No.

Q.   You don't remember that?

A.   No, no.  Ten years later, I can tell you no, I was not

aware.

Q.   Well, you don't remember, right?

A.   No, I -- if Laurie Gutberlet had told me that Lisa was
going to be a whistleblower, no.  It -- that would have been a
discussion I would have had with the prosecutors on -- and that
would have been an interview with Lisa Ridolfi, above that.

Q.   Okay.  That's something you're certain of?

A.   Am I certain that Laurie didn't tell me that Lisa wanted
to be a whistleblower?  Yes.

Q.   I didn't say "wanted to be," I said had a conversation of
the topic of being a whistleblower?

A.   I am very confident of that.  I don't recall a
conversation with Laurie Gutberlet to that effect.

Q.   Well, how confident are you?  I thought you were
100 percent, now it's very certain.

A.   I'm very certain.  I'm very certain that I wasn't told by
Laurie Gutberlet that that was even something that was being
addressed by Lisa Ridolfi.

Q.   Okay.  But you were copied on an email on July 1st, 2013,
about that very subject, weren't you?

A.   Can you show me the email?

Q.   Maybe.  You remember things pretty well, but you don't
remember that?

A.   No, I don't -- there's an email in July of 2013 about Lisa
wants to be a whistleblower?

```
 1  Q.   I'm asking if you remember that.

 2  A.   I don't have any recollection of that.  It has been

 3  10 years, but I have no recollection of that.

 4  Q.   So July 1st, 2013, is nearly three months after

 5  Ms. Gutberlet left MFCU, right?

 6  A.   She left in April --

 7  Q.   Early April, right?

 8  A.   Early April 2013.

 9  Q.   Right.

10       And so if Ms. Gutberlet, telling you about the

11  whistleblower, with all of this information, you may not

12  remember, right?

13  A.   I'm sorry.  Can you rephrase that question?

14  Q.   Well, you're not remembering this email July 1st, 2013,

15  right?

16            MR. EISER:  Objection.

17            THE COURT:  What basis?

18            MR. EISER:  He's been probing her memory about this

19  email on July 1st, 2013.  We haven't seen it, she hadn't seen

20  it.  She asked for it, and I'm not sure what we're getting to

21  here.

22            THE COURT:  Can you show her a copy?

23            MR. GREENBERG:  Perhaps.  But, I mean, her memory --

24  she remembered the address.

25            THE COURT:  You can test her memory, and then show her
```

1   a copy and follow up on.

2           MR. GREENBERG:  Yeah, Your Honor, I probably will

3   later, but I just want to ask --

4           THE COURT:  All right.  Well, go ahead.  I'll leave it

5   at that.  Go ahead.

6   BY MR. GREENBERG:

7   Q.   Ms. Lating, you've testified that you don't recall this

8   July 1st, 2013, email.  Now, with Gutberlet giving this brain

9   dump and all that information, you don't remember the

10  whistleblower statement coming up, do you, about Ridolfi?

11  A.   Okay.  I really need you to rephrase the question because

12  I'm not sure if you're asking me did Laurie Gutberlet

13  personally tell me this?  Or is there an email, July 1st, 2013,

14  and who did that come from?

15  Q.   All right.  Let's try it a different way.

16       You relied on Pam Arnold during the investigation, right?

17  A.   I relied on her once Laurie left, Laurie Gutberlet left.

18  Q.   Okay.  After Laurie Gutberlet left, you relied on

19  Pam Arnold, right?

20  A.   For anything that we needed from Medicaid.  But really,

21  she worked closely with Robert Mosley.  My tasks for her were

22  very little.

23  Q.   Well, you agree that Pam Arnold was the primary contact

24  with Lisa Ridolfi after Laurie Gutberlet left, right?

25  A.   Yes.

1  Q.   All right.  So you, at least, relied on Pam Arnold, among

2  other things, for information about Lisa Ridolfi, right?

3  A.   I relied on Pam Arnold -- can you say that again.

4  Q.   So, okay.  I understand that you relied on Pam Arnold for

5  some Medicaid stuff, but I'm asking about Lisa Ridolfi,

6  correct?

7  A.   Yes.  If we needed anything, information either for the

8  affidavit or the prosecutors needed something from

9  Lisa Ridolfi, Pam Arnold was the one that would reach out to

10 Lisa Ridolfi.

11 Q.   And so information about Lisa Ridolfi that was relevant to

12 the investigation was something you relied on Pam Arnold for

13 after Laurie Gutberlet left, right?

14 A.   Yes.  She was the -- what I would refer to as the handler

15 of Lisa Ridolfi.  She was -- it's always been Medicaid's

16 source, Lisa Ridolfi, so it maintained that.

17 Q.   You trusted Pam Arnold, right?

18 A.   I trusted that she was a professional.  I really didn't

19 know her.  I had never worked with her before the case.  But

20 she was a hard worker, and yeah, I trusted everybody on my

21 team.  I have to.

22 Q.   And you have no reason to believe that Pam Arnold would

23 withhold a material fact from you, right?

24 A.   I would hope not.  Because we're all professionals on the

25 investigative team, so I would hope no one would hold anything

1  back --

2  **Q.**   Right.

3  **A.**   -- from any of us.

4  **Q.**   So if there was information that someone who was

5  interviewed had a financial interest in seeing Mr. Annappareddy

6  prosecuted, that's something you would have expected your

7  fellow core investigation team members to tell you, right?

8  **A.**   I would insist on it, yes.

9  **Q.**   All right.  We may come back to this topic, but we're

10 going to move on to something different for the moment.

11      Now, I believe you testified earlier that you were not

12 aware that Lisa Ridolfi got a written performance warning in

13 February 2012, right?

14 **A.**   Not for February 2012, correct.

15 **Q.**   Right.

16      And you weren't aware of the one in late August 2012,

17 either, that Ridolfi got, right?

18 **A.**   No, I was not.

19 **Q.**   Okay.  And you weren't aware that the written performance

20 warning that Lisa Ridolfi got in February of 2012, when she was

21 at the Plumtree store as a pharmacist, involved some of the

22 very issues that Mr. Annappareddy was later accused of?

23          **MR. EISER:**  Objection.

24          **THE COURT:**  Yes.

25          **MR. EISER:**  He's just described this performance

```
 1  warning, which is not an exhibit, it has not been marked, it
 2  has not been disclosed in discovery, and he just described into
 3  the record what it was about.
 4          THE COURT:  That's not an exhibit that's coming?
 5          MR. GREENBERG:  I think it will come in.  I know it
 6  was filed in the criminal case.  I know the Government has it.
 7          THE COURT:  But it's not on the Plaintiff's exhibit
 8  list?
 9          MR. GREENBERG:  Let me check.  Actually -- actually,
10  it is.  But --
11          THE COURT:  You're asking her whether she knew about
12  it or not?
13          MR. GREENBERG:  Yes, I'm just asking whether she knew
14  about it.
15          THE COURT:  All right.  Well, I don't see a problem
16  with that.
17          MR. EISER:  I don't either, but that wasn't the
18  question.  First, he summarized what was supposedly in it --
19          THE COURT:  Well, don't summarize the contents.  It
20  might be a best evidence rule issue if you summarize the
21  contents.  Just ask her if she knew about it, and move on.
22  BY MR. GREENBERG:
23  Q.  Were you aware that this February 2012 performance warning
24  that Lisa Ridolfi never told you about -- well, because she
25  never told you about it, you don't know what it said, right?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  **A.**   All I can say is I don't recall reading a Lisa Ridolfi

2  report by Medicaid that -- that she disclosed that there was

3  any such performance warning in 2012.

4  **Q.**   Okay.  Why don't we -- why don't you turn to Tab -- so

5  this is --

6         MR. GREENBERG:  Your Honor, this is kind of maybe

7  getting into the territory where we need to stop the clock,

8  since this is an evidentiary issue.

9         THE COURT:  All right.

10     Stop the clock.

11         MR. GREENBERG:  So the Government has stipulated to

12  authenticity, but otherwise has not stipulated to admissibility

13  of this performance evaluation.

14         THE COURT:  What's the objection?

15         MR. EISER:  The witness has said she didn't see it,

16  has never seen it.  This would apparently be an attempt at

17  impeachment, but it's not impeachment because she hadn't said

18  anything about it.  If it were impeachment, it would be

19  impeachment of a witness on -- with extraneous matter on a

20  collateral issue.

21         MR. GREENBERG:  Objection, Your Honor.  I would ask

22  the witness be excused.  Because this is kind of coaching.

23         THE COURT:  Let me just ask, isn't this witness going

24  to be called later as a live witness?

25         MR. GREENBERG:  Well, we don't know, because the

1  Government hasn't given us their witness list at all.

2         MR. PHELPS:  Your Honor, she may or may not be.  She

3  was on our list that we disclosed in our pretrial order.

4         THE COURT:  I was going to say, you're supposed to

5  have exchanged witness lists; did that not happen?

6         MR. GREENBERG:  The witness lists were exchanged.  We

7  gave them dates for all but two of our witnesses in our case in

8  chief.  They haven't give us dates for anybody.

9         THE COURT:  But they've given you the names, though.

10        MR. GREENBERG:  They have given us the names, yes.

11        THE COURT:  All right.  We don't know if the witness

12  is subject to this performance ordinance or performance review

13  is going to be called later?

14        MR. GREENBERG:  We don't know because --

15        THE COURT:  She said she didn't know about it, so why

16  do we need to dwell on it here with this witness?

17        MR. GREENBERG:  All right, Your Honor.  Fair enough.

18        THE COURT:  All right.

19     Start the clock.

20  BY MR. GREENBERG:

21  Q.   Ms. Lating, one of your responsibilities as the leader of

22  the Pharmacare investigation team was to listen to audio

23  recordings that Lisa Ridolfi made, right?

24  A.   When I had time, yes.

25  Q.   Why don't we turn to what is Plaintiff's Exhibit 58.  It

1   is already admitted.  It's a transcript that you prepared,

2   Ms. Lating.

3   A.   Okay.  Yes.

4   Q.   And you understood when you worked in the Pharmacare

5   matter -- I'll get to the document in a second.

6        You understood when you worked in the Pharmacare matter

7   that if someone was taking prescriptions that weren't delivered

8   and hiding them, it would be impossible to reverse the claims

9   for those prescriptions if they weren't delivered, right?

10  A.   Well, that would be fair to say.

11  Q.   So in this audio recording had, you -- it's dated -- this

12  is the first page of Plaintiff's Exhibit 58.  It's dated

13  June 24th, 2013, right?

14  A.   Yes.

15  Q.   And it says "Drafted by Maura J. Lating," right?

16  A.   Yes.

17  Q.   And if you turn to what's marked as Page 2, it's actually

18  two pages after that page.  If you look at the bottom, the

19  second to last line includes Ridolfi saying, quote, "We gotta

20  hide prescriptions," end quote, right?

21  A.   Yes.

22  Q.   And you, Ms. Lating, never asked Ms. Ridolfi what she

23  meant by that, did you?

24  A.   I --

25  Q.   Did I call you Ms. Ridolfi?  I'm sorry if I did.  Let me

1  rephrase the question.

2      You, Ms. Lating, never asked Ms. Ridolfi what she meant by

3  "We gotta hide prescriptions," did you?

4  **A.**   No.  That would have been -- if we felt the need to ask

5  her, we would have delegated and tasked Pam Arnold to do that.

6  **Q.**   There's nothing in the file for Pharmacare about that

7  happening, is there?

8  **A.**   I'm sorry, there's nothing in the file?  My file?

9  **Q.**   You have a remarkable memory of the events during the

10 investigation.  You remember the address of the Old Emmorton

11 store.  You remember a lot of things.

12 **A.**   Because I reviewed my affidavit in preparation for today,

13 so yes, I do know the addresses.

14 **Q.**   But something like this, asking Ms. Ridolfi what she meant

15 by "We gotta hide prescriptions," that's something that would

16 be documented if it happened, right?

17 **A.**   If we were concerned about it.

18 **Q.**   Okay.  So you weren't concerned about it?

19 **A.**   I was not.

20 **Q.**   Okay.  We can move on from this one for now.

21         **MR. GREENBERG:**  Court's indulgence, one second.

22 **BY MR. GREENBERG:**

23 **Q.**   All right.  Let's talk about the undercover operations

24 that were done in the Pharmacare investigation.

25      You knew that -- actually, right around the time when you

1  joined the Pharmacare investigation, January 3rd and 4, 2013,

2  there were undercover operations in three Pharmacare stores,

3  right?

4  A.   Medicaid was doing that on their own.  They had already

5  set it up before I even became involved in the case.  So I had

6  no role in even orchestrating this undercover operation.

7  Q.   None of that was in response to my question.  I just asked

8  if you knew about it.

9  A.   I knew about it, yes.

10 Q.   And you knew that the undercover operations were done at

11 three stores, right?

12 A.   Three stores, correct.

13 Q.   In fact, you mentioned in one of -- at least one of your

14 drafts of the Google affidavit, that there were undercover

15 operations at Mt. Clare, Park Heights, and Plumtree, right?

16 A.   Correct.

17 Q.   But then your final affidavit only mentioned the

18 undercover operation at Plumtree, right?

19 A.   Yeah, that's correct.

20 Q.   And you knew that there were pharmacists of Indian origin

21 at the Mt. Clare pharmacy and the Park Heights pharmacy, right?

22 A.   As I sit here today, I don't recall that.  I don't recall

23 their names.  I don't recall that.

24 Q.   And you knew that Lisa Ridolfi was the pharmacy manager at

25 the Plumtree store, right?

1   A.   Correct.

2   Q.   And the pharmacist there?

3   A.   Correct.

4   Q.   And you knew she was white?

5   A.   Yes.

6   Q.   And you knew that the Plumtree store was the only one of

7   those three stores where the undercover operation succeeded by

8   getting refills that were billed for but not picked up by the

9   fake patients, right?

10  A.   I'm -- I'm not familiar with the results of their

11  undercover operation.

12  Q.   Well, let's turn to -- let's turn to Tab 26, please.

13  A.   Twenty-six.

14       Okay.

15  Q.   So this is a memo from Laurie Gutberlet to the Pharmacare

16  file dated February 12, 2013, right?

17  A.   Yes.

18  Q.   Over a month after you started working on the

19  investigation, right?

20  A.   Yes.

21  Q.   Subject is "Follow-up Report Number 1 for Activity for

22  Undercover Prescriptions," right?

23  A.   Yes.

24  Q.   This memo is only four pages long, right?

25  A.   Yes.

1  **Q.**   And one of those pages is just two big photos, right?

2  **A.**   Yes.

3  **Q.**   There's only two pages of text, right?

4  **A.**   Correct.  And there's a table.

5  **Q.**   Okay.  Three pages, if you count the table, right?

6  **A.**   Right.

7  **Q.**   All right.  And if you look at that table, it mentions the

8  undercover operations.  See how there's a -- the first column

9  at the top says "Date RX Presented"?

10 **A.**   Yes.

11 **Q.**   On the left.

12      That's date prescription presented, right?

13 **A.**   Yes.

14 **Q.**   And they're all July of -- January 3rd or 4, 2013, right?

15 **A.**   Yes.

16 **Q.**   That's right around when you started on the Pharmacare

17 investigation, right?

18 **A.**   Yes.

19 **Q.**   And the locations are identified two columns to the right,

20 aren't they?

21 **A.**   Yes.

22 **Q.**   And it talks about the action, which agent, Pam Arnold or

23 Shannon Beatty, B-E-A-T-T-Y, dropped off the prescriptions,

24 right?

25 **A.**   Yes.

```
 1  Q.    And you knew the prescriptions had refills on them, right?
 2  A.    Yes.  I think they set it up, there was going to be at
 3  least four refills, or multiple refills at least, yes.
 4  Q.    And the purpose, you knew -- at least by the time you read
 5  this memo, presumably right after it was drafted and you got
 6  it -- well, you did read your memos promptly when you got them,
 7  right?
 8  A.    I read the memos promptly?  Yeah -- yes, for the purpose
 9  of I was drafting the affidavit, yes.
10  Q.    Right.
11        And so these undercover operations were important, right?
12  A.    Yeah.  Well, I wanted to see what resulted of them, see if
13  it was something I wanted to put in the affidavit, correct,
14  yeah.
15  Q.    Right.
16        And you did put the Plumtree one in the affidavit, right?
17  A.    Because something came out of it.  They billed for a
18  refill that she didn't -- Pam Arnold didn't pick up.  I believe
19  it was Pam Arnold under the name of Janet Justowski [sic] or
20  something.
21  Q.    Janet Jaswinski, right?
22  A.    Jaswinski.
23  Q.    I think it's stated in the chart?
24  A.    Yes.
25  Q.    And so the two stores where nothing came out of it, even
```

1   though that was in one of your earlier drafts of the affidavit,

2   you didn't put that in the final version, right?

3   A.   Why would I?

4   Q.   All right.  We can move on from this exhibit, I think, for

5   the moment.

6        Let's go back and talk about Dennis Tokofsky a little bit

7   more.  You testified yesterday that in his *qui tam* that we

8   showed you -- do you remember we talked about the *qui tam*

9   complaint?

10  A.   I do.

11  Q.   The one he filed the day after he met with Laurie

12  Gutberlet for the first time?

13  A.   Yes.

14  Q.   And in that *qui tam* complaint, Dennis Tokofsky alleged

15  that he had taken written notes when he saw certain

16  prescriptions in January 2012, right?

17  A.   Yes.

18  Q.   That is directly contrary to what he told Laurie Gutberlet

19  the day before, isn't it?

20  A.   In what respect?

21  Q.   Well, you knew, because you studied Laurie Gutberlet's

22  memo carefully, that Dennis Tokofsky told Ms. Gutberlet that he

23  took no contemporaneous notes, right?

24  A.   If I could refer to his first interview, which was,

25  like --

1  **Q.**    Sure.

2  **A.**    -- on about June 19th, I think it was.  2012.

3  **Q.**    Well, June 19, 2012, is the date he filed the *qui tam*

4  complaint.  First meeting with Laurie Gutberlet was the

5  afternoon the day before.

6  **A.**    Okay.  I thought the filing was June 22nd, but okay.  That

7  was my recollection.

8  **Q.**    Well, we covered this yesterday.  We won't need to go over

9  it again.

10      But Government's Exhibit 1 in the other binder, please.

11  **A.**    Exhibit 1.  Sure.

12  **Q.**    And this is Laurie Gutberlet's memo dated June 26, 2012,

13  on her interview of Dennis Tokofsky with his lawyer on the

14  phone, on June 1st, 2012, right?

15  **A.**    Yes.

16  **Q.**    And if you turn to Page 14 --

17  **A.**    I'm sorry, what did you -- I thought you said Exhibit 1.

18  What Exhibit --

19  **Q.**    Government's Exhibit 1.  It's the other binder that has

20  the Defendant's exhibits.

21  **A.**    Sorry about that.

22  **Q.**    No problem.

23  **A.**    Okay.

24      Yes.

25  **Q.**    All right.  You see how there's this really long paragraph

1  under the underlined, bold heading in italics, "Discovery of

2  Undelivered Prescriptions," on Page 14?

3  **A.**   Yes.

4  **Q.**   And do you see maybe two-thirds of the way down, roughly,

5  there's a sentence maybe 10 lines from the bottom, maybe a

6  little less, where it starts with "While Tokofsky"?  It's being

7  highlighted on the screen for you.

8  **A.**   Yes.

9  **Q.**   It says, "While Tokofsky did not record any of the

10  information he discovered at that time, he was able to remember

11  four different patients' names."  Quote, end quote, right?

12  **A.**   Yes.

13  **Q.**   And that's referring to this incident that he reported in

14  January of 2012, right?

15  **A.**   Yes.

16  **Q.**   The same one that he alleged in the *qui tam*, right?

17  **A.**   It's referred to in the *qui tam*, correct.

18  **Q.**   Same incident, allegedly, right?

19  **A.**   Yes, uh-huh.

20  **Q.**   And he told Ms. Gutberlet, the day before he filed the *qui*

21  *tam*, he didn't take any notes, right?

22  **A.**   He says, "I remember four different patient names."

23  **Q.**   "While Tokofsky did not record any of the information he

24  discovered at that time . . ."  Didn't take any notes, right?

25  **A.**   But if you continue, it says, "The names will be

1   considered when conducting the paid claims analysis."

2   Q.   Ms. Lating, the question is:  You agree Mr. Tokofsky did

3   not tell Ms. Gutberlet that he took any notes, right?  He told

4   her the opposite.

5   A.   He said, "I didn't record any of the information, but I

6   remember the four different names."

7   Q.   Right.

8        And you understood that -- you understand that meant he

9   took no notes at the time, right?

10  A.   Okay.

11  Q.   You agree?

12  A.   Based on what she put here, yes.

13  Q.   All right.  And he did not tell Laurie Gutberlet that he

14  had this magical memory where he remembered five different

15  six-digit prescription numbers that he didn't take notes on,

16  did he?

17  A.   No.

18  Q.   We can move on from this one.

19       You understood, with all your experience in white-collar

20  criminal matters, healthcare fraud matters, you understood that

21  there was -- when there was a whistleblower who filed a

22  *qui tam*, that is a key witness in the investigation, right?

23  A.   I disagree with that.

24  Q.   Okay.  You think a whistleblower is no different than any

25  other witness, or you thought that in 2013?

A.    A *qui tam*, a whistleblower is nothing more than if someone

calls the FBI and they say, "My neighbor is selling drugs."  I

need to, or an investigator needs to sit down with them and get

the information directly from them.  A *qui tam* is something a

lawyer filed, okay.  I need to hear right from that person, the

complainant.  So yes, *qui tam*s trigger an inquiry, an

investigation.  But they always -- you know, not always become

the key witness in the case.  They may direct us to someone

that maybe knows a lot more than them.

So -- so if you're telling me do I consider

Dennis Tokofsky, 10 years later, to be the key, key witness in

this case?  No.

Q.    Ms. Lating, I would ask you to please listen to my

question.

A.    Okay.

Q.    Just answer my question.

I didn't say he was the key witness.  I said he was a key

witness.  You agree with that, right?  He started the

investigation when he met with Ms. Gutberlet, right?

A.    He triggered an investigation.  I would say he is a key in

that respect.  He triggered a federal investigation of

Pharmacare and CareMerica, correct.

Q.    Let's turn to a different topic.

Back to CareMerica.

A.    Sure.

Q.   Plaintiff's Exhibit 44, please, Tab 44.

A.   Forty-four?

Q.   Yes, ma'am.

     Ms. Lating, this is an email chain on May 20th, 2013,
right?

A.   Yes.

Q.   And you wrote the earliest email in the chain, right?

A.   Yes.

Q.   And you sent it to Robert Mosley and Pam Arnold and
Cathy Pascale, right?

A.   Yes.

Q.   Your email is timestamped 9:58 a.m., May 20, 2013, right?
That first email?

A.   Yes.

Q.   Okay.  In the last paragraph, you wrote, "I can work on
customers" -- looks like "C.G." -- "and anyone else summary if
you want.  We do need to identify one or two CareMerica
customers who were former Plumtree where the billing fraud
involving Med-4 drugs are continuing.  Do we have that yet?  I
am available tomorrow afternoon if we want to meet, or I can
just continue emailing additions to affidavit."  Right?

A.   Yes.

Q.   And then Pam Arnold replied, 16 minutes later, "I am not
sure how we are going to get that information unless we do a
couple of interviews, since Lisa" -- meaning Lisa Ridolfi --

1    "is not privy to the CareMerica information.  I know that BS is

2    now handled through CareMerica but do not know if he has been

3    receiving his meds."  Right?

4    A.    Yes.

5    Q.    And that was an email addressed to you, right?

6    A.    Yes.

7    Q.    And then you responded within less than three hours, looks

8    like 12:54 p.m. that same day, right?

9    A.    Yes.

10   Q.    And you wrote, "Do we have anyone that has been

11   interviewed that had drugs billed by Plumtree that are having

12   these drugs billed by CareMerica now?  Maybe" -- and then you

13   go on to talk about Express Scripts and private insurance,

14   right?

15   A.    Yes.

16   Q.    And Pam Arnold responded pretty soon afterwards and wrote,

17   someone whose last name starts with a K was never interviewed.

18   And then she said, "We really did not do a lot of recipient

19   interviews."  Right?

20   A.    Yes.

21   Q.    And I believe you've already acknowledged, no one in the

22   investigation team ever did interview anyone about their

23   experience with CareMerica, right?

24   A.    That's my recollection.

25   Q.    Okay.  We can turn -- stop with that exhibit for the

1    moment.

2    **A.**   Sure.

3    **Q.**   Ms. Lating, you communicated with folks at Immigration and

4    Customs Enforcement and USCIS in regard to the Pharmacare

5    matter, right?

6    **A.**   Several times.

7    **Q.**   And you communicated with them about Mr. Annappareddy's

8    immigration status, among other things, right?

9    **A.**   And other people's as well, correct.

10   **Q.**   And you, at no time, ever told any immigration official to

11   lift any hold that had been put on Mr. Annappareddy's Green

12   Card application, did you?

13   **A.**   To lift any hold?

14   **Q.**   Correct.

15   **A.**   Or to hold?

16   **Q.**   To lift any hold.

17   **A.**   No.

18   **Q.**   You never told them that?

19   **A.**   No.

20   **Q.**   You mean "correct"?

21   **A.**   Correct, I did not do that.

22   **Q.**   Now, when you prepared -- actually, when you prepared the

23   Lating affidavit, you were aware that Pharmacare transferred

24   significant amounts of inventory between and among stores,

25   right?

```
 1  A.   I knew that from reading reports, correct, Medicaid
 2  reports.
 3  Q.   And that was reported by at least Caitlin Biemer and
 4  Lisa Ridolfi, if not others, right?
 5  A.   I think some others, but yes.
 6  Q.   Yeah.  So, I mean, that was an established fact.
 7  A.   Yes.
 8  Q.   Let's talk about another Plaintiff's exhibit that's
 9  already in evidence.  It's Plaintiff's Exhibit 42, ma'am.
10  A.   Okay.
11  Q.   All right.  You see how this is a short email chain with
12  two emails in it?
13  A.   Yes.
14  Q.   The first email is from Jeremy Dykes, May 17, 2013,
15  5:09 p.m.?
16  A.   Yes.
17  Q.   Addressed to, among others, Robert Mosley and Pam Arnold,
18  right?
19  A.   Yes.
20  Q.   And then Pam Arnold forwards it to you and some other
21  folks, right?
22  A.   Yes.
23  Q.   And she forwards it 10 minutes after she got it, right?
24  A.   Yes.
25  Q.   And you're the first person in the email, right?
```

```
1   A.   I'm not sure the significance of that, but yes, I am the
2   first one on --
3   Q.   I didn't ask you about the significance --
4   A.   Okay.
5   Q.   -- I asked if you were the first person?
6   A.   Yes, I am.
7   Q.   And Mr. Dykes, he was a civil Assistant Attorney General
8   in the MFCU, right?
9   A.   Yes.  Yes.
10  Q.   And he created what he called -- I'm just going to
11  paraphrase for the efficiency, he created a spreadsheet that
12  counted all of the inventory for Pharmacare stores
13  collectively, right?  He counted transfers.
14  A.   Yes.
15  Q.   And Pam Arnold forwarded that to you 10 minutes after she
16  got it, and wrote one sentence, "This is not what we hoped
17  for."  Right?
18  A.   Yes.
19  Q.   And that's when transfers were counted, "This is not what
20  we hoped for."  Right?
21  A.   Yes, that's her statement.
22  Q.   And if you look on the next page, look at Atripla, it has
23  a 90 next to it.  Do you see the difference part is in black on
24  the far right?
25  A.   Yes.
```

```
 1   Q.   You see how it's plus 17,019 units?

 2   A.   Yes.

 3   Q.   And turn to the next page.  You see Truvada on 468?

 4   A.   Yes.

 5   Q.   Far-right, column U, plus.  It's in the black also, right?

 6   A.   Yes.

 7   Q.   It's in the thousands, right?

 8   A.   Yes.  According to this table, yes.

 9   Q.   Okay.  Now, let's go back to this email, "This is not what

10   we hoped for."

11        You didn't respond to that email, did you?

12   A.   No.  This was just an email forwarded to me.  I wasn't on

13   the original chain.

14   Q.   You didn't say, "Hey, we better tell MEDIC to count those

15   transfers, because otherwise they're really off," did you?

16   A.   That was never my role in this case with MEDIC.

17   Q.   You were on the team, right?

18   A.   MEDIC was not my role in this case.

19   Q.   You were the leader of the team, weren't you?

20   A.   And everybody had their delegated role.

21   Q.   The buck stopped with you, as the leader of the team,

22   didn't it?

23   A.   No.  Robert Mosley was the leader of the MEDIC analysis.

24   Q.   So you, as the leader, passed the buck to Robert Mosley?

25   A.   It's not passing the buck.  When you're part of an
```

1  investigative team, no one can do everything.  So you delegate

2  to each other their expertise.  And his expertise was dealing

3  with MEDIC in his cases over the years.  So yes, he was the

4  contact person for MEDIC.  And, as you can see, I was forwarded

5  by Pam Arnold later on, but I wasn't on the initial chain by

6  Jeremy Dykes.

7  **Q.**   Ms. Lating, you were the leader of the team.  You

8  testified to that yesterday, right?

9  **A.**   I was the leader of the --

10 **Q.**   It's a "yes" or "no" question.

11 **A.**   Yes, I was.  Yes.

12 **Q.**   You were the leader of the team?

13 **A.**   Absolutely.

14 **Q.**   The buck stopped with you ultimately, right?

15 **A.**   Buck stopped with me in what respect?

16 **Q.**   You're the leader of the team.

17 **A.**   And what does that mean?

18 **Q.**   Well, let me ask you a different question.  Maybe we can

19 get there a different way.

20      If you saw something seriously erroneous in the Pharmacare

21 investigation, as the leader, it was your duty to fix it,

22 right?

23 **A.**   Absolutely not.  It's Robert Mosley, as the leader of the

24 MEDIC analysis.  I delegated to him.  I've never been involved

25 in a MEDIC analysis.  So he is the one, can see what needs to

1  be done to rectify this or deal with this.

2  Q.   So your view is you can just disregard this, it was

3  Mosley --

4  A.   No.  This was forward to me as "FYI Maura," but you will

5  not find any comment by me to say what's going on here?  This

6  is Robert -- this should be Robert dealing with this issue.

7  Q.   You see massive surpluses of Atripla and Truvada, you're

8  the leader of the team, and your view is "I don't need to do

9  anything about this," right?

10  A.   Because I trust the health and human service agent to

11  rectify it, deal with it, talk to MEDIC, and let's get this

12  done, so . . .

13  Q.   You trusted him, but you didn't forward the email to

14  Mosley, did you?  He's not copied, is he?

15  A.   Robert Mosley is on the original email from Jeremy Dykes.

16  Q.   You didn't forward this email from Pam Arnold, who wasn't

17  even involved with MEDIC, she realized there was something

18  seriously wrong, right?

19  A.   I -- I have no idea what her mindset was on letting me

20  know about this.

21  Q.   "This is not what we hoped for."  Right?  That's what she

22  wrote.  One sentence.

23  A.   The only -- I have no idea what her mindset was except she

24  realized that we weren't included on the original one from

25  Jeremy Dykes, and this was a FYI.

1  Q.   And so as that FYI, you didn't tell Special Agent Mosley,

2  another core member of the investigation team who thought,

3  "This is not what we hoped for," and transfers are counted, did

4  you?

5  A.   No, I would trust him to handle it.  He was my go-to for

6  the MEDIC analysis.  I had enough on my plate not to have to

7  deal with MEDIC analysis, which I've never been involved in any

8  of my healthcare fraud cases.  So yeah, I trusted him.  I've

9  known him for 15-plus years at the time, and he's on this

10 original email because this is Jeremy Dykes saying -- these are

11 the core people on this email from Jeremy Dykes, those are the

12 core people that you should be asking these questions about the

13 significance of this table.

14      What I was forwarded was basically FYI, that's it.  But

15 when I read this, this was not something Maura Lating needed to

16 do deal with.  This was something Robert Mosley, Cathy Pascale,

17 Pam Arnold, Mike DiPietro, Carol Kelly, that's the core group

18 that should have been, "What do we need to do, and what do we

19 need to tell MEDIC," and so forth.

20      So those are questions for any of those people in the

21 original chain, not me.

22 Q.   Well, you were aware during the Pharmacare investigation

23 that Cathy Pascale considered Jeremy Dykes, Michael DiPietro,

24 and Robert Mosley to be part of what she called "the civil

25 team," right?

```
 1  A.    I never referred to them --

 2  Q.    That would be false?

 3  A.    They were more the MEDIC team, the MEDIC contact team, the

 4  MEDIC analysis team.

 5  Q.    Okay.  So "civil team" would be inaccurate?

 6  A.    I don't recall them being referred to as "the civil team."

 7  They were the team that would be --

 8  Q.    That's not my question.  Would it be inaccurate --

 9  A.    It -- I don't recall that term being referred to --

10  Q.    That's not my question.

11        Would it be inaccurate to refer to them as "the civil

12  team"?

13  A.    I never referred to them as "the civil team."

14  Q.    That's not my question, either.

15        Would it inaccurate to refer to Robert Mosley, who did

16  criminal enforcement for the DHHS-OIG, and these two civil

17  attorneys as "the civil team" just because two of them were

18  civil attorneys?

19  A.    You need to rephrase the question because I don't know

20  what you -- did I ever refer to them as "the civil team"?  No,

21  did I not.

22  Q.    And Robert Mosley, you agree, worked on criminal

23  investigations and civil investigations.

24  A.    And civil, correct.

25  Q.    Right.
```

1          So calling him just a civil person is inaccurate, right?

2   **A.**   Correct.

3   **Q.**   I think we can move on for this one.

4          **MR. GREENBERG:**   Your Honor, I think this is probably a

5   good time for our morning recess if Your Honor is amenable.

6          **THE COURT:**   All right.   We'll take a 10-minute recess.

7          **THE CLERK:**   All rise.   This Honorable Court is now in

8   recess.

9        (Whereupon, a recess was taken from 10:50 AM to 11:07 AM.)

10         **THE CLERK:**   All rise.   This Honorable Court resumes in

11  session.

12         **MR. GREENBERG:**   Is Your Honor ready?

13         **THE COURT:**   Please, yes.

14  **BY MR. GREENBERG:**

15  **Q.**   Ms. Lating, you've mentioned a couple of times that it's

16  been about a decade, 10 years, I think you said, since your

17  work in the Pharmacare matter, right?

18  **A.**   Close to 10, yes.

19  **Q.**   Close to a decade.

20         And you remember that -- you know, there are some things

21  you can't remember, right?

22  **A.**   I'm doing my best to remember, yes.

23  **Q.**   But there are some things you just don't remember because

24  it's been a while?

25  **A.**   Yes.

```
 1   Q.   And some of those things relate to different witnesses,
 2   right?
 3   A.   Yes.
 4   Q.   Including Lisa Ridolfi, right?
 5   A.   I can't say for sure.  I don't know what I forget or what
 6   I remember.  I mean, if you have something to ask me, please
 7   ask me.
 8   Q.   Well, did you know that Lisa Ridolfi was written up in
 9   February 2012 for allowing prescription bins to pile up in her
10   pharmacy?
11            MR. EISER:  Objection.  Asked and answered.
12            THE WITNESS:  I don't recall that.
13            THE COURT:  Overruled.  I'll allow it.
14        Go ahead.
15   BY MR. GREENBERG:
16   Q.   You don't recall that?  Okay.
17   A.   I don't recall that.
18   Q.   Please turn to Plaintiff's Exhibit 8, Tab 8.
19            MR. GREENBERG:  And, Your Honor, just for the record,
20   this has been, I think, authenticated but not admitted.
21            THE COURT:  All right.  There's an objection to this?
22            MR. EISER:  Yeah.  There's no basis to admit it.
23            MR. GREENBERG:  Your Honor, I can use anything to
24   fresh recollection.  But I would ask if we're going to have
25   these evidentiary debates, the witness be excused, please.
```

 1          THE COURT:  Step out, if you would, please.

 2          THE WITNESS:  Yes, Your Honor.

 3      (Witness exits.)

 4          THE COURT:  Stop the clock.

 5      All right.  First of all, if a document is used to refresh

 6  a witness's recollection, it doesn't have to come in as an

 7  exhibit if it, in fact, refreshes recollection.  If it does

 8  not, if it does not refresh a recollection, do you still want

 9  to offer it?

10          MR. GREENBERG:  At this moment, I probably would want

11  to offer it.  Whether it would be allowed in, I don't know.

12  But, you know, we can talk about that.

13          THE COURT:  What's the objection to it coming in?

14          MR. EISER:  She hasn't said that she didn't recall.

15  She hasn't asked for a document.  She said "I wasn't told about

16  this" --

17          THE COURT:  Well, assuming it doesn't refresh her

18  recollection, the Plaintiff wants to introduce it as a

19  Plaintiff's exhibit, so what would be the objection?  No

20  foundation?

21          MR. EISER:  Yes.

22          MR. GREENBERG:  All right, Your Honor.  Here's the

23  relevant --

24          THE COURT:  He said objection on laying a foundation,

25  not relevance.

1          Am I correct, Mr. Eiser?

2               MR. EISER:  Yes, Your Honor.

3               MR. GREENBERG:  Well, I think -- respectfully, I think

4     there is a foundation based on an exhibit in evidence.

5     Plaintiff's Exhibit 48 is a list of search terms that

6     Ms. Lating prepared for her review or that she led in the

7     Google emails, "bins" is one of the words.  That was just for

8     searching in Mr. Annappareddy's emails, Your Honor.

9          And Exhibit 8, "bins" is one of the words.

10              THE COURT:  Well, that doesn't authenticate it.  That

11    just says -- that just proves it came up with a word search --

12              MR. GREENBERG:  They've stipulated to authenticity,

13    Your Honor.

14              THE COURT:  Well, then I misunderstood.

15         What's the objection?

16              MR. EISER:  This document, he hasn't set this up,

17    there is no foundation.  She said, "I never knew that" --

18              THE COURT:  Well, he just said you stipulated to its

19    authenticity.  That's the same thing as foundation.  So what's

20    the objection?

21              MR. EISER:  Well, again, she has not -- this is not to

22    her.

23              THE COURT:  I understand.

24              MR. EISER:  It wasn't sent to her, she didn't have it.

25              THE COURT:  Well, Mr. Greenberg -- now wait.

1  Mr. Greenberg just said you stipulated as authenticity.  That's

2  the same thing as foundation.  So do you not stipulate as to

3  authenticity?

4          MR. EISER:  I mean, we've stipulated -- they provided

5  a bunch of internal emails that they sent to each other.  We

6  said, okay, we're not going to make your IT people come in and

7  say that that's -- that is what it is.

8      But it's still not relevant to anything that's happening

9  here.

10          THE COURT:  Well, now, relevance is a different

11  objection.  So we have a relevance objection.

12      What does this go to show?  What is this letter relevant

13  to the case?

14          MR. GREENBERG:  Relevant for multiple reasons.  One,

15  on the second page of the exhibit, the actual performance

16  evaluation for Lisa Ridolfi dated February 16, 2012, as a

17  pharmacy manager for the Plumtree store, she's present when

18  this evaluation was given.  She got this warning, and she

19  didn't tell the agents.

20      It's also relevant because of the email search terms.  The

21  word "bins" in number three --

22          THE COURT:  I don't think just something showing up on

23  a search term for words authenticates something.

24          MR. GREENBERG:  No, Your Honor.  They stipulated to

25  authenticity.

1          **THE COURT:**  All right.  So we're past authenticity.

2        Why is it relevant in terms of this witness being on the

3    stand?  She says she doesn't know about it.  Can't you offer it

4    later when your client is on the stand?

5          **MR. GREENBERG:**  Your Honor, respectfully, we think

6    it's important to question former Special Agent Lating about --

7          **THE COURT:**  She says she did not know about it.  You

8    can try to beat her over the head with this, but she didn't

9    know about it.  So why are we wasting time on this?

10         **MR. GREENBERG:**  Well, Your Honor, she didn't actually

11   just say that, respectfully.  She said "I don't recall that,"

12   or something along those lines.

13         **THE COURT:**  All right.  Well, let's bring her back and

14   let's see if it refreshes her recollection.  If it doesn't, I'm

15   going to sustain the objection, and you'll have to put it

16   through in a later witness.  It'll come in eventually, I'm

17   sure.

18         **MR. GREENBERG:**  May I just ask one clarification

19   question?  If -- when we're talking about the Google emails and

20   the search terms, if that would be a different opportunity, a

21   different avenue, perhaps, to lay the relevance, make the

22   relevance point.

23         **THE COURT:**  Say, again?  I don't think that because

24   something popped up on an email using a search term makes it

25   relevant or authenticated.

1          MR. GREENBERG:  So --

2          THE COURT:  The computer is just saying here's a

3    document that has this word in it.  That doesn't authenticate

4    it.

5          MR. GREENBERG:  Your Honor, maybe I'm not explaining

6    this well.  Let me try it -- I apologize for that.

7        So the search terms were prepared to search

8    Mr. Annappareddy's emails.  There is a section of the draft

9    Lating affidavit originally and multiple drafts that said --

10   looked at emails.  There ended up being no emails in the final

11   draft, final Lating affidavit.  And this is highly relevant

12   because Lating --

13         THE COURT:  I think the fact that this whistleblower

14   was disciplined or sanctioned or reprimanded is relevant to the

15   case.  I certainly think it is.  I just don't know that we need

16   to bog down with it with this witness when she doesn't know

17   about it.

18         MR. GREENBERG:  But, Your Honor, what I'm trying to

19   get at is that because of the search terms that Ms. Lating

20   prepared, Exhibit 48 --

21         THE COURT:  So she should have known about it.  That's

22   where you're headed?

23         MR. GREENBERG:  Well, we believe she did know about

24   it.

25         THE COURT:  All right.  Well, let's bring her back and

 1  see if you can refresh her recollection.  You can ask her about
 2  it, then we need to move on.
 3          MR. GREENBERG:  Yeah.  And if Your Honor is amenable,
 4  I mean, I would like to -- if she says she doesn't remember,
 5  I'll move on for now, but I would like to circle back to the
 6  Google emails, if that's okay.
 7          THE COURT:  All right.
 8          MR. GREENBERG:  Thank you, Your Honor.
 9          THE COURT:  Bring the witness back, please.
10      (Witness returns.)
11          THE COURT:  All right.  Please proceed.
12      Start the clock.
13  BY MR. GREENBERG:
14  Q.   Ms. Lating, you testified before that brief break that you
15  don't recall, or something along those lines, that Ms. Ridolfi
16  was criticized for allowing prescription bins to pile up in
17  February 2012, right?
18  A.   I -- I don't recall that at all.
19  Q.   Okay.  Let's look at -- I think it's on the screen.
20  Actually, let's look at -- so this is a document to
21  Mr. Annappareddy and Wayne Dyke and Dennis Tokofsky -- his name
22  is misspelled for some reason -- is copied.
23      Do you see that?
24  A.   Yes.
25  Q.   And it's from Shirish Patil, P-A-T-I-L, right?

1  **A.**   Yes.

2  **Q.**   It says, "shirish@pharmacare.us," right?

3  **A.**   Yes.

4  **Q.**   And that's one of the email addresses that you put in the

5  Google search warrant, right?

6  **A.**   Yes.  That would have been one of them.

7  **Q.**   All right.  And the attachments says "writtenwarning.doc,"

8  right?

9  **A.**   Yes.

10 **Q.**   And the subject says "Performance Evaluation for Lisa,"

11 right?

12 **A.**   Yes.

13 **Q.**   If you could please turn to the next page --

14        **MR. EISER:**  Your Honor, the question was:  Does this

15 refresh your recollection?  That's what we're here for.

16 Mr. Greenberg just read the first page of the document and is

17 now going on to the rest.

18 **BY MR. GREENBERG:**

19 **Q.**   Ms. Lating, I'll point you to the third bullet point on

20 the actual performance evaluation.

21        **MR. EISER:**  Objection.

22        **THE COURT:**  Go ahead.

23     Overruled for now.

24     Go ahead.

25

1  BY MR. GREENBERG:

2  Q.   Ms. Lating, do you see where it says in part, quote,

3  "Allowing prescription bins to pile up," end quote?  In

4  February 2012, this performance evaluation for Lisa Ridolfi.

5  A.   Number three on the list, "allowing prescription bins to

6  pile up."  Right.  Okay.  I see that.

7  Q.   And does this refresh your recollection?

8  A.   No.  No, it doesn't.

9          THE COURT:  All right.  Let's move on.

10          THE WITNESS:  I don't recall this.

11          MR. GREENBERG:  Okay.

12     Thank you, Your Honor.

13  BY MR. GREENBERG:

14  Q.   Let's just talk briefly about the Google emails.

15     You prepared an affidavit in support of the search warrant

16  for the Google investigation, right?

17  A.   Yes.

18  Q.   You identified 14 email accounts, right?

19  A.   Yes, 14, it ended up being.

20  Q.   And none of those 14 was Dennis Tokofsky, right?

21  A.   I don't recall.

22  Q.   Okay.

23  A.   I don't recall all 14 email addresses.

24  Q.   All right.  You do recall that one of the email addresses

25  was Mr. Annappareddy's, right?

1  A.   Oh, yes, yes.

2  Q.   And you do recall that Mr. Annappareddy's email account

3 was prioritized for review, right?

4  A.   Reviewed by me, or review by --

5  Q.   Well, you were the team leader, whether it was you or

6 whether it was Pam Arnold, one of the two of you were tasked

7 with that, right?

8  A.   Yes.

9  Q.   And as the leader, you were aware of what was going on

10 with the review, whether you did it or Ms. Arnold did it,

11 right?

12  A.   Yes.

13  Q.   And you, Ms. Lating, you came up with the list of search

14 terms to search Mr. Annappareddy's emails, right?

15  A.   No.  It was actually -- I asked for input from the

16 investigative team.  I initially came up with a list, and I got

17 their input on what else should we be searching for when we get

18 the Google production.

19  Q.   Let's turn to Plaintiff's Exhibit 48.

20      Now, the email -- this is a brief email chain, right?

21 June the 6th, 2013?

22  A.   Yes.

23  Q.   And the earliest in time email is from you, Ms. Lating,

24 you don't copy anyone on the email, June 6th, 2013, 6:32 p.m.

25 to uslawenforcement@Google.com, right?

1   **A.**   Yes.

2   **Q.**   And the subject is "Erica" -- I guess you're writing to

3   someone named Erica at Google, right?

4   **A.**   That's who I had been conversing with via email.

5   **Q.**   And you were frustrated about the time it was taking to

6   download the emails for the Reddy email account, right?

7   **A.**   Yes.  Google had not produced the emails yet, and I was

8   still working on the affidavit, so I was asked Erica, you know,

9   to produce something to me so I could review.

10  **Q.**   And that's because the emails are one of the high

11  priorities for the investigation, right?

12  **A.**   You need to re-- I don't know what you mean by "high

13  priority."

14  **Q.**   Well, you had a whole section in some of the drafts of

15  your affidavit for emails, right?

16  **A.**   My priority in June 2013 was to finish the location

17  affidavit for the six locations.

18  **Q.**   And one of the things you needed to do to finish the

19  location affidavit was to review those emails that you got the

20  search warrant for, right?

21  **A.**   No.  I would have liked to get something from Google to

22  review, but that wasn't going to hold up the affidavit.  That

23  was not a factor that was going to go hold.  I had an email

24  section ready to go to put into the location affidavit if we

25  got the production from Google in time.

1      And this is me telling Google, "Can you at least search
2  these key words and give me something I can review now?"
3  Because we knew the production was going to be huge.
4  Q.   So this is June 6th, 2013, that's over a month and a half
5  before you presented the Lating affidavit on July 23rd, 2013,
6  right?
7  A.   Yes.
8  Q.   And Google did, in fact, produce all the responsive
9  emails, as far as you know, weeks before the affidavit was
10  finalized, right?
11  A.   Yes.  I think I had done an FD302 about that.  I think it
12  was mid-June 2013 possibly -- I don't know, June 21st, 2013, I
13  received the hard drive from them.
14  Q.   And that was for all of the 14 email accounts, right?
15  A.   Yes.
16  Q.   And so once you got that hard drive in mid-June 2013, you
17  promptly divvied up the tasks of reviewing the emails, right?
18  A.   It's not an easy process.
19  Q.   That's not my question.
20  A.   I -- soon after June 2013, did I divvy up the task?  No.
21      It took a while for our computer examiner to load it into
22  what was called our Thunderbird software and then load it to my
23  desktop so I can start reviewing it at my desk, and that took a
24  while.
25  Q.   Okay.  But weeks before the Lating affidavit was

1  finalized, Pam Arnold was tasked with reviewing Reddy's emails,

2  right?

3  A.    Among other people.  I gave a copy of what Google gave me

4  to Medicaid.  I believe HHS, United States Attorney's Office.

5  And then I had a copy.

6  Q.    All right.  So please turn to Tab 62, Plaintiff's

7  Exhibit 62.

8  A.    Okay.

9  Q.    This is an email that you sent on July 3rd, 2013, right?

10 A.    Yes.

11 Q.    And you didn't copy Sandra Wilkinson on this, did you?

12 A.    No.

13 Q.    It's addressed -- Pam Arnold's name is first, right?

14 A.    Yes.

15 Q.    And then two names later is Robert Mosley, right?

16 A.    Yes.

17 Q.    And then Cathy Pascale is mentioned at the end, right?

18 A.    Yes.

19 Q.    And then you wrote, Ms. Lating, on July 3rd, 2013, "For

20 those that did not know, Google finally produced the emails

21 from the Pharmacare accounts.  Pam" -- that's Pam Arnold,

22 right?

23 A.    Yes.

24 Q.    "Pam has been going through the email accounts with focus

25 on Teddy" -- and that's a typo; it's Reddy, right?

```
 1   A.   Yeah.  Spellcheck always -- you'll see that often.
 2   Q.   And did this refresh your recollection about Pam Arnold
 3   being the one tasked with going through the email accounts to
 4   focus on Reddy?
 5   A.   Yes.  But other people were reviewing, as well.
 6   Q.   Well, you wrote -- and you wouldn't mislead the others,
 7   right?  You wrote "Pam has been going through the email
 8   accounts to focus on Reddy."  Right?
 9   A.   Yes.
10   Q.   And that was true, right?
11   A.   If it's in the email, it's true.  I don't recall this
12   email.  But yes, okay.
13   Q.   I understand.  It's been nearly 10 years.
14        And then you wrote, "I was thinking maybe we could assign
15   each person an email account to review."  Right?
16   A.   Yes.
17   Q.   And in that review, because the emails were voluminous,
18   you used your search terms, right?
19   A.   Are you asking the methodology of how we --
20   Q.   Well, let me just sort of, to avoid any semantic issues,
21   I'm talking about, rather than calling them your search terms,
22   the search terms in Plaintiff's Exhibit 48 were used for the
23   review, right?
24   A.   Anybody that was reviewing what was produced by Google
25   could look for any search term that they felt they should
```

 1  search.  You could search anything.

 2  Q.   I understand that, Ms. Lating.

 3       So the starting point was the search terms, and that

 4  explains Exhibit 42, though, right -- 48.  I apologize.

 5  A.   The search terms that I gave Google was because they

 6  weren't sure when they were going to produce the production.

 7  So to speed up the process, I asked Erica, "Can you at least

 8  search these search terms and give me something, like, ASAP."

 9  But when everybody on the team start reviewing emails, they

10  could review it by Mr. Annappareddy's email, I didn't --

11  whatever they wanted to do was -- was on them to do.

12  Q.   All right.  Let's go back to Tab 48, please.

13  A.   Okay.

14  Q.   Now, this email that you sent early June 2013 to the

15  Google law enforcement person --

16  A.   Yeah.

17  Q.   -- you said, "Would you be able to do a key word search

18  for just Reddy's email account for these words?"  Right?

19  A.   Yes.

20  Q.   And then you wrote, "The words in red are important ones."

21  Right?

22  A.   Yes.

23  Q.   And let's go through the list, all right.  Just to be

24  clear, this is you asking only for Reddy's email account, at

25  this point, not all 14, right?

```
 1   A.    Yes.
 2   Q.    Because you wanted to at least focus on Reddy's emails,
 3   right?
 4   A.    Yes.
 5   Q.    You ended up getting all 14, though.
 6   A.    Yes.  I wasn't sure, when I sent this email, whenever we
 7   were going to get the production.
 8   Q.    Understood.
 9         Let's go through the list.  The first term is "Med-4,"
10   right?
11   A.    Yes.
12   Q.    And that's in red, isn't it?
13   A.    Yes.
14   Q.    That means it's an important one.
15   A.    Yes.
16   Q.    It's the very first term on the list?
17   A.    Mr. Greenberg, I'm not sure if I put them in order of
18   importance.
19   Q.    It's a "yes" or "no" question.
20   A.    Yes.  It is a fact, it is the first one on the email.
21   Q.    And the second term is "reversals."
22   A.    Yes.
23   Q.    Third is "auto refill."
24   A.    Yes.
25   Q.    Next is "reverse," right?
```

```
 1   A.    Yes.
 2   Q.    Right?
 3   A.    Yes, yes.
 4   Q.    Fifth term is "bins," right?
 5   A.    Yes.
 6   Q.    And then "removal."
 7   A.    Yes.
 8   Q.    "Clinics."
 9   A.    Yes.
10   Q.    "HIV."
11   A.    Yes.
12   Q.    "Inventory."
13   A.    Yes.
14   Q.    "Audit."
15   A.    Yes.
16   Q.    "Storage" and "refill," right?
17   A.    Yes, yes.
18   Q.    Now, "Med-4" is in red; "reversals" in red; "auto refills"
19   in red; "bins" is in red; "clinics" is in red; "storage" is in
20   red; and "refill" is in red, right?
21   A.    Yes.
22   Q.    No term on that list says "antipsychotic drugs," right?
23   A.    No.
24   Q.    And "bins" was one of the terms that either you or Pam
25   Arnold or both searched Reddy's emails for, right?
```

1   **A.**   This list was for Google to speed up the process and give

2   me a sampling of something we could start reviewing.  Because

3   they wouldn't give me a time frame of when they were going to

4   produce it, and I was in the middle of drafting an affidavit.

5   **Q.**   Right.

6       And you wanted to get the emails as soon as possible,

7   right?

8   **A.**   Something from them.

9   **Q.**   Right.

10  **A.**   Even if it's a sampling.

11  **Q.**   And so they provided what you asked for, right?

12  **A.**   No, they didn't.

13  **Q.**   They didn't?  Okay.

14      But this list of search terms was used during the review

15  of the Google emails, right?

16  **A.**   I can't say what Pam Arnold or anybody on the team used

17  for search term.  This was for the purpose of Google, give me

18  something, a partial production, something, because you can't

19  give me a time frame on when you're going to produce it.

20  **Q.**   Ms. Lating, you're the team leader, right?

21  **A.**   Yes.

22  **Q.**   You sent this list of search terms, right?

23  **A.**   Yes.

24  **Q.**   You led the email review, right?

25  **A.**   I led the email review, correct.

1  Q.   Okay.  And so at a minimum, these search terms were used

2  during the review, right?

3  A.   I would hope so.  I hope the team, when they were

4  reviewing the emails, were using some of these suggested key

5  word searches.

6  Q.   Let me put it this way, maybe we can cut to the chase.

7  You instructed Pam Arnold to use these search terms, did you?

8  A.   I -- unless you have an email that says I did that, I have

9  no recollection of telling her how to read emails.  I did

10  instruct everybody that was going to read emails, that you

11  could do key word searches, you could look at a certain

12  person's email account.

13  Q.   Okay.

14  A.   There was many different ways --

15  Q.   Okay.

16  A.   -- of reviewing emails from Google.

17  Q.   Okay.  Thank you.

18      Maybe you didn't -- and I didn't mean to say you only

19  instructed Pam Arnold.  But you instructed the folks in the

20  investigation team involved in the email review to use search

21  terms if they wished to, right?

22  A.   I'm pretty confident I told them that that would be the

23  easiest way to review, which probably was more than 50,000

24  emails.

25  Q.   Okay.

1  A.   The easiest way is to do key word searches.

2  Q.   Okay.  Thank you.

3  A.   Okay.

4  Q.   And we've established that "bins" is one of the important

5  search terms, right?

6  A.   That made the list, yes.

7  Q.   And that's just for Reddy's email account, right?

8  A.   In this email, I just wanted a sampling of Reddy's --

9  Mr. Annappareddy's email account.

10  Q.   Right.

11      But during the actual search, I think it's pretty clear

12  now that the search terms were used and that Reddy's email

13  account was the focus, right?

14  A.   Everybody's email account was the focus.

15  Q.   But Mr. Annappareddy was the owner than of Pharmacare,

16  right?

17  A.   Yes.

18  Q.   He was the main target of the investigation, right?

19  A.   Yes.

20  Q.   So there was a search done for these terms of Reddy's

21  emails, right?  You agree?

22  A.   Yes.

23  Q.   And let's turn back to Plaintiff's Exhibit 8.  Let's turn

24  to the second -- the attachment of this email.

25          THE COURT:  Say it again.

```
 1              MR. EISER:  I have an objection, Your Honor.  I think
 2    the witness may need to leave.
 3              THE COURT:  All right.  Please step out.
 4         And stop the clock.
 5              THE WITNESS:  Sure.
 6         (Witness exits.)
 7              MR. MILLER:  What exhibit is this?
 8              MR. EISER:  Plaintiff's Exhibit 8.
 9              THE COURT:  All right.  What's the objection?
10              MR. EISER:  We had the long discussion about
11    Plaintiff's Exhibit 8.  And you instructed Mr. Greenberg, show
12    it to her, see if that refreshes her memory, and if it doesn't,
13    it doesn't come in.  Mr. Greenberg came up with his usual thing
14    where he says, "Look over here, doesn't that mean over here?"
15    And what he did was used her email.  "And you searched -- you
16    asked for a search using these search terms?"  And then,
17    finally, after, "Did they give this to you?"
18         And she said "No."
19         So now he's going back, I guess, saying that little
20    exercise would refresh her memory about here we are with this
21    evaluation again.
22              MR. GREENBERG:  So I think it would be more
23    appropriate to not refer to counsel by name, it's not
24    necessary.  And to not make gestures.  And also, not to
25    mischaracterize the witness's testimony.
```

1      She testified that these search terms were used.  That is
2  abundantly clear now.  And she also testified that
3  Mr. Annappareddy's email account was the focus because he was
4  the main target.
5              MR. EISER:  Are you talking to me?
6              MR. GREENBERG:  I'm talking to Judge Anderson.
7              MR. EISER:  Why are you looking at me?
8              THE COURT:  Both Counsel, direct your remarks to me.
9      Go ahead, Mr. Greenberg.
10             MR. GREENBERG:  Yes, Your Honor, I was actually
11  addressing you.  I meant to address to you.  Maybe I was
12  looking over there.  I apologize for that.
13      So, Your Honor, to me, it's clear from the testimony that
14  these search terms were used, and that Mr. Annappareddy is
15  obviously the main target of the investigation.  His email
16  account was clearly the focus.  It's multiple documents --
17             THE COURT:  And you've made that point.
18             MR. GREENBERG:  Right.
19             THE COURT:  I understand where we are now.  So . . .
20             MR. GREENBERG:  So the point here is that this search
21  of Mr. Annappareddy's emails would have brought up this
22  document.
23             THE COURT:  Right.
24             MR. GREENBERG:  And it's a hit, this document.
25             THE COURT:  And your point is, since the search terms

1    include the word "bins," and this email had the word "bins,"

2    she should have been aware of it.

3              MR. GREENBERG:  Well --

4              THE COURT:  Arguably, should have been aware of it.

5              MR. GREENBERG:  -- we believe she was aware.

6              THE COURT:  And you've made that point, so why are we

7    bogging down on this?  Are you offering the exhibit into

8    evidence now, or are you going to continue to ask questions

9    about it?

10             MR. GREENBERG:  Your Honor, respectfully, we would

11   offer into evidence this one.  We believe we've laid the

12   appropriate foundation.  The word "bins" is a hit.  It's a red

13   term on her list.  They searched Mr. Annappareddy's emails.  He

14   was a focus.  Pam Arnold was reviewing them as of July 3rd,

15   2013, focusing on Annappareddy's emails.  She testified to

16   that.  It's in the email.  She said the email is true.  And

17   Pam Arnold, she said, would never withhold important

18   information from her.

19             THE COURT:  All right.  Mr. Eiser, what's the

20   objection?  You object to the exhibit coming in; is that right?

21             MR. EISER:  Yes.  And --

22             THE COURT:  And any other further questioning about it

23   as well?

24             MR. EISER:  The foundation of it.  He hasn't even

25   asked the witness whether she reviewed all hundred thousand

1 emails that she got or when she did.  He's very carefully

2 avoiding these questions.  And that is where we started this.

3 He's trying to get this into evidence through her or to insist

4 that she saw it or to insist that she knew about it.  He's

5 asked her.  She said, "I don't recall seeing that ever."  And

6 it doesn't -- there's nothing done -- he hasn't done anything

7 that refreshed her memory.

8         THE COURT:  Mr. Greenberg, I said earlier, can't this

9 document come in when the Plaintiff is on the stand?  Can't he

10 authenticate it, and it comes in?  It will be in record sooner

11 or later.

12        MR. GREENBERG:  So Your Honor, the Government has

13 stipulated to authenticity.  That's on the filed exhibit list.

14 And there's documentation of that.

15        THE COURT:  Let me turn to the Defendant.

16     Why do you object?  It's coming in sooner or later.  I'm

17 the fact-finder.  I mean, it's coming in, why are we wasting

18 time on this?

19        MR. EISER:  I agree.  This witness apparently never

20 saw it, that's what the testimony is so far.  But he keeps

21 trying to hammer her over the head with it.  I agree, it's

22 authentic.  But there's no foundation to admit it through this

23 witness who never saw it --

24        THE COURT:  I'm going to sustain the objection at this

25 time to the document coming in, understanding it'll probably

1  come in later.  The Plaintiff has made his point that this

2  witness did not see this email and arguably should have because

3  it turned up in the word search.  I understand that.  I get

4  that.  So I think we just need to move on.

5      I'm not going to go admit the exhibit now.  I understand

6  it's coming in later.  Ms. Lating has been questioned

7  extensively about it, and I think we need to move on to a

8  different subject matter.

9          MR. EISER:  Thank you, Your Honor.

10         MR. GREENBERG:  Understood, Your Honor.  Thank you.

11         THE COURT:  All right.  Please bring in the witness.

12     (Witness returns.)

13         THE COURT:  All right.  Please continue.

14 BY MR. GREENBERG:

15 Q.  Ms. Lating, both Dennis Tokofsky and Lisa Ridolfi told

16 Laurie Gutberlet that only the, quote, "Middle Eastern" -- a

17 small group of "Middle Eastern" employees at Pharmacare were

18 responsible for automatic refills of Med-4s, right?

19 A.  I don't recall that being worded that way, no.  If you

20 have a report that refreshes my memory of an interview with

21 Lisa Ridolfi --

22 Q.  Sure.

23 A.  -- you can show it to me.

24 Q.  Let's turn to Plaintiff's Exhibit 22.  This is a memo --

25 it's already in evidence -- that -- already admitted into

```
 1  evidence.  Memo from Laurie Gutberlet dated October 9, 2012,
 2  report on her first interview of Lisa Ridolfi.
 3       Do you see that?
 4  A.   Yes.
 5  Q.   And do you see how there's a chart on Page 8 of this --
 6  actually, it's Page 7 of the document, Page 8 of ECF.
 7       Do you see that?
 8  A.   Page 7, yes.
 9  Q.   And while we're here, let's talk about this chart a little
10  bit.
11       So do you see how -- and this is sort of a flowchart that
12  Lisa Ridolfi, I guess, either prepared or described to
13  Ms. Gutberlet, right?
14  A.   Yes.
15  Q.   And as far as you knew, during the investigation, the
16  chart was accurate, right?
17  A.   As far as I knew, yes.
18  Q.   Okay.  All right.  We can move on from that for the
19  moment.
20       Now, let's turn a little forward.  Let's look at Page 13.
21  A.   I'm sorry, Exhibit 13?
22  Q.   No, no.  Same exhibit, Tab 22, the Ridolfi first interview
23  memo.
24  A.   Okay.
25  Q.   Page 13 of the memo, please, ma'am.
```

1  A.   Okay.

2  Q.   Are you with me?

3  A.   Yes.

4  Q.   Okay.  Do you see how there's a bold, italicized heading

5  that says "Pharmacare's Internal Audit"?

6       Do you see that?

7  A.   Yes, the top, the heading, yes.

8  Q.   And then the first sentence, it says, "Over the Labor Day

9  weekend, Ridolfi learned of a secret internal audit being

10  conducted at Pharmacare."  Right?

11  A.   That's what it says.

12  Q.   And then it goes on to say, I guess five lines down, maybe

13  six lines down, "She was kept in the dark about and only

14  learned of it through her observations and limited

15  conversations with Vipin, Jigar, and several other

16  Middle Eastern employees who were pulled to work on it."

17  Right?

18  A.   That's what it says, correct.

19  Q.   And then two sentences later, it says, "The audit was

20  being conducted based on Excel spreadsheets with the words

21  'Med-4s' printed on the top of the documents."  Right?

22  A.   Yes.

23  Q.   And Ms. Ridolfi went on to report that she believes these

24  are ". . .printed spreadsheets of the secret documents that

25  Vipin, Jigar" -- and it's spelled Amy, but it's really Ami --

```
 1  ". . . Patel, maintain on their computers."  Right?
 2  A.   Yes.
 3  Q.   Secret, right?
 4  A.   That's the word in the report, yes.
 5  Q.   So your understanding, during the Pharmacare
 6  investigation, was that these, quote, "Middle Eastern
 7  employees," several of them, they kept these Med-4 Excel
 8  spreadsheets secret, right?
 9  A.   Yes.
10  Q.   Now, let's -- now, you remember how Dennis Tokofsky, his
11  reports focus on Med-4s, right?  His statements to
12  Laurie Gutberlet and others on the team, right?
13  A.   Focused on Med-4s, correct.
14  Q.   And the same was true of Lisa Ridolfi, at least initially?
15  A.   Lisa -- yes, I would --
16  Q.   At least in the first interview.
17  A.   -- I would agree with that, yes.
18  Q.   Right.
19       And "Med-4" was your number-one search term, or at least
20  at the top of the list that you gave to Google, right?
21  A.   Yes.
22  Q.   For Mr. Annappareddy's account?
23  A.   Yes.
24  Q.   All right.  Let me show you what's been marked as --
25           MR. GREENBERG:  And this is stipulated to
```

 1  authenticity, Your Honor, but not yet admitted.

 2  **BY MR. GREENBERG:**

 3  Q.   And Ms. Lating, you agree that -- I think you've already

 4  testified to this, but let me make sure we're clear.

 5       You have agreed that Med-4s were a main focus in the

 6  investigation, right?

 7  A.   Yes, I would agree with that.

 8  Q.   So during the Google email review, looking for Med-4

 9  references was important?

10  A.   Yes.

11  Q.   And so you expected that if Pam Arnold or anybody else

12  found an email referencing Med-4s they'd send it to you?

13  A.   Yes -- well, to the whole team or discuss it in a meeting.

14  Q.   Okay.  Right.  Not just you, but everybody --

15  A.   Whole team.

16  Q.   -- or at least the agents on the review?

17  A.   And the prosecutors.

18  Q.   Well, I mean, the prosecutors didn't get every email,

19  right?

20  A.   No.  But we would discuss in a team meeting if someone

21  identified an email that they wanted to discuss with the group.

22  Q.   But as a leader, you were sort of a filter for that,

23  weren't you?

24  A.   I was a filter?  No.

25  Q.   Well, put it this way, I mean, you and Pam Arnold, you

1  know, were searching -- and/or Pam Arnold searching Reddy's

2  emails, you didn't send the prosecutors every single email that

3  had a search term that came up, did you?

4  **A.**   No, no.

5  **Q.**   All right.  So Med-4s, you agree, that was a priority,

6  right?

7  **A.**   Med-4s was a priority.

8  **Q.**   Okay.  Let's turn to Plaintiff's Exhibit 7, Tab 7.

9        Let me know when you're there.

10 **A.**   Yes, sir, I'm here.

11 **Q.**   So this is an email from Dennis Tokofsky to, first name is

12 Reddy Annappareddy, right?  February 6, 2012.

13       Do you see that?

14 **A.**   Yes.

15 **Q.**   And in the attachments, the word "Med-4" appears, right?

16 **A.**   Yes.

17 **Q.**   And this is one of the documents that came up during the

18 search because Med-4s were prioritized, especially for

19 Mr. Reddy's account?

20 **A.**   I absolutely don't recall the source of this email.  I

21 don't recall this email, first off.  And --

22 **Q.**   But you agree it was responsive to the search warrant,

23 right?

24 **A.**   I don't know if it's responsive to the search warrant or

25 someone gave it in an interview.  I have no recollection of the

1  source of what you're showing me here because I don't recall
2  this email, period.
3  Q.   Well, notwithstanding that nearly 10 years later you don't
4  recall the specific email --
5  A.   Eleven years, but yes.
6  Q.   No, no.  The review was in --
7  A.   No, but this is 11-year email, in the search warrant in
8  2013, I don't recall anybody saying, "Here's an email,
9  everybody needs to look at it."  I don't -- if you could tell
10 me where this came from.  I have no idea.
11 Q.   I can tell you where it came from.  I mean, it's among --
12 it's --
13          MR. EISER:  Objection, Your Honor.  She has not been
14 refreshed my somebody else's email that she never got.
15          MR. GREENBERG:  Well, Your Honor, I think we're going
16 to have the same evidentiary -- not the same, I apologize.
17 This is very different because of the testimony, and I don't
18 want to get into too much in front of the witness, though.
19          THE COURT:  Well, once again, this document can easily
20 come in later when Mr. Tokofsky testifies, right?
21          MR. GREENBERG:  We don't know if Mr. Tokofsky is
22 testifying.
23          MR. EISER:  That's up to them.
24          THE COURT:  He's on your witness list.
25          MR. PHELPS:  He is, Your Honor.  I mean, we are the

```
 1  defense, we don't have to, but we reserve the right to not call
 2  anyone.
 3           MR. GREENBERG:  Your Honor, I would ask the witness be
 4  excused from all of this.  She shouldn't be --
 5           THE COURT:  Hold on just a minute.
 6      If it's not challenged on authenticity basis, if the
 7  foundation is not challenged, let's let it in, and you can ask
 8  her about it.  If she doesn't know about it, you need to move
 9  on.  That's my ruling.
10           MR. GREENBERG:  Thank you, Your Honor.
11           THE COURT:  It's in evidence because it's been
12  authenticated by stipulation.  Now, you can ask her about it,
13  but if she doesn't know about it, you need to move on.
14  BY MR. GREENBERG:
15  Q.   All right.  Ms. Lating, I'll try to get through this
16  quickly.
17      So this is an email from Dennis Tokofsky dated
18  February 6th, 2012, sent to Reddy Annappareddy and several
19  other folks, right?
20  A.   Yes.
21  Q.   And one of them is Dan Walker, right?
22  A.   Dan Walker, correct.
23  Q.   And he's not of Indian origin, right?
24  A.   No, he's not.
25  Q.   And Wayne Dyke is on there, too, right?
```

```
1   A.   Correct.

2   Q.   Not of Indian origin?

3   A.   Correct.

4   Q.   Dennis Tokofsky is not of Indian origin?

5   A.   Correct.

6   Q.   Don Hoyt is not of Indian origin, right?

7   A.   Correct.

8   Q.   They're all white, aren't they?

9   A.   Yes.

10  Q.   And one of the attachments here, two lines from the bottom

11  says, "Med-4 February 2012, COO," right?

12  A.   Yes.

13  Q.   And COO is Dennis Tokofsky's title, right?

14  A.   Yes.

15  Q.   So this is an email that you knew or should have known

16  about during the search, right?

17  A.   It's an email I -- I can't say if -- if I identified it

18  during my search of the Google email account.  I can't say

19  that.

20  Q.   That wasn't my question, but I think we can probably move

21  on, given Your Honor's guidance.

22       All right.  Let's turn to another document.

23       You've already established that we've discussed CareMerica

24  at some length, right?

25  A.   Yes.
```

```
 1   Q.   And so an email about Med-4s during the time CareMerica
 2   was handling Med-4s would be significant, right?
 3   A.   Yes.
 4   Q.   All right.  Let's turn to Plaintiff's Exhibit 36.  This is
 5   stipulated to authenticity, but not yet it admitted.
 6        And you see how Plaintiff's Exhibit 36 is sent to
 7   Reddy Annappareddy?
 8   A.   Yes, yes.
 9   Q.   And you see how the subject line, it says "Forward:  Med-4
10   list for Plumtree"?
11   A.   Yes.
12   Q.   And so this is a list that for some reason was being
13   forwarded several -- I guess five or six months after
14   CareMerica opened, right?
15   A.   It appears so.
16   Q.   And the attachment says "med-4may 13thplumtreeonly.xlsx,"
17   right?
18   A.   Yes.
19   Q.   And the attachment identifies specific patients.  Let's
20   not show it, unless Your Honor wants to, on the screen.
21             MR. GREENBERG:  Well, do you want us to?  Because it
22   has HIPAA information?
23             THE COURT:  It has what?
24             MR. GREENBERG:  HIPAA protected information.
25             THE COURT:  I can authorize the disclosure of HIPAA
```

 1   information.  If the court reporter would seal this part of the

 2   transcript, please.

 3        Do we have an objection?

 4            MR. EISER:  Again, this witness is not -- this isn't

 5   sent to her.  She hasn't said whether she saw it.  She hasn't

 6   said whether she has a memory loss.  We're just having --

 7        (Cross talk.)

 8            MR. GREENBERG:  I think these kinds of objections, we

 9   have to excuse.  But also, Your Honor, because of the HIPAA

10   issue, I think, respectfully, it would be appropriate to -- if

11   it's going to be sealed, to not have folks in the courtroom.

12            THE COURT:  All right.  All of the audience, please

13   exit the courtroom at this time, everyone except counsel and

14   their support staff.

15        (Audience exits.)

16            MR. GREENBERG:  Your Honor, actually, while we're on

17   this topic -- well, I'll get to it later.  I don't want to do

18   it in front of the witness.  Actually, could we stop the clock

19   during this?

20            THE COURT:  All right.

21        Stop the clock.

22            MR. GREENBERG:  Thank you, Your Honor.

23   BY MR. GREENBERG:

24   Q.  So Ms. Lating, we've established that --

25            THE COURT:  All right.  Start the clock.

1          MR. GREENBERG:  Oh, sorry.

2    BY MR. GREENBERG:

3    Q.   Ms. Lating, we've established that Lisa Ridolfi reported,

4    and you understood during the investigation, that these Med-4

5    trackers or calendars were secret documents, right?  Remember,

6    in our first interview?

7    A.   Yeah.

8    Q.   We just talked about it like five minutes ago --

9    A.   Yes, yes.

10   Q.   All right.  So here, see who the original email is then

11   sent to?

12          MR. GREENBERG:  Scroll up a little but please, of the

13   original -- earliest in time.

14   BY MR. GREENBERG:

15   Q.   From Vipin Patel, right, "vipin@pharmacare.us"?

16   A.   Yes.

17   Q.   Who is the first name in the "To:" line?

18   A.   Lisa Ridolfi.

19   Q.   Lisa Ridolfi.  "Lisa@pharmacare.us," right?

20   A.   Yes.

21   Q.   And that email account is also in the Google search

22   warrant affidavit, right?

23   A.   Yes.

24   Q.   And it says, "From:  Vipin Patel.  Please find Med-4 list

25   for Plumtree into the attachment document."  Right?

```
 1  A.   Yes.
 2  Q.   And then it says, "And please send refill request in
 3  advance."  Right?
 4  A.   Yes, it does.
 5  Q.   And that's referring to automatic refills, right?
 6  A.   I -- I don't know if that's referring to automatic
 7  refills.  It just says "refill request."
 8  Q.   Okay.  But Lisa Ridolfi described Excel files that tracked
 9  automatic refills for Med-4 patients, right?
10  A.   Yes.
11  Q.   And she said they were secret.
12  A.   In her interview, yes, she referred to --
13  Q.   Yes --
14  A.   -- as secret.
15  Q.   We've covered that, so let's just move on to the actual
16  documents.  We can show His Honor an example what this looks
17  like.  This secret -- supposedly secret document.
18       So the supposedly secret at the very top, it says, in the
19  center -- what does it say in all red, partially all caps
20  letters?
21  A.   "All Med-4 patient."
22  Q.   Okay.  So Ms. Ridolfi got the secret Med-4 document here
23  that has, in column G, the number of refills left, right?
24  A.   I'm not sure I'm comfortable referring to this document
25  here as secret, is what she's referring to as secret when she
```

1   was interviewed by Laurie Gutberlet.  I don't recall this

2   email, so I can't say this is the secret document --

3   Q.   Okay.

4   A.   -- referred to in the interview or not.

5   Q.   That's a very good point, Ms. Lating.  Because Ms. Ridolfi

6   got this email, it really wasn't a secret, right?

7   A.   This document right here is not -- it appears it wasn't a

8   secret because she was copied on it, correct.  I would agree

9   with that, yes.

10  Q.   And do you see how it has, in columns E and F, months in

11  2013 and days?

12  A.   Yes.

13  Q.   And then I think we've already covered, it has numbers of

14  refills left in column G.

15  A.   Yes.

16  Q.   And then it has specific patients' names, right?

17  A.   Yes.

18  Q.   And you see in row 4 it says C.G.?

19  A.   Yes.

20  Q.   That's one of the patients that Ms. Ridolfi reported to

21  Ms. Gutberlet in a later interview as being supposedly the

22  subject of fraud, right?

23  A.   A victim of fraud.

24  Q.   Supposedly.

25  A.   Of -- of -- yeah.

1  Q.    And then here's Ms. Ridolfi getting an automatic refill

2  tracker for C.G., right?

3  A.    A refill -- you referred to it as "auto refill."  I would

4  just say, what I'm looking at here, it says she's got one

5  refill left, correct.  I would agree with that.

6  Q.    Okay.  But if you scroll down to, for example, line 23,

7  that patient has 4 refills left, right?

8  A.    Yes.

9  Q.    And if you scroll down to line 27, for example, that

10  patient, who it says "Plumtree" -- that's where Lisa Ridolfi

11  worked, right?

12  A.    Yes.

13  Q.    Had five refills left.

14  A.    Yes.

15       MR. GREENBERG:  Okay.  I think we've made the point

16  and we can unseal --

17       (Cross talk.)

18       THE COURT:  All right.  Let me ask, although exhibit

19  lists patient names and medicines, there was nothing put on the

20  record in the transcript.  So is there any need for the court

21  reporter to seal that part of the transcript, or should we just

22  file this document under seal?  I'm just asking.

23       MR. GREENBERG:  Your Honor, I did mention one

24  patient's name.  We would be fine with just redacting and

25  having her initials.

          THE COURT:  Let's just redact that one patient's name,
if the court reporter could do that.  Just let the court
reporter know what's in and what's out.

          MR. GREENBERG:  Sure.

          THE COURT:  What's the exhibit number here?

          MR. GREENBERG:  It's already in.  Actually, I don't
know if I moved it in.  I would move, respectfully, that
Plaintiff's Exhibit 36 been admitted.

          THE COURT:  Any objection?

          MR. EISER:  Yes.  Based on what?

          THE COURT:  Well, there's no question about its
foundation.  It's stipulated.

          MR. GREENBERG:  Can we excuse the witness, if this is
going to go on?

          THE COURT:  What?

          MR. GREENBERG:  I'm just concerned with these
objections telegraphing messages to the witness.

          THE COURT:  All right.  Please step outside a moment.

          THE WITNESS:  Yes, Your Honor.

     (Witness exits.)

          THE COURT:  I don't know the basis for the objection
exactly.

          MR. EISER:  Your Honor, we don't, again, object to the
authenticity.  We accept that this came from their computer.
But documents have to be entered into evidence through a

```
 1   witness --

 2          THE COURT:  Well, not if the authenticity is not

 3   questioned.  Now, whether it's relevant or not, if it turns out

 4   not to be relevant, I don't have to consider it.  I'm the fact

 5   finder.  I can regulate that much better than I can with a

 6   jury.

 7          MR. EISER:  Okay.

 8          THE COURT:  But, to me, if this is something that,

 9   arguably, this witness should have read and should have known

10   about, and she says on the stand that she didn't know about it,

11   it makes it relevant.  Now, how much weight it deserves, who

12   knows, we'll find out later.

13          But I think the fact that the authenticity or the

14   identification is not challenged, it comes in.  If the witness

15   says she didn't see it, didn't know about it, it's relevant for

16   that purpose, at least.  So I would overrule the objection on

17   that basis.  Now, understanding that when all of the evidence

18   is in, and we argue the case, we can fine-tune this to some

19   disagree.

20          MR. EISER:  Thank you.

21          THE COURT:  And understand, even if I sustain your

22   objection, I have to let the Plaintiff make an offer of proof

23   for appeal purposes.  So it's going to come into the record,

24   and I've already seen it, so I think we can deal with this

25   better later on.
```

1          MR. EISER:  Thank you, Your Honor.

2          THE COURT:  All right.  Please bring the witness back.

3       (Witness returns.)

4          THE COURT:  And let me just say, regarding HIPAA, I

5    find that the need for this information in this case is

6    compelling, sufficient to override the privacy interest

7    provided for in the HIPAA law.  That's my reason for allowing

8    this in.  But it will be under seal.

9          MR. GREENBERG:  I understand, Your Honor.  And just

10   for guidance going forward, should we go through this process

11   for other HIPAA information?  Or do you --

12         THE COURT:  Do you have for exhibits like this?

13         MR. GREENBERG:  We do.

14         THE COURT:  All right.  Well, if you think it's

15   governed by HIPAA, just tell me, and we'll file it under seal.

16         MR. GREENBERG:  All right.  Well, I really mean this

17   clearing the courtroom, you know.  Maybe there's a way we can

18   talk about --

19         THE COURT:  Is the audience able to see what's on the

20   screen?  Is there any way to delete the public monitor or black

21   it out?

22         THE CLERK:  Your Honor, I can black out the public

23   monitors.  The problem is, is the monitor is on counsel table.

24   If they're sitting in the gallery and can see it, they can

25   still see it from --

1          **THE COURT:**  They can still see it on counsel table.

2          **THE CLERK:**  Yes.

3          **THE COURT:**  We can excuse the audience each time, if

4   you want to.  Can we just not ask the audience members to look

5   the other way, and not look at the screen and trust them -- I

6   want to comply with HIPAA, but I just hate to extend -- you

7   know, run up our time.

8          **MR. GREENBERG:**  I understand, Your Honor.  You know,

9   look, if Your Honor has authority to -- I think you said

10  yesterday Your Honor has authority to override it.

11         **THE COURT:**  I've overwritten it in discovery disputes,

12  I know.  And the law provides for a judicial override.  Let's

13  do some research on it over lunch, how about that?

14         **MR. GREENBERG:**  Another way to possibly address this.

15         **THE COURT:**  What about redacting the names of the

16  patients.  Are the names important?

17         **MR. GREENBERG:**  That's an option, as well.  Yeah.  We

18  can -- if this is going to be -- I think it might be a

19  repeating issue, we can redact.  We can do that.

20         **THE COURT:**  Let's plan on over lunch, getting your

21  technicians to delete the names, if possible.  Names and Social

22  Security numbers, if they're in there.

23         **MR. GREENBERG:**  Okay.  Thank you, Your Honor.

24         **THE COURT:**  Do we have any audience members that need

25  to come back?

```
 1        (Audience returns.)

 2             THE COURT:  Start the clock.

 3        Please continue.

 4   BY MR. GREENBERG:

 5   Q.   All right.  Ms. Lating, so we've established that

 6   Lisa Ridolfi, on at least one occasion, got Med-4s calendars,

 7   right?

 8   A.   Yes.

 9   Q.   Why don't we move on from this exhibit, for the moment, at

10   least.

11        And why don't we talk about, just briefly, these

12   references to, quote, "Middle Eastern" people that were in many

13   of the interview reports, you noticed that when you read them,

14   right?

15   A.   Yes.  There was references to that, yes.

16   Q.   My question, you noticed those references, right?

17   A.   Yes.

18   Q.   They stood out to you?

19   A.   No.  I noticed the names being referenced were

20   Middle Eastern names, but it's just a way of describing people

21   involved in this case.

22   Q.   Okay.  And that's because it was kind of a shorthand for

23   saying not from the United States?

24   A.   No.  It's just a way to describe where someone originated

25   from.
```

1  Q.   Okay.  So your understanding, during the Pharmacare

2  investigation, was that these folks involved in the alleged

3  fraud were from the Middle East?

4  A.   I could tell by their names, they appeared to be

5  Middle Eastern names.

6  Q.   The answer is "yes"?

7  A.   Yes, absolutely.

8  Q.   All right.  Let's move on to another topic.

9       Why don't we turn to Government's Exhibit 22.  I think we

10 can probably get through that fairly quickly.  That's in the

11 other binder, ma'am.

12      Let me know when you're there.

13 A.   I'm there, sure.

14 Q.   We previously talk about the undercover operations at

15 Plumtree, Mt. Clare, and Park Heights, right?

16 A.   Yes.

17 Q.   And you see this document, Government's Exhibit 22, the

18 earliest email is from someone named Michael DiPietro?

19 A.   Yeah.  He was a federal prosecutor.

20 Q.   Well, not really a prosecutor, because he was civil AUSA,

21 right?

22 A.   He's still an AUSA.

23 Q.   But he didn't actually prosecute anybody.  He did civil

24 cases, right?

25 A.   He did civil prosecutions, but, okay.

Q.   Well, you understand, as an experienced agent that did a lot of healthcare investigations, that an AUSA who works on *qui tams* is not prosecuting anyone just by virtue of working on *qui tams*, right?

A.   He didn't just work on *qui tams*.

Q.   That's not my question.

A.   Okay.  Yes.  I -- I agree.

Q.   All right.  So Michael DiPietro sent this email March 4, 2013, 12:22 p.m., right?

A.   Yes.

Q.   And it's sent to Laurie Gutberlet, among others, right?

A.   Yes.

Q.   And this would be, you know, because Laurie Gutberlet told you about all of the significant emails, she would tell you about one that related to the undercover operations, right?

A.   I don't recall --

Q.   Okay.

A.   -- getting this email.

Q.   Well, let's see if we can refresh your recollection.

     Mr. Michael DiPietro -- then civil AUSA DiPietro said, quote, "Can you tell me if Pharmacare has refilled all four scripts that are 2UC submitted, question mark, question mark."

     Do you see that?

A.   Yes.

Q.   "I recall that refills are available for all four scripts

1   by now."

2   A.    Yes.

3   Q.    And that is referring to the undercover operations of

4   those three stores, right?  Pharmacare, Mt. Clare,

5   Park Heights.

6   A.    Yes.

7   Q.    And Ms. Gutberlet responds -- and this is, you know, about

8   a month before she's leaving, right?

9   A.    Yes.

10  Q.    Kind of she's on her way out the door?

11  A.    Yes.

12  Q.    And she only mentions that prescription refill activities

13  occurred twice now for both fictitious Medicaid recipients, and

14  she says when they were billed, but she doesn't specify it was

15  only at Plumtree, right?

16  A.    In this email, she doesn't, no.

17  Q.    So it creates the impression it was all three stores,

18  right?

19  A.    Once again, I didn't get this email.  I don't know what

20  she was implying in this email to all that received it, because

21  I didn't receive it so --

22  Q.    All right.

23  A.    -- I have no idea.

24  Q.    Fair to say the email speaks for itself?

25  A.    Well, I know that the undercovers went to three locations,

```
 1  so I don't know -- she didn't say in here which location.
 2  Q.   Okay.  And -- all right.  We can move on from this one.
 3  A.   Okay.
 4          MR. GREENBERG:  Your Honor, this might be a good time
 5  for lunch break, if Your Honor is amenable.
 6          THE COURT:  It makes for such a long afternoon.
 7  Unless there's real strategic reason, I'd like to move forward
 8  for at least another half an hour.
 9          MR. GREENBERG:  Okay.  Understood.
10          THE COURT:  It's good if we can break the day
11  approximately in half and break the morning and afternoon
12  approximately in half.  It just cuts down on the fatigue of
13  everybody.  I'd rather move forward.
14          MR. GREENBERG:  Understood.  Will do.  All right.
15  BY MR. GREENBERG:
16  Q.   Ms. Lating, I don't know if I need to show you a document
17  for this.  At this point it's pretty significant.  At least as
18  of the fall of 2012 or as of, say, August of 2012, in that
19  general time frame, the Plumtree pharmacy was filling about,
20  say, 500 or 600 prescriptions a day, right?
21  A.   I remember a report where it said it was about 450
22  prescriptions a day, I think.  A Lisa Ridolfi report.
23  Q.   Lisa Ridolfi said 450 and maybe --
24  A.   That's my recollection.
25  Q.   -- and Mary Sue Cramer said, like, 400 or 600 a day?
```

**A.**   I don't recall the Mary Sue Cramer.  I remember reading about Lisa Ridolfi saying 450 prescriptions a day.

**Q.**   Okay.  So 450 prescriptions a day, multiplied by seven, that's over 3,000 a week, right?

**A.**   Yes, roughly.

**Q.**   And if you multiply that times 365, that's, gosh, about a million prescriptions a year?

**A.**   A little under a million, 900 and something.  Yeah, close to a million.

**Q.**   About a million prescriptions.

**A.**   Yes, sir.

**Q.**   And so -- all right.  And that's just from the Plumtree store, right?

**A.**   Yes.

**Q.**   That doesn't even count all of the other Pharmacare stores?

**A.**   Correct.

**Q.**   Why don't we turn to -- let's turn to Plaintiff's Exhibit 31, which is already in evidence.

**A.**   Thirty-one?

**Q.**   Yes, ma'am.

**A.**   Okay.

**Q.**   So Plaintiff's Exhibit 31 is an email from you, Ms. Lating, April 16th, 2013, to Robert Mosley and Cathy Pascale, right?

A.    Yes.

Q.    Copied Arnold and Jim Hagin?

A.    Yes.

Q.    And the attachment says, "Lating Accepted Revisions to Google Affidavit," right?

A.    Yes.

Q.    And this is the Google affidavit we talked about earlier that was sort of the starting part for the final Lating affidavit?

A.    Yes.

Q.    All right.  Now, it says -- you're telling Cathy Pascale in the first paragraph -- I guess the last sentence, "Robert" -- meaning Mosley -- "is looking into Medicare regs" -- all caps -- "because I think there is a CMS regulation concerning when claims should be reversed for unclaimed billed drugs."  Right?

A.    Yes.

Q.    Okay.  So that's that part.

      And your understanding was that -- Ms. Lating, CMS is Center for Medicaid and Medicare Services, right?

A.    Yes.

Q.    So that's federal government healthcare programs, right?

A.    Yes.

Q.    So the idea here is that you wanted to find out whether there was actually a regulation requiring this 14-day reversal

```
 1   thing, right?
 2   A.   Yes.
 3   Q.   So if you turn to -- maybe the ECF heading is easier to
 4   follow.  Page 18 of 34 in the ECF heading.
 5   A.   Yes.
 6   Q.   Do you see there's a comment there?
 7   A.   Yes.
 8   Q.   And it looks like CPS, CP5, maybe, that's probably Cathy
 9   Pascale?
10   A.   Yes.
11   Q.   And she said, "Don't know if this is a regulation, just
12   good practice."  And then all caps, "Mosley's researching, I
13   think Medicare has this as a regulation."  Right?
14   A.   Yes.
15   Q.   And you wrote all caps responding to Pascale's comment,
16   right?
17   A.   Where's my comment?
18   Q.   Well, so you know how in -- I guess review or track
19   changes or whatever it's called, you can respond to a comment
20   or you can edit a comment?
21   A.   Yes.
22   Q.   So this message here in all caps tracks your email, right,
23   about Mosley looking into this?
24   A.   That would be me putting in caps Mosley is looking into
25   this regulation.  It's leaving a marker there, it's a reminder
```

```
 1   to me that we still need to fill that in.
 2           THE COURT:  I'm having trouble following what your
 3   talking about in all caps.
 4           MR. GREENBERG:  Okay.  I'm sorry.
 5       Can we blow that up, actually.
 6           THE COURT:  I'm good now, yes.
 7   BY MR. GREENBERG:
 8   Q.   Maybe the easier way to do this is just look in the big
 9   all caps font in the actual text that you wrote there,
10   Ms. Lating.  Because you had been the last one to edit this,
11   right?
12   A.   I'm the last one?
13   Q.   Well, it says on the attachment "Lating Accepted Edits,"
14   or something like that, on the first page.  "Lating Accepted
15   Revisions to Google Affidavit."
16   A.   Okay.
17   Q.   All right.  So you wrote on Page 17 of the document,
18   Page 18 ECF, you wrote in really big all caps letters, "Mosley
19   looking into this regulation."  Right?
20   A.   Right.
21   Q.   And that tracks your email, right?
22   A.   And then I had the questions, right, in the body of the
23   email, correct.
24   Q.   Right.
25       All right.  So also in this document -- we can come back
```

1   to this later.  We don't have to talk about this for now.  We

2   can put that one aside.

3       The reality, Ms. Lating, is that there was no federal or

4   Maryland law or regulation prior to 2014 that imposed the

5   14-day reversal window, right?

6   A.   It was an industry standard.

7   Q.   My question, Ms. Lating, is that the reality is that prior

8   to 2014, there was no federal or Maryland law or regulation

9   imposing a 14-day reversal window, correct?

10  A.   Correct.

11  Q.   Okay.  Ms. Lating, you understood early in your role in

12  the Pharmacare investigation that the logs Pharmacare used to

13  track receipt of prescriptions were important documents, right?

14  A.   Signature logs, correct.

15  Q.   And there -- had different types of logs.  It was delivery

16  signature logs, signature logs, and client logs?

17  A.   Yes.

18  Q.   And you understood those were -- I think as you might have

19  put it once -- the heart of the case, right?

20  A.   Were they delivered or not; that's the question in this

21  case.

22  Q.   Right.

23      And so those logs were critically important documents,

24  right?

25  A.   Yes.

1  Q.    And you, Ms. Lating, you knew from the memo -- at least

2  the first memo in the Lisa Ridolfi interview, and at least one

3  other memo, I think Nikkia Dansbury in August of 2012 by Laurie

4  Gutberlet, you knew those logs that were critically important

5  evidence were at Plumtree, right?

6  A.    And other locations, too.

7  Q.    Right.

8        And you had a confidential source at Plumtree, Lisa

9  Ridolfi, right?

10  A.    Medicaid had a source, yes.

11  Q.    Well, I mean, you were working with them, right?

12  A.    Yes.  We were working together.

13  Q.    And so Ms. Ridolfi gave a lot of documents and photos to

14  Laurie Gutberlet and then, later, Pam Arnold, right?

15  A.    Yes.

16  Q.    And she never gave one of those logs, did she?

17  A.    She never gave one of those log -- like a page from a log?

18  Can you rephrase the question because I'm not sure what you're

19  implying.

20  Q.    Sure.

21        To the best of your knowledge, Ms. Lating, at no time did

22  Lisa Ridolfi give one of those logs at Plumtree a copy or

23  otherwise anyone in the investigation, did she?

24  A.    For what reason?

25  Q.    That's not my question --

A.   I have no recollection --

          **THE COURT:**  Mr. Greenberg, you need to stay in front

of a mic so the court reporter can get a good feed.

          **MR. GREENBERG:**  My apologies, Your Honor.

BY MR. GREENBERG:

Q.   Ms. Lating, do you need me to restate the question?

A.   No, I have no recollection of seeing photos or copies of

delivery log sheets produced by Lisa Ridolfi.

Q.   And, as far as you know, Ms. Lating, Special Agent Robert

Mosley never asked Lisa Ridolfi or anyone else to provide

copies of those logs, did he?

A.   I have no recollection of that.

Q.   And you, Maura Lating, you never asked Lisa Ridolfi to

provide copies of any of those logs, did you?

A.   I'm not sure why I would, but yes, I have no recollection

of ever asking Lisa Ridolfi or Pam Arnold or Robert Mosley to

see a page from a signature log or a delivery logbook, no.  I

don't recall.

Q.   And you have no recollection because you never did it,

right?

A.   Correct.

Q.   As far as you know, Pam Arnold never did either, right?

A.   I have no knowledge of that.

Q.   So the answer is "correct"?

A.   I have no knowledge that she ever asked Lisa Ridolfi for

1  delivery log sheets or signature log sheets.

2  **Q.**   And the "she" is Pam Arnold?

3  **A.**   I mean Pam Arnold, yeah.

4  **Q.**   So the answer is, "Correct, Pam Arnold never asked" --

5  **A.**   I have no recollection of being aware that Pam Arnold

6  asked Lisa Ridolfi for any delivery log sheets.

7  **Q.**   Okay.  And similarly, neither you, Special Agent Mosley,

8  nor Pam Arnold asked any other person who had access to

9  Pharmacare documents for any of those logs, ever, before the

10  Lating affidavit was presented, right?

11  **A.**   Correct.  I don't recall that.

12  **Q.**   And you don't recall it because it never happened, right?

13  **A.**   As I sit here today, 10 years later, I don't recall ever

14  asking anybody to either get it from someone they're going to

15  interview or seeing it in 2012 reports by Medicaid, correct.

16  **Q.**   And you know, Ms. Lating, that we don't have access to

17  those logs in 2011 anymore, right?

18  **A.**   I don't know.  I -- there may be some logs that we don't

19  have anymore in evidence, but we had logs from possibly other

20  locations for 2011.  I have no -- I have no idea.

21  **Q.**   Do you remember the date, March 11, 2015?

22  **A.**   I -- I -- yes, sir, I do remember that date.  And what I'm

23  saying is, I don't know, in evidence right now, at the FBI

24  office, whether there's any logs for the year 2011 from any of

25  the six searched sites.  I have no -- no knowledge of that.

1   Q.   So my question was a little broader, actually.

2   A.   Okay.

3   Q.   As far as you know, because of the document destruction

4   ordered by the government and executed by the government in

5   March 11, 2015, there's no more logs from 2011, right?

6   A.   You need to rephrase that question.  I resent the fact

7   that you're -- the way you worded it.  "The government ordered

8   the evidence to be destroyed."

9   Q.   You resent it because Sandra Wilkinson ordered it?

10  A.   I'm not sure "ordered" is the right term for it.

11  Q.   Well, you know there's a memo on it, right?

12  A.   Right.  But you're using the word "ordered," and I don't

13  think that's an appropriate term for what happened that day, on

14  March 11th.

15  Q.   So, all right.  I don't want to quibble about the word,

16  but I think it's in the memo.  We can move on from that.

17       You agree that then Assistant AUSA Wilkinson made the

18  decision to have those documents destroyed?

19           MR. EISER:  Objection.

20           THE COURT:  On what basis?

21           MR. EISER:  He has -- it's vague.  There's been --

22           MR. GREENBERG:  I'll clarify.

23  BY MR. GREENBERG:

24  Q.   So, Ms. Lating, I think I understand what you said you

25  resent.

1     And Sandra Wilkinson, who was then the head of the major

2  crime section in the U.S. Attorney's Office in Baltimore, she

3  decided to have those logs from 2011 and 2012 destroyed, right?

4          MR. EISER:  Objection.  We have not established what

5  was destroyed, what was in those boxes through any witness.

6          THE COURT:  I would overrule the objection.  You can

7  explore that on cross-examination or through other witnesses

8  exactly what was destroyed.

9     Go ahead.

10    Overruled.

11         THE WITNESS:  Can you ask the question again, sir.

12 BY MR. GREENBERG:

13 Q.   All right.  Well, you said you resented me using the

14 government, and I mentioned Sandra Wilkinson.  Let me just sort

15 of -- without getting into who did what.

16    The government had custody of those 2011, 2012 logs, as of

17 March 11, 2015, right?

18 A.   Yes.

19 Q.   And on that date, a senior prosecutor, Sandra Wilkinson,

20 acting on behalf of the United States Government, ordered the

21 2011, 2012 logs destroyed, right?

22 A.   I don't like the way you phrased it.  "Acting on behalf of

23 the U.S. Government."

24 Q.   Well --

25 A.   Sandra Wilkinson, yes.

```
 1   Q.   You are aware that Sandra Wilkinson was employed by the
 2   U.S. Government, right?
 3   A.   Yes.
 4   Q.   And she was acting in the course of her employment, right?
 5   A.   You're putting me under that umbrella when you say "on
 6   behalf of the U.S. Government."
 7   Q.   I'm not putting -- no.  I'm asking about Sandra Wilkinson.
 8   A.   Okay.  Okay.  Yes.  Yes.  Sandra Wilkinson, yes.
 9   Q.   Sandra Wilkinson, a section head in U.S. Attorney's Office
10   in Baltimore, had those logs from 2011, 2012 destroyed in
11   March, 2011, '12, right?  2015, sorry.
12   A.   I can't say.  There were logs -- yes, there were logs that
13   were destroyed, correct.  Absolutely.
14   Q.   And you don't know whether a single one of them still
15   exists, do you?
16        (Reporter clarification.)
17   BY MR. GREENBERG:
18   Q.   You don't know whether a single one of those logs tracking
19   receipts of medications for 2011, 2012, still exist, do you?
20   A.   In some other -- you mean -- I don't understand what you
21   mean.
22   Q.   Okay.
23   A.   They don't exist in --
24        THE COURT:  I understand this was a big deal for your
25   side of the case, but does this really help us on the question
```

1  of probable cause for the warrant?

2         MR. GREENBERG:  It -- well, I don't know if I should

3  answer that in front of the witness, Your Honor.  But, if I

4  may, yes.  And the reason is because, as we explained in our

5  motion *in limine* on this topic and our reply, it goes to

6  knowledge and opportunity and, you know, awareness of these

7  documents, not requesting them from Lisa Ridolfi or anybody

8  else --

9         THE COURT:  I'm okay with that.  I'm with you there.

10     But ya'll are quibbling over the word "ordered."  We know

11  they were destroyed because judge Russell ruled they were

12  destroyed and dismissed the case.  So that's that.

13  BY MR. GREENBERG:

14  Q.   All right.  Ms. Lating, do you agree with that?

15  A.   Yes.

16         MR. GREENBERG:  I think now is a good time to break

17  for lunch if Your Honor is okay with that.

18         THE COURT:  All right.  We'll go ahead and break for

19  lunch.  Let's just say it's 12:30, let's break until 1:40.

20  We'll pick back up at 1:40.

21     Before we leave, let me speak to the members of the

22  audience.

23     If I can have the attention to the audience members.  We

24  have a federal law, the acronym is HIPAA, that protects the

25  privacy rights of patients through their medical records and

1  their Social Security numbers and so forth, and I have the

2  authority to override that law if needed in a court proceeding.

3  So we've had a couple of exhibits that have been on the screen

4  that display some patient names, and we've asked to you leave

5  the courtroom.  That slows down this trial process for all of

6  us.  It would help if we could get all of you to agree to just

7  avert your eyes when this document goes on the screen and not

8  look at the patient names so that we can respect the HIPAA law.

9  So I would like to request that.  You consider it over lunch.

10  We're going to research it over lunch to see if I have the

11  authority to do that.  But just be aware of that, and we're

12  going to go back into that when we resume at 1:40.

13          All right.  We'll be in recess.

14          THE CLERK:  All rise.  This Honorable Court is now in

15  recess.

16          (Whereupon, a recess was taken from 12:28 PM to 1:43 PM.)

17          THE COURT:  Please be seated.

18      On the HIPAA information regulations, we researched it

19  over lunch.  The law doesn't give much guidance.  I have the

20  authority as a judicial officer to order material produced that

21  is subject to HIPAA.  And I will do so in this case because it

22  is important to the trial, the issues here.  We've been talking

23  about sealing the transcript, but the more important thing is

24  to seal the document or, even better, redact the identifying

25  information.  Is that doable from this point forward?

1          MR. GREENBERG:  Yes, Your Honor.

2          THE COURT:  You can put up an exhibit with the names

3    and Social Security numbers redacted?

4          MR. GREENBERG:  Yes, Your Honor.

5          THE COURT:  All right.  If that's the case, there's no

6    need to clear the courtroom, right?

7          MR. GREENBERG:  Oh, actually, there is physical

8    evidence, these trash items, that we can't alter because --

9          THE COURT:  Right.  Well, when you come to that, we'll

10   deal with it.  But I clearly have the authority to override

11   HIPAA in the interest of justice in trying this case, and I

12   will do so for any information that is relevant to the issues

13   being tried here today.

14       When we get to the other items that you just described --

15   are you going to put them on a screen somehow that the audience

16   can see?

17         MR. GREENBERG:  The trash, Your Honor?

18         THE COURT:  Yes.

19         MR. GREENBERG:  No, those are going to be items I'm

20   going to hand to the witness, they're physical.

21         THE COURT:  Well, then we don't have to worry about

22   clearing the courtroom because the audience won't see

23   identifying information.

24         MR. GREENBERG:  I guess that's right.

25         THE COURT:  All right.  Very good.  Let's move

1  forward.

2          **MR. FLOWERS:**  Just one housekeeping matter, Your

3  Honor.

4          **THE COURT:**  Yes, sir.

5          **MR. FLOWERS:**  At 5:00, I have a scheduling conference

6  in front of Chief Judge Bredar, the chief judge of this

7  courthouse, in a criminal case.  We thought -- when it was

8  originally scheduled, I told him I was in trial with Your

9  Honor, and Judge Bredar thought by 5:00 I would be out.  It's

10 just a teleconference, so if I could just step out for a couple

11 of minutes.

12         **THE COURT:**  Let's do that.  If you don't mind, I'd

13 like to go to 5:30, but I certainly would excuse you to go do

14 that telephone call.

15         **MR. FLOWERS:**  Thank you, Your Honor.

16         **THE COURT:**  No problem whatsoever.

17     Please bring in the witness.

18     (Witness enters.)

19 **BY MR. GREENBERG:**

20 **Q.**   Ms. Lating, do you recall that in one of your affidavit

21 drafts, at least one draft, you had a note to include five

22 customer complaints, maybe at least five customer complaints?

23 **A.**   I don't recall that specifically, but if you have

24 something to refresh my memory.  I had a lot of drafts.

25 **Q.**   Let me see if I can refresh your recollection by using

1  initials.  Do you remember writing RE customer complaints,

2  quote, "maybe five good examples," in parentheses, and I'll use

3  initials, K.B., D.S., N.J., G.F., G.S. and T.P.  Do you

4  remember that?

5  **A.**   No, I don't recall that.

6  **Q.**   The final Lating affidavit that you presented to

7  magistrate judge on July 23rd, 2013, only has one customer

8  complaint, right?  Do you need to look at the affidavit?

9  **A.**   Yes, if I could.  The final affidavit.

10 **Q.**   All right.  Tab 70.

11      Ms. Lating, before I ask you about this, let me ask a few

12 questions on 302; is that okay.

13 **A.**   Yes.

14 **Q.**   You, I think, testified yesterday that as an FBI special

15 agent, you prepared thousand of 302s, right?

16 **A.**   In my whole career, more than a thousand.

17 **Q.**   All right.  And there's an FBI rule or policy for the

18 number of days within which after an interview, a 302, has to

19 be prepared, right?

20 **A.**   Yes.

21 **Q.**   I think it's called a 21-day rule?

22 **A.**   I've never heard it referred to that.

23 **Q.**   Okay.  What have you heard it referred to as?

24 **A.**   I always try to get my 302s done within five days.

25 **Q.**   Okay.  That's good.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1        What's the actual FBI policy, though?  Or what was it when

2   you were a special agent, specially in 2013?

3   A.   I think it was less than 30 days.  I don't recall the

4   exact.

5   Q.   Less than 30 days.

6   A.   Yes.

7   Q.   So it would be contrary to FBI policy to rely on an

8   interview report that was prepared, like, over five months

9   after the interview, right?

10  A.   I don't recall doing that.  If you have something that

11  shows that I did do that.

12  Q.   That's not my question, Ms. Lating.

13       I'm asking you simply whether it would be contrary to FBI

14  policy to rely on an interview report that was prepared more

15  than five months after the interview?

16  A.   I'm referring to my notes when I type it up, so I don't --

17  Q.   I'm talking as a general matter, as of 2013, the spring,

18  let's say --

19  A.   Right.

20  Q.   -- was it -- it was contrary to FBI policy to rely on an

21  interview report that was prepared more than five months after

22  the interview, right?

23  A.   I would still rely on it.

24  Q.   Despite the FBI policy?

25  A.   Absolutely.

1  Q.   Do you believe it is -- do you agree that it is not a good

2  investigative practice for an agent to prepare an interview

3  report more than five months after an interview, right?

4  A.   And if there's an example of me doing that, I would like

5  you to show that to me.

6  Q.   Please stick to my question.

7  A.   Okay.

8  Q.   You agree, it is not a good investigative practice, and

9  it's not reliable, to prepare an interview report more than

10  five months after an interview, right?

11  A.   It isn't, no.  No.

12  Q.   Let's look at Government's Exhibit 29.  So this is a

13  report by Ms. Gutberlet, Laurie Gutberlet, dated April 9, 2013,

14  right?

15  A.   Sorry.  Wrong book.  Exhibit 29 was an email.

16  Q.   It's in the Government's binder.

17  A.   Okay.  Sorry.  Okay.  Yes.

18  Q.   And you see -- so we agree it's dated April 9, 2013.

19  A.   Yes.

20  Q.   And you see under "Interview," it says the interview was

21  on October -- actually, let me turn the next page, that's the

22  actual interview date.

23       Top of the second page, you see the first full paragraph,

24  it says, October 22nd, 2012, for the date of the interview?

25  A.   Yes.

1  Q.   And this is Richard Hiller, a pharmacist at Hillendale

2  pharmacy?

3  A.   Yes.

4  Q.   Referenced in your final Lating affidavit, it says R.H.

5  A.   Yes.

6  Q.   And this interview report was prepared more than

7  five months after the interview, right?

8  A.   Yes.

9  Q.   Okay.  We can put that one aside, please.  Let's go back

10 to Plaintiff's Exhibit 70.

11      By the way, you didn't mention in the affidavit that

12 Richard Hiller had applied for a job at Pharmacare and had not

13 gotten the job, did you?

14 A.   I didn't know that.

15 Q.   You didn't know that?

16 A.   I did not know that.

17 Q.   So if we look on Page 22 of Exhibit 70, if you look at the

18 ECF header, it's Page 27 under "Customer Complaints."

19 A.   Yes.

20 Q.   And customer complaints has an "S" on the end, like

21 plural, right?

22 A.   Yes.

23 Q.   But there's actually only one customer referenced, right?

24 A.   For Pharmacare.

25 Q.   Right.

1        And so this Paragraph 41, it says "Customer."  T.P. is the
2   only customer mentioned here, right?
3   A.   Yes.
4   Q.   And you, I think, have already agreed -- or let me just
5   ask you again to make sure it's in the record.
6        You agree that T.P. was not taking any Med-4 medication,
7   right?
8   A.   That's correct.
9   Q.   Not prescribed any such medication?
10  A.   That's correct.
11  Q.   And the total amount that the affidavit says was paid to
12  Pharmacare for the purportedly improperly billed refills for
13  T.P., the total amount $1,961.64, right?
14  A.   Correct.
15  Q.   Now, you then have, on the next page, "Complaints from
16  Other Pharmacies" in plural, right?
17  A.   Yes.
18  Q.   But there's actually only one pharmacy, right?
19  A.   Yes.
20  Q.   And that's that pharmacist from Hillendale, where the
21  report was prepared more than five months after the interview,
22  right?  Richard Hiller?
23  A.   Yes.
24  Q.   And you see how the first two customers it says they were
25  prescribed Atripla?

1    **A.**    Yes.

2    **Q.**    And you don't mention how, when you count transfers,

3    there's a massive surplus of Atripla in Pharmacare, right?

4    **A.**    Like I said, I wasn't involved in that aspect of the case.

5    **Q.**    Yeah.  But you got the email, right?

6    **A.**    Yes, absolutely.

7    **Q.**    And you didn't mention either in this part of the

8    affidavit where Atripla is mentioned, at least twice, or

9    anywhere else, Pharmacare had a massive surplus of Atripla, the

10   most expensive HIV drug, did you?

11   **A.**    But in Paragraph 42, we're talking about Hillendale

12   Pharmacy.

13   **Q.**    Ma'am, please answer my question.

14   **A.**    Okay.

15   **Q.**    You didn't mention anywhere this affidavit, that

16   Pharmacare, if you count transfers, had a massive surplus of

17   Atripla, the most expensive HIV drug, correct?

18   **A.**    That's correct.

19   **Q.**    All right.  We can put aside Exhibit 70 for now and, I

20   think, close the binder for a moment.

21   **A.**    Okay.

22   **Q.**    Actually, you know what, I take that back.

23       Ms. Lating, you recall that you wrote a 302 on June 23rd,

24   2013, about some items that you found in a dumpster at

25   CareMerica, right?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

A.   I remember retrieving -- it wasn't -- okay.  I don't know

the date of the interview -- I mean the 302.  But I remember

retrieving items from a dumpster at CareMerica in June 2013.

Q.   Well, let's get the date pinned down.  Hold on one second.

A.   Okay.

Q.   So let's go to Tab 57.  This is a redacted copy of that

302.  It's in evidence.  Plaintiff's Exhibit 57.

A.   Yes.

Q.   All right.  And does this refresh your recollection that

you wrote this 302 on the exact date of June 23rd, 2013?

A.   Yes.

Q.   And that is one day before you wrote the transcript of the

audiotape of Ridolfi that we talked about earlier, right?

A.   Yes.

Q.   I think we can probably short circuit this, but

essentially, this incident came about, and the reason you went

to the dumpster is because at Plumtree, Lisa Ridolfi reported

that a pharmacy technician that she instructed to reverse the

claims for, was not reversing the claims for the prescriptions,

and instead was peeling off the labels, throwing them in the

trash, and restocking the medications; do you remember that?

A.   That's not my recollection of what happened.

Q.   Not your recollection.  All right.

     Please turn to Plaintiff's Exhibit 67.  So Pam Arnold

wrote this report, memo to the Pharmacare file, July 17, 2013,

1  right?

2  A.    Yes.

3  Q.    And it was about events on June 19th, 2013, right?

4  A.    Yes.

5  Q.    So she waited until, like, six days before you presented

6  the final Lating affidavit to write this memo, right?

7  A.    Yes.

8  Q.    And it says that on June 19th, 2013, Pam Arnold -- I'm

9  paraphrasing -- received a text from Lisa Ridolfi, advising

10 that the pharmacy technician Lakshmi Veerareddy is in the store

11 this week to conduct reversals, right?

12 A.    Yes.

13 Q.    And the store is Plumtree, right?

14 A.    Yes.

15 Q.    It goes on to say, "Ridolfi explained that Lakshmi is

16 supposed to reverse the medication" -- meaning the claims,

17 right?

18 A.    Yes.

19 Q.    ". . . supposed to reverse the med claims, peel the label

20 off the medication bottle, place the bottle in the box to be

21 returned to stock, and give the labels to Ridolfi.  However,

22 according to Ridolfi, Lakshmi was not giving the labels to

23 Ridolfi, as Ridolfi had asked her to do, but was throwing the

24 labels in the trash can."

25 A.    Okay.

1  Q.    Right?

2  A.    Yep.  That's exactly what it says.

3  Q.    Do you remember this incident?

4  A.    I do, but Lakshmi didn't -- okay.

5  Q.    And this, in a text from Ms. Ridolfi the next day,

6  June 20th, 2013, are what led you to achieve that --

7  A.    I'm sorry where is that?  Can I see that report?  Where

8  does it say -- there's another report.

9  Q.    Right.  I think we were just on it, but yeah, we can go

10  back to it.  Actually, that's -- hold on.

11      Plaintiff's Exhibit 57 is the redacted version.

12      You do recall, Ms. Lating, having prepared to testify, and

13  you have a pretty good memory, it seems, that, you know,

14  Pam Arnold relayed texts from Ms. Ridolfi on June 19th and

15  June 20th, 2013, about the Lakshmi Veerareddy label incident,

16  right?

17  A.    Yes.

18  Q.    And that's what led you to going to the dumpster, right?

19  A.    I went the same day she contacted me, that evening.

20  Q.    Okay.  So I think maybe the disconnect is that

21  Lisa Ridolfi was texting Pam Arnold on two consecutive days,

22  June 19th and June 20th, urging someone to go to the dumpster

23  to retrieve labels.

24  A.    I went to the dumpster the same day Pam Arnold told me

25  someone needed to go to the dumpster now.  And I --

1  Q.   I'm sorry, go ahead.

2  A.   No.   I'm just saying, I think it was a couple of days that

3  Lakshmi was there, doing what she was doing.

4  Q.   Right.

5       And what Lisa Ridolfi had reported, and what led you to go

6  to the dumpster and get these trash items, is that, as Arnold

7  said in the other report, it was the same thing, both days in

8  the row, that Lakshmi was defying Ridolfi's instructions and

9  throwing the labels in the trash, right?  Peeling off the

10 bottles.

11 A.   I disagree with that question.  If you want to rephrase

12 it.

13 Q.   What do you disagree about?

14 A.   It wasn't under the direction of Ms. Ridolfi.  Lakshmi

15 showed up at Plumtree, and she started peeling off labels, and

16 that was -- so . . .

17 Q.   Okay.  So putting aside who gave Lakshmi the direction,

18 okay, let's not deal with that issue --

19 A.   Well, it's an important issue, but --

20 Q.   Okay.  We can maybe get into that.

21      After Lisa Ridolfi reported that Lakshmi was supposed to

22 have been reversing the claims for these prescriptions and

23 giving the labels to Ms. Ridolfi, Ms. Ridolfi said that in the

24 texts to Arnold that were relayed to you, that actually Lakshmi

25 was not doing what she was supposed to, and said she was just

```
 1  throwing -- throwing the peeled-off labels in the trash, right?
 2  A.   Correct.
 3  Q.   All right.  And specifically, Ms. Ridolfi said these
 4  labels were peeled off of medication bottles, right?
 5  A.   Yes.
 6  Q.   All right.  Now, let's go through some of this trash.
 7       And I'm going to use initials -- actually, this is
 8  probably in the report.  I'm not sure.
 9       (Discussion held off the record.)
10  BY MR. GREENBERG:
11  Q.   So this is a 302 that you wrote on June 23rd, 2013, right?
12  Plaintiff's Exhibit 57.
13  A.   Yes.
14  Q.   And it has a pretty detailed inventory with prescription
15  numbers of these items that you found in the trash?
16  A.   I think so, yes.
17  Q.   The names are redacted, but you had the patients' names in
18  there, too?
19  A.   I did.
20  Q.   All right.  I think we can do this by prescription number.
21  So this -- actually, this, maybe we can put on the ELMO.  Maybe
22  we don't need to.
23           MR. GREENBERG:  Your Honor, would it be okay to submit
24  photos of these items in evidence -- Your Honor has them --
25  after I show these?
```

1    **THE COURT:**  Any objection to the photos instead of the

2    actual photos themselves?

3    **MR. EISER:**  No.

4    **THE COURT:**  All right.  We can do that.

5    **BY MR. GREENBERG:**

6    **Q.**  Ms. Lating, I'm just going to hand the box to you.

7    **A.**  Can I stand up?

8    **Q.**  Up to you.  Whatever is most comfortable.

9    All right.  So let's just kind of go through this.

10   You see there's a handwritten note; is it your

11   handwriting?

12   **A.**  No.

13   **Q.**  But someone wrote, on the top, "1B1," right?

14   **A.**  It may have been our evidence people.  That's not my

15   handwriting.

16   **Q.**  It says "Trash from Dumpster at Old M. 6/20/2013"?

17   **A.**  Yes.

18   **Q.**  And this is the items that you found in the dumpster at

19   CareMerica on June 20th, 2013?

20   **A.**  Yes, yes.

21   **Q.**  All right.  Let's take a look at some of these --

22   actually, let me sort of walk you through them.

23   **MR. GREENBERG:**  My apologies.  These are already in

24   evidence as Plaintiff's Exhibit 55.

25   **THE COURT:**  Fifty-five.  Collectively, as one exhibit?

```
 1              MR. GREENBERG:  Yes, the physical evidence.
 2              THE COURT:  All right.  How many bottles do we have?
 3              MR. GREENBERG:  We will send you -- we have photos of
 4    everything in the box that we'll send you.  And we can give you
 5    the unredacted copies.
 6    BY MR. GREENBERG:
 7    Q.   So, Ms. Lating, first, there's this bottle that has --
 8    well, the label of this bottle is not peeled off, right?
 9    A.   Correct.  It's faded, but yes.
10    Q.   Faded, but it's on the bottle.
11    A.   Uh-huh.
12    Q.   All right.  Let's put that one aside for now.  And let's
13    try to make sure we keep everything -- I know you want to --
14    you understand?
15    A.   Yes.
16    Q.   So these are prescription labels for a patient with the
17    initials C.R., right?
18    A.   Yes.
19    Q.   And the top one is a prescription from Dr. Shivani Myer?
20    A.   Yes.
21    Q.   And she was at Bon Secours clinic?
22    A.   That's correct.
23    Q.   It says Bon Secours and --
24    A.   Stamped.
25    Q.   Yeah.  On all five of these labels, right?
```

```
1   A.    Yes.
2   Q.    All for patient C.R.?
3   A.    Yes.
4   Q.    And the bottom label is for Invega Sustenna, right?
5   A.    Yes.
6   Q.    And that's a pretty expensive one, right?
7   A.    I don't recall the price.
8   Q.    Okay.  That's fine.
9         You see in Paragraph 16 of your 302, you see the
10  prescription number on that Invega Sustenna, it's 261802?
11  A.    Yes.
12  Q.    And you see that's the last prescription number for
13  this -- well, you don't see it here, but it's the last
14  prescription number in Paragraph 16?
15  A.    Yes.
16  Q.    And the fill date here, October 3rd, 2012?
17  A.    Yes.
18  Q.    That matches as well?
19  A.    Yes.
20  Q.    Okay.  And here, it says the insurance was known to be
21  Aetna.
22        And let's look at some others. I'm just going to turn this
23  one over just so we kind of keep track.  All right?
24        Now, these are also patient C.R.  This one looks like it
25  was -- I should have asked you about the first set of five.
```

1          These are all labels still on their backings, right?

2    A.    Yes.

3    Q.    None of them looks like it's peeled off a bottle, right?

4    A.    No.  But they have staples.

5          THE COURT:  Can you put Exhibit 57 on the monitor so

6    we can read along.

7          MR. GREENBERG:  It's got the HIPAA stuff -- oh, wait,

8    Exhibit 57.  Yes, we can do that.  That's redacted.

9          THE COURT:  All right.  Go ahead.

10         MR. GREENBERG:  Sorry, Your Honor.

11   BY MR. GREENBERG:

12   Q.    So, Ms. Lating, you agree these were obviously not peeled

13   off of bottles, right?

14   A.    Correct.

15   Q.    And you understood that at the time?

16   A.    I understood at the time that I retrieved the trash, yes.

17   Q.    And you understood that these labels, at least these first

18   five, are not peeled off of bottles, correct?

19   A.    Correct.

20   Q.    All right.  Let's put these -- that's the first bunch for

21   C.R.

22         Let's go through the next bunch for C.R.  These are five

23   more labels for C.R., correct?

24   A.    Correct.

25   Q.    And the very first one is Invega Sustenna, right?

A.    Yes.

Q.    And the prescription date is December 7, 2012?

A.    Yes.

Q.    And the prescription number is 270550?

A.    Yes.

Q.    Oh, so this is also mentioned in your 302, right?

A.    Yes.  I inventoried everything in the box.

Q.    You inventoried it.

A.    Uh-huh.

Q.    Okay.  And these are also still on their backings, right?

A.    Yes.  With a staple, though.  Uh-huh.

Q.    But obviously not peeled off of any medication bottle.

A.    Correct.

Q.    All right.  And these are five more for C.R.  Four for a patient named D.M.  Four more for a patient named D.M.  And these -- one, two, three, four, five -- nine -- 13 labels are also mentioned in your report, right?  Do you want to take the time to look?

A.    Do you want me to --

Q.    Sure.

A.    -- try to find it?

Q.    Yeah, you can.

A.    Number 10.  So these right here would be number 10 on my list.

Q.    Okay.  Number 10.

1  **A.**    And then these would be 17.

2  **Q.**    And these are the paragraph numbers in your 302 that

3  you're referring to?

4  **A.**    Well, I listed them by items.

5  **Q.**    Right.

6  **A.**    One through 32.  I try to itemize them.

7  **Q.**    I should have asked you -- let's go back to the very first

8  set of C.R., October 3rd, 2012.  I think we found it on the

9  second page.

10       Invega Sustenna, 261802.

11  **A.**    Number 23.

12  **Q.**    Paragraph 23, very good.  Thank you.

13       I mean, we can go through them one by one, but, I mean,

14  these are in the box of items you got from the trash, right?

15  **A.**    Right.  I tried to itemize them and inventory them as best

16  as I could.

17  **Q.**    Right.

18       And so -- then there's some other stuff in the trash here,

19  like, miscellaneous labels.  Some are just one label.  Like

20  this is one for D.W.?

21  **A.**    Yes.

22  **Q.**    And this one is always on its backing that's not peeled

23  off of a bottle, it's obvious?

24  **A.**    With a staple.

25  **Q.**    Right.

1      None of these looks like it's peeled off of a bottle,

2  right?

3  A.   No, no.

4  Q.   You mean "correct"?

5  A.   Correct, yep.

6  Q.   All right.  And so this one, let me just find this one in

7  your report, your 302.

8  A.   265348 -- it should be here.

9  Q.   Let me see if I can help you.

10      This is another one, by the way, from Dr. Shivani Myer

11  from Bon Secours.

12      Do you see that?

13  A.   Yes, I do.  Dr. Myer.

14      It's number 23.

15  Q.   All right.  And then along with the labels and their

16  backings -- and I'm not going to go through all of them at this

17  time.

18      There's more.  I think there's some for patient -- this is

19  one for patient D.S., obviously not peeled off of a bottle,

20  right, because it's on its backing, stapled to a bag?

21  A.   Yes.

22  Q.   Obviously not peeled off of a bottle?

23  A.   Right.

24  Q.   So then there's, like, some trash bags.  And the one I

25  want to point out is the one -- oops -- that -- I'm trying to

1  find it.  Here we go.  See how your report -- go to the first

2  page of your report.

3      See how it says "the bag had a blue tie."

4      Do you see that?

5  A.  Yes.

6  Q.  And it said "HIPAA" on it?

7  A.  Yes.

8  Q.  So that's further confirmation it's the same thing, right?

9  A.  That was written there for my benefit so that when I went

10 through the dumpster, I could easily find it.

11 Q.  Right.

12     So it just confirms that you were retrieving what

13 Ms. Ridolfi reported, right?

14 A.  Correct.

15 Q.  All right.  Now, I think we've probably done enough with

16 these labels for now.

17         MR. GREENBERG:  Unless Your Honor has any questions?

18         THE COURT:  I have no questions.

19 BY MR. GREENBERG:

20 Q.  Thank you, Ms. Lating.

21 A.  Sure.

22 Q.  Ms. Lating, you didn't just write this 302, you also

23 attach some, I believe, photos to the full version, right?

24 A.  Yes, I think I did.

25 Q.  Yeah.  And let's -- let's not put this one on the screen

because it has some HIPAA info.  We'll give -- actually, it's
already in evidence.  This one, please do not put on the
screen.  But I think we can make the point without doing that
and Your Honor has a copy.

This is Tab 56.

**MR. GREENBERG:**  Again, please do not display it.

**BY MR. GREENBERG:**

**Q.**  Plaintiff's Exhibit 56.  This is our understanding of the
final unredacted 302 with the attachments, from starting at
FBI001873, ending at FBI001910.

Why don't you take a moment to kind of flip through these
photos, Ms. Lating, so I don't have to ask you about every
single one.  Just let me know when you've had a chance to
peruse it.

I believe the last one is at FBI -- actually, there's a
little -- I'll let you just --

**A.**  Yes, I've completed reviewing them.

**Q.**  And fair to say that these photos look much the same as
what we just looked at in the box?

**A.**  They're actually -- I copied them -- I copied them on a
copier.  I didn't take photographs.

**Q.**  Oh, okay.  Very good.

But whatever they are, they look much the same as what we
just looked at?

**A.**  Yes, certainly.

1   Q.   All right.  And your report doesn't mention that -- it

2   doesn't say whether any of these labels looks like it was

3   peeled off of a bottle, does it?

4   A.   No.  My purposes of doing this --

5   Q.   Ma'am, I just ask that one question.

6          MR. EISER:  Objection.

7          THE WITNESS:  No, absolutely not.

8          THE COURT:  Yes, sir?

9          MR. EISER:  Counsel needs to let the witness answer

10  the question.  He insists that she answer one way, and if she

11  needs to answer the way she needs to answer --

12         THE COURT:  All right.

13     Just let her finish the answer.

14     And answer the question in any way you think is

15  appropriate, Ms. Lating.

16  BY MR. GREENBERG:

17  Q.   Let me ask this question again.

18     So Ms. Lating, the question is:  Your report doesn't say

19  for any of these prescription labels or empty bottles whether

20  or not it shows a label that looks like it was peeled off of a

21  bottle or not, right?

22  A.   That wasn't the purpose of drafting this 302.

23  Q.   That wasn't my question.  Your 302 doesn't say, for any of

24  these labels, whether or not it matches what Ms. Ridolfi

25  reported, does it?

```
1  A.    I need you to -- if you could rephrase that question.
2  Q.    Well, we went over this, how Ms. Ridolfi reported there
3  are labels being peeled off of bottles and thrown in the trash,
4  right?
5  A.    Yes.
6  Q.    And your report doesn't say, for any of these
7  prescriptions, whether the label -- and there are labels
8  mentioned, whether or not it looks like it was peeled off of a
9  bottle, right?
10 A.    Correct.  I don't have that noted.
11 Q.    All right.  We can move on from this.  Thank you,
12 Ms. Lating.
13       Okay.  All right.  So this is not yet in evidence, but,
14 Ms. Lating, you testified maybe 10-minutes ago or roughly,
15 maybe a little longer, that you didn't recall a draft affidavit
16 that had a note saying Pharmacare customer complaints, five or
17 so interviews, matching billing/paid claims data?
18 A.    I don't recall.
19 Q.    And you don't recall having a note under there saying, in
20 that same draft, maybe five good examples -- and, I'll use
21 initials, K.B., D.S., N.J., G.F. G.S. and T.P.?
22 A.    I don't recall that, but --
23 Q.    Okay.
24 A.    I did a lot of requests like that.
25 Q.    All right.  Let's show the first page of the email that
```

```
 1  attaches this draft.  And so the earliest-in-time email here,
 2  Ms. Lating, is from you, April 8th, 2013, 7:28 p.m., right?
 3          THE COURT:  What's the exhibit again?
 4          MR. GREENBERG:  Oh, this is not yet in.  It's marked
 5  as Plaintiff's Exhibit 128.
 6  BY MR. GREENBERG:
 7  Q.   Do you see that, Ms. Lating?
 8  A.   Okay.  It's not in the binder.
 9  Q.   Yeah.  So this is on the screen only.
10  A.   Okay.  Thank you.
11  Q.   So do you see that your email, the earliest in time, is
12  April 8th, 2013, at 7:28 p.m.?
13  A.   Yes.
14          MR. EISER:  Objection.  He's reading in a document
15  that's not in evidence, and it was not marked as a trial
16  exhibit, and it doesn't impeach anything.
17          THE COURT:  All right.
18      Is it not a trial exhibit?
19          MR. GREENBERG:  Well, I'm using it to refresh her
20  recollection.  She says she doesn't remember.
21          THE COURT:  All right.  Well, ask her if it refreshes
22  her recollection.
23          MR. GREENBERG:  All right.  I mean, I just sort of
24  want to lay the foundation for the refreshing.
25  BY MR. GREENBERG:
```

1  Q.   Ms. Lating, you see how -- I mean, this is you emailing a

2  bunch of folks in the investigation team, including Mosley and

3  Arnold, and attaching what the subject says is a "Rough Rough

4  Draft of a Search Warrant for Pharmacy locations in Reddy's

5  home," right?

6          MR. EISER:  Objection.  The procedure is, ask the

7  witness to read it, if it refreshes her memory.  But you don't

8  read the document --

9          MR. GREENBERG:  Your Honor, these are speaking

10 objections --

11         THE COURT:  This is a nonjury trial.  You've read it.

12 Just ask if it refreshes her recollection.

13 BY MR. GREENBERG:

14 Q.   Ms. Lating, can you please turn to the --

15         THE COURT:  Just ask if it refreshes her recollection.

16 You said that's all you're putting it up for.  You don't need

17 to read it, just ask her to read it and see if it refreshes her

18 recollection --

19         MR. GREENBERG:  I do need it to have her see the note

20 to see if it refreshes her recollection.

21         THE COURT:  You need to what?

22         MR. GREENBERG:  The specific comment that I was

23 referring to.

24         THE COURT:  All right.  Go ahead.

25 BY MR. GREENBERG:

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1   Q.   So I believe it's Page 22, that's now redacted, yeah.

2        So do you see it's a red letter F, and then it says in

3   black font, "Pharmacare Customer Complaints," and then in red

4   parenthesis "Five or so interviews matching billing/paid claims

5   data," and then the names are redacted?

6   A.   Yes.

7   Q.   Does this refresh your recollection?

8   A.   No.  But this would be typical for me when I'm drafting

9   the affidavit, to ask these questions like this.

10  Q.   Okay.

11          MR. GREENBERG:  We can take it down.

12  BY MR. GREENBERG:

13  Q.   You were trying to find examples other than T.P. to

14  mention in the affidavit, right?

15  A.   Yes, yes.

16  Q.   But the only one you ended up mentioning was T.P., right?

17  A.   And that would have been a team decision.

18  Q.   But regardless of whose decision it was, the only one that

19  ended up in the affidavit was that non-Med-4 patient T.P.,

20  right?

21  A.   Correct.

22  Q.   Put that one aside, I guess.

23          MR. GREENBERG:  Your Honor -- actually, this

24  document -- well, we don't need to move it in, I guess.

25      Court's indulgence for just one moment here.  Oh,

```
 1  actually, before we get to this -- actually, Your Honor, this
 2  is not yet in evidence, but Ms. Lating testified before the
 3  lunch break that she did not recall any communication with
 4  Ms. Ridolfi relating to Ms. Ridolfi being a whistleblower.  So
 5  this is to refresh her recollection.
 6  BY MR. GREENBERG:
 7  Q.   Now, Ms. Lating, you see how you're copied on this email
 8  from Wilkinson to Arnold?
 9  A.   Yes.
10  Q.   It says, "If Lisa is still not getting any advice from
11  Andy, would you ask her to write a letter to Judge Timothy J.
12  Sullivan, asking for new counsel and explaining why.  She can
13  copy me, and I will send it along.  He is responsible for the
14  appointment of attorneys.  It can be handwritten."
15       Do you see that?
16  A.   Yes.
17  Q.   And then it gives Judge Sullivan's address?
18  A.   Yes.
19  Q.   Do you see -- let's highlight the part about explaining
20  why.
21  A.   Yes.
22       MR. GREENBERG:  So it's not on the exhibit list.  This
23  is something -- oh, I'm sorry.  I apologize.  We should mark
24  this for -- my apologies.  For identification, 137.
25       THE COURT:  For identification only?
```

147

 1              MR. GREENBERG:  Yes.

 2              THE COURT:  All right.

 3    BY MR. GREENBERG:

 4    Q.   So Ms. Lating --

 5              MR. MILLER:  Do you have 127 through 137?

 6              THE CLERK:  No.  These are new exhibits.  I guess

 7    there's more.

 8              MR. GREENBERG:  So I'm trying to move things along.

 9    We're doing this electronically.  We can give you hard copies

10    later.

11              MR. MILLER:  I'm saying are we skipping numbers?

12              MR. GREENBERG:  We are at this point for the

13    impeachment, yes.  Because we premarked them in the hope that

14    it would move things along faster.

15              THE COURT:  All right.  Go ahead.

16    BY MR. GREENBERG:

17    Q.   Ms. Lating, you testified that, as far as you knew,

18    Pam Arnold would never withhold anything important from you

19    during the investigation, right?

20    A.   I wasn't aware of that.

21    Q.   Right.  And so a couple days later, for whatever reason,

22    Pam Arnold forwarded this handwritten letter from Lisa Ridolfi

23    to Wilkinson, right?  And says she has scanned it and it was

24    attached.

25         Do you see that?

1   **A.**   Okay.  I see that as an attachment --

2   **Q.**   And you're not copied on this email, but because

3   Ms. Arnold would never withhold anything from you, you must

4   have seen the letter, right?

5   **A.**   No, no.  What --

6   **Q.**   So your testimony is that even though you were copied on

7   the email about explaining why that letter was written, you

8   never actually saw the letter?

9   **A.**   The email where I'm copied on it, I remember in a team

10   meeting, Pam had told us that Andy White is not returning

11   Lisa Ridolfi's calls and that something needs to be done

12   because Lisa is getting frustrated that she doesn't have her

13   lawyer available when it's time to -- for interviews.  So

14   that's what that email -- where I'm copied on, is pertaining to

15   the frustration that Andy White's not taking calls from

16   Lisa Ridolfi.  And that's, apparently, Sandy Wilkinson telling

17   Lisa to complain to Judge Sullivan then.

18        But that was my -- I do recall that there was some

19   frustration that Andy White wasn't taking Lisa Ridolfi's phone

20   calls.

21   **Q.**   Okay.

22   **A.**   And be available for legal guidance.

23   **Q.**   All right.  But the legal guidance wasn't only about

24   interviews, was it?

25   **A.**   I have no knowledge of anything beyond representing her at

1  interviews at the United States Attorney's Office, period.

2  Q.   Okay.  And that included interviews about being a

3  whistleblower, right?

4  A.   Absolutely not.

5  Q.   Well, you said you were at the team meeting, right, where

6  this was discussed?

7  A.   Several meetings, Pam would say that Lisa still hadn't

8  been able to reach Andy White.

9  Q.   Okay.  Well, maybe if we show you the letter, that'll

10 refresh your recollection.  Let's scroll down to the letter.

11 By the way -- let's focus on the bottom right of the first page

12 first.

13     This was produced on May 25th of this year.  Let's scroll

14 down to the letter.

15     And if we highlight the middle where it says, "I had a

16 question about how to be the whistleblower in the case, so I

17 sent him an email."

18 A.   Yes.

19 Q.   And the "him" is referring to Andy White, right?

20 A.   I don't know.  I don't know.

21 Q.   Well, you were in the loop about the letter, right?

22 A.   The first time I saw this letter is with my deposition

23 with you, and that's the truth.  Okay.

24 Q.   You're saying that's the truth.  Why do you feel the need

25 to say that?

```
1   A.    Because you're implying I've seen this email prior you to

2   showing it to me during a deposition, and I had not seen it.

3   Q.    Well, we've got your word on that?

4   A.    Absolutely.  Absolutely.

5   Q.    So your testimony, then, is that Pam Arnold had had this

6   letter and didn't show it to you, right?

7   A.    Well, apparently, Sandy Wilkinson also was aware of the

8   letter as well.  So --

9   Q.    But, you know, you agree that Sandra Wilkinson, we

10  think -- you would not dispute that Sandra Wilkinson trusted

11  Pam Arnold, just like she trusted you and Robert Mosley?

12  A.    I cannot speak for Sandy Wilkinson and her trust with --

13  how can I make a comment on that, Mr. Greenberg?

14  Q.    Well, your understanding, as of July 2013, is that

15  Sandra Wilkinson trusted the core agents on the team, right?

16  A.    I -- that would be a question to ask her.  I can't -- I

17  can't answer on behalf of Sandra Wilkinson.

18  Q.    You don't remember being asked this at your deposition,

19  and saying, yeah, your understanding was Wilkinson trusted the

20  core agents?

21  A.    Agents.  Agents.

22  Q.    Yeah, and including Investigator Arnold?

23  A.    She's not an agent, okay.

24  Q.    Okay.  She's an investigator, okay.  But you do remember

25  that we cover this, and I don't want to have to spend the time
```

1  to, you know, show your deposition --

2  A.   There is a difference between agent and investigator.  I

3  had never worked with Pam Arnold prior to this.

4      So a question for Sandra Wilkinson would be:  Did you

5  trust investigator Arnold, yes or no?

6  Q.   Okay.  But, you know, I don't want to have to spend the

7  time and show you a video on your deposition on this.

8  A.   Okay.

9  Q.   I mean, are you disputing that you testified that your

10 understanding at the time, in early July 2013, just as

11 throughout the Pharmacare investigations, that Sandra Wilkinson

12 trusted you, right?

13 A.   I knew her for almost 20 years; yes, I think she trusted

14 me.

15 Q.   And she trusted Robert Mosley, right, to your

16 understanding?

17 A.   Right.

18 Q.   And your understanding is also that Sandra Wilkinson

19 trusted Investigator Arnold, right?

20 A.   Yeah.  I -- I didn't know any differently, I mean --

21 Q.   So given that, with Ms. Wilkinson trusting Investigator

22 Arnold, as you understood it, Ms. Wilkinson had no reason to

23 think that Pam Arnold didn't share this with you, right?

24 A.   I don't know how to answer that.  Why was I not copied on

25 this.

1  Q.   Okay.  But you do agree that the fact that Lisa Ridolfi

2  wrote a letter to the same judge who issued the search warrants

3  saying "I had a question about how to be a whistleblower in the

4  case," and this is it between your Google search warrant

5  affidavit and the Lating affidavit in July 23rd, 2013, that's a

6  significant fact, right?

7  A.   Well, I mean, "I had a question about how to be a

8  whistleblower in the case."

9       She didn't file a *qui tam*.

10 Q.   That's not my question.

11 A.   Okay.

12 Q.   I'm saying the fact that Lisa Ridolfi wrote a letter to a

13 federal judge about how to be a whistleblower in this case is a

14 significant fact, right?

15 A.   I would have liked to have known that, yes.

16       MR. GREENBERG:  All right.  We can -- actually, you

17 know what, Your Honor, I don't think there's any reason not to

18 move this into evidence now.  I mean, other witnesses were on

19 it.  Regardless of what Ms. Lating is testifying to now, she

20 was copied in the first email and was involved in at least some

21 of the conversations.  So we'll move it in now.

22       THE COURT:  Any objection?

23       MR. EISER:  No.

24       THE COURT:  All right.  Admitted.

25       MR. MILLER:  Which number is that?

1           **THE COURT:**  Give us the exhibit number again.

2           **MR. GREENBERG:**  137.

3           **THE COURT:**  137.

4    BY MR. GREENBERG:

5    **Q.**   Ms. Lating, there weren't just one or two emails about

6    Med-4 sent to non-Middle Eastern employees at Pharmacare, there

7    were a whole bunch, in reality, right?

8    **A.**   Could you repeat that question again.

9    **Q.**   Let me try to rephrase it and make it shorter.

10   **A.**   Okay.

11   **Q.**   There weren't just one or two emails with Med-4 calendars

12   or Med-4 trackers sent to non-Middle Eastern employees at

13   Pharmacare, right?

14   **A.**   I would agree.  Yeah, I would agree that there was more

15   than -- I mean, it was a regular thing.  I mean, I saw a bunch

16   of emails with the Med-4 lists or calendars on it, yeah.

17   **Q.**   Okay.  Let's just show you -- this is not yet in evidence,

18   but I don't see how it could be -- let's kind of -- actually,

19   really quickly -- well, you know what.

20           **MR. GREENBERG:**  I think Your Honor gets the point.

21           **THE COURT:**  I think you made your point.

22           **MR. GREENBERG:**  Yeah.  All right.  If I could have the

23   Court's indulgence for, like, a five-minute break, and I may be

24   done or nearly done.  Just to confer with co-counsel.

25           **THE COURT:**  Let's keep it right here.  Just take your

1  break and go ahead.  It would be easier to let counsel confer.

2          **MR. GREENBERG:**  Is it all right if we stop the clock?

3          **THE COURT:**  Yes.

4      Stop the clock.

5      Yes.

6      (Counsel conferring.)

7          **MR. GREENBERG:**  Ready to go back on the record, Your

8  Honor.

9          **THE COURT:**  All right, go ahead.

10 **BY MR. GREENBERG:**

11 **Q.**  Ms. Lating, you were aware, when you worked on the

12 Pharmacare investigation, because you've been involved in a

13 number of pharmacy -- let me sort of break this up.

14     You've been involved in a number of pharmacy

15 investigations before the Pharmacare matter, right?

16 **A.**  Yes.

17 **Q.**  And you knew that when a pharmacy was closed, the state

18 Board of Pharmacy had to come and make sure there are no more

19 drugs at the pharmacy, right?

20 **A.**  Yes.

21 **Q.**  And all of the drugs at the pharmacy at that point, either

22 before or on the day of the Board of Pharmacy inspection, which

23 occurred around the time of closing, like, within days, there

24 couldn't be any more drugs left in the pharmacy, right?

25 **A.**  Correct.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  Q.   All right.  We talk some about these audio recordings that

2  Ms. Ridolfi made.  There wasn't a single recording by

3  Lisa Ridolfi that you heard where Mr. Annappareddy said

4  anything to suggest that he was committing fraud, right?

5  A.   No.

6  Q.   You mean "correct"?

7  A.   Correct, correct.

8        MR. GREENBERG:  Court's indulgence.  I may be just

9  about done.  Actually, I have maybe one to three more

10  questions.  They'll be pretty quick.

11  BY MR. GREENBERG:

12  Q.   Ms. Lating, you agree that to find probable cause that a

13  fraudulent claim was submitted, you not only need to look at

14  the claims data, you also have to interview the customer and

15  look at the log to see whether they signed it, right?

16  A.   Yes, I would agree with that.

17        MR. GREENBERG:  Nothing further, Your Honor.

18        THE COURT:  All right.

19      Mr. Eiser, you may begin your direct.

20                        - - -

21                  **CROSS-EXAMINATION**

22                        - - -

23  BY MR. EISER:

24  Q.   Good afternoon, Ms. Lating.

25  A.   Yes.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

```
 1  Q.    There are -- are there other ways of determining whether
 2  or not drugs were delivered to the patient?
 3  A.    Logbooks.
 4  Q.    Other than a logbook?  For example, if the drugs that are
 5  billed for are piled up in the store, six months later you can
 6  tell that it wasn't delivered to the patient, right?
 7  A.    That's correct.
 8  Q.    And I suppose you could interview the patient also, and
 9  they could tell you if they had their drugs delivered to them.
10  A.    Yes.
11  Q.    Did both of those things happen in this investigation?
12  A.    Eventually.  Post search warrant, a lot of interviews of
13  the customers happened --
14          MR. GREENBERG:  Objection, Your Honor.  The discussion
15  of the post search warrant investigation acts.
16          THE COURT:  We covered that in pretrial conference.
17  I'll let it in with the understanding it might go to causation
18  or damages.
19      I'll allow it, overruled.
20  BY MR. EISER:
21  Q.    Go ahead.
22  A.    Yes.  To interview the customers would be a way of
23  corroborating what we're seeing for the undelivered bags just
24  to make sure that they didn't get those medications.
25  Q.    And Ms. Gutberlet, in her investigation, before you got
```

1    involved, you saw her report, she interviewed quite a few

2    patients who didn't receive their --

3    **A.**    She did.  I read them all.  Yes.

4    **Q.**    I'm going to back up and put this in order.

5    **A.**    Okay.

6    **Q.**    Can you tell the judge where you were born and raised.

7    **A.**    I was born in Massachusetts.  And I spent most of my life

8    in Massachusetts until I went into the academy.

9    **Q.**    Okay.  Tell us about your education before going into the

10   academy.

11   **A.**    I did one year of nursing school.

12         Left nursing school, and did my four-year bachelor's

13   degree in psychology.

14         Worked in accounting for four and a half years.  At the

15   time I was in graduate school, while I was working in

16   accounting, and I got my orders to go to the academy.  So I was

17   one semester short of my Master's in Business Administration.

18   **Q.**    And when did you go to the FBI academy?

19   **A.**    July 25th, 1988.

20   **Q.**    And how long is that program at the academy?

21   **A.**    Back in 1988, it was 13 weeks, living there.

22   **Q.**    And what happens during the 13 weeks?

23   **A.**    We do firearms training, legal training, defensive

24   tactics.  And a lot of -- kind of learning how to do things,

25   like surveillance, and arresting, and things like that.  And

1   then we learn how to -- we do scenarios where we arrest people

2   in a little town in Quantico called Hogan's Alley, it's a

3   fictitious town.  And we do different scenarios.  We learn how

4   to write affidavits and complaints for arrest.

5   Q.   How did you learn that, do they have instructors --

6   A.   They do.  They have lawyers that come in, and some of them

7   are agents.  But sometimes we have lawyers that come in and

8   help us with testifying and cross-examination with moot courts

9   during that training.

10  Q.   Okay.  Describe first the progression of your career after

11  you got out of the FBI academy; location, title, work?

12  A.   I got my orders to Richmond, Virginia.  I was there for

13  four and a half years.  It's a small office of 25 agents.  I

14  was the only female.  And I got to work every violation you can

15  imagine.  From kidnappings, to bank robberies, to white-collar

16  crime, to child pornography.  So I got, really, a lot of

17  experience being in Richmond.

18       In May 1992, I got transferred to Baltimore.

19  Q.   How long were you in Baltimore?

20  A.   Until I retired on September 30th, 2017.

21  Q.   What types of matters did you work on while in Baltimore?

22  A.   When I came to Baltimore, they asked me if I would be the

23  lead in healthcare fraud investigations.  Because I had one

24  year of nursing school, I knew the medical terminology, I knew

25  how to read medical records.  And in nursing school, you know,

1    I got to work alongside doctors and nurses.  I did actual

2    clinical work.  So I kind of had the experience of how a

3    hospital ran and things like that.  So they asked me if I would

4    focus my attention on healthcare fraud.

5         But I worked other things during the mortgage fraud

6    crisis.  I got really involved in that.

7         But healthcare fraud has always been my specialty.  When

8    something came up on the squad, it would be, "Maura, can you

9    handle this case?"  So . . .

10   Q.   How did you feel about your job during the long career

11   with the FBI?

12   A.   Loved it every day.  Loved it.

13   Q.   Why is that?

14   A.   I just -- I love working cases.  I'm very analytical, from

15   my accounting background.  And I just enjoyed working with

16   people.  And, you know, trying 100 percent every day, or

17   110 percent every day.  But this was my dream job, and I got to

18   do it, so it was pretty cool.  That -- 29 years of doing it,

19   and I'm still doing it.  So . . .

20   Q.   Thank you.

21        Were you good at it?

22   A.   I think so.  I think so.

23   Q.   Did you receive praise for your work?

24   A.   I did.  I did.

25   Q.   Did others in the FBI have a nickname for you in the way

1  you did your work?

2  **A.**   I was referred to as Betty Bureau because I was always

3  citing bureau policy, and so, yes, I was called Betty Bureau.

4  **Q.**   You mentioned that you had investigated healthcare fraud.

5  Do you know how many healthcare fraud cases you worked on as an

6  investigator?

7  **A.**   I know dozens.  They're always long-term cases, so at

8  least a dozen major cases.

9  **Q.**   Of those, how many were pharmacies, if you know?

10 **A.**   Since I've been in Baltimore, I've worked two of my own.

11 And then one I helped out for another agent in our Rockville

12 office.

13 **Q.**   Okay.  Describe your experience with preparing and

14 submitting search warrant affidavits.

15 **A.**   I have -- when I draft an affidavit, I do have my standard

16 language.  I put in the beginning, my background.  So the first

17 three paragraphs are usually standard in my affidavits.

18     The way I've always drafted an affidavit, and I learned

19 this from my training agent in Richmond, Virginia, put

20 everything in.  Put everything in that you know about the case.

21 And then let the AUSA or your co-case agents look at it and

22 give you some feedback on it.

23     So the drafts are always everything I know from what

24 people have given me from reports or my own -- my own reports.

25 And then let others tell me their feedback.

1  **Q.**   How many search warrant affidavits have you prepared and

2  submitted in your career?

3  **A.**   Conservatively, I would say -- including Title III

4  affidavits, I've done two of them, I would say at least 50 or

5  more I've done in my 29 years as an agent.

6  **Q.**   Have you ever had one suppressed by a court?

7  **A.**   No.  And I've been through suppression hearings.

8  **Q.**   Did you know Mr. Annappareddy prior to your work on his

9  criminal case?

10  **A.**   No.

11  **Q.**   Did you know anybody who knew him?

12  **A.**   No.

13  **Q.**   Had you ever heard of him from any person or source?

14  **A.**   No.

15  **Q.**   After you came on the case, aside from the alleged

16  criminal conduct that you were investigating, did you have any

17  sort of personal dislike of Mr. Annappareddy for any reason?

18  **A.**   No.

19  **Q.**   When did you become involved in the Pharmacare

20  investigation?

21  **A.**   I met with Medicaid, Robert Mosley, Cathy Pascale, on

22  January 23rd, 2013, at their office, the Medicaid office.

23  **Q.**   I'm going to show you what we've marked that's in evidence

24  as Defense Exhibit 17.  It is a memo -- I'm sorry, it's an FBI

25  form document.  Can you identify what that is?

1  A.    Yes.  It's what we call an electronic communication.  It's

2  my opening electronic communication to request that this case

3  be opened and assigned to me.

4  Q.    Who are the people that are listed on this?

5  A.    My supervisor is Adam Drucker.  It was approved by Marisa

6  Perez.  Because, I believe, Adam was not -- when the supervisor

7  is not available, then you would have someone else approve it,

8  so that's why I put Marisa Perez's name, to approve it for

9  opening.

10 Q.    What's a full field investigation?

11 A.    A full field is that we're not going to have any

12 limitations.  We can do surveillances.  We can do -- we're

13 eventually going to do, like, grand jury subpoenas and things

14 like that.

15        A preliminary one is we're not sure where this is going,

16 and we're going to be limited, per bureau policy, on what we

17 can and cannot do.

18        So I'm asking for a full field, because what I've heard in

19 that meeting, I think we should be opening the case.

20 Q.    What's the process for getting a full field investigation

21 opened?

22 A.    I just have to explain in my electronic communication that

23 I believe that this is worth investigating, and that I believe

24 there's healthcare fraud being committed; in this case, by

25 Mr. Annappareddy, Wayne Dyke, and Pharmacare Discount Pharmacy.

1   Q.   So what we marked as Defense Exhibit 17, is that your

2   request to open a full field investigation or the approval of

3   it or both?

4   A.   It's the official request that FBI Baltimore open up this

5   case and assign it to me.

6   Q.   Was it also approved?

7   A.   Yes, it was.

8   Q.   This document confirms that the -- well, let me ask you,

9   what's the predicating event that causes you to open this

10  investigation?

11  A.   Well, I have to -- I have to have an identified victim,

12  insurance company.  In this case, it's Maryland Medicaid,

13  potentially Medicare, and private insurance programs.

14       It's a 209A classification, which means I'm telling my

15  supervisor or the acting supervisor, that 209A means, I believe

16  that there's government-funded programs that are being

17  defrauded.

18       209B would be in the case file number, in the case ID

19  number, would mean -- I think it's private insurance.

20            MR. GREENBERG:   Your Honor, I'm trying to give

21  Government counsel a lot of latitude with the leading and the

22  hypotheticals and such, but I do think I'm constrained to note

23  for the record that this document was highlighted by counsel,

24  it appears, not the witness.  And that I'm not sure that is

25  appropriate if this is highlighting that's already been on the

1  document before, it's unclear.

2      THE COURT:  Well, we've had lots of highlighting on

3  documents by counsel thus far, haven't we?

4      MR. GREENBERG:  Just temporary to draw attention.  I

5  just want to make the record clear --

6      THE COURT:  What I'm going to take home is going to be

7  permanent, not temporary because I've asked you to submit it to

8  me.

9      MR. GREENBERG:  Yes, Your Honor.  But I just want the

10  record to be clear that this --

11      THE COURT:  I understand it.  This witness did not put

12  this highlighting on this document.

13      MR. EISER:  Yes, Your Honor.  And the official

14  exhibits have no highlighting on them, the ones we submitted to

15  the Court.

16      THE COURT:  All right.  So no different than what

17  we've seen so far.

18      MR. EISER:  That's correct.

19      THE COURT:  Go ahead.

20  BY MR. EISER:

21  Q.   The opening of the field investigation says it was

22  initiated from a *qui tam* complaint; is that right?

23  A.   Yes.

24  Q.   And is that unusual for the FBI to open a field

25  investigation upon receipt of a *qui tam* complaint?

1  **A.**   Usually, we don't.  Because I had sat down with the

2  Medicaid investigator, and the attorney Cathy Pascale and

3  Robert Mosley and Laurie Gutberlet, we would have received this

4  *qui tam*.  But sitting down with them, I felt that we should

5  open up a full field.

6       One of my jobs, being a healthcare fraud agent, is my

7  supervisor would have eventually given me this to review.  I

8  hadn't reviewed it yet.

9  **Q.**   This memo documents that there was a meeting, is that

10  right, between you and these other agency and investigators; is

11  that right?

12            **MR. GREENBERG:**  Your Honor, I would object to the

13  leading.

14            **THE COURT:**  Well, do you want to rephrase the

15  question?

16  **BY MR. EISER:**

17  **Q.**   Who did you meet with before preparing this memo?

18  **A.**   The Medicaid Fraud Control Unit attorney, two

19  investigators, Robert Mosley, I believe James Ryan from Defense

20  Criminal Investigative Service, and I'm not sure Jimmy Young

21  showed up.  Then Michael DiPietro from the United States

22  Attorney's Office was there, as well.

23  **Q.**   Is that a group of people who had been on the

24  investigation for a while before you got involved?

25  **A.**   Yes.

1   Q.    What was discussed at that meeting?

2   A.    What they had done over the past year, and what they think

3   was going on based on the work of Medicaid investigator, Laurie

4   Gutberlet.

5   Q.    What did they think was going on?

6   A.    That they were billing each month for available refills.

7   And if they weren't able to be delivered, they weren't

8   reversing them.  And that was basically it.  And sometimes not

9   filling at all, as well.

10  Q.    Were documents shared at that meeting?

11  A.    I did not get the notebook of reports at that meeting, but

12  I did get it a few days later.  And that was all the work

13  that's been done in 2012, for me to review and get up to speed,

14  because I was -- I was not as up to speed as everybody else in

15  the room.

16  Q.    When you became involved in the investigation, how was the

17  investigation structured, the team, the roles?

18  A.    Well, it was discussed in the meeting that Lisa Ridolfi

19  would be handled by the Medicaid fraud investigator, Laurie

20  Gutberlet, which I was fine with.  Medicaid was considered the

21  lead in this because they had been involved in -- you know,

22  since April 2012ish, which I was fine with.  I'm always happy

23  just to assist and not be the lead agent or investigator.  I

24  usually am, but it was refreshing not to be for once.  So, yes,

25  that was the understanding, that Medicaid was the lead because

1  they had been on it the longest.  Robert Mosley had been on it

2  longer than I was.  And I was to offer my resources at the FBI

3  to help in any way.

4  Q.   Okay.  Did you review all of the memos and reports

5  prepared by the Maryland Medicaid investigators at some point?

6  A.   As soon as I got the book, I started reading it.  And one

7  of the first tasks I had was -- because I had the experience of

8  drafting affidavits, unlike anybody else on the team, so my

9  task was read the notebook of all of the reports from 2012 that

10  had been done in this case, and start drafting an affidavit,

11  which is very easy for me to do.  It was a unique situation

12  because I'm not usually reading someone else's work; usually

13  it's my work product.  But I read Laurie's reports, and I

14  started drafting an affidavit very soon after.  And I had a

15  draft, you know, probably within early February.

16  Q.   How did the process proceed from there when you had your

17  first draft with the team and the affidavit?

18  A.   As soon as I had a draft, that's when the emails started

19  flowing back and forth, asking for feedback.  I was shown a

20  bunch today.  And that was typical of me putting in caps

21  sometimes, like, in the body of the affidavit, like, "Hey, you

22  know, let's -- let's insert something here."

23       So as I read Laurie's reports, I could tell there was

24  things that I personally wanted filled in, things that I think

25  still needed to be done on this case for me to feel comfortable

swearing a warrant.  So it was a give and take with the whole
team and the two prosecutors, giving me their feedback on,
"Edit this, keep this in, let's change this, I don't like that
wording."  And I'm always open to that feedback, especially
from my legal people.

It's a give and take when you draft an affidavit,
especially when you're with so many investigators and agents.
You welcome their feedback, another pair of eyes to look at
what you've written.  Because, basically, I'm writing an
affidavit from somebody else's hard work.  So I wanted to make
sure that I got everybody's feedback on it.

**Q.**  How did you do that?  Were there meetings?  Phone calls?
How did you get everybody's feedback?

**A.**  I would also send a draft.  And you'll notice in the
emails, I'll put the date of the draft so that everybody knew
what draft and what date I'm sending.  So any attachments you
see in email chains it could be, you know, April 16th or, you
know, February 15th or whatever and the year.  And I basically
will -- when they open it up, they can see in red or in bold,
like, okay, somebody help me with this, someone give me
feedback.

And then, on a weekly basis, sometimes more than a weekly
basis, couple times a week, we would get together, and we sit
around the table, and everybody would have their draft open on
their laptop, and they would give me their feedback,

1   especially, you know, Sandra Wilkinson and Cathy Pascale on

2   what they liked and they didn't like in it.  Or, "This is too

3   much, you don't need this."  And that's me putting everything

4   in and then letting everybody help me edit it down to what we

5   really need for the probable cause.

6   Q.   You mentioned weekly meetings.  When did those start and

7   how long did they continue?

8   A.   We started very early on because there was so many people

9   involved in this case.  We would have team meetings, and then

10  there would be a breakout session where those that were

11  handling the MEDIC analysis, they would have a separate meeting

12  that I wouldn't be a part of.  Only because I had -- you know,

13  I was focusing on the affidavit.  So that I would attend the

14  general team meeting, and then there would be a breakout

15  session with those that needed to discuss the MEDIC part of the

16  case.

17  Q.   Okay.  I want to ask you about the members of the

18  Pharmacare investigative team.  Peggy Gayhardt was the chief

19  fraud investigator at Maryland Medicaid.  Did you ever meet

20  with her?

21  A.   Yes.  And I've worked with Peggy on other cases before.  I

22  know Peggy, yes.  I knew her before.

23  Q.   Do you know what her experience is --

24          MR. GREENBERG:  I don't see -- what exhibit is this?

25          MR. EISER:  I just -- just it's a memory aid rather --

```
 1   I want to go down the list of the people that worked and ask
 2   her about --
 3            THE COURT:  It's just a list of the investigative
 4   team.  You object to her using a list of --
 5            MR. GREENBERG:  Well, I mean, I don't want to --
 6   object if it's not in evidence.  I mean, I don't know where
 7   that came from.
 8            MR. EISER:  It's just demonstrative.
 9            THE COURT:  I'll overrule the objection.
10       Go ahead.
11   BY MR. EISER:
12   Q.   Laurie Gutberlet, had you worked with her?
13   A.   No.
14   Q.   Was she a fairly experienced investigator?
15   A.   Well, I -- as I read her reports, and met her once before
16   I started reading her reports, I was very impressed with her
17   presentation at the meeting, as well as when I started reading
18   her reports, how well-done they were and very thorough.  I was
19   very impressed.  And then as I got to know her, I was even more
20   impressed.  I thought she was doing some great work and putting
21   very detailed reports together.
22   Q.   Did you have any reason, when you first came on the case
23   and you're reading Laurie Gutberlet's reports, to believe that
24   she had misstated or omitted any important facts in her
25   reports?
```

1  **A.**    No, no.

2  **Q.**    Jeremy Dykes, did you know him?

3  **A.**    No, not before.  I had very little contact with him

4  throughout the whole case.  He was more part of the MEDIC team.

5  **Q.**    When you say "MEDIC team," what do you mean by that?

6  **A.**    Well, like I said, we would have a general meeting, which

7  I was kind of, like, in the forefront of that.  Because the

8  general meeting was, "I'm drafting an affidavit, I want

9  everybody's feedback," and we're getting together to discuss

10  it, and we're doing a roundtable discussion.  People would have

11  their laptops open with their draft, and I would make any

12  changes that they suggested during the meeting, or tell them to

13  send me an email, you know, after we've discussed the

14  affidavit.  And then afterwards, a lot of times, it would be

15  like, "Okay, now we're going to have another meeting to discuss

16  MEDIC."  So Jeremy Dykes, I can't remember him ever being at

17  the general team meeting that I was at.

18         **MR. GREENBERG:**  Your Honor, I understand you're

19  overruling the objection.  But just, at the minimum, we would

20  respectfully request this be marked as an exhibit, and that

21  there would be some information on at least who prepared it.

22         **THE COURT:**  Do you have any objection of making it an

23  exhibit?

24         **MR. EISER:**  No, Your Honor.

25         **THE COURT:**  All right.

1           What's the next number up for defense?

2                MR. EISER:  Ninety-five.

3                THE COURT:  It's Defense Exhibit 95.

4        Go ahead and ask her who prepared it, or you can tell us

5   who prepared it.

6   BY MR. EISER:

7   Q.   You didn't prepare this, I did?

8   A.   I did not.  And Peggy Gayhardt's name is misspelled.

9   Q.   Thank you.

10       The Cathy Pascale, did you know her before getting

11  involved in this investigation?

12  A.   I did not.

13  Q.   Were you impressed with her experience?

14  A.   I was very impressed with her.

15  Q.   How so?

16  A.   She was such a team player and such a help with the

17  affidavit.  Her and I worked together to do the August

18  affidavit in her office, and she was just very, very helpful.

19  And I liked her advice and her legal mind, drafting an

20  affidavit.  And I -- I mean, I sat in her office, and we did it

21  together.  Instead of me usually writing it by myself and then

22  getting feedback, her and I went back and forth on drafting --

23  drafting it.  So I was impressed with her legal mind.

24       She's very -- just very personable to work with.

25  Throughout the trial as well.

1  Q.   Michael DiPietro, had you worked with him before?

2  A.   I had not.  I knew of him to say hi.  But I didn't know

3  him.

4  Q.   What was his role in the Pharmacare investigation?

5  A.   He was -- he was very involved in the MEDIC part of this

6  case.  And Robert Mosley and him, and I assume Jeremy Dykes,

7  because I was not at these meetings, and Pam Arnold and Laurie

8  Gutberlet would get together and talk about the MEDIC in the

9  breakdown session after we would have general team meetings,

10  often.

11  Q.   Who were the members of the MEDIC team that you're

12  referring to?  I mean, you just mentioned Michael DiPietro.

13  Who else?

14  A.   Jeremy Dykes.  Catherine Pascale would go to those

15  meetings.  Pam Arnold.  I'm not sure James Hagin went to those

16  meetings.  Robert Mosley was always there.  And Jimmy Young did

17  not go to those meetings.

18  Q.   So you've got -- on the MEDIC team, you've got Jeremy

19  Dykes, he's an Assistant Attorney General; Cathy Pascale, she's

20  an Assistant Attorney General; Michael DiPietro, he's an

21  assistant U.S. Attorney; and you have Robert Mosley, who's a

22  special agent.

23          MR. GREENBERG:  Objection to the reading and leading.

24  BY MR. EISER:

25  Q.   Well, my question is --

1          **THE COURT:**  Overruled.  This is just preliminary and

2    undisputed matter.  Leading is allowed on things such as this.

3          Overruled.

4    **BY MR. EISER:**

5    **Q.**   Who is leading that team?  Who has the most knowledge,

6    experience about analytical crunching of numbers, if you know?

7    **A.**   I wouldn't know because I wasn't part of those -- those

8    meetings.

9    **Q.**   Okay.  To the extent you know, what was Robert Mosley's

10   main job on the MEDIC team?

11   **A.**   He was the liaison with the MEDIC contractor.  Whatever

12   they needed, he was supposed to get that for them.

13         Like, I remember one team meeting he said at the meeting

14   he was working on the list of wholesalers that he needed to

15   subpoena.  And that was something that would come up often,

16   like, what's the status of the subpoenas to the wholesalers, do

17   we have the complete list, and things like that.

18         But he was mainly the MEDIC liaison.  He was the only one

19   that would deal with them to set up conference calls or

20   whatever they were doing.  And I would just hear that during

21   team meetings before they would break out and go have a

22   separate meeting.

23   **Q.**   When you say "liaison," does that involve bringing data

24   from Medicare, Medicaid to the experts who were analyzing it?

25   **A.**   Yes.  And then during meetings, either Laurie or Pam would

1    be asked for Robert, like, "The MEDIC needs claims data for

2    blah, blah," and during certain time frames or whatever.  I

3    would hear that in meetings of, you know, what need to get

4    done.  And Robert's input on those meetings would be, "I'm

5    still waiting for claims data, Pam," or "I'm waiting for claims

6    data, Laurie.  They need it, and they need it for this date

7    range," or whatever.

8         Robert was the one that was providing to the MEDIC

9    contractor what they needed and getting -- you know, and, I

10   guess, relaying to the Medicaid investigators what was needed

11   from them, pretty much was the claims data.

12   Q.   We skipped over -- if you know, what was James Hagin's

13   role in the investigation?

14   A.   He came on when Laurie was leaving.  I don't recall his

15   particular role in this case, except I think because he was an

16   experienced investigator and retired police officer.  Same with

17   Laurie Gutberlet, she was retired police officer with Baltimore

18   City Police.  I think he came on board to assist Pam Arnold

19   with whatever needed to be done since Pam Arnold was not

20   retired law enforcement.

21   Q.   Had you worked with Pam Arnold before?

22   A.   I had not.

23   Q.   Was she an experienced investigator?

24   A.   My recollection, she was an insurance investigator before

25   she became a MEDIC -- Medicaid investigator.  I'm not sure she

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  really -- just working with her, for the time that I worked

2  with her, I don't think she really had an understanding of the

3  legal process of things.  But she was one of those individual

4  that if you asked her, like, "I need this," like, she got it.

5  Or, "You need to ask Lisa this," or "Robert said you need

6  claims data," she would have it to him.  She was -- she was

7  very task oriented, and she would complete her tasks.  I never

8  remember any team meeting where Pam hadn't done what she was

9  told to do from the last meeting.  So she was a hard worker.

10  She was.

11  Q.   James Ryan, special agent, had you worked with him before?

12  A.   I had not.

13  Q.   What was his role in the investigation?

14  A.   His role became very important because, when it came to

15  the trial, we had so much drugs that we had marked as

16  evidence --

17          MR. GREENBERG:  Objection, Your Honor, to the

18  discussion of the post-indictment evidence on this issue.

19  There's no foundation having been laid for it.  It is all of

20  the --

21          MR. EISER:  I'll withdraw the question.

22          THE COURT:  All right.  Withdrawn.

23  BY MR. EISER:

24  Q.   Don't tell me what Mr. Ryan did after --

25  A.   Okay.  James Ryan, I think, was asked to pull claims data

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

 1  for Champus or TRICARE, the military insurance programs.  I

 2  don't recall anything else.  I don't even recall him giving me

 3  feedback on the affidavits.

 4  **Q.**   Was he sort of the least-experienced people -- person on

 5  the team, if you know?

 6  **A.**   I would consider Pam Arnold to be the least experienced on

 7  the team.

 8  **Q.**   Okay.  I think you said you had worked with Robert Mosley

 9  before?

10  **A.**   I knew Robert Mosley for almost -- at least 15, 16 years,

11  and I worked with him on a case when he was a brand new agent.

12  So I've known him since day one of becoming an agent.

13  **Q.**   Is he a reliable agent?

14  **A.**   Yes.

15  **Q.**   Trustworthy?

16  **A.**   Yes.  We were friends.

17  **Q.**   Sandra Wilkinson, had you ever worked with her before?

18  **A.**   Yes, I have.

19  **Q.**   How -- for how long have you known her?

20  **A.**   Robert Mosley and I actually had a case with Sandra

21  Wilkinson many, many years ago, prior to the Pharmacare case.

22  I knew Sandy.  She was on the healthcare fraud steering

23  committee, so I knew her.

24  **Q.**   What was her position in the U.S. Attorney's Office, if

25  you knew?

**A.** She was, like, deputy chief of major crimes. She became that when the Pharmacare case was being worked.

**Q.** Okay.

**A.** So she was supervisor, management.

**Q.** Jimmy Young, had you worked with him before?

**A.** Yes. Jimmy Young was actually, he's with -- he's a special agent with office of personnel management. They handle the Blue Cross/Blue Shield federal employee health program. Whenever they're defrauded, he gets involved. So he actually worked on my squad. He had a desk on my squad. So he kind of just came on the case because it was on my squad, this investigation.

**Q.** In your estimation, was this a solid investigative team?

**A.** It was. Everybody had something to offer in this case, and everybody was a hard worker, so yes. It was nice to have all of this expertise on a team.

**Q.** After you became involved in the team, what investigative steps did you take after -- after you became involved in January of 2013?

**A.** Well, my major focus was to keep drafting the affidavit. And any new information or reports that were prepared after I got the notebook, I would add it to the notebook, and I would incorporate it into the affidavit if I thought it was something that could be used for the probable cause. And then, once in a while, I would participate on surveillances or dumpster-diving

1  in the middle of the night or whenever.  But for the most part,

2  I was trying to stay back a little bit so that no one got wind

3  that the FBI was investigating.  So you didn't see me doing any

4  interviews or anything.  My main goal was the affidavit,

5  because I was the most experienced person on the team.

6  **Q.**   Did you submit a subpoena to Google to obtain emails

7  exchanged among Pharmacare employees?

8  **A.**   I requested a subpoena, and we served a subpoena to Google

9  for subscriber information, which is, we wanted to know who was

10 behind each email address.  And we need that to then generate

11 up and start drafting an affidavit a search warrant for Google.

12     So, yes, I did a subpoena.

13 **Q.**   What did you get back from Google before you submitted the

14 affidavit?

15 **A.**   We got who -- the individuals associated with each email

16 account.

17 **Q.**   Did you review actual emails?

18 **A.**   When I got the Google production, I did, yes.

19 **Q.**   When was that?

20 **A.**   I was looking through my case file, just to refresh my

21 memory.  I really didn't get too involved in the email review

22 until -- until later, because my focus was trying to get the

23 affidavit done before.

24 **Q.**   How many emails were there total?

25 **A.**   I would say at least 50,000 emails.  It dated back to,

1  like, 2008.  Because with Google, even if you delete an email,

2  they still can retrieve it.  So there was a lot of emails to

3  review, and we didn't review them all, of course.

4  Q.   Did you -- in the course of your work, did you review the

5  *qui tam* complaint filed by Dennis Tokofsky?

6  A.   I did.

7  Q.   And did you also review the follow-up interview with

8  Mr. Tokofsky that was held on August 23rd, 2012?  And I'm going

9  to show you what we've marked as Defense Exhibit 7, which is in

10 evidence.

11 A.   Yes.

12 Q.   And Page 1 of Defense Exhibit 7 lists several of the

13 people we just talked about; is that right?

14 A.   Yes.

15 Q.   How is it that this group of people wanted to meet with

16 Mr. Tokofsky?

17 A.   Because these were the people that were involved in the

18 case in 2012.

19 Q.   Did any of these investigators indicate that they found

20 Mr. Tokofsky's information to be unreliable?

21 A.   It was never expressed to me that, no.

22 Q.   Did you have any reason to find Mr. Tokofsky unreliable?

23 A.   I only met him at the trial and just --

24 Q.   Right.  But based on your review of the record?

25 A.   No, no.  What he said, I could corroborate with other

1  reports that Laurie Gutberlet had done.  So, yeah, I thought

2  his information was -- was accurate.

3  **Q.**   If it turns out that he claimed to you-all that he

4  resigned, but Mr. Annappareddy now claims he was fired, would

5  that make him unreliable to you?

6          **MR. GREENBERG:**  Objection to the hypothetical.

7  Calling for speculation.

8          **MR. EISER:**  It's not hypothetical.  Those are the

9  questions --

10         **THE COURT:**  That's an issue that's been raised in this

11 case.  I think it's a proper response.

12     Overruled.

13         **THE WITNESS:**  I only knew that he had resigned, and I

14 knew that from the interview with him.

15 **BY MR. EISER:**

16 **Q.**   If you had also known that Mr. Annappareddy claims that he

17 was fired, not resigned, would that impact your assessment of

18 his reliability.

19 **A.**   No.  Because if his information that he provided to the

20 investigators and agents could be corroborated with other

21 reports that I read, no, I wouldn't have any problem with that.

22 **Q.**   Okay.  And I think you've already -- did you review the

23 four prior interviews with Lisa Ridolfi that with we've gone

24 over in this case?

25 **A.**   Yes, yes.

1  Q.   Did the team attempt to have Ms. Ridolfi wear a wire?

2  A.   She did wear a wire.

3  Q.   Was that before you got involved?

4  A.   No.  No.

5  Q.   Can you explain what that is and what they found?

6  A.   When I got involved, I gave her a recording device to wear

7  at work, and when she had conversation, she could turn it on

8  and off.  Unfortunately, she never shut the thing off so it

9  went, you know, eight hours straight.  But the instructions

10  was, if you were going to engage in a conversation that you

11  thought should be recorded, then turn it on.

12  Q.   How many days, if you know, did she wear the wire?

13  A.   I think -- I think -- she always had it for weeks, just to

14  have it with her and available to turn it on in her pocket, if

15  need be.

16  Q.   When was that, approximately?

17  A.   Well, I think it was -- I would say I met with her to sign

18  the consent to record on or about February 26, 2013.  And I

19  think she recorded something within 24 hours of her signing the

20  consent to record form.

21  Q.   I didn't catch your date.  February what?

22  A.   February 26, 2013, I went to her house with Sandra

23  Wilkinson and Laurie Gutberlet to have her sign the FD473,

24  which is a consent to record.  You have to legally have a form

25  that they have to sign that they're okay with being recorded.

1    And then within 24 hours, I think she had her first

2  conversation with Leshawn Miller, one of the delivery guys.  So

3  I would say on or about February 27th, she did her first

4  recording, 2013.

5  Q.   When did she return the recording device to you, if you

6  know?

7  A.   Either Robert Mosley or Pam Arnold would go up to Bel Air

8  and pick it up.  It wasn't every day, but if need be or she

9  thought she did a lot of recording, then they would go pick it

10  up and bring it to me for it to be downloaded by our electronic

11  people.

12  Q.   Did you obtain anything useful from those recordings?

13  A.   At times, yeah.  I mean, they would -- she had a

14  conversation with Leshawn Miller, the delivery guy, about

15  trying to get things delivered and can't find the people and

16  couldn't find them last month, can't find them this month.  And

17  for the most part -- I mean, other than that, it wasn't as

18  productive because I think because she kept the thing on all

19  the time, instead of being more selective on when to turn it

20  on.

21  Q.   Did you use any of that in the final affidavit?

22  A.   I didn't, no.

23  Q.   Why not?

24  A.   There just was nothing there that -- that we were hoping

25  to get in a conversation, so no.

1  Q.   During this process of reviewing the record of the

2  investigation before you came on board, if you came upon

3  information or evidence that was inconsistent or contradictory

4  or seemed unreliable, what would you do?

5  A.   My preference was always just handle it myself or become

6  actively involved in it.  Or I would delegate it to somebody on

7  the team to do it.  And if I didn't think they did a thorough

8  job, then I would say, "You need to get this question

9  answered."

10      But my preference always is just handle it myself so I

11 have that comfort that I know it's the way I wanted it to get

12 done to get clarified.

13 Q.   As you were reviewing the reports of the investigation,

14 did you come upon an inconsistency that you wanted to get

15 clarified?

16 A.   Yes.

17 Q.   What was it?

18 A.   Did Mr. Annappareddy tell Lisa Ridolfi not to do reversals

19 or not.

20 Q.   Explain.

21 A.   So I remember Pam Arnold was tasked with getting that

22 clarified.  She handled that by texting Lisa Ridolfi, and Lisa

23 Ridolfi texting back that she was -- and so -- and that's not

24 the way I would have handled it.  But that's -- and I was

25 unsatisfied with that, so I needed to get involved in that.

1   Q.   And what did you do?

2   A.   Well, the text back -- Lisa Ridolfi text back to Pam that,

3   no, Mr. Annappareddy did not tell her not to do reversals.  So

4   I needed -- since Laurie Gutberlet was no longer at Medicaid, I

5   wanted to interview her, and I wanted to interview Lisa

6   Ridolfi, and I wanted to just hear it from both of them on

7   what -- what they recall.

8   Q.   I'm showing you what is marked as Defense Exhibit 47.  Can

9   you tell us what that is?

10  A.   That would be my interview of Laurie Gutberlet by phone.

11  Q.   And for what purpose?

12  A.   It was for the purpose of a paragraph in the affidavit

13  that I wanted clarification on.

14  Q.   Which paragraph is that?  Is that the one you've been

15  talking about?

16  A.   Yes.  Do you want the paragraph number?

17  Q.   That's okay.  That's okay.

18  A.   I can't recall.

19  Q.   Did you also interview Lisa Ridolfi about this issue where

20  there was apparent inconsistency?

21  A.   I did.

22  Q.   I'm showing you what we've marked as Defense Exhibit 50,

23  which is in evidence.  And can you tell us what that is?

24  A.   That's my interview of Lisa Ridolfi.  We actually went to

25  her home after she finished work, and we interviewed her.

1  Q.   And I'm going to show you what you've got on Page 2 of

2  that report and ask you to read the highlighted section in that

3  top paragraph.

4  A.   "She confirmed that these statements were true except for

5  the reference to her being personally told by Annappareddy.

6  She had no recollection of saying this to Gutberlet.  She

7  recalled being constantly told by Jigar and Vipin that nothing

8  is ever to be reversed, per Annappareddy.  She had also been

9  told by Jigar, Vipin, and Ami that she should not reverse

10 because Annappareddy did not allow it."

11 Q.   What did she say about Chief Operating Officer

12 Ravi Korpelli?

13 A.   She also advised that Pharmacare's chief operating

14 officer, Ravi Korpelli, for her not to worry about reversals

15 because it could get done on the weekends.

16 Q.   Did this information that you've now gotten from Laurie

17 Gutberlet and from Lisa Ridolfi, did that resolve the

18 inconsistency in the reports that you had spotted?

19 A.   I did, and I felt comfortable putting in the affidavit

20 what Lisa Ridolfi personally told me during this interview on

21 July 18th, 2013.  And I see where Laurie was coming from, but I

22 don't think she totally asked the right questions about that

23 when Laurie interviewed her.

24 Q.   During your own interview, did Ms. Ridolfi also tell you

25 more general information about what she knew about Pharmacare's

1   operation?

2   A.   I mean, she did get into more information about other

3   things.

4   Q.   What did you note about what she said about the billing

5   operation?

6   A.   That they were still billing for high-dollar

7   prescriptions, and that Sindhura Motaparthi was there, at

8   Plumtree, now doing the billing.

9   Q.   After this interview with Ms. Ridolfi, your own interview,

10  did you have any concerns about Lisa Ridolfi's reliability as a

11  witness?

12  A.   I did not.

13  Q.   Why not?

14  A.   Because everything she said since 2012, it seemed that her

15  co-workers were corroborating what she was saying about

16  undelivered bags overflowing in bins, and then disappearing.

17  Billing and not filling.  Co-workers like Caitlin Biemer

18  confronting Jigar and Vipin and saying, "You need to reverse,"

19  and then the reversals not being done.  What Lisa had said, you

20  know, the Caitlin Biemer and the Candice Covahey and the

21  Dennis Tokofsky and -- like, it was almost -- it would be

22  almost like they're in the same room together and they're all

23  saying the same story, but they weren't.  They were

24  individually interviewed, and they were saying the similar tune

25  in these separate interviews.

1    And so, to me, as someone who, at the time, was doing it

2  for over a quarter of a century, healthcare fraud, these people

3  were saying, "We're doing fraud here, it's happening here."

4  So, yeah, it was -- Lisa had credibility in my book because her

5  co-workers, and some of them were current or former employees,

6  were saying the same thing.

7    And then the Mary Sue Cramer, their compliance officer,

8  their compliance officer is saying what was going on there.

9  And this woman had auditing experience.  She knew that things

10  should be reversed.

11    So Mary Sue Cramer, Candice Covahey, Caitlin Biemer,

12  Dennis Tokofsky, they were saying what Lisa was saying.  So

13  yeah, Lisa had credibility, and I felt very comfortable putting

14  her in the affidavit.  I did.

15  Q.   Did you or the team also arrange for trash pulls from the

16  Pharmacare store?

17  A.   Yes.

18  Q.   Why?

19  A.   The trash pulls were helpful.  I like doing trash pulls

20  when I'm working on an affidavit just to see what we can get

21  out of the trash that can lead us to believe that there's

22  something going on there, billing fraud going on there.  So it

23  kind of links the trash to the location that we want to search.

24  So trash pulls were also always on my list of things that --

25  investigative techniques that I like to do when I'm drafting an

1  affidavit.

2  Q.   Did you also arrange for surveillance at Pharmacare?

3  A.   Yes.  And I participated in a couple of them.

4  Q.   Why?

5  A.   We wanted to show who's going in and out of what pharmacy

6  and possibly use that in the affidavit as well.  It wasn't to

7  get anything related to billing fraud allegations.  It was, can

8  we place certain people coming out of certain locations, and

9  that was just for the purpose of possibly putting that in the

10  affidavit as well.

11  Q.   Did you?

12  A.   We didn't put anything about surveillances, no.  It

13  just -- and also, I like to go out to locations that are going

14  to be searched so that I can work on my attachment A, which is

15  the description of the property that's going to be searched.

16  So it helps me to go and take a picture of it and know what it

17  looks like so I can describe it.

18  Q.   Okay.  Did you also do mail covers?

19  A.   I did.  That's another thing I always do as a routine when

20  I draft affidavits, is do mail covers to show there's mailings

21  from insurance programs and things like that.

22  Q.   What is mail covers?

23  A.   Mail cover is when I send a letter to the United States

24  Postal Inspection Service and I ask them, before you deliver

25  the mail -- if it gets approved by them, before you deliver the

1  mail -- at the post office, they actually write down on a

2  sheet, handwritten, what mail they're about to deliver to a

3  location.  It's usually at whatever post office supplies to the

4  area I want a mail cover on, the address.  There's one person

5  that's going to handle that.

6      And then I usually get it a few months later.  I'll get a

7  list, a bunch of sheets that say on this day, this was the mail

8  that was delivered at this address, and it will be a daily

9  sheet that will be stapled together.  And then I have to

10 actually return those sheets when I write up my report because

11 the postal inspection service doesn't allow me to keep those

12 things.  So they don't go in my case file.  I have to actually

13 return them.  They'll call you if you don't return them.

14     So that's it.  Mail cover is just basically, can I tie in

15 some mail going to a certain address.  So that's another thing

16 that I normally put into an affidavit.  I didn't do it in this

17 case, but that's my normal investigative technique that I use

18 when I'm drafting an affidavit, just see what comes out of it.

19 Q.  Did you sit down with Laurie Gutberlet to review

20 paragraphs of the affidavit as you were drafting it?

21 A.  I did.  Once I heard Laurie had given her two-week notice,

22 I insisted that her and I sit down, and we sat down for a few

23 days.  And there was something shown to me called a brain dump,

24 an email.  Jim Hagin didn't come into that meeting.  It was

25 Laurie and I, sitting down with the laptop open.  And we went

1   paragraph by paragraph, and she had her reports in front of

2   her.  And we went through each one.  I'm like, "Okay, what do

3   you think about this paragraph, what do you think about this

4   paragraph."

5        And it was just mainly her work, those paragraphs

6   pertained to her work.  I just wanted to make sure that I got

7   everything right.  My interpretation of her work was okay in

8   the affidavit.  Since she was leaving, this was my last chance

9   to basically get her input.  So . . .

10  **Q.**   You mentioned that the affidavit progress included weekly

11  meetings with the investigative team --

12  **A.**   Or more.  Twice a week sometimes.  It depended.

13  **Q.**   Who had the final say over what went in the affidavit?

14  **A.**   That would be me, but I am always open to discussion.  But

15  if I didn't feel comfortable when someone said, "Why don't you

16  take that line out," if I didn't feel comfortable, I'd say "No,

17  it's going to stay in."

18       But when it comes to the final, final affidavit, it's

19  always our prosecutors, with their legal minds and also their

20  strategy, on what needs to stay in and what doesn't need to

21  stay in.  Because we're only going to have it sealed for a

22  little bit, so there was also a concern, certain things maybe

23  shouldn't be in the affidavit and doesn't need to be in the

24  affidavit.  So I did rely on their legal advice.

25       But in the end, if I wanted something in, it stayed in,

 1  unless someone could give me a really good reason why.

 2  So . . .

 3          MR. EISER:  Your Honor, if you need to give your staff

 4  a break --

 5          THE COURT:  Yeah.  We've been going almost two hours

 6  exactly.  We'll be in recess for 10-minutes.

 7          THE CLERK:  All rise.  This Honorable Court is now in

 8      (Whereupon, a recess was taken from a.m. to 3:56 p.m.)

 9          THE COURT:  Please continue.

10  BY MR. EISER:

11  Q.   Ms. Lating, I'm showing you on the screen what's marked as

12  Plaintiff's Exhibit 70.

13  A.   Yes.

14  Q.   The cover page for your application for a search warrant

15  on July 23rd, 2013.

16      What does your signature on that affidavit -- or that

17  search warrant application mean to you?  What is your

18  understanding of when you sign your name to a document like

19  this that that's going to be submitted to a court?

20  A.   I'm swearing under oath that I have reason to believe that

21  on the premises of whatever location is on the application, I

22  have reason to believe that there's evidence related to a crime

23  that had been committed or is currently being committed or has

24  been committed in the past and it's still there.

25      So it's -- I'm basically putting my badge on the line.

1  And I'm raising my hand and telling the judge, I believe in

2  this, I believe what I've put in this affidavit.  And I have

3  strong reason to believe that from what I put in the affidavit,

4  that I'm going to find evidence of a crime; in this case,

5  healthcare fraud, at this location.

6  **Q.**   I was going to ask you about the locations.  On Page 2,

7  you have the locations.  In particular, you've got -- can you

8  tell us -- go ahead and read Paragraph 2 out loud, and tell us

9  the addresses that you've listed.  What are those places?

10 **A.**   Specifically, "This is an application for search warrants

11 for the residence of Reddy Vijay Annappareddy, hereafter

12 referred to as Annappareddy, located at 1504 Park Hill Court,

13 Fallston, Maryland.  Hereafter referred to as target location

14 1; Pharmacare Plumtree Pharmacy located 208 Plumtree Road,

15 Suite A, Bel Air Road [sic] 21015, hereafter referred to as

16 target location 2; CareMerica LLC" --

17           **THE COURT:**  Slow down.

18           **THE WITNESS:**  Sorry, Your Honor.

19      "CareMerica LLC, located at 2227 Old Emmorton Road,

20 Suite 122, Bel Air, Maryland, 21015, hereafter referred to as

21 target location 3; Pharmacare LLC located at 2227 Old Emmorton

22 Road, Suite 120, Bel Air, Maryland 21015, hereafter referred to

23 as target location 4; and Pharmacare/CareMerica corporate

24 offices located at 2701 Washington Boulevard, 21230, hereafter

25 referred to as target location 5; and Pharmacare at Park

1  Heights Pharmacy located at 4212-4414, Park Heights, Avenue,

2  Baltimore, Maryland 21215, hereafter referred to as target

3  location number 6."

4  Q.   What was your basis for believing you would find evidence

5  at those locations?

6  A.   From interviews that Medicaid had done.

7  Q.   In particular, what about those interviews made you think

8  you would find stuff at these locations?

9  A.   From the information from her -- from Laurie Gutberlet's

10  interviews, I had reason to believe at that each location,

11  there's going to be something related to the Pharmacare

12  business and possibly the billing fraud activity that we

13  alleged was going on in this case.

14  Q.   Okay.  I'm showing you Page 4 of the affidavit with the

15  heading "Probable Cause." which has a number of paragraphs.

16  A.   Yes.

17  Q.   And I want to get into it, but I want to first ask, is

18  every assertion of fact in the probable cause section of the

19  affidavit backed up by a memo or report prepared by a member of

20  the investigation team?

21  A.   Yes.  Or discussions with my investigative team, yes.

22  Q.   Now, if I were to point at a paragraph and ask you what

23  documentation backs up that assertion, would you be able to

24  recall it off the top of your head?

25  A.   Some of the paragraphs, but no, not without my note, I

1  probably wouldn't be able to.  I don't have it memorized.

2  **Q.**   Have you gone back through your affidavit and prepared a

3  note for yourself to refresh your memory about the

4  documentation for each paragraph?

5  **A.**   I did, actually, this long weekend.  I took the Medicaid

6  reports and kind of went through, in preparation for this

7  testimony, what I did back in 2013, which is I took the

8  Medicaid reports, and I went paragraph by paragraph in the

9  final affidavit to identify what source did I use to do that

10 paragraph.  And that was really helpful for me to refresh my

11 memory of what I did back in 2013.

12 **Q.**   Okay.  If I ask you a question about something, and you

13 need to refresh yourself, let me know.

14 **A.**   Okay.

15 **Q.**   I'm going to ask you to look at Page 6, Paragraph 10.

16 Where does that information come from?

17 **A.**   It came from more than one source.  And I don't --

18 Lisa Ridolfi and Dennis Tokofsky interview.  But I don't

19 know -- I forget what dates of those interviews.  But they're

20 from various reports that I read.

21 **Q.**   Okay.  Page 8, Paragraph 14.  "Review of paid claims and

22 prescription drugs purchased by Pharmacare," where did this

23 information come from?

24 **A.**   The whole section called "Review of Paid Claims" would

25 have been input from Robert Mosley.  And that would be from a

1  team meeting where he would -- it was changing the numbers, but

2  14, 15, and 16 would have been his input to the affidavit.

3  Q.   When you say "Mosley," do you mean the MEDIC team?

4  Because you described a group of people who were working with

5  MEDIC.

6            MR. GREENBERG:  Objection.  Leading.

7            THE COURT:  Please rephrase the question.

8  BY MR. EISER:

9  Q.   Who provided you, in addition to Agent Mosley, if anybody,

10  information about the MEDIC and the losses?

11  A.   Well, I didn't have any direct contact, like, discussing

12  it with the MEDIC contractors, in the process of drafting this

13  thing.

14  Q.   Okay.

15  A.   Robert Mosley was my go-to of what are we going to put in

16  for the review of paid claims.  So he would sometimes have

17  something in front of him that he would be reading off, and the

18  shortages changed over a period of time.  But usually, during a

19  team meeting, he would tell me, like, "Change this, change

20  that."  I don't recall ever getting an email from him.  It was

21  mainly a discussion with the whole group of what are we going

22  to put in for the review of paid claims sections.  That was his

23  input getting from the MEDIC contractor.

24  Q.   When you say the shortages changed over time, was that a

25  difficult process that people were going through and trying to

1    determine how much the government lost as a result of the

2    alleged fraud?

3    **A.**    Well, I wasn't part of those meetings.  But when we had

4    team meetings and I'm like, "How are we doing on this section I

5    need for review of paid claims," it seemed like it was still a

6    work in progress, that they were still trying to -- to give me

7    final numbers to put in the affidavit.  But those paragraphs

8    did change over time, during meetings, what to put and what

9    change in sentences and so forth.

10   **Q.**    Page 11, Paragraph 18.  "Sources of Information."  It

11   states "regarding CS1."  Who is that?

12   **A.**    That would be Dennis Tokofsky.

13   **Q.**    Can you read just the Paragraph 18 for us.

14   **A.**    Sure.  "Information from CS Number 1.  MFCU began

15   investigating Annappareddy and Pharmacare based on a complaint

16   by a former Pharmacare employee to be referred to herein as

17   confidential source number one, CS1.  Number one.  CS Number 1

18   worked as a Pharmacare chief operating officer from August 2011

19   through April 2012.  I reviewed the Medicaid MFCU prepared

20   interview reports of CS1 that took place on June 18th, 2012,

21   and August 23rd, 2012.  On June 22nd, 2012, CS1 filed a *qui tam*

22   against Pharmacare and Annappareddy that is under seal."

23   **Q.**    And where did this information come from?

24   **A.**    This would have been from the interviews of Mr. Tokofsky,

25   I didn't use anything from the *qui tam*.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  Q.   Okay.

2  A.   Except I made reference that there was a *qui tam* in the

3  last sentence of Paragraph 18.

4  Q.   I want to go back for one second to Paragraph 14.  We've

5  mentioned that there was the MEDIC team, and this was discussed

6  at the meetings.  And your liaison was Robert Mosley, but, as

7  you discussed, there was a team of people working with MEDIC.

8  A.   Yes.

9  Q.   Have you ever worked with MEDIC before?

10  A.   No.  That's always Health and Human Services that deal

11  with the MEDIC people.  I've had them on cases, doing their

12  expert opinion on claims analysis, but it's always Health and

13  Human Services that is their liaison with those contractors.

14  Q.   You called them "the expert"?

15  A.   They are experts.

16  Q.   Why is that?  What does that mean?

17  A.   They are experts.  They're supposed to be -- and each

18  contractor has a different expertise.  This company that was

19  the MEDIC contract for this case was supposed to have the

20  pharmacy expertise to assist in this case.  So each contractor

21  has a different expertise, and HHS knows who to reach out to

22  for a certain type of provider.

23  Q.   In the meetings where the affidavit was discussed, did any

24  of the members of the MEDIC team ever give you reason to doubt

25  the reliability of the loss information they're getting from

1  MEDIC?

2  **A.**   No, no.

3  **Q.**   Did you have any reason to question or doubt the

4  information that you were getting from MEDIC that was relayed

5  to you from Agent Mosley?

6  **A.**   No.

7  **Q.**   Why not?

8        **MR. GREENBERG:**  Your Honor, I'm going to object.  This

9  is misstating the witness's testimony.  She said that she had

10  no communications with MEDIC.

11        **THE COURT:**  I'm sorry, I couldn't understand you.  Say

12  it again, please.

13        **MR. GREENBERG:**  I'm sorry, Your Honor.  I'm going to

14  object to the last two questions.  I mean, Government counsel

15  is mischaracterizing the witness's testimony.  She testified

16  very clearly, multiple times, she had no communications with

17  MEDIC.

18        **THE COURT:**  And you object to the last two questions

19  as leading?

20        **MR. GREENBERG:**  Yes.  Well, leading and I also just --

21        **THE COURT:**  The question is:  Did you have any reason

22  to question the MEDIC report?  That's different from saying she

23  had no direct contact with MEDIC.

24        **MR. GREENBERG:**  I thought I heard questions about

25  meeting or communications with MEDIC.  Did I mishear?

1        **MR. EISER:**  The prior question was:  The MEDIC team of

2   investigators, did any of those agents or investigators raise

3   any question or doubts about the information provided?

4        **THE COURT:**  I'll allow it for what it's worth.  I

5   understand it's very limited.  I'll overrule the objection.

6   Go ahead.

7   **BY MR. EISER:**

8   **Q.**   Page 17, Paragraph 32, where does that information come

9   from?

10  **A.**   From an interview with Ms. Ridolfi, Lisa Ridolfi.

11  **Q.**   And you actually -- you've advised that you met with her

12  personally, correct?

13  **A.**   A few times, yes.

14  **Q.**   And found her to be reliable?

15  **A.**   I did.  I did.

16  **Q.**   Page 25, Paragraph 44, what's the basis of that

17  information?

18  **A.**   That would be the results of the Medicaid Fraud Unit's

19  undercover operation.  And that would have been a paragraph

20  that I got assisted by Cathy Pascale and Pam Arnold on

21  drafting.

22  **Q.**   When you signed the search warrant affidavit on July 23rd,

23  2013, did you believe you had a reasonable basis to believe

24  that Mr. Annappareddy may have been engaging in healthcare

25  fraud through his company Pharmacare?

**A.**    Yes.

**Q.**    Why?

**A.**    Just from the interviews.  But there's two situations, two incidents, that I think, to me, as someone who's been doing it for a quarter of a century, healthcare fraud, the New Year's Eve billing that I saw, the volume, after-hours, Lisa Ridolfi had shut down the pharmacy for the holiday.  But when Lisa Ridolfi videotaped undelivered bags in March and May of 2013 with a hidden camera that I gave her, and we saw the volume of undelivered bags dated in 2012, that was -- to me, as a healthcare fraud investigator, that was just eye opening that it was -- because each one of those bags represents the federal government paid for those drugs, and they're not delivered. And they haven't been paid back -- the government hasn't been paid back for those drugs.  So, to me, that is clear evidence of government fraud.  And that was pretty overpowering, to see the volume of undelivered bags.

**Q.**    Ms. Lating, did you intentionally misstate any important material facts in the affidavit that you signed July 23rd, 2013?

**A.**    Absolutely not.

**Q.**    Did you intentionally omit any exculpatory information from the affidavit?

**A.**    No.

**Q.**    Did you omit any necessary information regarding the

 1 | reliability of the witnesses who had provided information about

 2 | the fraud?

 3 | **A.**   No.

 4 | **Q.**   Do you believe that any of the others on the investigative

 5 | team provided materially false information that was included in

 6 | the affidavit?

 7 |   **MR. GREENBERG:**  Objection.  Her belief about what

 8 | other agents did, I'm not even sure how that could be

 9 | admissible.

10 |   **MR. EISER:**  It's her state of mind.

11 |   **THE COURT:**  It's her state of mind.

12 |  I agree.

13 |  Overruled.

14 |   **THE WITNESS:**  I wouldn't have -- I wouldn't have swore

15 | out the affidavit if I felt that I couldn't trust the

16 | information that I got from my investigative team and from the

17 | expert that was analyzing the paid claims.

18 | **BY MR. EISER:**

19 | **Q.**   The information from the MEDIC experts is contained in

20 | Paragraph 14 and 15 of the affidavit, and that's two paragraphs

21 | in the 66-paragraph affidavit.  If you remove those two

22 | paragraphs and the information from the MEDIC experts, do you

23 | believe you would still have had probable cause to go forward

24 | with the affidavit?

25 |   **MR. GREENBERG:**  Objection.  Calls for a legal

1  conclusion.  And there's extensive commentary in that purported

2  question.

3           MR. EISER:  Counsel opened the door to this wide open,

4  asking this witness on direct several times about her

5  understanding about what is probable cause and her legal

6  understandings about this.

7           MR. GREENBERG:  If he's going to be making these kinds

8  of comments, respectfully, I'd ask the witness to be excused.

9           THE COURT:  I think his point is well taken.  I think

10 the door was open.  I would overrule the objection.

11      Go ahead.

12           THE WITNESS:  Could you ask the question again,

13 please.

14 BY MR. EISER:

15 Q.   Sure.

16      If you were to remove the two paragraphs in your

17 66-paragraph affidavit that referenced the information from the

18 MEDIC experts about losses, and you just remove those, do you

19 believe you would still have had probable cause to go forward

20 with the affidavit?

21 A.   I believe it's three paragraphs, 14, 15, 16.

22 Q.   Thank you.

23 A.   Okay.

24 Q.   Classic agent.

25 A.   But we would still have it.  And I can tell you that in my

career, I've done affidavits of fraud investigations, not
necessarily always healthcare fraud, but I've estimated the
amount of -- like, in an investment fraud scheme or something,
estimated how much I thought had been stolen from victim
investors.

So we could have put one paragraph, and we could have said
that we have reason to believe that it could be in the
millions, but that the analysis is still being worked on.  You
don't have to have a monetary amount.  You just have to have
reason to believe that -- and we did.  We had undelivered bags,
bags that represented government money, that hadn't been
returned, and it's been over a year.

So I would have been very comfortable.  But there was -- I
think, we wanted to put a monetary amount on this.  And it
wasn't needed, but we -- I think, we relied on our experts to
tell us, yes, we have a figure that we can feel confident
about, and so that's why I put it in there.  But I could have
done it without 14, 15, and 16, and just put one paragraph with
a sentence saying that the paid claim analysis is still a work
in progress.  That would have been fine.

Q.   Did you encounter any reason before submitting the
affidavit to suspect that Agent Mosley had manipulated,
altered, or in any way falsified the data used by MEDIC to
provide its estimate of losses?

A.   No, absolutely not.

1    **Q.**   Do you believe, based on your experience and knowledge of

2    Agent Mosley, and the operation of how this investigative team

3    worked, that Agent Mosley even had the capability to manipulate

4    or falsify the data used by MEDIC in such a way that nobody at

5    MEDIC or on your investigative team would have noticed?

6    **A.**   No.  His job was to give them, the MEDIC experts, what

7    they needed to do their analysis.  He was the go-between, "What

8    do you need, I'll get it for you so you can complete your paid

9    claims analysis."  So no.

10         And like I said, not only was he a colleague, he was a

11   friend for over 15 years.  So no, no.  It's totally out of

12   character for him.  Totally.

13   **Q.**   Did any of the members of the investigative team provide

14   any disagreement at any time with the conclusion that probable

15   cause existed at the time the affidavit was submitted?

16   **A.**   No, no.

17   **Q.**   How about now after you've heard or read

18   Mr. Annappareddy's allegations in his malicious prosecution

19   complaint against you and in Mr. Greenberg's examinations,

20   whether it be about Ms. Ridolfi's reliability or Tokofsky's

21   financial motivation, have you learned any reason to believe

22   those investigators had misstated or omitted any important

23   facts from their reports?

24   **A.**   No.

25   **Q.**   Or does anything you've heard from the Plaintiff in this

1  case -- and I know you've read the complaint.

2  **A.**   Yes, I have.

3  **Q.**   Does that give you any pause in your firm conviction that

4  you had probable cause in July of 2013?

5  **A.**   Yes.  We did have probable cause then, and as I review an

6  affidavit that's over 10 years old, it still stands that -- and

7  what we know from -- what we know from the trial, the affidavit

8  still represents that there's healthcare fraud in activity

9  going on in the Pharmacare business and CareMerica business.

10 **Q.**   When did you retire?

11 **A.**   September 30th, 2017.

12 **Q.**   Did you retire because of this case?

13 **A.**   No.  No.  I was offered a position in February 2017.  A

14 position that I had been waiting.  I was eligible to retire

15 over a year and a half --

16        **MR. GREENBERG:**  Your Honor, I'm going to object to the

17 post indictment.  I don't know how this is conceivably relevant

18 in the Court's ruling about post indictment evidence.

19        **THE COURT:**  Well, it negates any inference that she

20 walked away from her job because of what happened here.  So

21 I'll let it in for what it's worth.

22      Overruled.

23 **BY MR. EISER:**

24 **Q.**   Were you finished?

25 **A.**   February 2017, there was two openings in the money

1  laundering unit for contractor positions, which they seek

2  experienced investigative agents.  And I'd been waiting a while

3  for an opening because usually there's no openings.  And I got

4  lucky, there was two openings.  So I was offered an interview,

5  and they called me back within 10 minutes and they offered me

6  the position.  So I accepted May 4th, 2017, a contractor

7  position, which I'm in right now.  So . . .

8  Q.   So you didn't retire because of this case, but it did

9  impact you personally, didn't it?

10 A.   It did, yeah.

11 Q.   To be accused of intentionally fabricating evidence in a

12 criminal prosecution.  How did that impact you, personally?

13          MR. GREENBERG:  Objection, relevance.

14          THE COURT:  I'm going to sustain that objection.  I

15 think that is going too far.

16      Sustained.  Sustained.

17 BY MR. EISER:

18 Q.   Did the Plaintiff's accusations lead to the investigation

19 of you and others?

20          MR. GREENBERG:  Objection.  Your Honor has ruled that

21 the OPR report is inadmissible --

22          THE COURT:  I'll sustain that objection, also.

23      I ruled in the motion *in limine* to keep out the OPR

24 report, the written report.  Now, it sounded like you were

25 going into that.

1          MR. EISER:  I apologize, Your Honor.

2  BY MR. EISER:

3  Q.   You testified on direct that you didn't know about the

4  performance warning that Ms. Ridolfi got; is that right?

5  A.   Yes.  The 2012 one.  February 2012, I think it was.  I

6  didn't know about that.

7  Q.   If you had known she had gotten a performance warning for

8  letting employees leave early, would that have impacted your

9  conclusion regarding probable cause?

10          MR. GREENBERG:  Objection, mischaracterizes the

11  question.  She was asked about the performance warning.

12          THE COURT:  Do you want to rephrase the question?

13  BY MR. EISER:

14  Q.   If you knew that Ms. Ridolfi had received a performance

15  warning criticizing her for allowing employees to come in late,

16  would that have impacted your conclusion about probable cause?

17          MR. GREENBERG:  Objection.  That, again,

18  mischaracterizes testimony.  She was asked about the

19  overflowing bins.

20          THE COURT:  All right.

21      Wasn't it two separate incidents?

22          MR. EISER:  Yes.

23          THE COURT:  Well, ask about both; the bins and the

24  coming in late.

25          MR. GREENBERG:  Well, there was the February 2012,

1    with overflowing bins of prescriptions.  But that wasn't the

2    only issue.  Then there was August 2012, which I don't think I

3    got into the specifics of.

4           THE COURT:  Well, you're going to get a chance to have

5    the witness again, so you can go back into that.

6        I do think you need to ask about both episodes, though,

7    Mr. Eiser.

8    BY MR. EISER:

9    Q.   If you read a performance warning complaining about

10   overflowing bins in the Plumtree store, would that have

11   surprised you?

12   A.   Would it have surprised me?  No.

13   Q.   Did you know there were overflowing bins?

14   A.   Yes.

15   Q.   Did every witness that you talked to or read about talk

16   about the overflowing bins of undelivered medication?

17   A.   Yes.  It wouldn't have surprised me.

18   Q.   So would having read that in a performance evaluation and

19   Mr. Annappareddy trying to blame Ms. Ridolfi for that

20   overflowing bin, would that have impacted your conclusion

21   regarding probable cause?

22           MR. GREENBERG:  Objection, mischaracterizes the

23   performance warning, which wasn't written by Mr. Annappareddy,

24   it was written by, I think, Dennis Tokofsky.

25           THE COURT:  Do you want to rephrase the question to

1  account for that?

2  **BY MR. EISER:**

3  **Q.**   If you had -- well, that's interesting.

4       Mr. Tokofsky, he didn't sue Lisa Ridolfi for stealing

5  government money, did he?

6  **A.**   Can we go back to that exhibit first?

7  **Q.**   Let me ask you:  Who did Tokofsky sue in his *qui tam*

8  complaint?  Who did he say was stealing money?

9  **A.**   Pharmacare, CareMerica.

10  **Q.**   Was he blaming Lisa Ridolfi for it?

11  **A.**   No, no.

12  **Q.**   Who was he blaming?

13  **A.**   Mr. Annappareddy.

14  **Q.**   On direct, you were asked about one line from a transcript

15  of the hours and hours of recording from Ms. Ridolfi, and you

16  were asked "You never asked Ms. Ridolfi about, quote, 'hiding

17  prescriptions.'" Do you remember that testimony?

18  **A.**   I did.  Yeah, I do.  I remember.

19  **Q.**   Why didn't you ask her about it?

20  **A.**   Because we know what happens -- I know what happens,

21  because I've read the reports of what happens, when you bring

22  attention that there's undelivered bags.  Mr. Annappareddy

23  wanted his delivery employees to deliver, and even if it's

24  multiple bags of the same drug, force it on these people to

25  accept it.  There's interviews to that effect.

1        Also, you know, the Caitlin Biemer and Candice Covahey,
2  talking about overflowing bins, and then all of a sudden they
3  disappear when you bring attention that there's overflowing
4  bins to Mr. Annappareddy.  So hiding them meant -- from what I
5  read in the 2012 reports, hiding them from sight from him is
6  because they're going to walk out the door with the label still
7  on it, and they're going to be brought somewhere else.  Because
8  that's what those interviews in 2012 would say, "We didn't know
9  where they went, but they just left the location."

10       So hiding them versus them walking out the door and not
11 being reversed and God knows where they're going.  So that was
12 not hiding because she didn't want to reverse them.  They
13 weren't hiding because Mr. Annappareddy is going to be mad.
14 He's mad because if he saw them, these are undelivered bags,
15 this is the evidence of the fraud hitting him right in the
16 face.

17       And we have delivery people that were interviewed saying,
18 "I couldn't find them last month, I couldn't find them two
19 months ago, but I have bags, multiple bags, I have to try to
20 find them this month."  And when -- Lisa Ridolfi also
21 corroborated that when these delivery people were interviewed.
22 The same thing.  The same drugs being billed.  These people are
23 homeless, you can't find them.  They don't want the drugs.  But
24 you have multiple bags with the same -- over months, and
25 months, and months, not reversed.

```
 1         So hiding them meant they're not going to walk out the
 2   door and go to wherever.  Like other people have reported to
 3   Laurie Gutberlet in their interviews.  "I don't know what
 4   happened to them.  One minute they're overflowing; the next
 5   minute the bins are gone."  Multiple interviews like that.
 6         So no.
 7         And I looked through the Medicaid reports, and it's just
 8   one of those things that I knew what that meant.  It didn't
 9   mean she's hiding them because, "Oh my God, I don't want to
10   reverse them."  She's hiding them because they're going to walk
11   out the door if he sees them.
12              THE COURT:  Mr. Eiser, before you move on, I'm not
13   sure you got an answer to your question about what she knew
14   about the two negative performance reviews and what, if any,
15   effect that would have had on her opinion going forward.  And I
16   think that might be important.  I think you need to clear that
17   up.
18   BY MR. EISER:
19   Q.   Let me clarify that.  You didn't know anything about the
20   performance evaluations that Mr. Greenberg asked you about on
21   direct; is that right?
22   A.   I knew of one, December 2012, where they demoted her to a
23   floater pharmacist.  But I didn't know about the -- I believe
24   it's Shirish Patil email with the performance warning attached
25   to it.  I wasn't aware of that.  And that wouldn't have changed
```

1  my opinion of Lisa Ridolfi because there was enough people

2  corroborating what she was telling Laurie Gutberlet to still

3  give me confidence in her, that she was not to blame for the

4  overflowing bins.

5        Vipin Patel, Jigar Patel, Ami Patel, Sindhu Motaparthi,

6  they were filling them.  They were billing, filling, or billing

7  and not filling.  And she still -- even if I had seen that or

8  that was brought to my attention, I still would have believed

9  in Lisa Ridolfi.  She had a lot to lose.  She was about to lose

10 her job.  She was a single mother with three kids.  So no, I

11 believed her.  Still do.

12 Q.   You were shown a summary of the undercover activity, I

13 guess it was coordinated by Pam Arnold, at, I think, four

14 stores.  Do you remember that?

15 A.   It was more Laurie Gutberlet, but yes, okay.

16 Q.   And you were shown that these undercover agents were

17 dropping off prescriptions and they were refilled and billed at

18 two of the stores, but not at two of the other stores.  Do you

19 remember that?

20 A.   Correct, correct.

21 Q.   Does the fact that the -- does the fact that there was no

22 fraud in two of the stores in that undercover activity, is that

23 exculpatory?

24 A.   No, no.

25 Q.   We spent a lot of time on this issue of Tokofsky telling

1  Gutberlet he took no notes, but took note of some patients with

2  the undelivered medications.  Do you remember that testimony?

3  A.   Yes.

4  Q.   And there was this testimony -- now, that information

5  was -- that meeting where Tokofsky said, "I didn't take notes,

6  but I can remember from some information from what I saw," that

7  meeting involved his new *qui tam* attorney.  That meeting was

8  set up by his *qui tam* attorney; is that right?

9  A.   Yes.

10  Q.   Then the next day, as Plaintiff's counsel pointed out, a

11  detailed *qui tam* complaint was filed.  Do you remember that

12  testimony?

13  A.   Yes, yes.

14  Q.   As you said, it's the lawyer that prepares the *qui tam*

15  complaint; is that right?

16  A.   Right.

17  Q.   Now, Tokofsky was still an employee at the time of that

18  meeting, at the time he filed the *qui tam*; is that right?

19       MR. GREENBERG:  Objection, mischaracterizes the

20  evidence in the reports.

21       THE COURT:  Do you want to stay with the question or

22  rephrase the question?

23  BY MR. EISER:

24  Q.   Was he still an employee at the time he filed the *qui tam*?

25  A.   My recollection he left in April of 2012.

1   Q.   Is it possible that at the meeting, when he disclosed this

2   information, he could remember these undelivered prescriptions

3   that his lawyer told him, "Hey, go back in and see if you can

4   get this additional information for our *qui tam* complaint that

5   we're going to file tomorrow"?

6          MR. GREENBERG:   Objection to the "is it possible what

7   he could have if his lawyer asked him."   It calls for

8   speculation.

9   BY MR. EISER:

10  Q.   Well, I won't ask is it possible.

11         Isn't it darn likely?

12         MR. GREENBERG:   Objection, calls for speculation.

13         THE COURT:   Well, I think the second aspect of the

14  question is appropriate.

15         Go ahead.   The second version.

16  BY MR. EISER:

17  Q.   Isn't it likely that he went back and got some additional

18  information?

19  A.   At the time he filed the *qui tam*, my recollection he was

20  no longer an employee of Pharmacare.   The way I interpreted him

21  not revealing any information, like prescription numbers, was

22  because he was about to file a *qui tam*.   And if you're doing

23  that, you don't want to show your hand and show the good stuff.

24  You want to wait until you file your *qui tam*.

25         So him not giving -- in that interview less than 24 hours

1   before he's going to file a *qui tam*, he's not giving up what he

2   has for prescription numbers and patient names and fill dates

3   that were 2011 fill dates, I think that lawyer said, "Let's

4   hold back on the good stuff, the meat of why we're doing this

5   *qui tam*.  Let's save it for when we file the *qui tam*."

6          That was just my impression of reading it.  And so I

7   think -- that's how I interpreted it.  So I don't think he went

8   back -- I think he already had the information.  I don't think

9   we ever got that from him.  But that was my impression of why

10  he held back in that initial interview, because they hadn't

11  filed the *qui tam* yet.

12  **Q.**   Okay.  On direct, you were asked whether you had ever

13  directed ICE to lift the hold that they had placed on the

14  Plaintiff's Green Card.  Do you remember that testimony?

15  **A.**   I do, yeah.

16  **Q.**   Did you have any authority to impose or lift a stay or a

17  hold on a Green Card of an employee?

18          **MR. GREENBERG:**  Objection, mischaracterizes the

19  testimony.

20          **THE COURT:**  If she -- if she knows.  I think it's a

21  fair question.

22          Go ahead.

23          **THE WITNESS:**  No, I don't have the authority.  And I

24  didn't hold up anybody getting a Green Card.

25

```
 1  BY MR. EISER:
 2  Q.   Do you recall the Plaintiff's counsel telling you that
 3  Plumtree wrote 450 prescriptions a day.  Do you remember that?
 4          MR. GREENBERG:  Objection.  Mischaracterizes the
 5  question and testimony.
 6          THE COURT:  What was -- what would be a proper
 7  characterization?
 8          MR. EISER:  Well, I wasn't telling her what happened,
 9  I was asking her.
10          THE COURT:  Just rephrase the question in that regard.
11  BY MR. EISER:
12  Q.   Do you recall that testimony about 450 prescriptions
13  written a day by Pharmacare?
14  A.   I responded 450.  I believe he, Mr. Greenberg, was saying
15  600 to 900.  My recollection was 450 prescriptions, and I think
16  it's in the affidavit as such.
17  Q.   Okay.  And then Mr. Greenberg said, okay, if you
18  multiplied 450 times seven, you get 3,000 prescriptions a week.
19  Do you remember that testimony?
20  A.   Yes.
21  Q.   And then for some reason, Mr. Greenberg asked you to
22  multiply 3,000 by 365, and you would get over a million, right?
23  A.   Yes, I remember him doing that math, yes.
24  Q.   But that's -- I mean, if you're -- if you do the math that
25  way, I mean, you're talking about 450 prescriptions a day.  If
```

```
 1  you take 365 days, that's something like 164,000.  You wouldn't
 2  multiply the number by seven and then by 365.  You would
 3  multiple the number by seven and then 52, right, if you're
 4  trying to get some sort of estimate of the number of
 5  prescriptions?
 6  A.   Right.
 7          MR. GREENBERG:  Objection to the speech.  Is there a
 8  question?
 9  BY MR. EISER:
10  Q.   The question is:  Wasn't that deceptive of Mr. Greenberg
11  to do that sort of math?
12          MR. GREENBERG:  Objection to the characterization.
13          THE COURT:  Did that happen?  I don't recall that
14  happening.
15          MR. GREENBERG:  Your Honor, I think I probably -- I
16  think I actually did inadvertently misspeak, and that was not
17  my intent to be deceptive, obviously.
18          THE COURT:  Well, you concede now it should be just
19  365 days times the number of pills, not again times seven.
20          MR. GREENBERG:  Yeah.  Yeah, that is correct.  It
21  should have been whatever number of prescriptions per day,
22  times 365, yeah.
23          THE COURT:  All right.  With that concession, we can
24  move on then.
25          MR. EISER:  Thank you, Your Honor.
```

219

```
 1  BY MR. EISER:

 2  Q.   Do you recall the testimony about you not asking Lisa

 3  Ridolfi to hold discovery logs out of Pharmacare to show to you

 4  before you issued the search warrant affidavit?

 5           MR. GREENBERG:  Objection.  There's no question about

 6  hauling logs.  Mischaracterizes the question and the testimony.

 7  BY MR. EISER:

 8  Q.   Let me rephrase.

 9       Why did you not ask Lisa Ridolfi to steal delivery logs

10  from Pharmacare while she was still an employee there?

11           MR. GREENBERG:  Objection, mischaracterizes the

12  question and testimony.  It was about copying, and Ms. Ridolfi

13  gave tons of other documents that I don't think Ms. Lating

14  would say -- anybody would say she stole from Pharmacare.

15           THE COURT:  Do you want to rephrase to refer to it as

16  copying instead of stealing.

17           MR. EISER:  Yes, Your Honor.

18  BY MR. EISER:

19  Q.   Why did you not ask Ms. Ridolfi for the delivery logs?

20  A.   Because the allegations were that they were billing,

21  either filling and not delivery.  So what would we get from

22  delivery logs?  So no, I don't know what we would have got from

23  that.

24  Q.   Wasn't that something that you would be getting by filing

25  for a search warrant?
```

```
1  A.   Correct.  Correct.
2  Q.   And you did get delivery logs as a result of the search
3  warrant; is that right?
4  A.   We did.  We did.
5  Q.   And at Mr. Annappareddy's criminal trial, nobody used any
6  of that evidence; isn't that right?
7          MR. GREENBERG:  Objection.  Objection.  Getting into
8  post-indictment activity.  I don't think this is consistent
9  with Your Honor's ruling.
10          MR. EISER:  No, this is post-indictment activity that
11  goes to the credibility of this --
12          THE COURT:  Overruled.  Overruled.
13     Go ahead.
14  BY MR. EISER:
15  Q.   You were at the criminal trial, right?
16  A.   Every day, yes.
17  Q.   And did Mr. Annappareddy introduce any delivery logs to --
18  in defense of his case?
19  A.   No.  No.
20  Q.   You were asked on adverse direct that you only put one
21  customer complaint in the affidavit.  Do you remember that
22  testimony?
23  A.   Yes.
24  Q.   There were other customers that were complaining; isn't
25  that right?
```

221

```
 1    A.    Yes.
 2    Q.    Why did you not put additional customer complaints in the
 3    affidavit?
 4    A.    Well, as Mr. Greenberg showed, I did want, like, five.  It
 5    was just one of those things that got edited, that we only
 6    needed, like, one good example.  So that's why it ended up that
 7    way.  But we did include the Hillendale Pharmacy ones to show
 8    that they billed at Pharmacare, which prevented the customer at
 9    Hillendale to get their prescription filled because it had
10    already been filled.  So really, we had, like, four examples of
11    how Pharmacare's billing affected people that went to another
12    pharmacy.
13            MR. GREENBERG:  I'm going to object to that testimony
14    Your Honor.  She's relying on a report prepared over
15    five months after the interview of this competing pharmacist
16    about what he supposedly heard from three patients.  It's
17    multiple levels of hearsay.
18            THE COURT:  What's the response?
19            MR. EISER:  She heard it.  It's her state of mind
20    that's an issue.
21            THE COURT:  All right.  Overruled.
22    BY MR. EISER:
23    Q.    Do you recall that process that Mr. Greenberg brought this
24    box of documents over to you, and that was --
25            MR. GREENBERG:  Objection, to the use of the word
```

1   "process."

2        **THE COURT:**  Overruled.

3     Go ahead.

4     I have no problem with the use of the word.

5 **BY MR. EISER:**

6 **Q.**   Let me ask you about the trash run.  Ms. Ridolfi told you,

7 "We had to pull some labels off some pill bottles, and they got

8 thrown away.  You can pull those from the trash."

9     Do you remember that testimony?

10        **MR. GREENBERG:**  Objection, mischaracterizes the

11 testimony.

12        **THE COURT:**  In what respect?

13        **MR. GREENBERG:**  He said Ms. Ridolfi told Ms. Lating,

14 and that's not what happened.  Ms. Ridolfi told Pam Arnold.

15        **THE COURT:**  All right.  Do you want to rephrase the

16 question.

17 **BY MR. EISER:**

18 **Q.**   How did you come to go to the trash at Pharmacare to pull

19 what we've been going through here this afternoon?

20 **A.**   I got a call on June 20th, 2013, by Pam Arnold, saying,

21 "Can you get up to CareMerica tonight and get a bag out of the

22 dumpster at CareMerica."  And Lakshmi Veerareddy had been

23 ripping off labels and not reversing and putting in the trash.

24 And one of the other employees was going to bring it over to

25 CareMerica dumpster.  His first name was Kalpesh,

1  K-A-L-P-E-S-H.  "So it's going to be in the dumpster."  And so
2  I went that night, and I looked in the dumpster.  And she had
3  told me that it was going to be marked "HIPAA" so that it would
4  be easily found in the dumpster.  But I had to go through it a
5  little bit, the dumpster, to find it, but I did find it.
6  **Q.**   Plaintiff's counsel showed you some prescription labels
7  that were still on their backings.  Do you remember that?
8  **A.**   Yes.
9  **Q.**   And you pointed out that those had staples in them.  What
10  did that mean to you?
11  **A.**   What that means to me, and I saw it in videos and
12  photographs that Lisa Ridolfi would do, and I'm familiar with
13  working pharmacy cases, sometimes when a pharmacist puts
14  multiple drugs in a bag, what they do is, on the outside of the
15  bag, they put the labels, and they staple it on the outside of
16  the bag.  And inside the bag will be, you know, three, four,
17  five, whatever, medications, just compacted into one bag.  So
18  that represented to me that they took a label and stapled it on
19  the outside of the bag.  And there was multiple ones connected,
20  which means they printed it out, and they put it on the outside
21  of the bag.
22  **Q.**   Is that consistent with what Ms. Ridolfi had told
23  Pam Arnold?
24  **A.**   Yes, yes.
25  **Q.**   And did you also find --

1          **THE COURT:**  Let me jump in here and make sure I

2    understand that.

3          You mean there could be instances where the label that

4    goes on the medicine bottle is not physically attached to the

5    bottle, but it's stapled to the bag the bottle came in?

6          **THE WITNESS:**  No, Your Honor.  When they bill for

7    pharmacy claim, there's a small label that goes on your bottle

8    or your blister pack or whatever you're getting for medication.

9    But then there's another label that you can put on the outside

10   of the bag.

11         **THE COURT:**  Right.

12         **THE WITNESS:**  So when I saw them connected, when I

13   went through the trash, that meant that they stayed connected,

14   and they stapled it to the outside of a bag.  And then inside

15   that bag, to go to Bon Secours, was multiple drugs, just to

16   make it easier, to have it all in one bag for that person.

17         **THE COURT:**  All right.

18         **THE WITNESS:**  So the labels connected together, still

19   connected together and stapled, meant they put it on the

20   outside of the bag to represent what's inside there with the --

21   the prescription labels would be on the bottles, a smaller

22   version of the label.

23   **BY MR. EISER:**

24   **Q.**   In that trash run, you also did find a good number of

25   labels that had been pulled off bottles; isn't that right?

 1              **MR. GREENBERG:**  Objection, mischaracterizes the

 2   evidence.  If he wants to show her the trash, we can go through

 3   it.

 4              **THE COURT:**  When you say "a good number," what do you

 5   mean by that?

 6   **BY MR. EISER:**

 7   **Q.**   Did you find any that actually had been pulled off a

 8   bottle?

 9   **A.**   Yes, yes.

10   **Q.**   Do you know how many?

11   **A.**   Not that many.  Under five, I think.  They're little --

12   you could see that they were torn, and they're really small.

13   And I saw them today, again today, but yes.

14   **Q.**   And is that consistent with what Ms. Ridolfi told you you

15   would find?

16   **A.**   Yes.

17   **Q.**   Does the fact that Ms. Ridolfi asked a question about

18   being a whistleblower matter to you in terms of the reliability

19   of the evidence she had been providing?

20              **MR. GREENBERG:**  Objection, whether it matters to her

21   right now, that's irrelevant.

22              **THE COURT:**  Do you want to change the time sequence,

23   Mr. Eiser?

24              **MR. EISER:**  Yes, Your Honor.  Thank you.

25   **BY MR. EISER:**

1    Q.   Let me ask you this:  Do you remember that letter you

2    hadn't seen before, Mr. Greenberg showed it to you, the

3    handwritten letter by Lisa Ridolfi?

4    A.   Yes.

5    Q.   Do you remember who that was sent to?

6    A.   Judge Sullivan.

7    Q.   Okay.  If you had seen -- Judge Sullivan, is he the one

8    who approved your search warrant affidavit?

9    A.   Yes.

10   Q.   So if you had seen that letter, and had wanted to include

11   it, that would have been so that you could have advised

12   Judge Sullivan about it; is that right?

13   A.   I definitely would have put a sentence in there that I was

14   aware of a letter to Judge Sullivan.  I probably would have had

15   a discussion with Judge Sullivan, as well.  But I didn't see

16   that letter beforehand.

17   Q.   But he did?

18   A.   I have no idea.  We didn't have a discussion about it when

19   I was swearing out the affidavit.

20   Q.   It was addressed to him, to Judge Sullivan?

21   A.   Yes, it was.

22        MR. EISER:  Your Honor, I only have a couple of other

23   questions.  And I'm going to ask about two documents that were

24   created post indictment, but both address the issues in this

25   case that -- and this would probably be properly characterized

 1  as part of our defense case, but you advised us at pretrial

 2  that --

 3          THE COURT:  Right.  Go ahead.  Go ahead.

 4          MR. GREENBERG:  Well, I think we need to have a

 5  discussion without the witness about what these are before --

 6          THE COURT:  All right.

 7      Please step out.

 8          THE WITNESS:  Yes, Your Honor.

 9      (Witness exits.)

10          THE COURT:  Stop the clock.

11          MR. FLOWERS:  Your Honor, this might be a good time

12  for me to step out so I don't interrupt.

13          THE COURT:  Yes.  Certainly.  Go ahead.

14          MR. FLOWERS:  Thank you.

15          THE COURT:  All right.  What are we looking at here?

16          MR. EISER:  Two issues.  I'm going to ask her, first,

17  if she had seen this report by Agent Mosley, indicating from

18  Mr. Walker that Mr. Annappareddy knew of the investigation as

19  of the summer of 2012, so two months before August 30th would

20  be June 30th, 2012.

21          THE COURT:  What's the objection to it?

22          MR. GREENBERG:  I mean, the objection is that this was

23  information that was obtained in late January of 2014.  That's,

24  like, half a year after July 23rd, 2013.  It's irrelevant to

25  the state of mind of Lating and Mosley as of July 23rd, 2013.

```
 1        It also seems inconsistent with this Court's statement --
 2   I'm trying to find the order --
 3           THE COURT:  What am I missing here?  This just says
 4   it's possible that Mr. Annappareddy knew about the
 5   investigation at a certain time.  Who does that help here?
 6           MR. GREENBERG:  Well, so this is a post-indictment
 7   interview, so by necessity, the agents didn't have the
 8   information --
 9           THE COURT:  I guess I should be asking Mr. Eiser this.
10        What does this prove, Mr. Eiser?  That sometime along
11   here, Mr. Annappareddy knew about the investigation.  How would
12   that affect the witness's probable cause analysis?
13           MR. EISER:  It doesn't.  It would, in fact --
14   Mr. Annappareddy is saying, "They didn't catch me on the
15   recording; and therefore, I'm innocent."
16        But anything -- and also, these efforts in late 2012 to
17   start saying, "Hey, Lisa Ridolfi, you should be doing something
18   about all of these overflowing bins, that's your fault."
19   That's because he knew what was coming.
20           MR. GREENBERG:  Your Honor, this Court's order,
21   ECF-338, denying the Government's motion in limine to admit the
22   OPR, states, quote, "The issues left to be determined at trial
23   include the probable cause and malice elements of the malicious
24   prosecution claims in Counts 21 and 22 of the amended
25   complaint.  Consequently, the evidentiary focus has been
```

1  narrowed to that information known to investigative agents

2  prior to criminal indictment and trial."

3       I would also note that, in addition to violating this

4  Court's order, this report are -- the commentary, I mean, I

5  think initially, counsel admitted it's not relevant and said it

6  doesn't, in response to Your Honor's question.  And then

7  proceeded to refer to somehow Mr. Annappareddy blaming

8  Lisa Ridolfi after owning the investigation, but he's -- this

9  report, from way after the indictment, purportedly says that he

10 learned about it -- does it even say a time frame?  Oh yeah,

11 end of August 2012.  Lisa Ridolfi got a performance warning

12 about overflowing bins in February 2012, more than six months

13 earlier, in mid-February.  So I don't even understand the

14 logic.

15           **THE COURT:**  All right.  What's the response?

16           **MR. EISER:**  We just heard it again.  He's saying that

17 Ms. Ridolfi, he wants to say, "I didn't have anything to do

18 with it, Ms. Ridolfi had everything to do with it."  But that's

19 not consistent with -- or at least it's impeached.  Or the

20 credibility of his behavior in the last half of 2012 with

21 performance evaluations and whatever they're going to make

22 about the recordings, it's really central to that.  It

23 responds -- it rebuts their defense that this was Ridolfi's

24 fault.

25           **THE COURT:**  Mr. Greenberg, the part you quoted from my

 1   order on the OPR report, I didn't mean to limit -- I didn't
 2   mean that to be a definitive statement of what the evidence was
 3   going to be in this case.  I think you're reading too much into
 4   that.
 5       We thoroughly discussed whether the Government could bring
 6   in what I call after-acquired evidence, inculpatory evidence
 7   that turned up as the case moved along post indictment.  We all
 8   agreed that would not come in to show probable cause,
 9   obviously.  But it may come in on damages or causation.  And so
10   I don't think we draw a line at the date of the affidavit for
11   the warrant, necessarily.
12           MR. GREENBERG:  Well, respectfully, Your Honor, it's
13   true the parties agreed and Your Honor agreed that it comes --
14   it's relevant to damages, after-acquired evidence.  But we
15   certainly never agreed to that coming in post indictment.  And
16   I'm not aware of any order entered by the Court that makes
17   clear that that's allowed, the so-called causation issue.  And
18   I know Your Honor made some statements about it at the pretrial
19   conference, but it was not clear to me, certainly, especially
20   after reading this order denying the Government's motion *in*
21   *limine* about the OPR report that this is still in play.
22           THE COURT:  Let's do this.  It's late in the day.
23   Let's go ahead and mark this as an exhibit.  Because even if I
24   sustain your objection, I have to let the losing side make an
25   offer of proof, so this is going to come into the record

```
 1  anyway.  Let's go ahead mark it as an exhibit.  And we'll just
 2  leave its admissibility unresolved.  Let me look at my notes,
 3  and let me have time to reflect on this before we decide
 4  whether I'm going to consider it in making my decision.
 5           MR. EISER:  This has been marked.  It's Defense
 6  Exhibit 59.
 7           THE COURT:  All right.
 8           MR. GREENBERG:  Your Honor, can we also, respectfully,
 9  defer any questions about this until Your Honor rules on that
10  issue?
11           THE COURT:  No. I don't think that's a good idea.  I
12  mean, what do you want to ask about this?  Doesn't it speak for
13  itself?
14           MR. EISER:  That's it.
15           THE COURT:  So he's not going to ask any questions
16  about it.
17           MR. GREENBERG:  Well, so --
18           THE COURT:  He's not going to ask any questions about
19  it.  It's marked as an exhibit.  I'm not going to go read it.
20  It's just in the record.
21           MR. EISER:  I'm going to ask her what's her -- you
22  know, how that would impact her view of this argument that --
23  you know, that was all Lisa Ridolfi's fault, these personnel
24  evaluations that came in at the end of 2012, the argument that
25  they'll make that he was never caught on any of these
```

 1  recordings, well, of course he's not.

 2       **MR. GREENBERG:**  Your Honor, I need to correct the

 3  record on something.  Counsel keeps saying the performance

 4  evaluations were after August 30, 2012.  That's inaccurate.

 5  The first was February 16, 2012; the second was August 27,

 6  2012.  So even if it's after-acquired six months after the

 7  indictment evidence were admissible, and it's not, it has

 8  nothing to do with the earlier two performance warnings for

 9  Ms. Ridolfi.

10       **THE COURT:**  All right.

11       **MR. GREENBERG:**  It's irrelevant.

12       **THE COURT:**  I'm going to hold this under advisement.

13  The exhibit is marked as exhibit only.  Let's not ask any

14  questions about it.

15     You have one more document?

16       **MR. EISER:**  One more.

17       **THE COURT:**  I'm going to think this over tonight, and

18  we'll rule on it tomorrow morning.

19     Let's go ahead and do this so we can move forward and try

20  to go to 5:30 with getting in testimony.

21       **MR. EISER:**  I would ask about Defense Exhibit 71.

22  Because the Plaintiff has submitted an expert damages report by

23  an expert who alleges some 30-million dollars' worth of damages

24  that that's what the value of Pharmacare was.  And as

25  additional basis for his opinion, in his report is the term

1    sheet, the fact that there was some preliminary discussions

2    with a company called NVP and one of its executives named Ryan

3    Harris.  That's already in evidence because of -- we admitted

4    that report.

5        Agent Lating interviewed Mr. Harris, and he said, as

6    you'll see in the report, "I didn't -- I didn't trust him.  I

7    wasn't going to be getting involved" --

8            THE COURT:  All right.  We'll take these two exhibits

9    under advisement, and we'll rule on this tomorrow morning.

10           MR. EISER:  Thank you, Your Honor.

11           MR. GREENBERG:  Thank you, Your Honor.

12           THE COURT:  Can we bring the witness back and go into

13   some other matters now?

14           MR. EISER:  These are the only two matters I have.

15           THE COURT:  You're finished with her?

16           MR. EISER:  Yeah -- let me check.

17           THE COURT:  All right.

18       Start the clock.

19   BY MR. EISER:

20   Q.  Ms. Lating, I'm showing you what we've marked as Defense

21   Exhibit 59.

22           MR. GREENBERG:  Wait.  Your Honor just ruled that

23   there can't be any questions.

24           THE COURT:  No questions on these two documents.  Move

25   on to other matters.

1           MR. EISER:  Okay.  I'm -- when you say there's no

2     questions, I'm not sure how these exhibits get into evidence.

3           THE COURT:  They're just marked for identification

4     only.  They have not been admitted.  We have an objection.  I'm

5     going to take them under advisement and look at them tonight

6     and look at my earlier rulings from the pretrial conference on

7     what I call after-acquired evidence.

8           MR. EISER:  That's all I have, then, just these two

9     things.

10          THE COURT:  All right.

11       Do you have some additional questions, Mr. Greenberg?

12          MR. GREENBERG:  I do, Your Honor.  If we could take a

13    three- to five-minute break.  I want to confer quickly.

14          THE COURT:  Let's take a 10-minute break.  Let's go

15    ahead and get paper copies of these two disputed exhibits for

16    the break.

17       We'll be in recess for 10-minutes.

18       (Whereupon, a recess was taken from 5:00 p.m. to 5:11

19    p.m.)

20          THE COURT:  The two disputed exhibits will be taken

21    under advisement overnight.  We've ordered a transcript of my

22    pretrial conference so we can finalize what we said about what

23    I call after-acquired evidence at that conference, and we'll

24    rule on those tomorrow.

25       With that, let's put the witness back up and finish with

 1   any additional testimony by the Plaintiff's attorney.

 2           MR. GREENBERG:  Your Honor, just before we start, are

 3   we going to go past 5:30?

 4           THE COURT:  We may go a little bit past because we

 5   lost a little bit time.  If you don't mind.

 6           MR. GREENBERG:  No, I don't mind, Your Honor.

 7                              - - -

 8                     **RECROSS-EXAMINATION**

 9                              - - -

10   BY MR. GREENBERG:

11   Q.   Ms. Lating, you testified that you didn't have authority

12   to put a hold on an immigration application, right?

13   A.   I did not -- I don't have the authority; yes, that's

14   correct.

15   Q.   Even though you're an FBI special agent, you don't have

16   authority, right; that's your testimony?

17   A.   Right.  I don't have the authority.

18   Q.   But you were certainly able to pick up the phone and call

19   immigration officials and let them know what happened in the

20   case, right?

21   A.   Are you saying did I do that?  Is there a question there?

22   Q.   Yes.  You had the ability to communicate information,

23   including about the favorable termination of this case, to

24   immigration officials, didn't you?

25   A.   Could I have?  Yes.

1   Q.   And you didn't, did you?

2   A.   I did not.

3   Q.   You testified that you prepared notes over the weekend on

4   reports by, I guess, Laurie Gutberlet, maybe others?

5          MR. GREENBERG:  Your Honor, we would ask that those

6   notes be produced and that we have the opportunity to review

7   them.

8          THE COURT:  I'm sorry, she reviewed notes that you

9   want to look at?

10          MR. GREENBERG:  She created notes.

11          MR. EISER:  I'm happy to put them into evidence.  She

12   created them in case we asked questions about the affidavit

13   where she couldn't recall.

14          THE COURT:  The rule says if a witness uses notes to

15   refresh their memory before or while testifying, opposing

16   counsel has a right to look at them, and, in certain

17   situations, introduce them into evidence.  That's kind of rare.

18   But you can look at them.

19          MR. EISER:  That's fine, Your Honor.

20          MR. GREENBERG:  Well, it's a little difficult to do

21   the examination without those notes.  But we will do what we

22   can.  We would like to get those notes by the end of today, if

23   possible.

24          MR. EISER:  Do you want us to mark it?

25          THE COURT:  Yes.

```
1              MR. GREENBERG:  For identification only.
2              THE COURT:  Mark it for identification only.  Do you
3    have the notes ready right now?
4              MR. EISER:  I do.
5              THE COURT:  How many pages do we have?
6              MR. EISER:  Four.
7              MR. GREENBERG:  Ms. Lating --
8              THE COURT:  Hold on.  Let's go ahead and put an
9    exhibit number on it.
10        What's the next, exhibit number?
11             MR. EISER:  Ninety-six.
12             THE COURT:  All right.  96 for identification only,
13   Ms. Lating's notes.  A copy has been furnished to plaintiff's
14   counsel, pursuant to the rule.
15   BY MR. GREENBERG:
16   Q.   Ms. Lating, you don't have a attorney-client relationship
17   with Mr. Eiser, do you?
18   A.   No.
19   Q.   You don't have an attorney-client relationship with
20   anybody working with the Government, do you?
21             MR. PHELPS:  Your Honor, Mr. Eiser is walking around.
22   We have asserted attorney-client privilege over all
23   communications with Agent Lating.  She was an employee of the
24   United States at all times, and we represent the United
25   States --
```

1        **THE COURT:**  Stop the clock.

2        **MR. GREENBERG:**  I think we also need to have the

3 witness leave for this.

4        **THE COURT:**  So the Government is asserting

5 attorney-client privilege here?

6        **MR. PHELPS:**  She's not our client, Your Honor.  The

7 United States is our client.  But she was, at all times

8 relevant to this case, an employee of the United States, so we

9 can have privileged communications with her.

10       **THE COURT:**  Well, these are notes she prepared.

11 That's not communication with an attorney.

12       **MR. GREENBERG:**  Well --

13       **THE COURT:**  I'm agreeing with you, Mr. Greenberg.  You

14 can't ask about communications with the attorney.  You can ask

15 her about the notes, pursuant to the rule.

16       **MR. GREENBERG:**  Well, Your Honor, I'm respectfully,

17 and I would -- I don't know that we should do this in front of

18 the witness, but we can, if Your Honor would prefer.  I need

19 some time.  Ms. Lating has a private law firm representing her.

20 There is no attorney-client relationship here.

21       **MR. PHELPS:**  Your Honor, our client is The United

22 States.  That doesn't preclude us from having privileged

23 communications with Ms. Lating.

24       **THE COURT:**  All right.  I don't think counsel's asking

25 about a communication with any lawyer, a government lawyer or a

 1  privately retained lawyer.  You can ask her about her notes.  I

 2  thought that's where we were going, and we suddenly turned in a

 3  different direction.

 4          MR. GREENBERG:  Yes, Your Honor, because -- All right.

 5  If Your Honor doesn't think it's appropriate, I'll move on.

 6          THE COURT:  All right.  You can ask her about notes,

 7  because she prepared the notes.  There's nothing

 8  attorney-client about that.

 9          MR. GREENBERG:  Well, we just got them, and it looks

10  like they're fairly detailed.  So I'm going to have to -- is

11  this the time --

12          THE COURT:  He said it's four pages.

13          THE CLERK:  Mr. Greenberg, the clock that is running

14  is just the clock that is for the entire time that we're

15  sitting here in trial.  It's not for your time.

16          MR. GREENBERG:  Thank you for clarifying that.

17      Let's sort of come back to the notes.  I think we're

18  going, unfortunately, to have to resume this in the morning,

19  unless we stay really late.

20  BY MR. GREENBERG:

21  Q.   Now, Ms. Lating, there are awards given to FBI special

22  agents for certain things, right?

23  A.   Yes.

24  Q.   You don't get an award for saying, "Hey, let's stop this

25  investigation," right?

1  A.   You don't get awarded for stopping an investigation.

2  What -- I'm not sure what --

3  Q.   The answer's "correct," right?

4  A.   Right.

5  Q.   And so you knew if you said, "Let's stop this

6  investigation, there's a problem," no award, right?  No chance

7  of an award?

8  A.   Is this a question applying to this case?

9  Q.   Ms. Lating, it's a simple question.  You knew as a -- when

10  you worked on this case in 2013, you knew you had no chance of

11  getting an award if you said, "There's a problem here, let's

12  stop the investigation," right?  "Yes" or "no" question.

13  A.   I don't work a case to get an award.

14  Q.   That's not the question.

15  A.   Okay.

16  Q.   You knew that if you said, "Let's stop the investigation,

17  there's a problem," there's no chance of getting an award,

18  right?

19         THE COURT:  I think that's self-evident.  I can accept

20  that.

21         MR. GREENBERG:  All right.  Okay.

22  BY MR. GREENBERG:

23  Q.   And you said that Special Agent Mosley would not mislead

24  you because that's not who he is, or something to that effect,

25  right?

1    **A.**    He's my friend, as well as a colleague.  And no.

2    **Q.**    Yeah, but he's actually not your friend anymore, is he?

3    **A.**    He was at the time.

4    **Q.**    But ever since March 11, 2015, you haven't spoken to him,

5    have you?

6          **MR. EISER:**  Objection.  We're well beyond the

7    indictment and the search warrant affidavit.

8          **MR. GREENBERG:**  She's opened the door to this.  I'm

9    impeaching her.

10          **THE COURT:**  If she's had a falling out with him after

11    this case was tried, why is that relevant here this afternoon?

12    What's the relevance?

13          **MR. GREENBERG:**  The relevance is that she's testified

14    as a character witness, effectively, for Special Agent Mosley.

15          **THE COURT:**  Right.

16          **MR. GREENBERG:**  And she -- there's evidence that

17    because of the document destruction what Mosley did and didn't

18    do, she's no longer talks to him.

19          **THE COURT:**  Let me -- the testimony you gave earlier

20    about these other investigators, is that true and correct as of

21    today, that's your opinion as of today?

22          **THE WITNESS:**  Yes, pre--

23          **THE COURT:**  The episode that occurred when the boxes

24    were destroyed might have upset you or concerned you about how

25    it was handled, but did that affect your ability of the

1  professional abilities during the relevant time period in this

2  case?

3            THE WITNESS:  No, Your Honor.  I trusted them.

4            THE COURT:  I'm going to sustain an objection to any

5  post-destruction animosity between the government agents.

6            MR. GREENBERG:  All right.

7  BY MR. GREENBERG:

8  Q.   Ms. Lating, you testified that delivery logs that were

9  destroyed made no difference because Mr. Annappareddy's then

10 counsel didn't use them at the trial, right?  Something to that

11 effect?

12 A.   The delivery logs that were destroyed.

13 Q.   You testified, I believe -- maybe I'm -- tell me if I

14 misheard it.

15      You testified something to the effect that the delivery

16 logs weren't used by Mr. Annappareddy's trial counsel, right?

17 A.   Can I answer about these delivery logs?

18 Q.   Well, you gave, like, a one-sentence answer to Government

19 counsel.  What was the answer on that issue?  I may have

20 misheard.

21 A.   The delivery logs that were destroyed on March 11th, 2015,

22 I want to make it clear, they were not seized during any search

23 warrant on July 25th, 2013.  They were acquired at Washington

24 Boulevard, which became a dumping zone of documents,

25 prescriptions from all of the pharmacy locations.  So what was

 1  destroyed was not from the search warrants that we executed.

 2  So no, to answer your question.  No, they weren't used by

 3  prosecution or the defense in the trial.

 4  Q.   Now, Special Agent Lating, that's actually incorrect.  On

 5  the FBI evidence form, some of those documents were seized on

 6  7/25/13 and have your name on them; do you know that?

 7  A.   The delivery logs were from Washington Boulevard --

 8  Q.   Ma'am --

 9  A.   Okay.

10  Q.   Are you disputing that?

11  A.   That's not my recollection, no.

12  Q.   So Government counsel said, you know, you were in the

13  courtroom during the trial and the delivery signature logs

14  weren't used, right?  Do you remember that?

15  A.   Yes.

16  Q.   You were also in the courtroom on September 1st, 2016,

17  weren't you?

18  A.   I was.

19  Q.   And your face went ashen white when Judge Russell ruled

20  the case was dismissed with prejudice, in part, because of the

21  destruction of those documents, and Judge Russell expressly

22  found that it didn't matter that the documents had been used

23  before because trial counsel didn't do a whole lot of things

24  the new counsel did, right?

25          MR. EISER:  Objection.  Argumentative.  Counsel is

```
 1  testifying with a compound.

 2         THE COURT:  I'm aware of all of that.  I read

 3  Judge Russell's order.  I read the transcript.

 4         MR. GREENBERG:  Yes.  I'm just pointing out that the

 5  testimony about --

 6         THE COURT:  You moved from talking about whether the

 7  delivery logs were used by counsel at trial to what happened to

 8  her when the judge dismissed the charges.  Those are two

 9  different subject matters.  I couldn't follow where you were

10  going with that.

11         MR. GREENBERG:  Let me try to clarify.  I'm sorry,

12  Your Honor.

13  BY MR. GREENBERG:

14  Q.   So I understood Ms. Lating to be suggesting that the logs

15  weren't important because they weren't used by

16  Mr. Annappareddy's trial counsel.

17       And my question for you, Ms. Lating, is you were asked

18  whether you were in the courtroom during the trial, in the

19  criminal case, right?

20  A.   Yes.

21  Q.   You were also in the courtroom on September 1st, 2016,

22  right?

23  A.   Yes.

24  Q.   And you were there and you heard when Judge Russell found

25  that those destroyed documents had unique exculpatory value,
```

1  right?

2  A.   Yes, I recall.

3  Q.   And you were there when Judge Russell found that it didn't

4  matter that they weren't used during the trial because trial

5  counsel didn't do a whole lot of things that new counsel did,

6  right?

7           MR. EISER:  Objection.

8           THE COURT:  Overruled.

9           THE WITNESS:  I don't recall that last part about

10  counsel didn't do what -- but I do remember the other part of

11  that sentence.  The last part about counsel didn't do what they

12  were supposed to do, I don't recall that.

13           THE COURT:  Mr. Greenberg, I'm still not following.

14  You started this line of questioning by suggesting to this

15  witness that she had misspoken when she said those logs were

16  not used at trial.  Then you turned that into what the judge

17  did, dismissing the case, which still doesn't answer the

18  question of whether the logs were used at trial.  You imply

19  that because of what Judge Russell did, she misstated a fact

20  here.  Unless I'm missing something.

21           MR. GREENBERG:  Well, there are two separate things

22  Your Honor.  First, Ms. Lating testified that all the destroyed

23  logs for the years 2011, 2012, that none of those logs were

24  seized on July 25th, 2013.  That's false, and we can show you

25  the document.  I mean, it's --

1          **THE COURT:**  So do you want to ask her about that?

2          **MR. GREENBERG:**  At this point, I'll probably have to

3  ask her about that in the morning.

4          **THE COURT:**  Looks like we're going to be into the

5  morning, anyway.  We'll come back to that in the morning, then.

6          **MR. GREENBERG:**  But it's an important issue.  What I

7  was trying to explain, Your Honor, and I apologize, maybe I'm

8  just not doing a good job of it.  It's late in the day, but

9  that's no excuse.

10      What I'm trying to explain is that defense counsel

11  elicited a statement from Ms. Lating.  She was in the courtroom

12  during the trial in the criminal case, and the signature logs

13  weren't used by trial counsel for Mr. Annappareddy.  And all

14  I'm trying to point out, Your Honor, is that Judge Russell

15  addressed that argument about the government on September 1st,

16  2016.  Ms. Lating was also in the courtroom then.  And

17  Judge Russell ruled that it didn't matter that the logs --

18          **THE COURT:**  I know, he said it didn't matter.  He

19  didn't make a finding one way or the other.  I understand that.

20  He said it didn't matter, "I'm going to dismiss the case

21  because of the destruction."  It didn't matter whether they

22  were used by counsel.

23      Now, that does not negate what she said, that nobody used

24  them at trial.

25          **MR. GREENBERG:**  I think we can move on.

```
 1              THE COURT:  All right.
 2   BY MR. GREENBERG:
 3   Q.   So, Ms. Lating, you testified that you've never had a
 4   warrant suppressed, right?
 5   A.   I have not had a warrant suppressed.
 6   Q.   And you understand that it is very rare for someone to
 7   have as much information about what the agents knew before
 8   applying for a warrant, as Mr. Annappareddy has today, right?
 9   A.   I'm sorry, you've got to rephrase the question.  I don't
10   understand it.
11   Q.   Sure.
12        You know in a criminal case, you don't get the kind of
13   discovery you get in civil cases, right?
14   A.   Yes, you do.  Pretrial, you do.  You get discovery.
15   Q.   Your understanding is that discovery in a criminal case is
16   as broad as in a civil case?
17              MR. EISER:  Objection, relevance.
18              THE COURT:  Overruled.
19              THE WITNESS:  I -- I don't know the difference, I'm
20   sorry.  I can't comment on that.
21   BY MR. GREENBERG:
22   Q.   Okay.  And because you can't comment on that, you don't
23   know whether Mr. Annappareddy's situation now, with all of the
24   information he's gotten in civil discovery, is comparable to
25   your criminal cases where you said you never had a warrant
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  suppressed, do you?

2  **A.**   I can't speak on civil discovery.

3  **Q.**   So the answer is you don't know --

4  **A.**   I don't know.

5  **Q.**   -- if it's comparable?

6  **A.**   I don't know.

7  **Q.**   All right.

8      You mentioned that you and Special Agent Mosley had a case

9  with Sandra Wilkinson before, right?

10  **A.**   Yes.

11  **Q.**   What kind of case was that?

12  **A.**   I don't remember his name.  He posed as a physical

13  therapist, but he wasn't a trained --

14  **Q.**   I just want to know what kind of crime it was.

15  **A.**   It was a healthcare fraud.

16  **Q.**   Healthcare fraud.  Okay.

17      And that case, did that result in a conviction?

18  **A.**   It did.  He pled guilty.

19  **Q.**   All right.  We can just move on.

20      The Google emails, we talked about -- you were asked some

21  questions about that in your last exam.  You knew that Dennis

22  Tokofsky deleted all of his emails before he left Pharmacare or

23  when he left Pharmacare, right?

24  **A.**   I did not know that.  I don't know that to be the truth.

25  **Q.**   So that's not the reason why his name is not included in

1  the Google search warrant affidavit?

2  A.   I don't know anything about deleting emails.

3  Q.   Okay.  You talked about the prosecutors being involved

4  with the affidavit, right?

5  A.   Yes.

6  Q.   Sandra Wilkinson was not present for most of the

7  interviews the agents did before July of 20 -- 2013, was she?

8  A.   Before July 2013?

9  Q.   Correct.

10  A.   She was not present -- yes, that's fair.

11  Q.   And the same is true of Catherine Pascale, right?

12  A.   She -- the one I was involved in, she was on the call

13  with --

14  Q.   Ma'am, I'm asking for most --

15  A.   You want to say most, yes.  Cathy -- Catherine Pascale was

16  not participating in most of the interviews pre-search warrant,

17  correct.

18  Q.   And so neither one of the prosecutors have any way of

19  knowing if an agent declined to write something down that was

20  important, right?

21  A.   That -- yeah, that would be true.  That would be true.

22  Q.   All right.  We're going to cover your notes, I guess, in

23  the morning.  We'll skip past that for now.

24       You mentioned the New Year's Eve billings, and you said

25  that was somehow persuasive evidence of fraud to you?

```
 1  A.   Yes.
 2  Q.   Were you aware that Lisa Ridolfi demanded overtime pay to
 3  stay after 5:30?
 4  A.   She wasn't there.
 5  Q.   Were you aware that she demanded overtime pay to stay
 6  after 5:30?
 7  A.   No.
 8  Q.   Were you aware that Sri Mannava did not ask for any
 9  overtime pay to stay after 5:30?
10  A.   I have no knowledge of that.
11  Q.   That's not something you asked about?
12  A.   Pre-search warrant, he wasn't interviewed.
13  Q.   Right.  That's not something you asked Ms. Ridolfi about,
14  is it?
15  A.   Laurie Gutberlet interviewed.
16  Q.   And she didn't ask her about that issue, did she?
17  A.   She documented the New Year's Eve billing.
18  Q.   Ma'am, I'm asking about the overtime issues.
19  A.   I don't even know if that's true.  But no, it's not in her
20  report.
21  Q.   Not even a question about it, right?
22  A.   It's not in her report, nope.
23  Q.   Right.
24       And if it's not in her report, it didn't happen, right?
25  A.   I have to go by that.  I have to go by the report.
```

1   Q.   Well, that was your testimony.  If it's not in the report,

2   it didn't happen, right?

3   A.   Exactly.

4   Q.   Right.  Let's move on.

5        Now, you mentioned that Lisa Ridolfi videotaped

6   undelivered bags and the volume you found persuasive, right?

7   A.   Yes.

8   Q.   And you also mentioned something about overflowing bins,

9   right?

10  A.   Yes.

11  Q.   The bins are, maybe, what, 6 inches tall?

12  A.   I don't know.

13  Q.   Now, if a pharmacy -- let's use your 450 number, okay.  I

14  think the number is actually more, but let's say it's 450

15  prescriptions being filled a day at one pharmacy.  Do you know

16  how many bins Plumtree had?

17  A.   I have no idea.  No idea.

18  Q.   And you have no way of knowing whether Ms. Ridolfi staged

19  those photographs, do you?

20  A.   I have no information that she did, but no, I don't know.

21  I don't know.

22  Q.   And the volume issue, you knew, during the Pharmacare

23  investigation, that Plumtree alone had seven drivers as of that

24  time frame, right?

25  A.   I don't know that.  I don't know all of them.

1   Q.   I'm not saying names.  I'm asking about the number.

2   A.   I don't know that.  I don't know how many drivers they

3   have.

4   Q.   Can we agree they had at least five drivers; you knew

5   that?

6   A.   I think I knew maybe three of their names, so no.

7   Q.   All right.  And you also knew, during the investigation,

8   that in addition to the drivers coming every morning to pick

9   up -- every day, probably in the morning, to pick up the

10  prescriptions in the bins, there were clinic people, like

11  Caitlin Biemer who picked up prescriptions from Plumtree and

12  took prescriptions to the clinics, right?

13  A.   Correct.

14  Q.   And you also knew that if, you know, the drivers couldn't

15  find a patient, they would try again to deliver, because the

16  drivers wanted the patients to get their medications, right?

17  A.   Correct.

18  Q.   And so this overflowing bin story, about videotape of

19  overflowing bins, you combine that with there not being a

20  14-day rule, it's a nothingburger, right?

21  A.   I don't agree with that.

22  Q.   Okay.  I'm not necessarily expecting you to agree.

23       But you didn't know how many drivers Pharmacare had, did

24  you?

25  A.   I can only go by the ones that were interviewed by

```
 1  Laurie Gutberlet.
 2  Q.   And, actually, she didn't interview a single driver, did
 3  she?  The answer is no.
 4  A.   No, not pre-search warrant.  We didn't interview drivers.
 5  Q.   Well, and Laurie Gutberlet was gone by early April 2013,
 6  right?
 7  A.   Right.
 8  Q.   She never even tried to interview a single driver, did
 9  she?
10  A.   I don't -- no, I don't -- she'd have to answer that, but I
11  don't know if she did.
12  Q.   And there's nothing to corroborate these videotapes that
13  you're saying were so persuasive to you by Lisa Ridolfi, you
14  have no way of knowing how they were taken, when, other than
15  what Ms. Ridolfi told you, right?
16  A.   I could -- no, I don't know if she -- I don't know.
17  Q.   Okay.  Let's move on.
18       You testified that Ridolfi was demoted in December 2012;
19  you know that's not right, don't you?
20  A.   I read a report where she was made a floater pharmacist.
21  Q.   And that was in July 2013.  It's actually, I think, in
22  your affidavit that you said is all accurate, right?
23  A.   Okay.
24  Q.   So the December 2012 testimony is you gave is false,
25  right?  Or is your affidavit false?  It's one or the other.
```

**A.**   I guess it was close to the search warrant, yeah.  I'm
sorry -- I --

**Q.**   So you gave false testimony earlier today on that --

**A.**   I made a mistake, yep.

**Q.**   Made a mistake?

**A.**   Yep.

**Q.**   Okay.  Did you think during the investigation that
Mr. Annappareddy was a fool?

**A.**   No.

**Q.**   You thought he was pretty smart, right?

**A.**   I had no opinion about Mr. Annappareddy as being smart, or
a fool, or anything.  That's not what I do when I investigate
somebody.  I have no opinion about their personality at all.

**Q.**   Let's just sort of pivot to a slightly different issue.
      All of this evidence that you've talked about and were
asked about, it was all found at Plumtree, right?

**A.**   What evidence are you --

**Q.**   Like, all of it.  Like the trash originated from Plumtree
that you found in the dumpster at CareMerica, right?

**A.**   Yes.

**Q.**   And Lisa Ridolfi worked at Plumtree, right?

**A.**   Yes.

**Q.**   And she started working there in February 2011, you
testified yesterday, right?

**A.**   Yes.

1  Q.   And that's around the same exact time that the Med-4s

2  began being billed out of Plumtree, right?

3  A.   Yes.

4  Q.   Doesn't make any sense if Middle Easterners are

5  controlling the Med-4s, to put a white woman as the pharmacy

6  manager at Plumtree, does it?

7           MR. EISER:   Objection.

8           THE COURT:   On what basis?

9           MR. EISER:   Hypothetical.  She has no basis to know

10  the structure of Mr. Annappareddy's crimes.

11          THE COURT:   I'll overrule the objection.

12      Go ahead.

13          THE WITNESS:   I have no -- no answer or opinion of

14  that.

15  BY MR. GREENBERG:

16  Q.   Because it makes no sense, right?

17  A.   I have -- I have no opinion of or never thought of that

18  like that.

19  Q.   And you understand -- having been an experienced FBI

20  agent, you understood as of 2013, 25 years mostly white-collar

21  crime, that someone who knows they're being investigated for a

22  serious crime doesn't leave incriminating evidence all over the

23  place at their business, right?

24  A.   I didn't --

25  Q.   In plain view?

1  A.    When do you think I knew that he knew that he was under

2  investigation?

3  Q.    You were asked some questions about it, or attempted to.

4        My point is, it makes no sense that someone who thought

5  they were under investigation or believed they're under

6  investigation or suspect they're under investigation would

7  leave all of one of their stores in plain view, does it?

8  A.    I can't explain.

9  Q.    You can't explain that?  Okay.  We can move on.

10       All right.  You just testified that Dennis Tokofsky didn't

11 want to show his hand for the *qui tam* when he first talked to

12 Laurie Gutberlet.  Do you remember that?

13 A.    That was just my opinion --

14 Q.    Right --

15 A.    -- that he didn't want to share everything in that

16 meeting --

17 Q.    -- that's a "yes" or "no" question.

18 A.    Okay.

19 Q.    Now, you -- you said, effectively -- you said that Dennis

20 Tokofsky didn't tell Laurie Gutberlet that he wrote notes or

21 remembered these five, six digit prescription numbers because

22 he didn't want to tip his hand to the MFCU investigator, Laurie

23 Gutberlet; that was your testimony, right?

24 A.    Just my opinion.

25 Q.    Your opinion.  So your opinion is that Dennis Tokofsky

1  lied to Laurie Gutberlet because he didn't want to tip his hand

2  to an MFCU investigator about the *qui tam* he filed the next

3  day?

4  **A.**   I don't know for a fact, but I think he had that

5  information when he sat down with Laurie.  But that probably --

6  **Q.**   Ma'am, the question is --

7          **MR. EISER:**  Objection, he's interrupted her answer.

8          **MR. GREENBERG:**  She's not answering.

9          **THE COURT:**  Wait just a minute.

10      Did you want to finish that last answer?

11         **THE WITNESS:**  No.  I just want to say that that was my

12  opinion why he held back and didn't give that information

13  because his lawyer was about to file a *qui tam* within 24 hours

14  or less.

15  **BY MR. GREENBERG:**

16  **Q.**   Right.

17      And you had read the reports by Laurie Gutberlet about how

18  Tokofsky, you know, at first he didn't want to identify

19  himself, he was concerned of being the relator, right?  You

20  read that --

21  **A.**   The first call in May --

22  **Q.**   Right.

23  **A.**   -- in 2012.

24  **Q.**   In fact, you probably heard that as recently as this past

25  weekend now that we know about your notes, right?

**A.**   I did.

**Q.**   By the way, where did you get all of the reports that you reviewed this past weekend?

**A.**   I picked them up on Friday at the U.S. Attorney's Office, because I wanted to review them all because I only had a few in my case file.  There was a lot of reports, and I didn't put them all in my case file.  I had just been reviewing my case file, and I asked if I could have all of them to refresh my memory of the -- how I drafted the affidavit.

**Q.**   So if I understand you correctly, Ms. Lating, you at least took part of your case file with you when you left the FBI?

**A.**   I did not.

**Q.**   Well, you just said you had some of your case file, and you needed to get the reports from the U.S. Attorney's Office.

**A.**   I requested weeks ago if I could have my case file so I could start reviewing it in preparation for this week.  So I was given five compact disks of my case file so I could review it.  But it was --

**Q.**   That's not what you testified to about 60 seconds ago.  You said you didn't have all of your case file, so you went to go pick up the reports you didn't have.

**A.**   Can I answer?

**Q.**   Well, I mean --

**A.**   What I'm saying is, after I finished reviewing my case file, I realized I didn't have all of the Medicaid reports in

1   my case file.  So I asked could I have the complete production

2   from Maryland Medicaid so I could review it because that's how

3   I drafted the affidavit in 2013.

4   **Q.**   Okay.  But you just again referred to something -- having

5   some stuff in your case file.  This is a case file you had

6   after leaving the FBI?

7   **A.**   No.

8           **THE COURT:**  What's the relevance of all this, what she

9   looked at in recent weeks?

10          **MR. GREENBERG:**  Well, if she's taking documents in an

11  investigation upon leaving the FBI, that is a significant

12  issue.

13          **MR. PHELPS:**  She never said that.

14          **MR. GREENBERG:**  First of all, if it's not your

15  witness.

16      Second of all --

17          **THE COURT:**  Hold on just one second.  I understood her

18  to say she asked for her case file several weeks ago.  She got

19  it, and it didn't have all of the documents she wanted to look

20  at, so she asked for some more.  I didn't hear her say she took

21  the file with her when she left work.

22          **MR. GREENBERG:**  She didn't say it quite like that.

23  **BY MR. GREENBERG:**

24  **Q.**   But, Ms. Lating, is it your testimony you didn't have any

25  documents in the Pharmacare case until you got those reports

1  over the weekend?

2  **A.**   No, I didn't say that.

3  **Q.**   So you did have some documents in the Pharmacare case?

4  **A.**   Weeks ago, I guess received five compact disks, which was

5  every document that was in my case file, since I don't have

6  access to my case file. Okay. I realized, as I was reviewing

7  all these past few weeks, I only put a few of

8  Laurie Gutberlet's reports in my case file, because I always

9  referred to the binder that was given to me to help draft the

10  affidavit. So I asked my lawyer to ask the United States

11  Attorney's Office if I could have copies of every Medicaid

12  report that was produced for this civil trial.

13  **Q.**   Okay.

14  **A.**   I and picked it up on Friday.

15      **THE COURT:**   Again, I'm going to ask Mr. Greenberg,

16  what is the relevance of this?

17      **MR. GREENBERG:**   I'll move one, Your Honor. I think

18  she's clarified, and now I think I understand.

19      **THE COURT:**   Fine.

20      **THE CLERK:**   Your Honor, would this be a good time to

21  adjourn for the day?

22      **MR. GREENBERG:**   Actually, I just want to close the

23  loop on Mr. Tokofsky. I think just two minutes.

24      **THE COURT:**   All right. Take two minutes.

25

1   BY MR. GREENBERG:

2   Q.   You read the *qui tam* complaint, right?

3   A.   I did.

4   Q.   And you -- I want to circle back to this point about your

5   opinion was Dennis Tokofsky didn't tell everything he knew to

6   Laurie Gutberlet; that's your opinion, right?  During the first

7   interview?

8   A.   My opinion -- my opinion -- okay.  My opinion is that he

9   had those names and prescription numbers when he sat down with

10  Laurie and held off because he was going to be filing the

11  *qui tam*, and he was going to put that in the *qui tam* --

12  Q.   So -- sorry.  Go ahead.

13  A.   So this is my opinion.  I don't know for a fact.  I'm just

14  expressing that I think he already had it because within less

15  than 24 hours, he's filing the *qui tam* with that information as

16  one of the paragraphs.

17  Q.   So what you're calling your opinion is really speculation.

18  A.   Okay.

19  Q.   Do you agree?

20  A.   Okay.  Yeah.

21  Q.   Yes?

22  A.   Yes.  My opinion, yeah.

23  Q.   It's speculation.

24  A.   Okay.

25          MR. GREENBERG:  I think we can close on this note,

1    Your Honor.

2          THE COURT:  Let's adjourn until 9:30 tomorrow morning.

3          MR. GREENBERG:  Oh, Your Honor, sorry, I apologize.  I

4    didn't mean to interrupt you.  But we would ask that the

5    Government counsel be ordered not to communicate with the

6    witness.

7          THE COURT:  Don't discuss this case with the lawyers

8    overnight.

9          THE WITNESS:  Yes, Your Honor.

10          THE COURT:  Are you finished with this witness?

11          MR. GREENBERG:  No, Your Honor, because of these notes

12    and some other things, I'm going to be a little more.

13          THE COURT:  Well, we'll pick back up tomorrow morning

14    at 9:30, and I'll rule on those two disputed exhibits at that

15    time.

16          MS. FARBER:  Your Honor, just a brief note, since we

17    can't communicate with Ms. Lating while her testimony is

18    pending, would the Court advise her of the dress code change on

19    Friday.

20          THE COURT:  We're going to have casual day Friday,

21    tomorrow.  I forgot about that.

22       I assume you-all want to do that?  It's been a little warm

23    in here to me.

24          MR. GREENBERG:  Your Honor won't be offended if we

25    don't wear a suit?

1          **THE COURT:**  I really won't.  Business casual tomorrow.

2     Thank you for bringing that up.

3          **MR. GREENBERG:**  If I do wear a suit, that'll be okay,

4     too, right?

5          **THE COURT:**  Absolutely.  All right.  Have a nice

6     evening.  We'll see you tomorrow morning.

7          (Adjourned at 5:43 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF OFFICIAL REPORTER

2

3

4       I, Ronda J. Thomas, Registered Merit Reporter, Certified

5  Realtime Reporter, in and for the United States District Court

6  for the District of Maryland, do hereby certify, pursuant to 28

7  U.S.C. § 753, that the foregoing is a true and correct

8  transcript of the stenographically-reported proceedings held in

9  the above-entitled matter and the transcript page format is in

10 conformance with the regulations of the Judicial Conference of

11 the United States.

12                    Dated this 1st day of June 2023.

13

14

15        _____
                  *Ronda J. Thomas*

16            Ronda J. Thomas, RMR, CRR
                Federal Official Reporter

17

18

19

20

21

22

23

24

25

**BY MR. EISER: [11]**
155/23 156/20 181/15
200/7 207/17 208/2
208/13 216/25 219/18
221/22 233/19
**BY MR.**
**GREENBERG: [21]**
13/16 18/16 37/22
58/15 93/14 101/4
105/15 116/17 117/13
131/10 133/6 135/11
139/19 140/7 143/6
144/13 145/12 244/13
257/15 259/23 260/25
**MR. EISER: [94]**  11/5
11/7 13/21 18/13 29/16
29/18 32/23 32/25
33/17 34/15 58/11
58/22 59/14 59/21 60/2
60/16 60/21 60/24 61/4
65/14 65/21 78/1 78/8
78/10 79/5 79/7 80/21
80/24 81/19 82/9 88/13
88/23 92/4 97/10 97/23
98/7 98/20 99/1 114/19
114/21 115/4 132/3
141/6 141/9 143/14
144/6 152/23 164/13
164/18 169/25 170/8
171/24 172/2 176/21
181/8 192/3 200/1
202/10 203/3 208/1
208/22 217/8 218/25
219/17 220/10 221/19
225/24 226/22 227/16
228/13 229/16 231/5
231/14 231/21 232/16
232/21 233/10 233/14
233/16 234/1 234/8
236/11 236/19 236/24
237/4 237/6 237/11
241/6 243/25 245/7
247/17 255/7 255/9
257/7
**MR. FLOWERS: [5]**
120/2 120/5 120/15
227/11 227/14
**MR. GREENBERG:**
**[206]**  5/21 6/13 18/15
29/23 30/2 33/5 33/9
33/13 34/6 34/11 34/21
34/25 35/6 35/10 35/14
35/17 37/21 57/4 57/12
58/19 58/23 59/10
59/22 60/3 60/12 61/14
61/24 62/5 62/10 62/18
63/1 63/5 63/18 63/23
64/3 64/8 66/11 78/22
79/6 79/10 79/18 79/20

79/24 80/3 80/5 80/10
81/12 82/10 85/25
88/15 88/21 89/3 89/10
91/21 91/24 92/8 92/16
92/22 93/1 93/12 96/15
96/23 97/4 97/6 97/13
97/16 99/9 99/13 99/16
100/8 100/14 100/17
100/23 105/4 105/9
105/14 109/4 112/4
114/22 117/2 117/16
119/1 119/4 119/7
119/17 119/19 119/24
131/23 132/23 133/1
133/3 135/7 135/10
139/17 140/6 143/4
143/19 143/23 144/9
144/19 144/22 145/11
145/23 146/22 147/1
147/8 147/12 152/16
153/2 153/20 153/22
154/2 154/7 155/8
155/17 156/14 163/20
164/4 164/9 165/12
169/24 170/5 171/18
173/23 176/17 181/6
196/6 199/8 199/13
199/20 199/24 202/7
202/25 203/7 206/16
207/13 207/20 208/10
208/17 208/25 209/22
214/19 215/6 215/12
216/18 217/4 218/7
218/12 218/15 218/20
219/5 219/11 220/7
221/13 221/25 222/10
222/13 225/1 225/20
227/4 227/22 228/6
228/20 230/12 231/8
231/17 232/2 232/11
233/11 233/22 234/12
235/2 235/6 236/5
236/10 236/20 237/1
237/7 238/2 238/12
238/16 239/4 239/9
239/16 240/21 241/8
241/13 241/16 242/6
244/4 244/11 245/21
246/2 246/6 246/25
257/8 259/10 259/14
259/22 260/17 260/22
261/25 262/3 262/11
262/24 263/3
**MR. MILLER: [4]**  78/7
147/5 147/11 152/25
**MR. PHELPS: [7]**
5/22 35/2 88/25 237/21
238/6 238/21 259/13
**MS. FARBER: [1]**
262/16

**THE CLERK: [13]**
6/15 6/17 6/19 6/23
57/7 57/10 99/22 100/2
118/14 147/6 192/7
239/13 260/20
**THE COURT: [277]**
**THE REPORTER: [1]**
13/14
**THE WITNESS: [27]**
6/18 6/21 6/24 13/23
58/12 59/2 66/10 78/5
97/19 115/11 141/7
181/13 193/18 202/14
203/12 216/23 224/6
224/12 224/18 227/8
241/22 242/3 245/9
247/19 255/13 257/11
262/9

**$**

**$1,961.64 [1]**  125/13
**$1.9 [1]**  8/6
**$1.9 million [1]**  8/6
**$161,871.81 [1]**  11/14
**$426,986.07 [1]**  8/13
**$517,284.55 [1]**  8/9
**$6.6 [1]**  9/24
**$6.6 million [1]**  9/24
**$68,137.26 [1]**  11/14

**,**

**'12 [1]**  116/11
**'hiding' [1]**  210/16
**'Med [1]**  84/21
**'Med-4s' [1]**  84/21

**.**

**. . . Patel [1]**  85/1
**. . . supposed [1]**
128/19
**. . .printed [1]**  84/24
**.printed [1]**  84/24

**1**

**10 [6]**  44/5 57/18
136/23 136/23 136/25
195/15
**10 minutes [3]**  50/23
51/15 207/5
**10 years [9]**  26/5 26/6
29/3 46/11 57/16 71/13
88/3 113/13 206/6
**10-minute [2]**  57/6
234/14
**10-minutes [3]**  142/14
192/6 234/17
**100 percent [2]**  28/15
159/16
**101 [1]**  1/24
**10:50 [1]**  57/9

**11 [6]**  8/4 113/21
114/5 115/17 197/10
241/4
**11-year [1]**  88/7
**110 percent [1]**
159/17
**11:07 [1]**  57/9
**11th [2]**  114/14 242/21
**12 [4]**  9/9 25/3 25/5
39/16
**120 [2]**  18/1 193/22
**122 [2]**  18/2 193/20
**127 [1]**  147/5
**128 [1]**  143/5
**12:22 p.m [1]**  103/9
**12:28 [1]**  118/16
**12:30 [1]**  117/19
**12:54 p.m [1]**  48/8
**12th [4]**  9/16 10/5 13/6
14/4
**13 [5]**  83/20 83/21
83/25 136/16 243/6
**13 weeks [2]**  157/21
157/22
**137 [4]**  146/24 147/5
153/2 153/3
**13thplumtreeonly.xlsx**
**[1]**  91/16
**14 [17]**  8/25 9/2 43/16
44/2 66/18 66/19 66/20
66/23 69/14 72/25 73/5
195/21 196/2 198/4
202/20 203/21 204/18
**14-day [4]**  107/25
110/5 110/9 252/20
**1495 [3]**  19/3 19/6
19/15
**15 [5]**  177/10 196/2
202/20 203/21 204/18
**15 years [1]**  205/11
**15-plus [1]**  55/9
**1504 [1]**  193/12
**155 [1]**  2/6
**15th [1]**  168/18
**16 [7]**  61/16 134/9
134/14 196/2 203/21
204/18 232/5
**16 minutes [1]**  47/23
**16 years [1]**  177/10
**164,000 [1]**  218/1
**16th [4]**  3/11 3/14
106/24 168/17
**17 [7]**  50/14 109/17
127/25 137/1 161/24
163/1 200/8
**17,019 [1]**  52/1
**18 [6]**  24/25 108/4
109/18 197/10 197/13
198/3
**18-cv-3012-JFA [1]**

1/5
**18th [2]**  186/21 197/20
**19 [1]**  43/3
**1988 [2]**  157/19
157/21
**1992 [1]**  158/18
**19th [5]**  43/2 128/3
128/8 129/14 129/22
**1:40 [3]**  117/19 117/20
118/12
**1:43 [1]**  118/16
**1B1 [1]**  132/13
**1st [12]**  8/5 28/19 29/4
29/14 29/19 30/8 30/13
43/14 243/16 244/21
246/15 264/12

**2**

**20 [3]**  9/8 47/12 249/7
**20 years [1]**  151/13
**2008 [1]**  180/1
**2011 [17]**  17/12 19/9
20/22 20/24 113/17
113/20 113/24 114/5
115/3 115/16 115/21
116/10 116/19 197/18
216/3 245/23 254/23
**2011, '12 [1]**  116/11
**2012 [97]**  8/5 8/22 9/9
9/16 10/5 12/9 12/12
12/15 12/19 13/6 13/11
13/19 13/25 14/1 14/2
14/4 14/10 14/13 14/24
17/8 17/18 18/10 19/4
19/11 19/16 20/22
23/18 24/1 25/3 25/5
25/7 26/4 32/13 32/14
32/16 32/20 33/23 34/3
42/16 43/2 43/3 43/12
43/14 44/14 58/9 61/16
64/17 66/4 83/1 87/12
89/18 90/1 105/18
105/18 111/3 113/15
115/3 115/16 115/21
116/10 116/19 123/24
134/16 136/2 137/8
166/13 167/9 180/8
180/18 187/14 197/19
197/20 197/21 197/21
201/10 208/5 208/5
208/25 209/2 211/5
211/8 212/22 214/25
227/19 227/20 228/16
229/11 229/12 229/20
231/24 232/4 232/5
232/6 245/23 253/18
253/24 257/23
**2012ish [1]**  166/22
**2013 [98]**  7/23 8/5
9/17 10/21 12/11 14/22

**2**
**2013... [92]** 17/19
18/11 21/5 21/12 21/17
21/23 22/8 22/11 22/14
23/6 23/25 24/1 26/16
28/19 28/24 29/4 29/8
29/14 29/19 30/8 30/13
36/13 38/1 39/16 40/14
45/25 47/4 47/12 50/14
67/21 67/24 68/16 69/4
69/5 69/12 69/12 69/16
69/20 70/9 70/19 72/14
80/15 88/8 95/11 103/9
106/24 121/7 122/2
122/17 123/13 123/18
126/24 127/3 127/10
127/25 128/3 128/8
129/6 129/15 131/11
132/16 132/19 143/2
143/12 150/14 151/10
152/5 161/22 178/19
182/18 182/22 183/4
186/21 192/15 195/7
195/11 200/23 201/8
201/20 206/4 222/20
227/24 227/25 240/10
242/23 245/24 249/7
249/8 253/5 253/21
255/20 259/3
**2014 [3]** 110/4 110/8
227/23
**2015 [6]** 113/21 114/5
115/17 116/11 241/4
242/21
**2016 [3]** 243/16
244/21 246/16
**2017 [5]** 158/20
206/11 206/13 206/25
207/6
**2023 [1]** 1/6 2/2
264/12
**208 [1]** 193/14
**209A [2]** 163/14
163/15
**209B [1]** 163/18
**20th [6]** 47/4 129/6
129/15 129/22 132/19
222/20
**21 [1]** 228/24
**21-day [1]** 121/21
**21015 [3]** 193/15
193/20 193/22
**21201 [1]** 1/25
**21215 [1]** 194/2
**21230 [1]** 193/24
**21st [1]** 69/12
**22 [7]** 82/24 83/22
102/9 102/17 124/17
145/1 228/24
**2227 [3]** 18/1 193/19

**193/21**
**22nd [3]** 43/6 123/24
197/21
**23 [4]** 96/6 137/11
137/12 138/14
**23rd [16]** 9/17 22/7
69/5 121/7 126/23
127/10 131/11 152/5
161/22 180/8 192/15
197/21 200/22 201/19
227/24 227/25
**24 hours [5]** 182/19
183/1 215/25 257/13
261/15
**24th [1]** 36/13
**25 [2]** 158/13 200/16
**25 percent [2]** 8/9
8/13
**25 years [1]** 255/20
**25th [4]** 149/13 157/19
242/23 245/24
**26 [4]** 39/12 43/12
182/18 182/22
**261802 [2]** 134/10
137/10
**265348 [1]** 138/8
**27 [4]** 25/6 96/9
124/18 232/5
**2701 [1]** 193/24
**270550 [1]** 136/4
**27th [1]** 183/3
**28 [1]** 264/6
**29 [2]** 123/12 123/15
**29 years [2]** 159/18
161/5
**2:17 p.m [1]** 7/24
**2UC [1]** 103/22

**3**
**3,000 [3]** 106/4 217/18
217/22
**30 [1]** 232/4
**30 days [2]** 122/3
122/5
**30 hours [1]** 3/9
**30 seconds [1]** 17/22
**30-million [1]** 232/23
**302 [15]** 121/12
121/18 126/23 127/2
127/7 127/10 131/11
134/9 136/6 137/2
138/7 139/22 140/9
141/22 141/23
**302s [2]** 121/15
121/24
**30th [4]** 158/20 206/11
227/19 227/20
**31 [2]** 106/19 106/23
**31st [3]** 7/23 12/12
14/1

**32 [2]** 137/6 200/8
**338 [1]** 228/21
**34 [1]** 108/4
**36 [3]** 91/4 91/6 97/8
**365 [4]** 106/6 217/22
218/2 218/22
**365 days [2]** 218/1
218/19
**373 [1]** 5/23
**3:56 [1]** 192/8
**3rd [7]** 38/1 40/14 70/9
70/19 80/14 134/16
137/8

**4**
**400 [1]** 105/25
**41 [1]** 125/1
**42 [3]** 50/9 72/4
126/11
**4212-4414 [1]** 194/1
**44 [3]** 47/1 47/1
200/16
**4414 [1]** 194/1
**450 [11]** 105/21
105/23 106/2 106/3
217/3 217/12 217/14
217/15 217/18 217/25
251/14
**450 number [1]**
251/13
**468 [1]** 52/3
**47 [7]** 7/12 7/17 7/20
10/1 10/8 14/19 185/8
**48 [6]** 60/5 63/20
67/19 71/22 72/4 72/12
**4s [22]** 11/25 12/4
12/6 12/10 12/18 14/15
17/11 24/8 24/10 82/18
85/11 85/13 86/5 86/12
87/5 87/7 87/18 91/1
91/2 101/6 255/1 255/5
**4s' [1]** 84/21
**4th [4]** 1/24 3/14 3/17
207/6

**5**
**50 [2]** 161/4 185/22
**50 percent [4]** 8/16
10/23 11/3 11/12
**50,000 [2]** 76/23
179/25
**500 [1]** 105/20
**509 [1]** 5/23
**52 [1]** 193/8
**55 [1]** 132/24
**56 [2]** 140/5 140/8
**57 [6]** 127/6 127/7
129/11 131/12 135/5
135/8
**58 [2]** 35/25 36/12

**59 [2]** 231/6 233/21
**5:00 [2]** 120/5 234/18
**5:00 l [1]** 120/9
**5:09 p.m [1]** 50/15
**5:11 [1]** 234/18
**5:30 [6]** 120/13 232/20
235/3 250/3 250/6
250/9
**5:43 [1]** 263/7

**6**
**6 inches [1]** 251/11
**6/20/2013 [1]** 132/16
**60 seconds [1]** 258/19
**600 [3]** 105/20 105/25
217/15
**62 [2]** 70/6 70/7
**66-paragraph [2]**
202/21 203/17
**67 [1]** 127/24
**6:32 p.m [1]** 67/24
**6th [5]** 8/22 67/21
67/24 69/4 89/18

**7**
**7/25/13 [1]** 243/6
**70 [5]** 121/10 124/10
124/17 126/19 192/12
**71 [1]** 232/21
**753 [1]** 264/7
**7:28 p.m [2]** 143/2
143/12

**8**
**8th [2]** 143/2 143/12

**9**
**90 [1]** 51/23
**900 [2]** 106/8 217/15
**95 [1]** 172/3
**96 [1]** 237/12
**9:30 [3]** 1/7 3/1 262/14
**9:30 tomorrow [1]**
262/2
**9:58 a.m [1]** 47/12

**A**
**a.m [4]** 1/7 3/1 47/12
192/8
**abilities [1]** 242/1
**ability [2]** 235/22
241/25
**able [10]** 3/9 3/10
44/10 72/17 99/19
149/8 166/7 194/23
195/1 235/18
**about [275]**
**above [3]** 1/9 28/6
264/9
**above-entitled [2]** 1/9
264/9

**absence [1]** 5/11
**absolutely [15]** 27/4
53/13 53/23 87/20
102/7 116/13 122/25
126/6 141/7 149/4
150/4 150/4 201/21
204/25 263/5
**abundantly [1]** 79/2
**academy [6]** 157/8
157/10 157/16 157/18
157/20 158/11
**accept [3]** 97/24
210/25 240/19
**accepted [4]** 107/4
109/13 109/14 207/6
**access [3]** 113/8
113/16 260/6
**according [2]** 52/8
128/22
**account [18]** 67/2 68/6
71/15 72/18 72/24
76/12 77/7 77/9 77/13
77/14 79/3 79/16 85/22
87/19 90/18 93/21
179/16 210/1
**accounting [3]** 157/14
157/16 159/15
**accounts [6]** 66/18
69/14 70/21 70/24 71/3
71/8
**accurate [4]** 16/18
83/16 181/2 253/22
**accusations [1]**
207/18
**accused [2]** 32/22
207/11
**achieve [1]** 129/6
**acknowledged [1]**
48/21
**acquired [6]** 230/6
230/14 232/6 234/7
234/23 242/23
**acronym [1]** 117/24
**acting [2]** 115/20
115/22 116/4 163/15
**action [1]** 40/22
**actively [1]** 184/6
**activities [1]** 104/12
**activity [7]** 39/21
194/12 206/8 213/12
213/22 220/8 220/10
**acts [1]** 156/15
**actual [10]** 61/15
65/20 77/11 94/15
109/9 122/1 123/22
132/2 159/1 179/17
**actually [55]** 3/12 33/9
33/9 36/17 37/25 49/22
62/10 64/20 67/15
79/10 83/6 92/16 92/18

**A**

**actually... [42]** 97/6 102/23 107/25 109/5 114/1 119/7 123/21 124/23 125/18 126/22 129/10 130/24 131/7 131/21 132/22 140/1 140/15 140/20 145/23 146/1 146/1 148/8 152/16 153/18 155/9 177/20 178/6 178/9 185/24 190/1 190/10 190/12 195/5 200/11 218/16 225/7 241/2 243/4 251/14 253/2 253/21 260/22
**Adam [2]** 162/5 162/6
**add [2]** 9/23 178/22
**addiction [2]** 15/18 15/19
**adding [1]** 22/20
**addition [3]** 196/9 229/3 252/8
**additional [6]** 215/4 215/17 221/2 232/25 234/11 235/1
**additions [1]** 47/21
**address [12]** 14/23 17/25 29/24 37/10 79/11 100/14 146/17 179/10 190/4 190/8 190/15 226/24
**addressed [6]** 28/18 48/5 50/17 70/13 226/20 246/15
**addresses [5]** 37/13 65/4 66/23 66/24 193/9
**addressing [1]** 79/11
**adjourn [2]** 260/21 262/2
**Adjourned [1]** 263/7
**Administration [1]** 157/17
**admissibility [2]** 34/12 231/2
**admissible [2]** 202/9 232/7
**admit [4]** 58/22 81/22 82/5 228/21
**admitted [10]** 36/1 58/20 82/25 86/1 91/5 97/8 152/24 229/5 233/3 234/4
**advance [1]** 94/3
**adverse [1]** 220/20
**advice [3]** 146/10 172/19 191/24
**advise [1]** 262/18
**advised [4]** 186/13 200/11 226/11 227/1

**advisement [4]** 232/12 233/9 234/5 234/21
**advising [1]** 128/9
**Aetna [1]** 134/21
**affect [2]** 228/12 241/25
**affected [1]** 221/11
**affidavit [150]** 5/13 6/5 6/8 9/17 18/9 19/19 20/8 20/11 20/19 20/20 20/25 21/4 21/7 21/11 21/18 21/21 22/3 22/4 22/5 22/7 22/10 22/18 22/19 23/12 23/22 26/12 27/1 27/9 31/8 37/12 38/14 38/17 41/9 41/13 41/16 42/1 47/21 49/23 63/9 63/11 66/15 68/8 68/15 68/17 68/19 68/22 68/24 69/5 69/9 69/25 75/4 93/22 107/5 107/7 107/9 109/15 113/10 120/20 121/6 121/8 121/9 124/4 124/11 125/11 126/8 126/15 128/6 142/15 145/9 145/14 145/19 152/5 152/5 160/15 160/18 167/10 167/14 167/17 167/21 168/6 168/10 169/13 171/8 171/14 172/17 172/18 172/20 178/20 178/23 179/4 179/11 179/14 179/23 183/21 185/12 186/19 188/14 188/20 189/1 189/6 189/10 190/16 190/18 190/20 191/8 191/10 191/13 191/18 191/23 191/24 192/16 193/2 193/3 194/14 194/19 195/2 195/9 196/2 197/7 198/23 200/22 201/19 201/23 202/6 202/15 202/20 202/21 202/24 203/17 203/20 204/22 205/15 206/6 206/7 217/16 219/4 220/21 221/3 226/8 226/19 230/10 236/12 241/7 249/1 249/4 253/22 253/25 258/9 259/3 260/10
**affidavits [9]** 158/4 160/14 160/17 161/1 161/4 167/8 177/3 189/20 204/1
**after [64]** 3/13 3/17 5/16 6/9 10/10 10/11

12/6 13/12 21/24 29/4 30/18 30/24 31/13 36/18 39/18 41/5 42/11 50/23 51/15 69/20 78/17 91/13 121/18 122/9 122/15 122/21 123/3 123/10 124/7 125/21 130/21 131/25 158/10 161/15 167/14 171/13 173/9 176/24 178/17 178/18 178/18 178/21 185/25 187/9 201/6 205/17 221/15 227/24 229/8 229/9 230/6 230/14 230/20 232/4 232/6 232/6 234/7 234/23 241/10 250/3 250/6 250/9 258/24 259/6
**after-acquired [5]** 230/6 230/14 232/6 234/7 234/23
**after-hours [1]** 201/6
**afternoon [8]** 3/12 43/5 47/20 105/6 105/11 155/24 222/19 241/11
**afterwards [2]** 48/16 171/14
**again [27]** 31/3 43/9 60/21 62/23 77/25 78/21 88/19 92/4 97/23 104/19 115/11 125/5 140/6 141/17 143/3 153/1 153/8 199/12 203/12 208/17 209/5 218/19 225/13 229/16 252/15 259/4 260/15
**against [2]** 197/22 205/19
**agency [1]** 165/10
**agent [46]** 4/1 4/1 4/3 4/8 4/14 5/6 5/14 40/22 54/10 55/1 62/6 103/1 112/9 113/7 121/15 122/2 123/2 150/23 151/2 160/11 160/19 161/5 165/6 166/23 173/22 176/11 177/11 177/12 177/13 178/7 196/9 199/5 203/24 204/22 205/2 205/3 227/17 233/5 235/15 237/23 240/23 241/14 243/4 248/8 249/19 255/20
**Agent Lating [3]** 233/5 237/23 243/4
**Agent Mosley [11]** 55/1 113/7 196/9 199/5

204/2 205/2 205/3 227/17 240/23 241/14 248/8
**Agent Robert [1]** 112/9
**agents [22]** 5/12 61/19 86/16 150/15 150/20 150/21 150/21 158/7 158/13 160/21 168/7 181/20 200/2 202/8 207/2 213/16 228/7 229/1 239/22 242/5 247/7 249/7
**ago [9]** 17/22 93/8 142/14 177/21 211/19 258/15 258/19 259/18 260/4
**agree [49]** 7/7 12/16 12/24 13/6 13/23 14/3 14/9 14/11 14/14 16/3 18/7 19/3 19/14 23/10 30/23 45/2 45/11 46/18 56/22 77/21 81/19 81/21 85/17 86/3 86/7 87/5 87/22 95/8 96/5 103/7 114/17 117/14 118/6 123/1 123/8 123/18 125/6 135/12 150/9 152/1 153/14 153/14 155/12 155/16 202/12 252/4 252/21 252/22 261/19
**agreed [7]** 14/8 86/5 125/4 230/8 230/13 230/13 230/15
**agreeing [1]** 238/13
**ahead [35]** 30/4 30/5 58/14 65/22 65/24 79/9 115/9 117/18 130/1 135/9 144/24 147/15 154/9 154/9 156/21 164/19 170/10 172/4 193/8 200/6 203/11 215/15 216/22 220/13 222/3 227/3 227/3 227/13 230/23 231/1 232/19 234/15 237/8 255/12 261/12
**aid [1]** 169/25
**aided [1]** 1/22
**Air [4]** 183/7 193/15 193/20 193/22
**AL [1]** 1/6
**all [255]** 3/3 3/7 3/20 3/24 5/15 5/20 6/9 9/11 10/21 11/10 14/18 15/10 15/22 16/21 18/5 18/15 21/16 21/24 21/24 24/8 24/22 26/10 27/10 27/10 29/11 30/4

30/9 30/15 31/1 31/24 32/9 33/15 34/1 34/9 35/1 35/7 35/11 35/17 35/18 37/23 40/7 40/14 42/4 43/25 45/13 45/19 50/11 51/12 57/6 57/7 57/10 58/21 59/5 59/5 59/22 62/1 62/13 63/25 64/7 64/11 64/18 65/7 66/9 66/23 66/24 69/8 69/14 70/6 72/12 72/23 72/25 73/5 78/3 78/9 80/19 80/25 82/11 82/13 83/18 85/24 87/5 89/4 89/15 90/8 90/22 91/4 92/12 92/12 92/20 92/25 93/10 94/19 94/19 94/21 96/18 97/18 98/17 99/2 99/14 99/16 101/5 102/8 103/8 103/14 103/21 103/25 104/17 104/20 104/22 105/2 105/14 106/12 106/15 107/11 107/14 108/12 108/15 108/22 109/3 109/9 109/17 109/18 109/25 114/15 115/13 117/14 117/18 118/5 118/6 118/13 118/14 119/5 119/25 121/10 121/17 126/19 127/9 127/23 131/3 131/6 131/20 132/4 132/9 132/21 133/2 133/12 133/25 134/2 134/23 135/1 135/9 135/20 136/14 138/6 138/15 138/16 139/15 141/1 141/12 142/11 142/13 142/25 143/17 143/21 143/23 144/16 144/24 147/2 147/15 148/23 152/16 152/24 153/22 154/2 154/9 154/21 155/1 155/18 157/3 164/16 166/9 166/12 167/4 167/9 171/25 176/19 176/22 178/16 180/3 181/3 183/18 187/22 192/7 208/20 211/2 218/23 221/21 222/15 224/16 224/17 227/6 227/15 228/18 229/15 230/7 231/7 231/23 232/10 233/8 233/17 234/8 234/10 237/12 237/22 237/24 238/7 238/24 239/4 239/6 240/21 242/6 242/25

# A

**all... [33]** 244/2 245/22 246/13 247/1 247/23 248/7 248/19 248/22 249/22 251/25 252/7 253/22 254/13 254/15 254/16 254/18 255/22 256/7 256/10 258/2 258/5 258/7 258/8 258/20 258/25 259/8 259/14 259/16 259/19 260/7 260/24 262/22 263/5

**allegations [3]** 189/7 205/18 219/20

**alleged [6]** 42/14 44/16 102/2 161/15 194/13 197/2

**allegedly [1]** 44/18

**alleges [1]** 232/23

**Alley [1]** 158/2

**allow [5]** 58/13 156/19 186/10 190/11 200/4

**allowed [3]** 59/11 174/2 230/17

**allowing [6]** 58/9 64/16 66/3 66/5 99/7 208/15

**almost [5]** 151/13 177/10 187/21 187/22 192/5

**alone [1]** 251/23

**along [9]** 62/12 64/15 135/6 138/15 146/13 147/8 147/14 228/10 230/7

**alongside [1]** 159/1

**already [21]** 36/1 38/4 48/21 50/9 82/25 82/25 86/3 90/23 95/13 97/6 98/24 106/19 125/4 132/23 140/2 163/25 181/22 216/8 221/10 233/3 261/14

**also [58]** 1/17 3/9 4/13 5/2 5/11 14/2 16/9 24/13 25/17 27/14 52/5 61/20 78/24 79/2 92/9 93/21 109/25 134/24 136/6 136/10 136/17 139/22 150/7 151/18 155/14 156/8 163/6 168/14 180/7 181/16 185/19 186/8 186/13 186/24 188/15 188/24 189/2 189/13 189/18 191/19 191/22 199/20 207/22 211/1 211/20 223/25 224/24 228/1 228/16 229/3 231/8

238/2 243/16 244/21 246/16 251/8 252/7 252/14

**alter [1]** 119/8

**altered [1]** 204/23

**although [1]** 96/18

**always [25]** 31/15 46/7 46/7 71/1 121/24 137/22 159/7 160/2 160/7 160/18 160/23 166/22 168/4 173/16 182/13 184/5 184/10 188/24 189/19 191/14 191/19 198/10 198/12 204/2 260/8

**am [13]** 25/2 28/8 28/12 47/20 47/23 51/1 51/6 57/9 57/9 60/1 166/24 191/14 228/3

**amenable [3]** 57/5 64/3 105/5

**amend [1]** 21/23

**amended [1]** 228/24

**America [1]** 1/14

**Ami [3]** 84/25 186/9 213/5

**among [8]** 31/1 49/8 49/24 50/17 70/3 88/11 103/11 179/7

**amount [6]** 9/8 125/11 125/13 204/3 204/9 204/14

**amounts [1]** 49/24

**Amy [1]** 84/25

**analysis [19]** 8/22 9/2 10/4 11/13 11/24 45/1 52/23 53/24 53/25 55/6 55/7 56/4 169/11 198/12 204/8 204/19 205/7 205/9 228/12

**analytical [2]** 159/14 174/6

**analyzing [2]** 174/24 202/17

**ANDERSON [2]** 1/10 79/6

**Andy [6]** 146/11 148/10 148/15 148/19 149/8 149/19

**Andy White [1]** 149/8

**animosity [1]** 242/5

**ANNAPPAREDDY [43]** 1/3 1/17 6/14 32/5 32/22 64/21 77/15 79/14 87/12 89/18 91/7 155/3 161/8 161/17 162/25 181/4 181/16 184/18 185/3 186/5 186/8 186/10 193/11 193/12 197/15 197/22

200/24 209/19 209/23 210/13 210/22 211/4 211/13 220/17 227/18 228/4 228/11 228/14 229/7 246/13 247/8 254/8 254/11

**Annappareddy's [21]** 49/7 49/11 60/8 63/8 66/25 67/2 67/14 72/10 77/9 79/3 79/21 80/13 80/15 85/22 205/18 220/5 242/9 242/16 244/16 247/23 255/10

**another [16]** 8/13 50/8 55/2 90/22 100/14 102/8 105/8 129/8 138/10 160/11 168/8 171/15 189/19 190/15 221/11 224/9

**answer [29]** 7/10 20/13 46/16 102/6 112/24 113/4 117/3 126/13 141/9 141/10 141/11 141/11 141/13 141/14 150/17 151/24 212/13 242/17 242/18 242/19 243/2 245/17 248/3 253/3 253/10 255/13 257/7 257/10 258/22

**answer's [1]** 240/3

**answered [4]** 11/5 11/6 58/11 184/9

**answering [1]** 257/8

**antipsychotic [3]** 11/25 15/20 74/22

**any [112]** 3/15 5/16 18/24 24/3 25/21 26/16 29/2 32/3 34/3 44/9 44/21 44/23 44/24 45/3 45/5 45/24 49/10 49/11 49/13 49/16 54/5 55/7 55/20 71/20 71/25 80/22 96/20 97/9 99/20 100/24 112/14 113/6 113/8 113/9 113/24 113/24 115/5 119/12 125/6 125/9 132/1 136/12 139/17 141/12 141/14 141/19 141/23 142/6 146/3 146/10 151/20 152/17 152/22 154/24 161/13 161/16 161/17 162/11 167/3 168/16 170/22 170/24 171/11 171/22 176/8 178/21 179/3 180/19 180/22 181/21 183/21 187/10 196/11 198/23 199/3 199/21 200/2

200/3 201/18 201/22 201/25 202/4 204/21 204/23 205/13 205/14 205/14 205/21 205/22 206/3 206/19 212/14 215/21 216/16 220/5 220/17 225/7 230/16 231/9 231/15 231/18 231/25 232/13 233/23 235/1 238/25 242/4 242/22 249/18 250/8 255/4 259/24

**anybody [16]** 23/17 25/16 35/8 71/24 75/16 86/11 88/8 102/23 113/14 117/7 161/11 167/8 196/9 216/24 219/14 237/20

**anymore [3]** 113/17 113/19 241/2

**anyone [9]** 25/13 47/16 48/10 48/22 67/24 89/2 103/3 111/23 112/10

**anything [28]** 3/22 27/3 30/20 31/7 31/25 34/18 54/9 58/23 61/8 72/1 81/6 143/16 147/18 148/3 148/25 155/4 177/2 179/4 183/12 189/7 189/12 197/25 205/25 212/19 228/16 229/17 249/2 254/12

**anyway [2]** 231/1 246/5

**anywhere [3]** 17/15 126/9 126/15

**apologies [3]** 112/4 132/23 146/24

**apologize [8]** 63/6 72/4 79/12 88/16 146/23 208/1 246/7 262/3

**apparent [1]** 185/20

**apparently [4]** 34/16 81/19 148/16 150/7

**appeal [1]** 98/23

**appeared [1]** 102/4

**appears [4]** 87/15 91/15 95/7 163/24

**application [6]** 49/12 192/14 192/17 192/21 193/10 235/12

**applied [1]** 124/12

**applying [2]** 240/8 247/8

**appointment [1]** 146/14

**appreciate [1]** 22/1

**appropriate [8]** 78/23 80/12 92/10 114/13 141/15 163/25 215/14 239/5

**approval [1]** 163/2

**approve [2]** 162/7 162/8

**approved [4]** 162/5 163/6 189/25 226/8

**approximately [3]** 105/11 105/23 182/16

**April [13]** 29/6 29/7 29/8 106/24 123/13 123/18 143/2 143/12 166/22 168/17 197/19 214/25 253/5

**April 16th [2]** 106/24 168/17

**April 2012 [1]** 197/19

**April 2012ish [1]** 166/22

**April 2013 [1]** 29/8

**April 8th [2]** 143/2 143/12

**April 9 [2]** 123/13 123/18

**are [103]** 7/20 8/17 10/12 11/16 11/20 13/19 14/7 14/20 16/14 16/14 28/14 40/19 47/19 47/24 48/11 55/3 55/10 55/11 55/20 57/20 57/23 62/9 68/10 71/19 72/20 78/20 79/5 79/7 79/19 80/6 80/7 80/8 81/17 84/2 84/24 88/25 100/16 103/22 103/25 116/1 117/10 119/15 119/19 129/6 131/17 132/23 133/16 134/24 135/1 135/18 135/22 136/10 136/14 136/16 137/2 137/14 137/19 140/23 142/3 142/7 144/9 145/5 147/6 147/11 147/12 151/9 154/18 156/1 156/1 156/4 156/5 158/7 160/17 160/23 162/4 162/4 163/16 181/8 189/13 193/9 196/15 196/21 197/4 198/15 198/17 211/14 211/22 212/5 227/5 227/15 229/4 233/14 235/2 235/21 238/10 239/21 243/10 244/8 245/21 251/11 254/17 255/4 262/10

**area [1]** 190/4

# A

**aren't [2]** 40/20 90/8
**arguably [3]** 80/4 82/2
98/9
**argue [2]** 5/16 98/18
**argument [3]** 231/22
231/24 246/15
**argumentative [3]**
13/21 18/13 243/25
**ARNOLD [87]** 1/6 6/22
8/3 8/12 8/16 10/18
15/24 26/22 30/16
30/19 30/23 31/1 31/3
31/4 31/9 31/12 31/17
31/22 37/5 40/22 41/18
41/19 47/9 47/23 48/16
50/17 50/20 51/15 53/5
54/16 55/17 67/6 67/10
70/1 70/21 71/2 74/25
75/16 76/7 76/19 80/14
80/17 86/11 86/25 87/1
107/2 111/14 112/16
112/22 113/2 113/3
113/4 113/5 113/8
127/24 128/8 129/14
129/21 129/24 130/6
130/24 144/3 146/8
147/18 147/22 148/3
150/5 150/11 150/22
151/3 151/5 151/19
151/22 151/23 173/7
173/15 175/18 175/19
175/21 177/6 183/7
184/21 200/20 213/13
222/14 222/20 223/23
**Arnold's [1]** 70/13
**around [7]** 10/11
37/25 40/16 154/23
168/24 237/21 255/1
**arrange [2]** 188/15
189/2
**arrest [2]** 158/1 158/4
**arresting [1]** 157/25
**as [186]** 4/2 4/15 5/3
5/8 9/11 11/22 11/25
12/3 16/15 17/11 17/19
17/25 18/21 19/16 21/3
23/5 23/11 31/14 32/21
34/24 35/21 36/17
38/22 49/9 52/21 52/24
53/4 53/21 53/23 54/4
55/1 56/6 56/11 56/13
56/17 56/20 59/6 59/18
60/19 61/1 61/2 61/2
61/16 67/9 69/9 69/9
71/5 75/6 75/6 80/14
80/23 83/15 83/15
83/17 83/17 85/24
86/22 94/14 94/25
94/25 95/21 96/3

100/17 103/1 105/17
105/18 108/13 110/18
112/9 112/9 112/22
112/22 113/13 114/3
114/3 115/16 117/4
118/20 121/14 121/23
122/17 122/17 128/23
130/6 132/24 132/25
134/18 137/15 137/16
140/18 140/23 143/5
143/15 147/17 147/17
148/1 150/8 150/14
151/10 151/22 160/2
160/5 161/5 161/24
163/1 165/22 166/9
166/14 166/14 167/6
167/6 167/18 167/18
167/23 170/15 170/17
170/17 170/19 171/20
172/25 174/2 176/15
180/9 183/17 184/13
185/8 185/22 187/10
188/1 189/6 189/10
189/19 190/20 192/11
193/12 193/13 193/15
193/20 193/23 193/25
194/2 197/1 197/16
197/18 198/6 199/19
201/4 201/10 206/5
214/10 214/14 217/16
219/15 220/2 221/4
226/15 227/1 227/18
227/25 230/7 230/23
231/1 231/19 232/13
232/24 233/5 233/20
240/9 241/1 241/1
241/14 241/20 241/21
247/7 247/8 247/16
247/16 248/12 251/23
254/11 255/5 255/20
257/24 257/24 260/6
261/15
**ASAP [1]** 72/8
**ashen [1]** 243/19
**aside [7]** 110/2 124/9
126/19 130/17 133/12
145/22 161/15
**ask [79]** 10/1 20/13
30/3 33/21 34/21 34/23
37/4 46/13 51/3 53/18
58/6 58/7 58/24 62/18
64/1 80/8 89/3 89/7
89/12 96/18 100/4
115/11 121/11 121/11
125/5 140/12 141/5
141/17 143/21 144/6
144/12 144/15 144/17
145/9 146/11 150/16
163/8 169/17 170/1
172/4 176/5 186/2

189/24 193/6 194/17
194/22 195/12 195/15
203/8 203/12 208/23
209/6 210/7 210/19
215/10 219/9 219/19
222/6 226/1 226/23
227/16 231/12 231/15
231/18 231/21 232/13
232/21 236/5 238/14
238/14 239/1 239/6
246/1 246/3 250/8
250/16 260/10 260/15
262/4
**asked [58]** 11/5 11/6
23/23 29/20 36/22 37/2
38/7 51/5 58/11 59/15
67/15 68/8 72/7 75/11
78/16 80/25 81/5
112/10 112/13 112/25
113/4 113/6 113/8
118/4 128/23 134/25
137/7 150/18 158/22
159/3 164/7 175/1
176/4 176/25 186/22
208/11 208/18 210/14
210/16 210/16 212/20
215/7 216/12 217/21
220/20 225/17 236/12
244/17 248/20 250/11
250/13 254/16 256/3
258/8 259/1 259/18
259/20 260/10
**asking [28]** 18/4 18/10
23/19 29/1 30/12 31/5
33/11 33/13 37/14
55/12 71/19 72/24
96/22 112/16 113/14
116/7 122/13 146/12
162/18 167/19 203/4
217/9 219/2 228/9
238/24 249/14 250/18
252/1
**aspect [2]** 126/4
215/13
**asserted [2]** 4/19
237/22
**asserting [1]** 238/4
**assertion [2]** 194/18
194/23
**assessment [1]**
181/17
**assign [2]** 71/14 163/5
**assigned [1]** 162/3
**assist [3]** 166/23
175/18 198/20
**assistant [2]** 51/7
114/17 173/19 173/20
173/21
**assisted [1]** 200/20
**associated [1]** 179/15

**assume [2]** 173/6
262/22
**assuming [1]** 59/17
**Atripla [12]** 8/9 9/18
9/23 10/12 11/11 51/22
54/7 125/25 126/3
126/8 126/9 126/17
**Atripla-$517,284.55 [1]**
8/9
**attach [1]** 139/23
**attached [3]** 147/24
212/24 224/4
**attaches [1]** 143/1
**attaching [1]** 144/3
**attachment [8]** 77/24
91/16 91/19 93/25
107/4 109/13 148/1
189/14
**attachment A [1]**
189/14
**attachments [5]** 65/7
87/15 90/10 140/9
168/16
**attempt [2]** 34/16
182/1
**attempted [2]** 7/8
256/3
**attend [1]** 169/13
**attention [7]** 7/17
117/23 159/4 164/4
210/22 211/3 213/8
**attorney [17]** 51/7
165/2 165/18 173/19
173/20 173/21 214/7
214/8 235/1 237/16
237/19 237/22 238/5
238/11 238/14 238/20
239/8
**Attorney's [9]** 70/4
115/2 116/9 149/1
165/22 177/24 258/4
258/14 260/11
**attorney-client [6]**
237/16 237/19 237/22
238/5 238/20 239/8
**attorneys [3]** 56/17
56/18 146/14
**audience [11]** 92/12
92/15 99/19 100/3
100/4 100/24 101/1
117/22 117/23 119/15
119/22
**audio [3]** 35/22 36/11
155/1
**audiotape [1]** 127/13
**audit [4]** 74/14 84/5
84/9 84/19
**auditing [1]** 188/9
**August [14]** 8/22 25/6
32/16 105/18 111/3

172/17 180/8 197/18
197/21 209/2 227/19
229/11 232/4 232/5
**August 2011 [1]**
197/18
**August 2012 [2]** 32/16
209/2
**August 23rd [2]** 180/8
197/21
**August 27 [1]** 25/6
232/5
**August 30 [1]** 232/4
**August 30th [1]**
227/19
**August 6th [1]** 8/22
**AUSA [6]** 102/20
102/22 103/2 103/20
114/17 160/21
**AUSA DiPietro [1]**
103/20
**authentic [1]** 81/22
**authenticate [2]** 60/10
63/3 81/10
**authenticated [3]**
58/20 62/25 89/12
**authenticates [1]**
61/23
**authenticity [14]**
34/12 60/12 60/19 61/1
61/3 61/25 62/1 81/13
86/1 89/6 91/5 97/24
98/2 98/13
**authority [12]** 100/9
100/10 118/2 118/11
118/20 119/10 216/16
216/23 235/11 235/13
235/16 235/17
**authorize [1]** 91/25
**auto [3]** 73/23 74/18
96/3
**automatic [5]** 82/18
94/5 94/6 94/9 96/1
**available [7]** 47/20
103/25 148/13 148/22
162/7 166/6 182/14
**avenue [2]** 62/21
194/1
**avert [1]** 118/7
**avoid [1]** 71/20
**avoiding [1]** 81/2
**award [6]** 239/24
240/6 240/7 240/11
240/13 240/7
**awarded [1]** 240/1
**awards [1]** 239/21
**aware [26]** 26/3 26/7
28/1 32/12 32/16 32/19
32/23 49/23 55/22 67/9
80/2 80/4 80/5 113/5
116/1 118/11 147/20

**A**

**aware... [9]** 150/7
154/11 212/25 226/14
230/16 244/2 250/2
250/5 250/8
**awareness [1]** 117/6
**away [3]** 10/13 206/20
222/8

**B**

**B-E-A-T-T-Y [1]** 40/23
**bachelor's [1]** 157/12
**back [66]** 3/11 3/16
6/10 6/14 10/1 10/8
10/21 10/24 10/25 15/9
21/2 23/3 24/7 32/1
32/9 42/6 46/24 52/9
62/13 63/25 64/5 64/9
72/12 77/23 78/19 99/2
100/25 109/25 117/20
118/12 124/9 126/22
129/10 137/7 154/7
157/4 157/21 167/19
172/22 179/2 179/13
179/25 184/23 185/2
185/2 195/2 195/7
195/11 198/4 201/14
201/15 207/5 209/5
210/6 215/3 215/17
216/4 216/8 216/10
233/12 234/25 239/17
246/5 257/12 261/4
262/13
**backed [1]** 194/19
**background [3]** 24/24
159/15 160/16
**backing [2]** 137/22
138/20
**backings [4]** 135/1
136/10 138/16 223/7
**backs [1]** 194/23
**badge [1]** 192/25
**bag [16]** 138/20 139/3
222/21 223/14 223/15
223/16 223/16 223/17
223/19 223/21 224/5
224/10 224/14 224/15
224/16 224/20
**bags [16]** 138/24
156/23 187/16 201/8
201/10 201/12 201/17
204/10 204/11 210/22
210/24 211/14 211/19
211/19 211/24 251/6
**ballpark [1]** 10/11
**Baltimore [13]** 1/6
1/25 3/8 115/2 116/10
158/18 158/19 158/21
158/22 160/10 163/4
175/17 194/2

**bank [1]** 158/15
**based [10]** 9/19 19/20
45/12 60/4 84/20 97/10
166/3 180/24 197/15
205/1
**basically [7]** 55/14
166/8 168/9 168/18
190/14 191/9 192/25
**basis [14]** 29/17 58/22
89/6 97/21 98/17
114/20 168/22 168/23
194/4 200/16 200/23
232/25 255/8 255/9
**be [199]** 3/2 3/10 3/18
5/5 5/19 5/25 6/17 9/3
10/17 14/6 14/17 16/4
16/8 21/22 23/5 23/21
28/4 28/9 28/10 28/25
33/20 34/16 34/18
34/22 34/24 35/2 35/13
36/8 36/10 37/16 41/2
44/25 46/11 54/1 54/6
55/12 55/24 56/2 56/5
56/7 56/8 56/11 58/25
59/11 59/19 62/20
67/17 69/3 72/17 72/23
76/22 78/22 81/10 89/3
89/4 91/2 92/10 92/11
96/24 97/25 98/4 99/8
100/18 100/18 102/4
103/13 105/4 107/15
108/24 113/18 114/8
118/11 118/13 118/17
119/19 120/9 121/19
122/7 122/13 128/20
131/23 134/20 136/23
137/1 138/8 145/8
146/14 148/11 148/22
149/16 150/16 151/4
152/3 152/7 152/13
153/18 153/23 154/1
154/24 155/8 155/10
156/22 158/22 159/8
162/3 162/16 162/19
163/18 164/6 164/10
166/7 166/19 166/23
166/24 167/25 168/17
169/10 169/12 169/14
171/14 171/20 171/21
175/1 175/4 175/19
177/6 178/24 180/20
181/20 182/11 182/15
183/8 183/10 185/10
186/8 187/21 188/10
189/14 189/15 190/8
190/9 191/14 191/23
191/23 192/6 192/19
194/11 194/23 195/1
195/25 196/17 197/12
197/16 198/17 200/14

200/18 202/8 203/7
203/8 204/7 205/20
207/11 211/7 211/13
212/16 217/6 218/17
218/18 219/24 223/1
223/3 223/4 223/16
224/3 224/21 226/25
227/11 227/20 228/9
228/17 228/22 230/2
230/3 233/7 233/23
234/17 234/20 236/6
244/14 246/4 248/24
249/21 249/21 260/20
261/10 262/5 262/12
262/24 263/3
**beat [1]** 62/8
**Beatty [1]** 40/23
**became [10]** 19/12
22/19 38/5 166/16
175/25 176/14 178/1
178/17 178/18 242/24
**because [155]** 4/24
5/9 10/5 14/23 18/6
18/17 19/3 19/16 19/23
25/13 25/21 26/25
30/11 31/24 33/24
34/17 34/22 34/25
35/14 37/12 41/17
42/21 52/15 54/10
55/10 56/17 56/19
57/23 61/20 62/23
63/12 63/19 68/10 69/3
71/17 72/5 73/2 75/2
75/18 79/3 82/2 87/18
88/1 88/17 89/11 91/21
92/9 95/5 95/8 101/22
102/20 103/13 104/20
107/14 109/10 111/18
112/19 113/12 114/3
114/9 117/4 117/11
118/21 119/8 119/22
127/17 138/20 140/1
147/13 148/2 148/12
150/1 154/12 158/23
160/2 162/6 162/18
164/7 165/1 166/14
166/21 166/25 167/7
167/12 168/9 169/8
169/12 171/7 173/7
174/7 175/15 176/14
178/11 179/5 179/22
180/1 180/17 181/19
183/18 183/18 186/10
186/15 187/14 188/4
190/10 191/21 196/4
201/12 206/12 206/20
207/3 207/8 210/20
210/21 211/6 211/7
211/12 211/13 211/14
212/9 212/10 213/1

215/22 216/10 219/20
221/9 228/19 230/23
232/22 233/3 235/4
239/4 239/7 240/24
241/17 242/9 243/20
243/23 244/15 245/4
245/19 246/21 247/22
252/15 255/16 256/21
257/1 257/13 258/5
258/5 259/2 260/8
261/10 261/14 262/11
**become [3]** 46/7
161/19 184/5
**becoming [1]** 177/12
**been [92]** 8/5 12/3
14/2 15/10 17/12 28/4
28/6 29/2 29/18 31/15
33/1 33/2 37/4 48/2
48/10 49/11 53/24 55/7
55/18 57/16 57/24
58/20 65/6 68/4 70/24
71/7 71/13 80/2 80/4
82/6 85/24 88/13 89/11
97/8 109/10 114/21
118/3 118/22 130/22
132/14 145/17 149/8
154/12 154/14 159/7
160/10 161/7 163/25
165/23 166/13 166/21
167/1 167/1 167/10
176/19 181/10 185/14
186/8 192/5 192/23
192/24 195/25 196/2
197/24 200/19 200/24
201/4 201/14 201/14
204/4 204/11 204/12
204/13 204/20 206/14
207/2 218/21 221/10
222/19 222/22 224/25
225/7 225/19 226/11
228/25 231/5 234/4
237/13 243/22 255/19
258/7 262/22
**before [76]** 1/10 3/4
9/16 10/6 19/4 19/5
19/24 20/25 22/6 24/6
25/18 26/13 26/18
26/24 27/7 27/9 31/19
38/5 42/19 43/5 44/20
64/14 69/5 69/9 69/25
104/8 113/9 117/21
121/11 127/12 128/5
146/1 146/2 154/15
154/22 156/25 157/9
164/1 165/17 165/24
169/21 169/22 170/15
171/3 172/10 173/1
174/21 175/21 175/24
176/11 177/9 177/17
178/5 179/13 179/23

182/3 184/2 189/24
189/25 198/9 204/21
212/12 216/1 219/4
226/2 227/5 227/19
231/3 235/2 236/15
243/23 247/7 248/9
248/22 249/7 249/8
**beforehand [1]** 226/16
**began [2]** 197/14
255/2
**begin [2]** 3/4 155/19
**beginning [1]** 160/16
**behalf [6]** 1/12 1/14
115/20 115/22 116/6
150/17
**behavior [1]** 229/20
**behind [1]** 179/10
**being [50]** 3/8 16/1
25/15 25/20 26/8 26/14
28/11 28/17 44/6 56/6
56/9 62/2 63/10 66/19
71/3 82/19 84/9 84/20
91/12 95/21 101/19
113/5 119/13 142/3
146/4 149/2 150/18
158/17 162/24 163/16
165/6 171/16 178/2
182/25 183/19 186/5
186/7 187/19 192/23
204/8 211/11 211/22
225/18 249/3 251/15
252/19 254/11 255/2
255/21 257/19
**Bel [4]** 183/7 193/15
193/20 193/22
**belief [1]** 202/7
**believe [45]** 3/23 5/6
7/15 11/8 16/6 16/9
24/16 31/22 32/11
41/18 48/21 63/23 70/4
80/5 80/11 123/1
139/23 140/15 145/1
162/6 162/23 162/23
163/15 165/19 170/23
188/21 192/20 192/22
193/1 193/2 193/3
194/10 200/23 200/23
202/4 202/23 203/19
203/21 204/7 204/10
205/1 205/21 212/23
217/14 242/13
**believed [1]** 213/8
213/11 256/5
**believes [1]** 84/23
**believing [1]** 194/4
**BENCH [1]** 1/9
**benefit [1]** 139/9
**best [4]** 33/20 57/22
111/21 137/15
**better [4]** 52/14 98/5

**B**

**better...** [2] 98/25 118/24
**Betty** [2] 160/2 160/3
**between** [7] 8/4 49/24 151/2 152/4 165/10 205/7 242/5
**beyond** [2] 148/25 241/6
**Biemer** [6] 50/3 187/17 187/20 188/11 211/1 252/11
**big** [5] 6/8 40/1 109/8 109/18 116/24
**bill** [2] 8/13 224/6
**bill/payment** [1] 8/13
**billed** [16] 8/8 9/8 10/13 23/16 39/8 41/17 48/11 48/12 104/14 107/15 125/12 156/5 211/22 213/17 221/8 255/2
**billing** [19] 8/17 19/8 47/18 142/17 145/4 166/6 187/4 187/6 187/8 187/17 188/22 189/7 194/12 201/6 213/6 213/6 219/20 221/11 250/17
**billing/paid** [2] 142/17 145/4
**billing/payments** [1] 8/17
**billings** [11] 8/10 10/23 11/4 12/12 13/7 14/1 14/12 14/13 14/20 15/22 249/24
**billings/payments** [1] 8/10
**bin** [2] 209/20 252/18
**binder** [9] 7/12 21/17 43/10 43/19 102/11 123/16 126/20 143/8 260/9
**bins** [33] 4/4 58/9 60/7 60/9 61/21 64/16 66/3 66/5 74/4 74/19 74/24 77/4 80/1 80/1 80/12 187/16 208/19 208/23 209/1 209/10 209/13 209/16 211/2 211/4 212/5 213/4 228/18 229/12 251/8 251/11 251/16 252/10 252/19
**bit** [7] 42/6 83/10 179/2 191/22 223/5 235/4 235/5
**black** [5] 51/23 52/5 99/20 99/22 145/3
**blah** [2] 175/2 175/2

**blame** [2] 209/19 213/3
**blaming** [3] 210/10 210/12 229/7
**blend** [1] 18/9
**blister** [1] 224/8
**blow** [1] 109/5
**blue** [3] 139/3 178/8 178/8
**board** [4] 154/18 154/22 175/18 184/2
**body** [2] 109/22 167/21
**bog** [2] 5/17 63/16
**bogged** [1] 3/20
**bogging** [1] 80/7
**bold** [3] 44/1 84/4 168/19
**Bon** [4] 133/21 133/23 138/11 224/15
**book** [3] 123/15 167/6 188/4
**born** [2] 157/6 157/7
**both** [13] 8/19 11/16 74/25 79/8 82/15 104/13 130/7 156/11 163/3 185/6 208/23 209/6 226/24
**bottle** [19] 128/20 128/20 133/7 133/8 133/10 135/3 136/12 137/23 138/1 138/19 138/22 141/3 141/21 142/9 224/4 224/5 224/5 224/7 225/8
**bottles** [10] 130/10 131/4 133/2 135/13 135/18 141/19 142/3 222/7 224/21 224/25
**bottom** [5] 36/18 44/5 90/10 134/4 149/11
**Boulevard** [3] 193/24 242/24 243/7
**box** [7] 128/20 132/6 133/4 136/7 137/14 140/19 221/24
**boxes** [2] 115/5 241/23
**brain** [8] 26/19 26/20 27/5 27/6 27/12 27/20 30/8 190/23
**brand** [1] 177/11
**break** [17] 18/14 64/14 105/5 105/10 105/11 117/16 117/18 117/19 146/3 153/23 154/1 154/13 174/21 192/4 234/13 234/14 234/22
**breakdown** [1] 173/9
**breakout** [2] 169/10

169/14
**Bredar** [2] 120/6 120/9
**brief** [6] 3/24 5/18 5/19 64/14 67/20 262/16
**briefly** [8] 8/24 66/14 101/11
**bring** [13] 3/6 62/13 63/25 64/9 82/11 99/2 120/17 183/10 210/21 211/3 222/24 230/5 233/12
**bringing** [2] 174/23 263/2
**broad** [1] 247/16
**broader** [1] 114/1
**brought** [4] 79/21 211/7 213/8 221/23
**BS** [1] 48/1
**buck** [5] 52/21 52/24 52/25 53/14 53/15
**bullet** [1] 65/19
**bunch** [8] 61/5 135/20 135/22 144/2 153/7 153/15 167/20 190/7
**bureau** [2] 160/2 160/3 160/3 162/16
**business** [6] 157/17 194/12 206/9 206/9 255/23 263/1

**C**

**C.G** [3] 47/16 95/18 96/2
**C.R** [8] 133/17 134/2 134/24 135/21 135/22 135/23 136/14 137/8
**Caitlin** [6] 50/3 187/17 187/20 188/11 211/1 252/11
**calendars** [4] 93/5 101/6 153/11 153/16
**call** [13] 27/5 36/25 89/1 120/14 162/1 190/13 222/20 230/6 234/7 234/23 235/18 249/12 257/21
**called** [20] 13/12 16/19 18/2 22/4 26/19 34/24 35/13 51/10 55/24 69/22 108/19 121/21 158/2 160/3 190/23 195/24 198/14 207/5 230/17 233/2
**calling** [4] 57/1 71/21 181/7 261/17
**calls** [10] 6/14 46/2 148/11 148/15 148/20 168/12 174/19 202/25 215/7 215/12
**came** [27] 21/20 41/17

41/25 60/11 67/13 67/16 78/13 87/3 87/17 88/10 88/11 97/24 127/16 158/22 159/8 161/15 170/7 170/22 175/14 175/18 176/14 178/11 184/2 184/2 195/17 224/5 231/24
**camera** [1] 201/9
**can** [163] 5/2 5/5 5/15 6/9 20/11 21/23 23/8 27/25 28/21 29/13 29/22 29/25 31/3 34/1 37/20 42/4 45/18 47/15 47/20 48/25 53/1 53/4 53/18 53/25 54/2 57/3 58/23 59/12 62/8 64/1 64/1 69/1 69/2 69/23 72/7 76/6 82/23 83/18 88/11 88/19 89/7 89/12 90/20 91/25 94/16 96/16 97/13 98/5 98/5 98/18 98/24 99/17 99/22 99/24 99/24 100/1 100/3 100/4 100/18 100/19 100/19 102/10 103/19 103/21 105/2 105/10 108/19 108/20 109/5 109/9 110/2 111/18 112/3 114/16 115/6 115/11 117/23 118/8 119/2 119/16 120/25 124/9 126/19 127/15 128/24 129/7 129/9 130/20 131/20 131/21 132/4 132/7 133/4 135/5 135/6 135/8 136/22 137/13 138/9 140/3 142/11 144/14 145/11 146/12 146/14 147/9 150/13 152/16 156/5 157/6 158/14 159/8 161/25 162/12 162/12 162/17 168/19 172/4 180/2 182/5 185/8 185/23 188/20 188/21 189/7 189/14 189/17 190/14 193/7 197/13 203/25 204/16 205/8 209/5 210/6 214/6 215/3 218/23 222/8 222/21 224/9 225/2 231/8 232/19 233/12 234/22 236/18 236/22 238/9 238/14 238/18 239/1 239/6 240/19 242/17 245/24 246/25 248/19 252/4 252/25 256/9 258/22 261/25

**can't** [29] 3/15 11/19 57/21 58/5 62/3 75/16 75/18 81/8 81/9 90/17 90/18 95/2 116/12 119/8 150/16 150/17 171/16 183/15 183/16 185/18 211/23 233/23 238/14 247/20 247/22 248/2 256/8 256/9
**cancer** [1] 11/25
**Candice** [3] 187/20 188/11 211/1
**Candice Covahey** [1] 188/11
**cannot** [4] 4/12 20/4 150/12 162/17
**capability** [1] 205/3
**caps** [10] 94/19 107/14 108/12 108/15 108/22 108/24 109/3 109/9 109/18 167/20
**Card** [4] 49/12 216/14 216/17 216/24
**career** [5] 121/16 158/10 159/10 161/2 204/1
**carefully** [3] 9/13 42/22 81/1
**CareMerica** [60] 7/8 8/1 8/4 8/5 10/6 10/10 10/11 10/14 10/24 12/6 12/8 12/9 12/17 12/19 13/12 13/18 14/10 14/15 14/19 15/23 16/12 16/15 16/19 17/18 17/25 18/2 18/3 18/6 18/10 18/17 19/4 19/7 19/12 19/15 23/16 23/24 24/4 24/6 46/22 46/24 47/17 48/1 48/2 48/12 48/23 90/23 91/1 91/14 126/25 127/3 132/19 193/16 193/19 193/23 206/9 210/9 222/21 222/22 222/25 254/19
**Carol** [1] 55/17
**case** [111] 4/16 10/19 31/19 33/6 35/7 38/5 46/8 46/12 52/16 52/18 61/13 63/15 98/18 99/5 101/21 110/19 110/21 116/25 117/12 118/21 119/5 119/11 120/7 126/4 149/16 152/4 152/8 152/13 159/9 160/20 160/21 161/9 161/15 162/2 162/19 162/24 163/5 163/12

# C

case... [73] 163/18
163/18 167/10 167/25
169/9 169/16 170/22
171/4 173/6 175/15
177/11 177/20 177/21
178/2 178/11 178/14
179/20 180/18 181/11
181/24 190/12 190/17
193/4 194/13 198/19
198/20 206/1 206/12
207/8 220/18 226/25
227/1 230/3 230/7
235/20 235/23 236/12
238/8 240/8 240/10
240/13 241/11 242/2
243/20 244/19 245/17
246/12 246/20 247/12
247/15 247/16 248/8
248/11 248/17 258/6
258/7 258/7 258/11
258/13 258/15 258/17
258/20 258/24 259/1
259/5 259/5 259/18
259/25 260/3 260/5
260/6 260/8 262/7
cases [12] 53/3 55/8
102/24 159/14 160/5
160/7 160/8 169/21
198/11 223/13 247/13
247/25
casual [2] 262/20
263/1
catch [2] 182/21
228/14
Catherine [3] 173/14
249/11 249/15
Cathy [15] 27/6 47/10
55/16 55/23 70/17
106/25 107/11 108/8
161/21 165/2 169/1
172/10 173/19 200/20
249/15
Cathy Pascale [2]
47/10 106/25
caught [1] 231/25
causation [3] 156/17
230/9 230/17
cause [26] 5/11 5/25
16/2 16/3 19/6 20/5
23/6 23/13 117/1
155/12 169/5 178/24
194/15 194/18 202/23
203/5 203/19 205/15
206/4 206/5 208/9
208/16 209/21 228/12
228/23 230/8
causes [1] 163/9
center [2] 94/19
107/20

central [1] 229/22
century [2] 188/2
201/5
certain [16] 28/7 28/8
28/15 28/16 28/16
42/15 76/11 175/2
189/8 189/8 190/15
191/22 198/22 228/5
236/16 239/22
certainly [7] 63/15
120/13 140/25 227/13
230/15 230/19 235/18
CERTIFICATE [1]
263/8
Certified [1] 264/4
certify [1] 264/6
chain [8] 7/13 47/4
47/7 50/11 52/13 53/5
55/21 67/20
chains [1] 168/17
challenged [3] 89/6
89/7 98/14
Champus [1] 177/1
chance [6] 140/13
191/8 209/4 240/6
240/10 240/17
change [7] 168/3
196/19 196/19 197/8
197/9 225/22 262/18
changed [3] 196/18
196/24 212/25
changes [2] 108/19
171/12
changing [1] 196/1
character [2] 205/12
241/14
characterization [2]
217/7 218/12
characterized [1]
226/25
charges [1] 244/8
chart [4] 41/23 83/5
83/9 83/16
chase [1] 76/6
check [2] 33/9 233/16
chief [8] 35/8 120/6
120/6 169/18 178/1
186/11 186/13 197/18
child [1] 158/16
circle [3] 24/7 64/5
261/4
circuit [3] 5/24 5/24
127/15
cites [1] 6/2
citing [1] 160/3
City [1] 175/18
civil [23] 1/4 51/7
55/24 56/5 56/6 56/11
56/13 56/16 56/17
56/18 56/20 56/23

56/24 57/1 102/20
102/23 102/25 103/20
247/13 247/16 247/24
248/2 260/12
claim [3] 155/13
204/19 224/7
claimed [1] 181/3
claims [31] 8/1 8/21
9/2 36/8 45/1 107/15
127/19 127/19 128/16
128/19 130/22 142/17
145/4 155/14 175/1
175/5 175/5 175/11
176/6 176/25 181/4
181/16 195/21 195/24
196/16 196/22 197/5
198/12 202/17 205/9
228/24
Clare [4] 38/15 38/21
102/15 104/4
clarification [3] 62/18
116/16 185/13
clarified [4] 184/12
184/15 184/22 260/18
clarify [7] 18/4 19/14
23/19 27/18 114/22
212/19 244/11
clarifying [2] 22/1
239/16
Classic [1] 203/24
classification [1]
163/14
clear [19] 4/22 9/3
14/14 21/19 23/10
23/21 72/24 77/11 79/2
79/13 86/4 119/6 164/5
164/10 201/15 212/16
230/17 230/19 242/22
clearing [1] 99/17
119/22
clearly [3] 79/16
119/10 199/16
clerk [3] 1/18 3/6 5/18
client [11] 62/4 110/16
237/16 237/19 237/22
238/5 238/6 238/7
238/20 238/21 239/8
clinic [2] 133/21
252/10
clinical [1] 159/2
clinics [3] 74/8 74/19
252/12
clock [18] 6/12 34/7
34/10 35/19 59/4 64/12
78/4 92/18 92/21 92/25
101/2 154/2 154/4
227/10 233/18 238/1
239/13 239/14
close [7] 57/18 57/19
106/8 126/20 254/1

260/22 261/25
closed [8] 12/24 13/10
13/18 14/24 18/7 18/18
18/21 154/17
closed-door [6] 12/24
13/10 13/18 18/7 18/18
18/21
closely [1] 30/21
closing [1] 154/23
CMS [2] 107/14
107/19
co [5] 153/24 160/21
187/15 187/17 188/5
co-case [1] 160/21
co-counsel [1] 153/24
co-workers [3] 187/15
187/17 188/5
coaching [1] 34/22
code [1] 262/18
collar [3] 45/19 158/15
255/20
collateral [1] 34/20
colleague [2] 205/10
241/1
collectively [2] 51/13
132/25
column [4] 40/8 52/5
94/23 95/14
column G [1] 94/23
column U [1] 52/5
columns [2] 40/19
95/10
columns E [1] 95/10
combine [1] 252/19
come [41] 3/15 4/13
4/15 4/19 4/24 4/24 5/2
5/8 6/7 21/2 30/14 32/9
33/5 59/6 61/6 62/16
78/13 81/9 82/1 88/20
98/23 100/25 109/25
119/9 154/18 158/6
158/7 174/15 184/14
190/24 195/16 195/23
197/23 200/8 208/15
222/18 230/8 230/9
230/25 239/17 246/5
comes [4] 4/7 4/10
81/10 98/14 190/18
191/18 230/13
comfort [1] 184/11
comfortable [10]
14/17 17/24 94/24
132/8 167/25 186/19
188/13 191/15 191/16
204/13
coming [15] 26/15
30/10 33/4 59/13 80/20
81/16 81/17 81/25 82/6
186/21 189/8 208/24
228/19 230/15 252/8

comment [10] 54/5
108/6 108/15 108/17
108/19 108/20 144/22
150/13 247/20 247/22
commentary [2] 203/1
229/4
comments [1] 203/8
committed [4] 162/24
192/23 192/23 192/24
committee [1] 177/23
committing [1] 155/4
commonly [1] 5/3
communicate [3]
235/22 262/5 262/17
communicated [2]
49/3 49/7
communication [6]
146/3 162/1 162/2
162/22 238/11 238/25
communications [8]
9/12 199/10 199/16
199/25 237/23 238/9
238/14 238/23
compact [2] 258/17
260/4
compacted [1] 223/17
company [4] 163/12
198/18 200/25 233/2
comparable [2]
247/24 248/5
compelling [1] 99/6
competing [1] 221/15
complain [1] 148/17
complainant [1] 46/6
complaining [2] 209/9
220/24
complaint [17] 42/9
42/14 43/4 121/8
164/22 164/25 180/5
197/15 205/19 206/1
210/8 214/11 214/15
215/4 220/21 228/25
261/2
complaints [10]
120/22 120/22 121/1
124/18 124/20 125/15
142/16 145/3 158/4
221/2
complete [4] 174/17
176/7 205/8 259/1
completed [1] 140/17
compliance [2] 188/7
188/8
comply [1] 100/6
compound [2] 18/13
244/1
computer [13] 1/22
16/23 16/25 17/4 17/8
17/20 17/23 18/11
18/22 19/2 63/2 69/21

**C**

computer... [1] 97/24
Computer-aided [1]
1/22
computers [2] 17/14
85/1
concede [1] 218/18
conceivably [1]
206/17
concern [1] 191/22
concerned [6] 4/21
37/17 37/18 97/16
241/24 257/19
concerning [1] 107/15
concerns [1] 187/10
concession [1] 218/23
conclusion [5] 203/1
205/14 208/9 208/16
209/20
conduct [2] 128/11
161/16
conducted [2] 84/10
84/20
conducting [1] 45/1
confer [3] 153/24
154/1 234/13
conference [9] 27/1
120/5 156/16 174/19
230/19 234/6 234/22
234/23 264/10
conferring [1] 154/6
confidence [1] 213/3
confident [4] 28/12
28/14 76/22 204/16
confidential [2] 111/8
197/17
confirmation [1] 139/8
confirmed [1] 186/4
confirms [2] 139/12
163/8
conformance [1]
264/10
confronting [1]
187/18
connected [6] 17/5
223/19 224/12 224/13
224/18 224/19
consecutive [1]
129/21
consent [3] 182/18
182/20 182/24
Consequently [1]
228/25
Conservatively [1]
161/3
consider [7] 24/18
24/19 46/10 98/4 118/9
177/6 231/4
considered [4] 24/22
45/1 55/23 166/20

consisted [1] 16/12
consistent [4] 220/8
223/22 225/14 229/19
constantly [1] 186/7
constrained [1]
163/22
cont [3] 2/5 2/6 7/1
contact [6] 30/23 53/4
56/3 171/3 196/11
199/23
contacted [1] 129/19
contained [1] 202/19
containers [1] 4/4
contemporaneous [1]
42/23
contents [2] 33/19
33/21
continue [7] 44/25
47/21 80/8 82/13 101/3
169/7 192/9
CONTINUED [1] 1/9
continuing [1] 47/19
contract [1] 198/19
contractor [7] 174/11
175/9 196/23 198/18
198/20 207/1 207/6
contractors [2] 196/12
198/13
contradictory [1]
184/3
contrary [4] 42/18
122/7 122/13 122/20
Control [1] 165/18
controlling [1] 255/5
conversation [9]
26/13 26/16 28/10
28/13 182/7 182/10
183/2 183/14 183/25
conversations [2]
84/15 152/21
conversing [1] 68/4
conveyed [1] 26/21
conviction [2] 206/3
248/17
COO [2] 90/11 90/13
cool [1] 159/18
coordinated [1]
213/13
copied [16] 10/17
10/19 28/19 54/14
64/22 95/8 107/2
140/20 140/20 146/7
148/2 148/6 148/9
148/14 151/24 152/20
copier [1] 140/21
copies [7] 112/7
112/11 112/14 133/5
147/9 234/15 260/11
copy [11] 29/22 30/1
67/24 70/3 70/5 70/11

111/22 127/6 140/4
146/13 237/13
copying [3] 22/17
219/12 219/16
core [7] 32/7 55/2
55/11 55/12 55/17
150/15 150/20
corporate [1] 193/23
correct [97] 9/22 10/7
12/18 12/19 13/1 15/24
17/6 17/10 17/17 19/1
19/5 19/5 22/9 22/12
24/5 24/15 25/8 31/6
32/14 38/12 38/16
38/19 39/1 39/3 40/4
41/13 44/17 46/22 49/9
49/14 49/20 49/21 50/1
56/24 57/2 60/1 75/25
84/18 85/13 89/22 90/1
90/3 90/5 90/7 95/8
96/5 106/17 109/23
110/9 110/10 110/14
112/21 112/24 113/4
113/11 113/15 116/13
125/8 125/10 125/14
126/17 126/18 131/2
133/9 133/22 135/14
135/18 135/19 135/23
135/24 136/13 138/4
138/5 139/14 142/10
145/21 154/25 155/6
155/7 155/7 156/7
164/18 200/12 213/20
213/20 218/20 220/1
220/1 232/2 235/14
240/3 241/20 249/9
249/17 252/13 252/17
264/7
correctly [3] 13/24
14/8 258/10
corroborate [2]
180/25 253/12
corroborated [2]
181/20 211/21
corroborating [3]
156/23 187/15 213/2
could [61] 4/24 6/19
8/25 14/2 16/20 21/21
42/24 65/13 68/9 71/14
71/25 72/1 72/10 75/2
76/11 76/11 88/9 92/18
97/2 102/4 118/6
120/10 121/9 137/16
139/10 142/1 153/8
153/18 153/22 156/8
156/9 167/23 168/17
178/24 180/25 181/20
182/7 186/15 192/1
202/8 203/12 204/6
204/6 204/7 204/17

215/2 215/7 224/3
225/12 226/11 230/5
234/12 235/25 253/16
258/8 258/15 258/16
258/17 259/1 259/2
260/11
couldn't [10] 19/6
154/24 183/16 199/11
202/15 211/18 211/18
236/13 244/9 252/14
counsel [41] 3/3 13/14
78/23 79/8 92/13 99/23
100/1 141/9 146/12
153/24 154/1 154/6
163/21 163/23 164/3
199/14 203/3 214/10
217/2 223/6 229/5
232/3 236/16 237/14
242/10 242/16 242/19
243/12 243/23 243/24
243/25 244/7 244/16
245/5 245/5 245/10
245/11 246/10 246/13
246/22 262/5
counsel's [1] 238/24
count [5] 40/5 52/14
106/15 126/2 126/16
counted [4] 51/12
51/13 51/19 55/3
Counts [1] 228/24
Counts 21 [1] 228/24
couple [9] 47/25 57/15
118/3 120/10 130/2
147/21 168/23 189/3
226/22
course [4] 116/4 180/3
180/4 232/1
court [20] 1/1 3/5 4/6
57/7 57/10 92/1 96/20
97/2 97/2 112/3 118/2
118/14 161/6 164/15
192/7 192/19 193/12
230/16 262/18 264/5
Court's [8] 37/21
145/25 153/23 155/8
206/18 228/1 228/20
229/4
courthouse [1] 120/7
courtroom [12] 92/11
92/13 99/17 118/5
119/6 119/22 243/13
243/16 244/18 244/21
246/11 246/16
courts [1] 158/8
Covahey [3] 187/20
188/11 211/1
cover [7] 19/15 150/25
189/23 190/4 190/14
192/14 249/22
covered [8] 11/8 12/20

13/3 27/10 43/8 94/15
95/13 156/16
covers [3] 189/18
189/20 189/22
CP5 [1] 108/8
CPS [1] 108/8
Cramer [8] 24/14
24/15 24/16 25/6
105/25 106/1 188/7
188/11
created [5] 51/10
51/11 226/24 236/10
236/12
creates [1] 104/17
credibility [4] 188/4
188/13 220/11 229/20
crime [11] 16/5 16/7
16/8 16/9 115/2 158/16
192/22 193/4 248/14
255/21 255/22
crimes [2] 178/1
255/10
criminal [17] 33/6
45/20 56/16 56/22
120/7 161/9 161/16
165/20 207/12 220/5
220/15 229/2 244/19
246/12 247/12 247/15
247/25
crisis [1] 159/6
critically [2] 110/23
111/4
criticized [1] 64/16
criticizing [1] 208/15
cross [7] 2/6 92/7
96/17 115/7 155/21
158/8 178/8
cross-examination [3]
115/7 155/21 158/8
Cross/Blue [1] 178/8
CRR [2] 1/23 264/16
crunching [1] 174/6
CS [2] 197/14 197/17
CS1 [4] 197/11 197/17
197/20 197/21
current [1] 188/5
currently [1] 192/23
custody [1] 115/16
customer [15] 120/22
120/22 121/1 121/7
124/18 124/20 124/23
125/1 125/2 142/16
145/3 155/14 220/21
221/2 221/8
customers [6] 47/16
47/18 125/24 156/13
156/22 220/24
Customs [1] 49/4
cut [1] 76/6
cuts [1] 105/12

**C**

cv [1]  1/5

**D**

D.M [2]  136/15 136/15
D.S [3]  121/3 138/19
142/21
D.W [1]  137/20
daily [1]  190/8
damages [5]  156/18
230/9 230/14 232/22
232/23
Dan [2]  89/21 89/22
Dansbury [1]  111/3
dark [1]  84/13
darn [1]  215/11
data [13]  8/4 142/17
145/5 155/14 174/23
175/1 175/5 175/6
175/11 176/6 176/25
204/23 205/4
date [22]  19/3 19/17
25/10 25/10 40/9 40/12
43/3 113/21 113/22
115/19 123/22 123/24
127/2 127/4 127/10
134/16 136/2 168/15
168/16 175/6 182/21
230/10
dated [15]  8/22 25/3
25/5 36/11 36/12 39/16
43/12 61/16 83/1 89/17
123/13 123/18 179/25
201/10 264/12
dates [5]  35/7 35/8
195/19 216/2 216/3
day [45]  1/3 7/7 42/11
42/19 43/5 44/20 48/8
84/8 105/10 105/20
105/22 105/25 106/2
106/3 107/25 110/5
110/9 114/13 121/21
127/12 129/5 129/19
129/24 154/22 159/12
159/16 159/17 177/12
183/8 190/7 214/10
217/3 217/13 217/25
218/21 220/16 230/22
246/8 251/15 252/9
252/20 257/3 260/21
262/20 264/12
days [18]  27/1 27/12
95/11 121/18 121/24
122/3 122/5 128/5
129/21 130/2 130/7
147/21 154/23 166/12
182/12 190/23 218/11
218/19
deal [11]  6/6 54/1
54/11 55/7 55/16 98/24

116/24 119/10 130/18
174/19 198/10
dealing [2]  53/2 54/6
debates [1]  58/25
decade [2]  57/16
57/19
December [19]  8/4
12/12 12/15 12/19 13/6
13/11 13/19 13/24 14/1
14/2 14/4 14/10 17/18
18/10 24/1 136/2
212/22 253/18 253/24
December 11 [1]  8/4
December 12th [2]
13/6 14/4
December 2012 [10]
12/15 12/19 13/19 14/2
17/18 18/10 24/1
212/22 253/18 253/24
December 31st [2]
12/12 14/1
December 7 [1]  136/2
deceptive [2]  218/10
218/17
decide [2]  5/20 231/3
decided [1]  115/3
decision [4]  114/18
145/17 145/18 231/4
declined [1]  249/19
Defendant [2]  1/14
81/15
Defendant's [1]  43/20
Defendants [1]  1/7
defense [18]  89/1
161/24 163/1 165/19
172/1 172/3 180/9
180/12 185/8 185/22
220/18 227/1 229/23
231/5 232/21 233/20
243/3 246/10
defensive [1]  157/23
defer [1]  231/9
definitely [1]  226/13
definitive [1]  230/2
defrauded [2]  163/17
178/9
defying [1]  130/8
degree [1]  157/13
delegate [2]  53/1
184/6
delegated [3]  37/5
52/20 53/24
delete [3]  99/20
100/21 180/1
deleted [1]  248/22
deleting [1]  249/2
deliver [5]  189/24
189/25 190/2 210/23
252/15
delivered [10]  36/7

36/9 110/20 156/2
156/6 156/9 166/7
183/15 190/8 201/13
delivery [24]  110/15
112/8 112/17 113/1
113/6 183/2 183/14
210/23 211/17 211/21
219/9 219/19 219/21
219/22 220/2 220/17
242/8 242/12 242/15
242/17 242/21 243/7
243/13 244/7
demanded [2]  250/2
250/5
demonstrative [1]
170/8
demoted [2]  212/22
253/18
Dennis [28]  16/13
19/20 20/21 25/17 42/6
42/14 42/22 43/13
46/11 64/21 66/20
82/15 85/10 87/11
89/17 90/4 90/13 180/5
187/21 188/12 195/18
197/12 209/24 248/21
256/10 256/19 256/25
261/5
Dennis Tokofsky [2]
46/11 187/21
denying [2]  228/21
230/20
depended [1]  191/12
depending [1]  24/2
deposition [5]  149/22
150/2 150/18 151/1
151/7
deputy [1]  178/1
DeQuasie [1]  5/23
describe [4]  101/24
158/10 160/13 189/17
described [6]  32/25
33/2 83/12 94/8 119/14
196/4
describing [1]  101/20
description [1]  189/15
deserves [1]  98/11
desk [2]  69/23 178/10
desktop [1]  69/23
Despite [1]  122/24
destroyed [17]  114/8
114/18 115/3 115/5
115/8 115/21 116/10
116/13 117/11 117/12
241/24 242/9 242/12
242/21 243/1 244/25
245/22
destruction [5]  114/3
241/17 242/5 243/21
246/21

detailed [4]  131/14
170/21 214/11 239/10
determine [1]  197/1
determined [1]  128/2
determining [1]  156/1
device [2]  182/6 183/5
DHHS [1]  56/16
DHHS-OIG [1]  56/16
did [249]  5/13 5/22 6/7
6/7 8/21 10/4 13/24
18/9 19/15 21/11 22/14
25/9 25/22 26/19 26/20
27/8 30/12 30/14 35/5
36/23 36/25 36/25 37/3
41/6 41/16 43/17 44/9
44/23 45/2 45/13 45/16
48/18 48/22 49/12
49/21 52/11 52/15
54/14 55/3 56/15 56/20
56/21 58/8 62/7 63/23
67/10 67/10 69/8 69/20
70/11 70/20 71/2 76/7
76/8 76/9 78/15 78/17
81/1 82/2 87/3 96/23
102/3 102/25 103/1
111/16 111/21 111/23
112/11 112/14 112/19
112/22 115/15 122/11
124/13 124/16 126/10
131/19 139/24 142/24
146/3 151/4 156/11
157/3 157/11 157/12
157/18 158/5 158/21
159/1 159/10 159/23
159/24 159/24 159/25
160/1 161/8 161/11
161/16 161/19 164/11
165/17 166/5 166/11
166/12 167/4 167/16
168/2 168/13 169/6
169/7 169/19 170/22
171/2 172/7 172/8
172/10 172/12 172/20
173/16 176/24 178/18
179/6 179/12 179/13
179/17 179/18 180/4
180/4 180/6 180/7
180/19 180/22 181/22
182/1 182/2 182/12
183/3 183/5 183/9
183/12 183/21 184/7
184/14 184/18 185/1
185/3 185/19 185/21
186/10 186/11 186/16
186/17 186/19 186/24
187/2 187/4 187/10
187/12 188/14 188/15
189/2 189/11 189/18
189/19 190/19 190/21
191/24 195/5 195/7

195/9 195/11 195/22
197/8 197/23 198/23
199/3 199/21 199/25
200/2 200/15 200/15
200/23 201/18 201/22
201/25 202/8 204/10
204/21 205/13 206/5
206/10 206/12 207/8
207/10 207/12 207/18
209/13 209/15 210/5
210/7 210/8 210/18
216/16 218/13 218/16
219/9 219/19 220/2
220/4 220/4 220/17
221/2 221/4 221/7
222/18 223/5 223/10
223/25 224/24 225/7
226/17 235/13 235/21
236/1 236/2 241/17
241/25 243/24 245/5
245/17 245/19 248/17
248/18 248/24 249/7
250/8 250/16 251/20
252/23 253/2 253/8
253/11 254/7 257/10
258/1 258/2 258/12
260/3 261/3
didn't [144]  10/24
12/22 17/3 17/15 19/16
25/21 25/23 27/3 27/13
28/8 28/10 31/18 34/15
35/15 41/18 41/18 42/2
44/21 44/24 45/5 45/15
46/17 51/3 52/11 52/14
52/22 54/13 54/16 55/1
59/14 60/24 61/19 62/8
62/10 70/11 72/10
75/12 75/13 76/18
76/18 86/18 87/2 98/10
98/15 98/15 102/23
103/5 104/19 104/21
105/1 124/11 124/14
124/15 126/7 126/15
129/4 139/22 140/21
142/15 150/6 151/20
151/23 152/9 156/24
157/2 169/2 172/7
173/2 179/3 179/21
180/3 182/21 183/22
184/7 189/12 190/16
190/24 191/15 191/16
196/11 197/25 207/8
207/9 208/3 208/6
210/4 210/19 211/8
211/12 212/8 212/19
212/23 214/5 216/24
226/15 226/18 228/7
228/14 229/17 230/1
230/1 233/6 233/6
235/11 235/24 236/1

**D**

**didn't... [38]** 241/17
242/10 243/22 243/23
245/3 245/5 245/10
245/11 246/17 246/18
246/19 246/20 246/21
250/16 250/24 251/2
252/23 253/2 253/4
255/24 256/10 256/15
256/20 256/22 257/1
257/12 257/18 258/6
258/20 258/21 258/25
259/19 259/20 259/22
259/24 260/2 261/5
262/4

**difference [4]** 51/23
151/2 242/9 247/19

**different [28]** 15/25
18/8 30/15 32/10 44/11
44/22 45/6 45/14 45/24
46/23 53/18 53/19 58/1
61/10 62/20 62/21
76/14 82/8 88/17
110/15 158/3 164/16
198/18 198/21 199/22
239/3 244/9 254/14

**differently [3]** 16/21
27/17 151/20

**difficult [2]** 196/25
236/20

**digit [2]** 45/15 256/21

**DiPietro [10]** 55/17
55/23 102/18 103/8
103/20 103/20 165/21
173/1 173/12 173/20

**direct [13]** 2/6 7/1 46/8
79/8 155/19 196/11
199/23 203/4 208/3
210/14 212/21 216/12
220/20

**directed [1]** 216/13

**direction [3]** 130/14
130/17 239/3

**directly [2]** 42/18 46/4

**disagree [5]** 17/21
45/23 98/19 130/11
130/13

**disagreement [3]** 3/21
6/8 205/14

**disappear [1]** 211/3

**disappearing [1]**
187/16

**disciplined [1]** 63/14

**disclosed [4]** 33/2
34/2 35/3 215/1

**disclosure [1]** 91/25

**disconnect [1]** 129/20

**Discount [1]** 162/25

**discovered [2]** 44/10
44/24

**discovery [9]** 33/2
44/1 100/11 219/3
247/13 247/14 247/15
247/24 248/2

**discuss [7]** 86/13
86/20 86/21 169/15
171/9 171/15 262/7

**discussed [9]** 90/23
149/6 166/1 166/18
171/13 198/5 198/7
198/23 230/5

**discussing [1]** 196/11

**discussion [12]** 27/21
28/5 78/10 131/9
156/14 171/10 176/18
191/14 196/21 226/15
226/18 227/5

**discussions [2]**
194/21 233/1

**disks [2]** 258/17 260/4

**dislike [1]** 161/17

**dismiss [1]** 246/20

**dismissed [3]** 117/12
243/20 244/8

**dismissing [1]** 245/17

**display [2]** 118/4
140/6

**dispute [1]** 150/10

**disputed [3]** 234/15
234/20 262/14

**disputes [1]** 100/11

**disputing [2]** 151/9
243/10

**disregard [1]** 54/2

**DISTRICT [4]** 1/1 1/1
264/5 264/6

**diving [1]** 178/25

**DIVISION [1]** 1/2

**divvied [1]** 69/17

**divvy [1]** 69/20

**do [234]** 8/21 11/8
15/3 18/6 19/8 20/3
20/9 21/19 21/20 21/22
25/3 26/18 27/6 30/10
35/16 37/5 37/13 42/8
42/10 44/4 46/10 47/17
47/19 47/24 48/2 48/10
48/18 49/21 51/23 53/1
54/8 55/16 55/18 55/18
55/18 59/8 61/2 64/23
66/2 66/24 67/2 68/18
72/11 72/11 72/17
76/11 77/1 81/16 83/3
83/5 83/7 83/11 84/4
84/6 87/13 91/21 92/3
92/17 95/10 97/2 99/11
99/12 99/13 100/13
100/19 100/24 103/23
105/14 108/6 109/8
112/6 113/21 113/22

116/15 116/19 117/14
118/11 116/21 119/12
120/12 120/13 120/20
121/1 121/3 121/8
122/11 123/1 123/1
127/21 128/23 129/3
129/4 129/12 130/13
131/20 132/4 133/2
135/8 136/17 136/19
138/12 138/13 139/4
140/2 140/6 143/7
143/11 144/19 145/2
146/15 146/19 147/5
147/25 148/18 149/24
150/24 152/1 157/23
157/24 158/1 158/3
158/5 158/6 159/18
160/5 160/15 162/12
162/12 162/13 162/17
163/22 165/14 167/11
168/12 169/23 171/5
171/22 172/17 174/16
176/9 184/4 184/7
184/18 185/1 185/3
185/16 188/25 189/18
189/19 189/20 190/16
191/2 191/3 195/9
196/3 202/4 202/22
203/18 205/1 205/7
205/8 208/12 209/6
209/25 210/17 210/18
213/11 213/14 213/18
214/2 214/11 214/21
216/14 216/15 217/2
217/3 217/12 217/19
217/24 218/11 219/2
219/15 220/21 221/23
222/9 222/15 223/7
223/12 223/14 225/4
225/10 225/22 226/1
226/5 229/17 229/18
230/22 231/12 232/8
232/19 234/11 234/12
235/21 236/20 236/21
236/24 237/2 237/4
237/5 237/17 237/20
238/17 241/18 243/6
243/14 243/23 245/5
245/10 245/10 245/11
245/12 246/1 247/14
247/14 248/1 251/15
251/19 254/12 256/1
256/12 261/19 262/22
263/3 264/6

**doable [1]** 118/25

**doctors [1]** 159/1

**document [41]** 36/5
59/5 59/15 60/16 63/3
64/20 65/16 79/22
79/24 81/9 81/25 83/6

88/19 90/22 93/25
94/17 94/22 94/24 95/2
95/7 96/22 102/17
105/16 109/17 109/25
114/3 118/7 118/24
143/14 144/8 145/24
161/25 163/8 163/23
164/1 164/12 192/18
232/15 241/17 245/25
260/5

**documentation [3]**
81/14 194/23 195/4

**documented [2]** 37/16
250/17

**documents [29]** 79/16
84/21 84/24 87/17 93/5
94/16 97/25 110/13
110/23 111/13 113/9
114/18 117/7 164/3
165/9 166/10 219/13
221/24 226/23 233/24
242/24 243/5 243/21
243/22 244/25 259/10
259/19 259/25 260/3

**does [31]** 4/23 53/17
59/7 59/8 61/12 65/14
66/7 94/4 94/19 116/25
127/9 129/8 141/3
141/25 145/7 174/23
192/16 195/16 198/16
200/8 205/25 206/3
213/21 213/21 225/17
228/5 228/10 229/10
246/23 255/6 256/7

**doesn't [38]** 59/6
59/17 60/10 62/3 62/14
63/3 63/16 64/4 66/8
78/12 78/13 78/14 81/6
89/8 89/13 104/14
104/16 106/15 118/19
141/1 141/2 141/18
141/23 142/6 143/16
143/20 148/12 190/11
191/20 191/23 228/13
229/6 231/12 238/22
239/5 245/17 255/4
255/22

**doing [31]** 5/22 17/25
24/10 38/4 57/22
122/10 123/4 130/3
130/3 130/25 140/3
141/4 147/9 159/18
159/19 170/20 171/10
174/20 179/3 187/8
188/1 188/3 188/19
197/4 198/11 201/4
215/22 216/4 217/23
228/17 246/8

**dollar [2]** 9/8 187/6

**dollars [1]** 9/21

**dollars' [1]** 232/23

**Don [1]** 90/6

**don't [228]** 3/14 3/15
3/21 5/16 5/19 6/8 8/23
10/20 10/25 11/17
11/17 11/19 13/9 15/5
15/9 15/21 25/12 25/12
25/16 25/19 25/20 26/5
26/5 26/6 26/6 26/13
26/15 27/24 28/2 28/12
28/22 28/24 29/2 30/7
30/9 33/15 33/17 33/19
33/25 34/1 34/4 34/4
34/25 35/11 35/14
35/25 38/22 38/22
38/23 54/8 56/6 56/9
56/19 57/23 58/5 58/12
58/16 58/17 59/11
61/22 62/11 62/23
63/15 64/15 64/18
66/10 66/21 66/23
67/24 68/12 69/12
71/11 81/5 82/19 87/20
87/21 87/24 88/1 88/3
88/8 88/9 88/17 88/21
89/1 92/17 94/6 95/1
97/6 97/21 97/23 98/4
101/9 101/11 102/9
103/16 104/19 105/1
105/16 106/1 106/18
108/11 110/1 112/18
113/11 113/12 113/13
113/16 113/18 113/18
113/23 114/12 114/15
115/22 116/14 116/18
116/20 116/23 117/2
119/21 120/12 120/23
122/3 122/3 122/10
122/16 126/2 127/1
131/22 134/7 134/13
140/11 140/12 142/10
142/18 142/19 142/22
144/7 144/16 145/24
149/20 149/20 150/18
150/25 151/6 151/24
152/17 153/18 165/1
168/3 169/3 169/24
170/5 170/6 175/14
176/2 176/24 177/2
177/2 186/22 190/12
190/13 191/15 195/1
195/17 195/18 196/20
204/9 206/17 209/2
211/23 212/3 212/9
215/23 216/7 216/8
216/23 218/13 219/13
219/22 220/8 227/12
229/13 230/10 231/11
235/5 235/6 235/13
235/15 235/17 237/16

**D**

**don't... [38]** 237/19
238/17 238/24 239/24
240/1 240/13 245/9
245/12 247/9 247/12
247/19 247/22 248/3
248/4 248/6 248/12
248/24 249/2 250/19
251/12 251/20 251/21
251/25 251/25 252/2
252/2 252/21 253/10
253/10 253/11 253/16
253/16 253/19 257/4
260/5 261/13 262/7
262/25
**done [37]** 3/18 12/12
14/1 14/2 23/1 37/24
38/10 54/1 54/12 69/11
77/20 81/6 81/6 121/24
139/15 148/11 153/24
153/24 155/9 161/4
161/5 166/2 166/13
167/10 167/25 170/18
175/4 175/19 176/8
179/23 181/1 184/12
186/15 187/19 194/6
204/1 204/18
**door [14]** 12/24 13/10
13/18 18/7 18/18 18/21
104/10 203/3 203/10
211/6 211/10 212/2
212/11 241/8
**doubt [2]** 198/24
199/3
**doubts [1]** 200/3
**down [36]** 3/20 5/17
13/12 17/7 17/10 19/11
26/24 27/1 44/4 46/3
63/16 80/7 84/12 84/13
96/6 96/9 105/12 118/5
127/4 145/11 149/10
149/14 165/1 165/4
169/4 170/1 190/1
190/19 190/22 190/22
190/25 193/17 201/7
249/19 257/5 261/9
**download [1]** 68/6
**downloaded [1]**
183/10
**dozen [1]** 160/8
**dozens [1]** 160/7
**Dr. [3]** 133/19 138/10
138/13
**Dr. Myer [1]** 138/13
**Dr. Shivani Myer [2]**
133/19 138/10
**draft [22]** 26/12 26/25
26/25 63/8 63/11
120/21 142/15 142/20
143/1 144/4 160/15

167/15 167/17 167/18
168/6 168/14 168/15
168/16 168/24 171/11
189/20 260/9
**drafted [5]** 36/15 41/5
160/18 258/9 259/3
**drafting [20]** 21/18
21/21 41/9 75/4 141/22
145/8 167/8 167/10
167/14 171/8 172/19
172/22 172/23 178/20
179/11 188/25 190/18
190/20 196/12 200/21
**drafts [7]** 38/14 42/1
63/9 68/14 120/21
120/24 160/23
**draw [2]** 164/4 230/10
**dream [1]** 159/17
**dress [1]** 262/18
**drive [2]** 69/13 69/16
**driver [2]** 253/2 253/8
**drivers [8]** 251/23
252/2 252/4 252/8
252/14 252/16 252/23
253/4
**dropped [1]** 40/23
**dropping [1]** 213/17
**Drucker [1]** 162/5
**drug [13]** 8/8 9/20
14/25 15/2 15/4 15/6
15/7 15/8 15/16 15/19
126/10 126/17 210/24
**drugs [36]** 8/17 8/19
9/8 9/17 9/20 10/13
10/23 11/2 11/16 11/18
11/23 12/1 12/1 12/3
15/11 15/23 46/2 47/19
48/11 48/12 74/22
107/16 154/19 154/21
154/24 156/2 156/4
156/9 176/15 195/22
201/13 201/15 211/22
211/23 223/14 224/15
**dump [7]** 26/19 26/20
27/5 27/6 27/20 30/9
190/23
**dumped [1]** 27/12
**dumping [1]** 242/24
**dumpster [19]** 126/24
127/3 127/17 129/18
129/22 129/24 129/25
130/6 132/16 132/18
139/10 178/25 222/22
222/25 223/1 223/2
223/4 223/5 254/19
**dumpster-diving [1]**
178/25
**during [44]** 11/22
24/13 25/9 30/16 37/9
55/22 75/14 76/2 77/11

83/15 85/5 86/8 87/17
90/16 90/18 91/1 92/19
93/4 102/1 147/19
150/2 157/22 158/9
159/5 159/10 171/12
174/20 174/25 175/2
184/1 186/20 186/24
196/18 197/8 242/1
242/22 243/13 244/18
245/4 246/12 251/22
252/7 254/7 261/6
**duty [1]** 53/21
**dwell [1]** 35/16
**Dyke [3]** 64/21 89/25
162/25
**Dykes [13]** 50/14 51/7
53/6 54/15 54/25 55/10
55/11 55/23 171/2
171/16 173/6 173/14
173/19

**E**

**each [16]** 3/5 17/1
17/4 53/2 61/5 71/15
100/3 166/6 179/10
179/15 191/2 194/10
195/4 198/17 198/20
201/12
**earlier [14]** 21/13
21/15 21/16 27/20
32/11 42/1 81/8 107/7
127/13 229/13 232/8
234/6 241/19 254/3
**earliest [6]** 47/7 67/23
93/13 102/18 143/1
143/11
**early [14]** 14/24 17/7
19/11 21/4 21/18 29/7
29/8 72/14 110/11
151/10 167/15 169/8
208/8 253/5
**easier [4]** 108/3 109/8
154/1 224/16
**easiest [2]** 76/23 77/1
**easily [3]** 88/19
139/10 223/4
**East [1]** 102/3
**Eastern [9]** 82/16
82/17 84/16 85/6
101/12 101/20 102/5
153/6 153/12
**Easterners [1]** 255/4
**easy [2]** 69/18 167/11
**ECF [7]** 9/4 83/6 108/3
108/4 109/18 124/18
228/21
**ECF-338 [1]** 228/21
**edit [3]** 108/20 109/10
168/3 169/4
**edited [1]** 221/5

**Edits [1]** 109/13
**education [1]** 157/9
**effect [8]** 5/2 5/4 28/13
210/25 212/15 240/24
242/11 242/15
**effectively [2]** 241/14
256/19
**efficiency [1]** 51/11
**efforts [1]** 228/16
**eight [1]** 182/9
**eight hours [1]** 182/9
**EISER [12]** 1/16 2/6
60/1 80/19 155/19
209/7 212/12 225/23
228/9 228/10 237/17
237/21
**either [15]** 24/1 27/20
31/7 32/17 33/17 56/14
74/24 83/12 112/22
113/14 126/7 154/21
174/25 183/7 219/21
**electronic [4]** 162/1
162/2 162/22 183/10
**electronically [1]**
147/9
**elements [1]** 228/23
**Eleven [1]** 88/5
**Eleven years [1]** 88/5
**elicited [1]** 246/11
**eligible [1]** 206/14
**ELMO [1]** 131/21
**else [13]** 3/22 47/16
67/17 86/11 112/10
117/8 126/9 162/7
166/14 167/8 173/13
177/2 211/7
**else's [3]** 88/14 167/12
168/10
**email [136]** 7/13 7/17
7/22 10/22 10/25 15/24
21/19 21/22 22/14
25/25 26/1 27/5 28/19
28/21 28/24 29/14
29/19 30/8 30/13 47/4
47/7 47/12 47/13 48/5
50/11 50/14 50/25 52/9
52/11 52/12 54/13
54/15 54/16 55/10
55/11 61/20 62/24 65/4
66/18 66/23 66/24 67/2
67/20 67/20 67/23
67/24 68/4 68/6 68/23
69/14 70/9 70/24 71/3
71/7 71/11 71/12 71/15
72/10 72/14 72/18
72/24 73/6 73/20 75/24
75/25 76/8 76/12 76/20
77/7 77/8 77/9 77/12
77/14 77/24 78/15 79/3
79/15 80/1 80/16 80/16

82/2 86/8 86/12 86/18
86/21 87/2 87/11 87/20
87/21 88/2 88/4 88/7
88/8 88/14 89/17 90/15
90/17 90/18 91/1 93/10
93/21 95/2 95/6 102/18
103/8 103/18 104/16
104/19 104/20 104/24
106/23 108/22 109/21
109/23 123/15 126/5
142/25 143/1 143/11
146/7 148/2 148/7
148/9 148/14 149/17
150/1 152/20 168/17
171/13 179/10 179/15
179/21 180/1 190/24
196/20 212/24
**emailing [2]** 47/21
144/1
**emails [56]** 9/12 10/17
10/19 21/8 27/13 50/12
60/7 60/8 61/5 62/19
63/8 63/10 63/10 64/6
66/14 67/14 68/6 68/7
68/10 68/15 68/19 69/6
69/17 70/1 70/20 71/17
72/9 73/2 74/25 75/6
75/15 76/4 76/9 76/10
76/16 76/24 77/21
79/21 80/13 80/15 81/1
87/2 103/14 153/5
153/11 153/16 167/18
168/15 179/6 179/17
179/24 179/25 180/2
248/20 248/22 249/2
**Emmorton [13]** 12/8
12/14 14/3 14/9 14/23
16/14 17/7 18/1 19/10
19/24 37/10 193/19
193/21
**employed [1]** 116/1
**employee [10]** 24/21
178/8 197/16 214/17
214/24 215/20 216/17
219/10 237/23 238/8
**employees [11]** 82/17
84/16 85/7 153/6
153/12 179/7 188/5
208/8 208/15 210/23
222/24
**employment [1]** 116/4
**empty [1]** 141/19
**encounter [1]** 204/21
**end [12]** 7/7 8/10
19/16 36/20 44/11 66/3
70/17 124/20 191/25
229/11 231/24 236/22
**ended [8]** 19/3 22/17
63/10 66/19 73/5
145/16 145/19 221/6

**E**

ending [1] 140/10
enforcement [4] 49/4
56/16 72/15 175/20
engage [1] 182/10
engaging [1] 200/24
enjoyed [1] 159/15
enough [5] 23/5 35/17
55/6 139/15 213/1
entered [2] 97/25
230/16
enters [1] 120/18
entire [1] 239/14
entitled [2] 1/9 264/9
episode [1] 241/23
episodes [1] 209/6
Erica [4] 68/2 68/3
68/8 72/7
erroneous [1] 53/20
especially [5] 87/18
168/4 168/7 169/1
230/19
ESQUIRE [5] 1/13
1/13 1/15 1/15 1/16
essentially [1] 127/16
established [7] 50/6
77/4 90/23 92/24 93/3
101/5 115/4
estimate [2] 204/24
218/4
estimated [2] 204/2
204/4
estimation [1] 178/13
ET [1] 1/6
evaluation [8] 34/13
61/16 61/18 65/10
65/20 66/4 78/21
209/18
evaluations [4] 212/20
229/21 231/24 232/4
250/17
Eve [3] 201/6 249/24
250/17
even [28] 11/1 26/14
28/17 38/5 38/6 41/25
54/17 75/10 80/24
98/21 106/15 118/24
148/6 170/19 177/2
180/1 202/8 205/3
210/23 213/7 229/10
229/13 230/23 232/6
235/15 250/19 250/21
253/8
evening [2] 129/19
263/6
event [1] 163/9
events [2] 37/9 128/3
eventually [4] 62/16
156/12 162/13 165/7
ever [20] 48/22 49/10
56/20 81/5 112/16

112/25 113/9 113/13
161/6 161/13 169/19
171/16 177/17 186/8
196/20 198/9 198/24
216/9 216/12 241/4
every [16] 17/22 86/18
87/2 140/12 158/14
159/12 159/16 159/17
183/8 194/18 209/15
220/16 252/8 252/9
260/5 260/11
everybody [13] 31/20
52/20 72/9 76/10 86/14
88/9 105/13 166/14
168/15 168/24 169/4
178/14 178/15
everybody's [4] 77/14
168/11 168/13 171/9
everyone [1] 92/13
everything [14] 26/21
53/1 133/4 133/13
136/7 160/20 160/20
160/23 169/3 187/14
191/7 229/18 256/15
261/5
evidence [76] 5/16 6/9
16/6 16/10 16/12 20/2
20/4 20/6 20/8 20/11
20/15 20/18 20/20
33/20 50/9 60/4 80/8
80/11 81/3 82/25 83/1
89/11 97/25 98/17
106/19 111/5 113/19
113/23 114/8 119/8
127/7 131/24 132/14
132/24 133/1 140/2
142/13 143/15 146/2
152/18 153/17 161/23
170/6 176/16 176/18
180/10 184/3 185/23
192/22 193/4 194/4
201/15 206/18 207/11
211/15 214/20 220/6
225/2 225/19 230/2
230/6 230/6 230/14
232/7 233/3 234/2
234/7 234/23 236/11
236/17 241/16 243/5
249/25 254/15 254/17
255/22
evident [1] 240/19
evidentiary [4] 34/8
58/25 88/16 228/25
exact [3] 122/4 127/10
255/1
exactly [6] 12/16
97/22 115/8 129/2
192/6 251/3
exam [1] 248/21
examination [6] 7/1

115/7 155/21 158/8
235/8 236/21
examinations [1]
205/19
examiner [1] 69/21
example [9] 4/3 4/14
4/17 94/16 96/6 96/9
123/4 156/4 221/6
examples [4] 121/2
142/20 145/13 221/10
Excel [3] 84/20 85/7
94/8
except [5] 54/23 92/13
175/15 186/4 198/2
exception [3] 4/13
4/20 4/25
exchanged [3] 35/5
35/6 179/7
excited [4] 4/15 4/15
exclamation [2] 8/10
11/11
exculpatory [3]
201/22 213/23 244/25
excuse [5] 92/9 97/13
100/3 120/13 246/9
excused [4] 34/22
58/25 89/4 203/8
executed [2] 114/4
243/1
executives [1] 233/2
exercise [1] 78/20
exhibit [98] 7/12 8/25
10/1 10/8 14/19 24/25
33/1 33/4 33/7 35/25
36/12 42/4 43/10 43/11
43/17 43/18 43/19 47/1
48/25 50/8 50/9 58/18
59/7 59/19 60/4 60/5
60/9 61/15 63/20 67/19
70/7 71/22 72/4 77/23
78/7 78/8 78/11 80/7
80/20 81/13 82/5 82/24
83/21 83/22 87/8 91/4
91/6 96/18 97/5 97/8
101/9 102/9 102/17
106/19 106/23 119/12
123/12 123/15 124/10
124/17 126/19 127/7
127/24 129/11 131/12
132/24 132/25 135/5
135/8 140/8 143/3
143/5 143/16 143/18
146/22 153/1 161/24
163/1 169/24 171/20
171/23 172/3 180/9
180/12 185/8 185/22
192/12 210/6 230/23
231/1 231/6 231/19
232/13 232/13 232/21
233/21 237/9 237/10

Exhibit 1 [4] 43/10
43/11 43/17 43/19
Exhibit 128 [1] 143/5
Exhibit 13 [1] 83/21
Exhibit 14 [1] 8/25
Exhibit 17 [2] 161/24
163/1
Exhibit 18 [1] 24/25
Exhibit 22 [3] 82/24
102/9 102/17
Exhibit 29 [2] 123/12
123/15
Exhibit 31 [2] 106/19
106/23
Exhibit 36 [3] 91/4
91/6 97/8
Exhibit 42 [2] 50/9
72/4
Exhibit 44 [1] 47/1
Exhibit 47 [4] 10/1
10/8 14/19 185/8
Exhibit 48 [4] 60/5
63/20 67/19 71/22
Exhibit 50 [1] 185/22
Exhibit 55 [1] 132/24
Exhibit 56 [1] 140/8
Exhibit 57 [5] 127/7
129/11 131/12 135/5
135/8
Exhibit 58 [2] 35/25
36/12
Exhibit 59 [2] 231/6
233/21
Exhibit 62 [1] 70/7
Exhibit 67 [1] 127/24
Exhibit 7 [3] 87/8
180/9 180/12
Exhibit 70 [4] 124/10
124/17 126/19 192/12
Exhibit 71 [1] 232/21
Exhibit 8 [5] 58/18
60/9 77/23 78/8 78/11
Exhibit 95 [1] 172/3
exhibits [10] 43/20
99/12 118/3 147/6
164/14 233/8 234/2
234/15 234/20 262/14
exist [3] 19/16 116/19
116/23
existed [1] 205/15
exists [1] 116/15
exit [1] 92/13
exits [5] 59/3 78/6
92/15 97/20 227/9
expected [2] 32/6
86/11
expecting [1] 252/22
expensive [3] 126/10
126/17 134/6
experience [13] 23/24

24/3 45/19 48/23
158/17 159/2 160/13
167/7 169/23 172/13
174/6 188/9 205/1
experienced [9] 103/1
170/14 175/16 175/23
177/4 177/6 179/5
207/2 255/19
expert [5] 198/12
198/14 202/17 232/22
232/23
expertise [6] 53/2 53/2
178/16 198/18 198/20
198/21
experts [8] 174/24
198/15 198/17 202/19
202/22 203/18 204/15
205/6
explain [7] 162/22
182/5 184/20 246/7
246/10 256/8 256/9
explained [2] 117/4
128/15
explaining [4] 63/5
146/12 146/19 148/7
explains [1] 72/4
explore [1] 115/7
Express [1] 48/13
expressed [1] 180/21
expressing [1] 261/14
expressly [1] 243/21
extend [1] 100/6
extensive [1] 203/1
extensively [1] 82/7
extent [3] 4/22 5/11
174/9
extract [1] 27/4
extraneous [1] 34/19
eye [1] 201/11
eyes [2] 118/7 168/8

**F**

F.3d [1] 5/23
fabricating [1] 207/11
face [2] 211/16 243/19
fact [30] 4/22 9/20
11/4 13/25 19/23 31/23
38/13 50/6 59/7 63/13
69/8 73/20 81/17 98/4
98/13 114/6 152/1
152/6 152/12 152/14
194/18 213/21 213/21
225/17 228/13 233/1
245/19 257/4 257/24
261/13
fact-finder [1] 81/17
factor [1] 68/23
facts [3] 170/24
201/19 205/23
faded [2] 133/9 133/10

**F**

fair [6] 35/17 36/10 104/24 140/18 216/21 249/10
fairly [3] 102/10 170/14 239/10
fake [1] 39/9
fall [1] 105/18
falling [1] 241/10
Fallston [1] 193/13
false [6] 56/2 202/5 245/24 253/24 253/25 254/3
falsified [1] 204/23
falsify [1] 205/4
familiar [3] 15/10 39/10 223/12
far [15] 9/18 10/12 51/24 52/5 69/9 81/20 83/15 83/17 112/9 112/22 114/3 147/17 164/3 164/14 207/15
Far-right [1] 52/5
FARBER [1] 1/15
faster [1] 147/14
fatigue [1] 105/12
fault [3] 228/18 229/24 231/23
favorable [1] 235/23
FBI [28] 20/9 20/15 46/2 113/23 121/14 121/17 122/1 122/7 122/13 122/20 122/24 140/15 157/18 158/11 163/4 164/24 167/2 179/3 235/15 239/21 243/5 255/19 258/11 259/6 259/11
FBI001873 [1] 140/10
FBI001910 [1] 140/10
FD302 [1] 69/11
FD473 [1] 182/23
February [32] 17/12 19/9 21/18 21/23 22/11 26/4 32/13 32/14 32/20 33/23 39/16 58/9 61/16 64/17 66/4 87/12 89/18 90/11 167/15 168/18 182/18 182/21 182/22 183/3 206/13 206/25 208/5 208/25 229/12 229/13 232/5 254/23
February 12 [1] 39/16
February 15th [1] 168/18
February 16 [2] 61/16 232/5
February 2011 [2] 17/12 254/23

February 2012 [10] 32/13 32/14 33/23 58/9 64/17 66/4 90/11 208/5 208/25 229/12
February 2013 [1] 21/23
February 2017 [2] 206/13 206/25
February 26 [2] 182/18 182/22
February 27th [1] 183/3
February 6 [1] 87/12
February 6th [1] 89/18
federal [13] 1/24 3/13 4/1 46/21 102/19 107/22 110/3 110/8 117/24 152/13 178/8 201/12 264/16
feed [1] 112/3
feedback [13] 160/22 160/25 167/19 168/2 168/4 168/8 168/11 168/13 168/21 168/25 171/9 172/22 177/3
feel [7] 17/24 149/24 159/10 167/25 191/15 191/16 204/16
fellow [1] 32/7
felt [6] 37/4 71/25 165/4 186/19 188/13 202/15
female [1] 158/14
few [11] 27/1 27/12 121/11 157/1 166/12 190/6 190/22 200/13 258/5 260/7 260/7
fictitious [2] 104/13 158/3
field [8] 162/10 162/11 162/18 162/20 163/2 164/21 164/24 165/5
Fifth [1] 74/4
Fifty [1] 132/25
Fifty-five [1] 132/25
figure [2] 11/12 204/16
file [35] 25/4 37/6 37/8 37/8 39/16 96/22 99/15 127/25 152/9 163/18 179/20 190/12 215/5 215/22 215/24 216/1 216/5 257/13 258/6 258/7 258/8 258/11 258/13 258/15 258/17 258/20 258/25 259/1 259/5 259/5 259/18 259/21 260/5 260/6 260/8
filed [15] 33/6 42/11

43/3 44/20 45/21 46/5 81/13 180/5 197/21 214/11 214/18 214/24 215/19 216/11 257/2
files [1] 94/8
filing [4] 43/6 219/24 261/10 261/15
fill [4] 109/1 134/16 216/2 216/3
filled [4] 167/24 221/9 221/10 251/15
filling [7] 105/19 166/9 187/17 213/6 213/6 213/7 219/21
filter [2] 86/22 86/24
final [16] 38/17 42/2 63/10 63/11 107/8 121/6 121/9 124/4 128/6 140/9 183/21 191/13 191/18 191/18 195/9 197/7
finalize [1] 234/22
finalized [2] 69/10 70/1
finally [2] 70/20 78/17
financial [2] 32/5 205/21
find [31] 25/22 54/5 93/24 98/12 99/5 107/24 136/21 138/6 139/1 139/10 145/13 155/12 180/22 183/15 183/16 183/16 193/4 194/4 194/8 211/18 211/18 211/20 211/23 223/5 223/5 223/25 224/24 225/7 225/15 228/2 252/15
finder [2] 81/17 98/5
finding [1] 246/19
fine [8] 96/24 98/18 134/8 166/20 166/22 204/20 236/19 260/19
fine-tune [1] 98/18
finish [8] 3/10 3/14 3/17 68/16 68/18 141/13 234/25 257/10
finished [5] 185/25 206/24 233/15 258/24 262/10
firearms [1] 157/23
fired [2] 181/4 181/17
firm [2] 206/3 238/19
first [66] 3/24 8/3 21/20 21/22 22/14 25/23 33/18 36/12 40/8 42/12 42/24 43/4 47/13 50/14 50/25 51/2 51/5 59/5 65/16 70/13 73/9 73/16 73/20 83/2 83/22

84/8 85/16 87/11 87/21 93/6 93/17 107/12 109/14 111/2 123/23 125/24 133/7 134/25 135/17 135/20 135/25 137/7 139/1 142/25 149/11 149/12 149/22 152/20 158/10 160/16 167/7 167/17 170/22 183/1 183/3 194/17 210/6 222/25 227/16 232/5 245/22 256/11 257/18 257/21 259/14 261/6
five [42] 10/11 22/5 22/6 22/13 23/23 45/14 84/12 91/13 93/8 96/13 120/21 120/22 121/2 121/24 122/8 122/15 122/21 123/3 123/10 124/7 125/21 132/25 133/25 134/25 135/18 135/22 136/14 136/16 142/16 142/20 145/4 153/23 172/2 221/4 221/15 223/17 225/11 234/13 252/4 256/21 258/17 260/4
five days [1] 121/24
five minutes [1] 93/8
five months [11] 22/5 22/6 22/13 122/8 122/15 122/21 122/23 123/3 123/10 124/7 125/21 221/15
five months-plus [1] 23/23
five-minute [2] 153/23 234/13
fix [1] 53/21
flight [1] 3/11
flip [2] 3/16 140/11
floater [2] 212/23 253/20
Floor [1] 1/24
flowchart [1] 83/11
FLOWERS [1] 1/13
flowing [1] 167/19
focus [17] 7/17 70/24 71/4 71/8 73/2 77/13 77/14 79/3 79/16 80/14 85/11 86/5 149/11 159/4 178/20 179/22 228/25
Focused [1] 85/13
focusing [2] 80/15 169/13
folks [8] 7/23 49/3 50/21 76/19 89/19 92/11 102/2 144/2

follow [6] 7/6 30/1 39/21 108/4 180/7 244/9
follow-up [2] 39/21 180/7
following [3] 3/12 109/2 245/13
font [2] 109/9 145/3
fool [2] 254/8 254/12
force [1] 210/24
forefront [1] 171/7
foregoing [1] 264/7
forget [2] 58/5 195/19
forgot [1] 262/21
form [5] 22/4 161/25 182/20 182/24 243/5
format [1] 264/9
former [5] 24/21 47/18 62/6 188/5 197/16
formerly [1] 16/15
forth [5] 55/19 118/1 167/19 172/22 197/9
Forty [2] 7/16 47/2
Forty-four [1] 47/2
Forty-seven [1] 7/16
forward [14] 54/4 54/13 54/16 83/20 91/9 99/10 105/7 105/13 118/25 120/1 202/23 203/19 212/15 232/19
forwarded [6] 51/15 52/12 53/4 55/14 91/13 147/22
forwards [2] 50/20 50/23
found [16] 9/15 86/12 126/24 131/15 132/18 137/8 180/19 182/5 200/14 223/4 243/22 244/24 245/3 251/6 254/16 254/19
foundation [13] 59/20 59/24 60/4 60/17 60/19 61/2 80/12 80/24 81/22 89/7 97/12 143/24 176/19
founded [1] 5/25
four [21] 24/11 39/24 41/3 44/11 44/22 45/6 47/2 103/21 103/25 136/14 136/15 136/16 157/12 157/14 158/13 181/23 213/13 221/10 223/16 237/6 239/12
four-year [1] 157/12
Fourth [1] 5/24 5/24
frame [5] 75/3 75/19 105/19 229/10 251/24
frames [1] 175/2
Franks [1] 6/2

## F

**fraud [41]** 45/20 47/18 55/8 95/22 95/23 102/3 155/4 158/23 159/4 159/5 159/7 160/4 160/5 162/24 165/6 165/18 166/19 169/19 177/22 188/2 188/3 188/22 189/7 193/5 194/12 197/2 200/18 200/25 201/5 201/11 201/16 202/2 204/1 204/2 204/3 206/8 211/15 213/22 248/15 248/16 249/25
**fraudulent [1]** 155/13
**fresh [1]** 58/24
**Friday [8]** 3/5 3/8 3/10 3/11 258/4 260/14 262/19 262/20
**friend [3]** 205/11 241/1 241/2
**friends [1]** 177/16
**front [8]** 88/18 92/18 112/2 117/3 120/6 191/1 196/17 238/17
**frustrated [2]** 68/5 148/12
**frustration [2]** 148/15 148/19
**full [8]** 123/23 139/23 162/10 162/11 162/18 162/20 163/2 165/5
**fundamentally [1]** 18/8
**funded [1]** 163/16
**furnished [1]** 237/13
**further [3]** 80/22 139/8 155/17
**FYI [4]** 54/4 54/25 55/1 55/14

## G

**G.F [2]** 121/3 142/21
**G.S [2]** 121/3 142/21
**gallery [1]** 99/24
**gave [17]** 35/7 70/3 70/3 72/5 85/20 87/25 111/13 111/16 111/17 130/17 182/6 201/9 219/13 241/19 242/18 253/24 254/3
**Gayhardt [1]** 169/18
**Gayhardt's [1]** 172/8
**general [11]** 51/7 105/19 122/17 169/14 171/6 171/8 171/17 173/9 173/19 173/20 186/25
**generate [1]** 179/10

**Geodon [2]** 14/20 15/4
**gestures [1]** 78/24
**get [80]** 16/21 17/15 22/23 36/5 46/3 47/24 53/19 54/11 63/19 67/17 68/21 73/7 75/6 81/3 82/3 86/18 88/18 89/15 92/17 102/10 104/19 112/3 113/14 118/6 119/14 121/24 127/4 130/6 130/20 146/1 156/24 166/11 166/12 166/13 168/13 168/23 173/8 174/12 175/3 179/13 179/21 179/22 183/15 183/25 184/8 184/11 184/12 184/14 184/25 186/15 187/2 188/20 189/7 190/6 190/6 191/9 194/17 205/8 209/4 215/4 217/18 217/22 218/4 219/21 220/2 221/9 222/21 222/21 234/2 234/15 236/22 239/24 240/1 240/13 247/12 247/13 247/14 252/16 258/2 258/14
**gets [4]** 4/11 153/20 178/9 189/25
**getting [28]** 29/20 34/7 39/8 73/5 96/1 100/20 103/18 115/15 146/10 148/12 162/20 171/9 172/10 172/22 175/9 184/21 196/20 196/23 198/25 199/4 216/24 219/24 220/7 224/8 232/20 233/7 240/11 240/17
**give [32]** 8/13 27/16 27/16 35/8 69/2 72/8 75/1 75/3 75/17 75/19 78/17 111/22 118/19 128/21 133/4 140/1 147/9 153/1 160/22 163/20 168/1 168/6 168/20 168/25 192/1 192/3 197/6 198/24 205/6 206/3 213/3 257/12
**given [13]** 19/6 35/1 35/9 35/10 61/18 90/21 151/21 160/24 165/7 190/21 239/21 258/17 260/9
**gives [1]** 146/17
**giving [7]** 30/8 128/22 130/23 168/2 177/2 215/25 216/1

**glad [1]** 5/19
**go [108]** 3/11 5/13 5/14 6/7 10/1 10/8 23/3 30/4 30/5 42/6 43/8 48/13 52/9 55/5 58/14 61/12 65/22 65/24 68/23 68/24 72/12 72/23 73/9 79/9 82/5 97/14 99/10 115/9 117/18 118/12 120/13 120/13 124/9 127/6 129/9 129/22 129/25 130/1 130/5 131/6 132/9 135/9 135/22 137/7 137/13 138/16 139/1 139/1 144/24 147/15 154/1 154/7 154/9 156/17 156/21 157/16 157/18 164/19 170/1 170/10 172/4 173/14 173/17 174/21 183/7 183/9 189/13 189/16 190/12 193/8 196/15 198/4 200/6 202/23 203/11 203/19 205/7 209/5 210/6 212/2 215/3 215/15 216/22 220/13 222/3 222/18 223/4 224/15 225/2 227/3 227/3 227/13 230/23 231/1 231/19 232/19 232/20 233/12 234/14 235/3 235/4 237/8 250/25 250/25 252/25 255/12 258/21 261/12
**go-between [1]** 205/7
**go-to [2]** 55/5 196/15
**goal [1]** 179/4
**God [2]** 211/11 212/9
**goes [9]** 4/3 8/8 84/12 117/5 118/7 128/15 220/11 224/4 224/7
**going [142]** 4/19 11/24 13/7 13/14 14/12 18/6 18/9 18/17 21/19 21/20 28/4 32/10 34/23 35/4 35/13 41/2 47/24 51/10 54/5 58/24 61/6 62/15 65/17 67/9 68/22 68/23 69/3 70/24 71/3 71/7 72/6 73/7 75/3 75/19 76/10 78/19 80/8 81/24 82/5 88/15 92/11 97/14 98/23 99/10 100/18 113/14 118/10 118/12 119/15 119/19 119/20 129/18 131/7 132/6 134/22 138/16 157/4 157/9 161/23 162/11

162/12 162/15 162/16 164/6 164/6 166/3 166/5 171/15 180/8 182/10 186/1 188/8 188/22 188/22 189/5 189/13 189/15 190/5 190/15 191/17 191/21 192/5 192/19 193/4 193/6 194/11 194/13 195/15 196/15 196/21 196/25 198/8 199/13 203/7 206/9 206/16 207/14 207/15 207/25 209/4 211/6 211/7 211/11 211/13 212/11 212/10 212/15 215/5 216/1 221/13 222/19 222/24 223/1 223/3 226/23 227/16 229/21 230/3 230/25 231/4 231/15 231/18 231/19 231/21 232/12 232/17 233/7 234/5 235/3 239/2 239/10 239/18 242/4 244/10 246/4 246/20 249/22 260/15 261/10 261/11 262/12 262/20
**gone [4]** 181/23 195/2 212/5 253/5
**good [33]** 3/2 3/3 7/4 7/5 57/5 95/5 105/4 105/10 108/12 109/6 112/3 117/16 119/25 121/2 121/25 123/1 123/8 129/13 137/12 140/22 142/20 155/24 159/21 192/1 215/23 216/4 221/6 224/24 225/4 227/11 231/11 246/8 260/20
**Google [41]** 21/8 22/18 38/14 60/7 62/19 64/6 65/5 66/14 66/16 67/18 68/3 68/7 68/21 68/25 69/1 69/8 70/3 70/20 71/24 72/5 72/15 75/1 75/15 75/17 76/16 85/20 86/8 90/18 93/21 107/5 107/7 109/15 152/4 179/6 179/8 179/11 179/13 179/18 180/1 248/20 249/1
**Google.com [1]** 67/25
**gosh [1]** 106/6
**got [70]** 10/21 23/15 25/10 26/3 27/3 32/12 32/17 32/20 41/18 41/6 50/23 51/16 61/18 67/16 68/19 68/25

69/16 81/1 88/14 94/22 95/6 96/4 101/6 126/5 135/7 137/14 150/3 156/25 157/16 158/11 158/12 158/14 158/16 158/18 159/1 159/6 159/17 165/24 167/6 168/11 170/19 173/18 173/18 176/4 178/22 179/2 179/15 179/18 182/3 182/6 186/1 191/6 193/7 200/20 202/16 207/3 208/4 209/3 212/13 215/17 216/9 219/22 221/5 222/7 222/20 229/11 239/9 247/9 259/18 259/25
**gotta [3]** 36/19 37/3 37/15
**gotten [4]** 124/13 186/16 208/7 247/24
**governed [1]** 99/15
**government [33]** 3/5 33/6 34/11 35/1 81/12 107/22 114/4 114/4 114/7 115/14 115/16 115/20 115/23 116/2 116/6 163/16 163/21 197/1 199/14 201/13 201/14 201/16 204/11 210/5 230/5 237/20 238/4 238/25 242/5 242/18 243/12 246/15 262/5
**Government's [8]** 43/10 43/19 102/9 102/17 123/12 123/16 228/21 230/20
**government-funded [1]** 163/16
**graduate [1]** 157/15
**grand [1]** 162/13
**great [1]** 170/20
**Green [4]** 49/11 216/14 216/17 216/24
**GREENBERG [30]** 1/13 2/6 4/21 5/18 7/5 25/2 60/25 61/1 65/16 73/17 78/11 78/13 79/9 81/8 112/2 150/13 212/20 217/14 217/17 217/21 218/10 221/4 221/23 226/2 229/25 234/11 238/13 239/13 245/13 260/15
**Greenberg's [1]** 205/19
**group [7]** 55/17 82/17 86/21 165/23 180/15

## G

**group... [2]** 196/4
196/21
**guess [19]** 10/10 68/2
78/19 83/12 84/12
91/13 107/12 108/18
119/24 145/22 145/24
147/6 175/10 213/13
228/9 236/4 249/22
254/1 260/4
**guidance [5]** 90/21
99/10 118/19 148/22
148/23
**guilty [1]** 248/18
**Gutberlet [75]** 8/21
9/2 9/15 10/4 10/18
24/11 24/13 25/4 26/8
26/10 26/15 26/17
26/18 27/19 28/3 28/13
28/17 29/5 29/10 30/8
30/12 30/17 30/18
30/24 31/13 39/15
42/12 42/18 42/22 43/4
44/20 45/3 45/13 46/19
82/16 83/1 83/13 85/12
95/1 95/21 103/11
103/13 104/7 111/4
111/14 123/13 123/13
156/25 165/3 166/4
166/20 170/12 173/8
175/17 181/1 182/23
185/4 185/10 186/6
186/17 190/19 212/3
213/2 213/15 214/1
236/4 250/15 253/1
253/5 256/12 256/20
256/23 257/1 257/17
261/6
**Gutberlet's [8]** 9/12
27/8 27/14 42/21 43/12
170/23 194/9 260/8
**guy [1]** 183/14
**guys [1]** 183/2

## H

**had [199]** 5/6 5/7 9/15
17/4 17/12 17/19 17/23
18/11 18/21 23/6 24/4
24/24 25/17 26/13
26/25 27/21 28/3 28/5
28/10 31/19 32/5 35/24
36/11 38/4 38/5 41/1
42/15 45/14 48/11
49/11 52/20 55/6 68/4
68/7 68/14 68/23 69/11
70/5 78/10 80/1 87/3
96/13 109/10 109/22
110/15 111/8 111/10
113/8 113/19 115/16
116/10 118/3 120/21

**hammer [1]** 81/21
**hand [8]** 6/15 119/20
132/6 193/1 215/23
256/11 256/22 257/1
**handle [6]** 55/5 159/9
178/7 184/5 184/10
190/5
**handled [7]** 12/10 24/8
48/2 166/19 184/22
184/24 241/25
**handler [1]** 31/14
**handling [2]** 91/2
169/11
**handwriting [2]**
132/11 132/15
**handwritten [5]**
132/10 146/14 147/22
190/2 226/3
**happen [6]** 5/1 35/5
156/11 218/13 250/24
251/2
**happened [11]** 37/16
113/12 114/13 127/22
156/13 206/20 212/4
217/8 222/14 235/19
244/7
**happening [4]** 37/7
61/8 188/3 218/14
**happens [4]** 157/22
210/20 210/20 210/21
**happy [2]** 166/22
236/11
**hard [7]** 31/20 69/13
69/16 147/9 168/10
176/9 178/15
**Harris [2]** 233/3 233/5
**has [66]** 5/10 7/14 8/5
16/4 16/8 29/2 33/1
33/2 33/6 34/11 34/12
34/15 34/16 43/19 48/2
48/10 51/22 58/20
60/21 63/3 70/24 71/7
81/12 82/1 82/6 88/13
91/22 91/23 92/6 94/23
95/10 95/13 95/16 96/7
100/9 100/10 103/21
108/13 114/21 121/7
121/18 124/20 131/14
131/24 133/7 139/17
140/1 140/4 147/23
159/7 174/5 192/23
194/15 198/18 198/21
207/20 216/2 228/25
231/5 232/7 232/22
236/16 237/13 238/19
247/8 255/9
**hasn't [9]** 35/1 59/14
59/15 60/16 80/24 81/6
92/5 92/5 201/14
**haste [1]** 23/1

**hate [1]** 100/6
**hauling [1]** 219/6
**have [309]**
**haven't [5]** 29/19 35/8
164/3 201/14 241/4
**having [11]** 48/11 92/6
96/25 109/2 129/12
142/19 176/19 209/18
238/22 255/19 259/4
**he [174]** 4/8 20/21
20/22 25/18 25/21 33/2
33/18 42/11 42/11
42/15 42/15 42/18
42/22 43/3 44/10 44/10
44/13 44/16 44/20
44/20 44/21 44/22
44/23 45/3 45/3 45/5
45/8 45/13 45/13 45/14
45/15 45/16 46/17
46/17 46/18 46/19
46/20 46/20 46/21 48/2
51/7 51/10 51/10 51/11
51/13 53/3 53/25 54/14
55/5 59/24 60/16 60/18
77/18 78/14 78/15 79/3
80/13 80/24 81/6 81/9
81/20 88/25 102/19
102/20 102/23 102/23
102/25 103/5 112/11
114/21 141/10 146/13
155/4 171/4 173/5
173/5 174/11 174/12
174/13 174/14 174/14
174/18 174/18 175/14
175/15 175/18 177/4
177/11 177/13 178/9
178/9 178/10 178/10
180/25 181/3 181/3
181/4 181/13 181/16
181/19 196/1 196/16
196/17 196/19 205/7
205/10 205/10 210/4
210/5 210/8 210/10
210/12 211/14 212/11
214/1 214/18 214/24
214/24 214/25 215/1
215/2 215/7 215/17
215/19 215/19 215/22
216/1 216/7 216/8
216/10 217/14 221/16
222/13 225/2 226/7
226/17 228/19 229/9
229/17 231/25 233/5
239/12 240/24 241/2
241/3 246/18 246/18
246/20 248/12 248/13
248/18 248/22 248/23
250/12 254/10 256/1
256/1 256/11 256/15
256/20 256/22 257/1

257/2 257/4 257/5
257/12 257/18 257/19
261/5 261/8 261/9
261/10 261/11 261/14
261/14 261/15 261/15
261/21 261/25 261/25
262/1 262/4 262/6 262/6
**he's [31]** 29/18 32/25
54/14 55/9 78/19 81/1
81/3 81/4 88/24 89/23
89/24 102/22 143/14
173/19 173/20 178/6
178/6 203/7 211/14
216/1 216/1 229/8
229/16 231/15 231/18
232/1 241/1 241/2
247/24 257/7 261/15
**head [5]** 62/8 81/21
115/1 116/9 194/24
**headed [1]** 63/22
**header [1]** 124/18
**heading [6]** 44/1 84/4
84/7 108/3 108/4
194/15
**health [4]** 54/10 178/8
198/10 198/12
**healthcare [21]** 45/20
55/8 103/2 107/22
158/23 159/4 159/7
160/4 160/5 162/24
165/6 177/22 188/2
193/5 200/24 201/5
201/11 204/2 206/8
248/15 248/16
**hear [5]** 46/5 174/20
175/3 185/6 259/20
**heard [15]** 5/12 121/22
121/23 155/3 161/13
162/18 190/21 199/24
205/17 205/25 221/16
221/19 229/16 244/24
257/24
**hearing [1]** 25/23
**hearings [1]** 161/7
**hearsay [8]** 4/6 4/11
4/13 4/20 4/24 4/25 6/1
221/17
**heart [1]** 110/19
**Heights [6]** 38/15
38/21 112/15 104/5
194/1 194/1
**held [6]** 131/9 180/8
216/10 257/12 261/10
264/8
**help [10]** 116/25 118/6
138/9 158/8 167/3
168/20 169/4 172/16
228/5 260/9
**helped [2]** 26/12
160/11
**helpful [3]** 172/18
188/19 195/10
**helps [1]** 189/16

## H

**hepatitis [2]** 12/1 15/8
**her [189]** 24/18 24/19
24/22 25/6 26/10 26/12
26/24 27/1 27/1 27/3
27/10 27/10 27/17
29/18 29/22 29/23
29/25 29/25 30/17
30/21 31/19 31/19
33/11 33/21 37/5 43/13
45/4 51/21 54/19 54/23
58/9 59/17 60/6 60/22
60/24 62/8 62/13 62/14
63/25 64/1 64/1 76/9
78/12 78/12 78/15
78/20 80/13 80/18 81/3
81/5 81/7 81/21 83/2
84/14 89/8 89/12 92/5
94/12 96/25 104/10
116/4 128/23 141/13
143/19 143/21 143/22
144/7 144/12 144/15
144/17 144/17 144/19
144/20 146/5 146/11
148/12 148/25 150/12
150/16 151/13 156/25
157/1 169/20 169/22
169/23 170/2 170/4
170/12 170/15 170/15
170/16 170/16 170/18
170/19 170/24 172/4
172/10 172/13 172/14
172/17 172/18 172/19
172/19 172/20 172/22
172/23 176/1 176/2
176/4 176/7 177/17
177/19 177/23 177/24
182/6 182/14 182/14
182/17 182/19 182/22
182/23 183/1 183/3
185/3 185/5 185/25
185/25 186/5 186/14
186/23 187/14 188/4
188/14 190/21 190/22
191/1 191/2 191/5
191/6 191/7 191/9
194/9 200/11 200/14
201/9 202/7 202/10
202/11 203/4 203/5
206/20 208/15 210/19
212/15 212/22 213/3
213/10 213/11 217/8
217/9 221/19 225/2
225/20 227/16 231/21
231/21 231/22 233/15
238/9 238/15 238/19
239/1 239/1 239/6
241/9 244/8 246/1
246/3 250/16 250/19
250/22 250/24 257/7

**here [60]** 3/6 3/8 5/1
6/6 6/8 29/21 35/16
38/22 45/12 54/5 61/9
65/15 78/14 78/14
78/20 79/20 83/9 87/10
88/1 90/10 93/10 94/22
94/25 95/7 96/4 97/5
105/1 107/24 108/22
113/13 118/22 119/13
125/2 134/13 134/16
134/20 136/23 137/18
138/8 139/1 143/1
145/25 153/25 167/22
188/3 188/3 206/20
222/19 224/1 227/15
228/3 228/5 228/11
238/5 238/20 239/15
240/11 241/11 245/20
262/23
**here's [4]** 59/22 63/2
88/8 96/1
**hereafter [7]** 193/11
193/13 193/15 193/20
193/22 193/24 194/2
**hereby [1]** 264/6
**herein [1]** 197/16
**Hey [5]** 52/14 167/21
215/3 228/17 239/24
**HHS [2]** 70/4 198/21
**hi [1]** 173/2
**hidden [1]** 201/9
**hide [3]** 36/20 37/3
37/15
**hiding [9]** 36/8 211/4
211/5 211/10 211/12
211/13 212/1 212/9
212/10
**high [3]** 68/10 68/12
187/6
**high-dollar [1]** 187/6
**highest [1]** 8/12
**highlight [2]** 146/19
149/15
**highlighted [3]** 44/7
163/23 186/2
**highlighting [4]**
163/25 164/2 164/12
164/14
**highly [1]** 63/11
**Hill [1]** 193/12
**Hillendale [5]** 124/1
125/20 126/11 221/7
221/9
**Hiller [3]** 124/1 124/12
125/22
**him [43]** 53/24 54/13
55/5 55/8 55/9 57/1
120/8 149/17 149/19

161/11 161/13 171/2
171/3 171/16 173/1
173/2 173/3 173/6
176/6 176/11 177/2
177/11 177/12 178/5
180/23 181/5 181/14
196/17 196/20 205/12
211/5 211/15 215/3
215/7 215/20 215/25
216/9 217/23 226/20
233/6 241/4 241/10
241/18
**himself [1]** 257/19
**HIPAA [18]** 91/22
91/24 91/25 92/9 99/4
99/7 99/11 99/15 100/6
117/24 118/8 118/18
118/21 119/11 135/7
139/6 140/1 223/3
**his [46]** 4/8 42/7 42/24
43/13 48/3 53/2 53/3
64/21 78/13 79/15 82/1
85/10 85/11 94/16
161/8 173/4 175/14
176/13 176/14 181/2
181/18 181/19 196/2
196/22 200/25 203/9
205/6 205/18 210/7
210/23 214/7 214/8
215/3 215/7 220/18
222/25 229/20 232/25
232/25 248/12 248/22
248/25 256/11 256/22
257/1 257/13
**hit [2]** 79/24 80/12
**hitting [1]** 211/15
**HIV [11]** 8/19 10/22
11/16 11/18 11/23
11/25 15/6 15/7 74/10
126/10 126/17
**Hogan's [1]** 158/2
**hold [20]** 3/5 31/25
49/11 49/13 49/15
49/16 68/22 68/23 89/5
127/4 129/10 216/4
216/13 216/17 216/24
219/3 232/12 235/12
237/8 259/17
**holiday [2]** 3/13 201/7
**home [3]** 144/5 164/6
185/25
**homeless [1]** 211/23
**Honor [139]** 3/3 5/21
5/22 6/13 18/15 30/2
34/6 34/21 35/2 35/17
57/4 57/5 57/12 58/19
58/23 59/2 59/22 60/2
60/8 60/13 61/24 62/5
62/10 63/5 63/18 64/3
64/8 65/14 66/12 78/1

79/10 79/13 80/10
81/12 82/9 82/10 86/1
88/13 88/15 88/25 89/3
89/10 91/20 92/9 92/16
92/22 94/16 96/23
97/19 97/23 99/1 99/9
99/22 100/8 100/9
100/10 100/23 105/4
105/5 112/4 117/3
117/17 119/1 119/4
119/17 120/3 120/9
120/15 131/23 131/24
135/10 139/17 140/4
144/9 145/23 146/1
152/17 153/20 154/8
155/17 156/14 163/20
164/9 164/13 165/12
171/18 171/24 176/17
192/3 193/18 199/8
199/13 206/16 207/20
208/1 218/15 218/25
219/17 221/14 224/6
225/24 226/22 227/8
227/11 228/20 230/12
230/13 230/18 231/8
231/9 232/2 233/10
233/11 233/22 234/12
235/2 235/6 236/5
236/19 237/21 238/6
238/16 238/18 238/21
239/4 239/5 242/3
244/12 245/22 246/7
246/14 260/17 260/20
262/1 262/3 262/9
262/11 262/16 262/22
**Honor's [3]** 90/21
220/9 229/6
**HONORABLE [5]** 1/10
57/7 57/10 118/14
192/7
**hope [5]** 31/24 31/25
76/3 76/3 147/13
**hoped [5]** 51/16 51/20
52/10 54/21 55/3
**hoping [1]** 183/24
**hospital [1]** 159/3
**hour [1]** 105/8
**hours [12]** 3/9 48/7
182/9 182/19 183/1
192/5 201/6 210/15
210/15 215/25 257/13
261/15
**house [2]** 3/7 182/22
**housekeeping [1]**
120/2
**how [83]** 9/6 21/16
28/14 40/8 43/25 47/24
50/11 52/1 71/19 76/9
83/5 83/11 84/4 85/10
91/6 91/9 95/10 98/11

100/13 108/18 125/24
126/2 133/2 139/1
139/3 142/2 144/1
144/7 146/16 150/13
151/24 152/3 152/7
152/13 153/18 157/20
157/24 158/1 158/3
158/5 158/19 158/25
159/2 159/10 160/5
160/9 161/1 166/16
167/16 168/12 168/13
169/7 170/18 172/15
177/19 177/19 179/24
180/15 182/12 197/1
197/4 202/8 204/4
205/2 205/17 206/17
207/12 216/7 221/11
222/18 225/10 228/11
231/22 234/2 237/5
241/24 251/16 252/2
252/23 253/14 257/17
258/9 259/2
**However [1]** 128/21
**Hoyt [1]** 90/6
**huge [1]** 69/3
**huh [4]** 44/19 133/11
136/9 136/11
**human [1]** 54/10
198/10 198/13
**hundred [1]** 80/25
**hypothetical [3]** 181/6
181/8 255/9
**hypotheticals [1]**
163/22

## I

**I'd [7]** 5/19 105/7
105/13 120/12 191/16
203/8 207/2
**I'll [28]** 7/17 30/4 36/5
58/13 64/5 65/19 89/15
92/17 114/22 121/2
140/16 142/20 156/17
156/19 168/15 170/9
176/21 190/6 200/4
200/5 205/8 206/21
207/22 239/5 246/2
255/11 260/17 262/14
**I'm [183]** 5/20 7/18
7/18 9/3 10/20 11/6
13/14 13/23 13/25 14/3
15/9 15/21 16/20 18/10
19/14 22/23 23/8 23/10
23/19 25/23 28/16
28/16 29/11 29/13 29/20
30/12 31/5 33/13 36/25
37/8 39/10 39/10 43/17
51/1 51/10 57/22 62/14
62/16 63/5 63/18 71/21
73/17 76/22 79/6 81/16

**I**

**I'm... [138]** 81/24 82/5
83/21 87/10 94/24
94/24 96/4 96/22 97/16
98/4 102/13 109/2
109/4 109/6 109/12
111/18 112/15 113/22
114/10 116/7 116/7
117/9 117/9 119/19
122/13 122/16 122/17
128/8 129/7 130/1
130/2 131/7 131/8
132/6 134/22 138/16
138/25 143/19 145/8
146/23 147/8 147/11
148/9 148/14 152/12
157/4 159/14 159/19
161/23 161/24 162/18
163/14 163/20 163/22
163/24 164/6 165/20
166/22 167/12 168/4
168/9 168/16 171/8
173/15 175/4 175/5
175/25 180/8 185/8
185/22 186/1 188/20
188/25 190/18 191/2
192/11 192/20 192/25
193/1 193/4 194/14
195/15 197/4 199/8
199/11 199/13 199/13
202/8 206/16 207/7
207/14 212/12 221/13
223/12 226/23 227/16
228/2 228/15 230/16
231/4 231/19 231/21
232/12 232/17 233/20
234/1 234/2 234/4
236/8 236/11 238/13
238/16 239/10 240/2
241/8 242/4 242/13
244/2 244/4 244/11
245/13 245/20 246/7
246/10 246/14 246/20
247/9 247/19 249/14
250/18 252/1 252/1
252/22 254/1 258/24
260/15 261/13 262/12
**I've [25]** 10/21 27/7
53/24 55/7 55/8 98/24
100/11 121/22 140/17
150/1 160/10 160/10
160/18 161/4 161/5
161/7 162/18 164/7
169/21 177/12 193/2
198/11 204/1 204/2
210/21
**ICE [1]** 216/13
**ID [1]** 163/18
**idea [10]** 54/19 54/23
88/10 104/23 107/24
113/20 226/18 231/11
251/17 251/17
**identification [7]**
98/14 146/24 146/25
234/3 237/1 237/2
237/12
**identified [5]** 40/19
66/18 86/21 90/17
163/11
**identifies [1]** 91/19
**identify [4]** 47/17
161/25 195/9 257/18
**identifying [2]** 118/24
119/23
**III [1]** 161/3
**imagine [1]** 158/15
**immigration [6]** 49/3
49/8 49/10 235/12
235/19 235/24
**impact [4]** 181/17
207/9 207/12 231/22
**impacted [3]** 208/8
208/16 209/20
**impeach [1]** 143/16
**impeached [1]** 229/19
**impeaching [1]** 241/9
**impeachment [5]**
34/17 34/17 34/18
34/19 147/13
**imply [1]** 245/18
**implying [3]** 104/20
111/19 150/1
**importance [1]** 73/18
**important [27]** 5/5
11/4 16/17 26/22 41/11
62/6 72/20 73/14 77/4
80/17 86/9 100/16
110/13 110/23 111/4
118/22 118/23 130/19
147/18 170/24 176/14
201/18 205/22 212/16
244/15 246/6 249/20
**impose [1]** 216/16
**imposed [1]** 110/4
**imposing [1]** 110/9
**impossible [1]** 36/8
**impressed [6]** 170/16
170/19 170/20 172/13
172/14 172/23
**impression [5]** 10/20
10/25 104/17 216/6
216/9
**impressive [1]** 24/24
**improperly [1]** 125/12
**inaccurate [8]** 13/2
14/6 56/5 56/8 56/11
56/15 57/1 232/4
**inadmissible [1]**
207/21
**inadvertently [1]**
218/16
**inches [1]** 251/11
**incident [6]** 20/21
44/13 44/18 127/16
129/3 129/15
**incidents [2]** 201/4
208/21
**include [7]** 11/13
27/13 80/1 120/21
221/7 226/10 228/23
**included [8]** 6/5 11/11
27/14 54/24 149/2
191/10 202/5 248/25
**includes [1]** 36/19
**including [6]** 7/23
58/4 144/2 150/22
161/3 235/23
**inconsistency [3]**
184/14 185/20 186/18
**inconsistent [2]** 184/3
228/1
**incorporate [1]** 178/23
**incorrect [1]** 243/4
**incriminating [1]**
255/22
**inculpatory [1]** 230/6
**INDEX [1]** 2/1
**Indian [5]** 38/20 89/23
90/2 90/4 90/6
**indicate [1]** 180/19
**indicating [1]** 227/17
**indictment [13]**
176/18 206/17 206/18
220/8 220/10 226/24
228/6 229/2 229/9
230/7 230/15 232/7
241/7
**individual [1]** 176/3
**individually [1]** 187/24
**individuals [1]** 179/15
**indulgence [4]** 37/21
145/25 153/23 155/8
**industry [1]** 110/6
**inference [1]** 206/19
**info [1]** 140/1
**informant [2]** 24/16
24/18
**informants [1]** 6/1
**information [74]** 6/1
24/23 26/10 27/14
27/16 29/11 30/9 31/2
31/7 31/11 32/4 44/10
44/23 45/5 46/4 47/24
48/1 80/18 91/22 91/24
92/1 99/5 99/11 118/18
118/25 119/12 119/23
171/21 178/21 179/9
180/20 181/2 181/19
184/3 186/16 186/25
187/2 194/9 195/16
195/23 196/10 197/10
197/14 197/23 198/25
199/4 200/3 200/8
200/17 201/22 201/25
202/1 202/5 202/16
202/19 202/22 203/17
214/4 214/6 215/2
215/4 215/18 215/21
216/8 227/23 228/8
229/1 235/22 247/7
247/24 251/20 257/5
257/12 261/15
**initial [2]** 53/5 216/10
**initially [4]** 21/7 67/16
85/14 229/5
**initials [2]** 96/25 121/1
121/3 131/7 133/17
142/21
**initiated [1]** 164/22
**innocent [1]** 228/15
**input [8]** 27/3 67/15
67/17 175/4 191/9
195/25 196/2 196/23
**inquired [1]** 26/7
**inquiry [1]** 46/6
**insert [1]** 167/22
**inside [3]** 223/16
224/14 224/20
**insist [1]** 32/8 81/3
81/4
**insisted [2]** 26/24
190/22
**insists [1]** 141/10
**inspection [3]** 154/22
189/24 190/11
**instances [1]** 224/3
**instead [5]** 127/20
132/1 172/21 183/19
219/16
**instruct [1]** 76/10
**instructed [5]** 76/7
76/19 76/19 78/11
127/18
**instructions [2]** 130/8
182/9
**instructors [1]** 158/5
**insurance [8]** 48/13
134/20 163/12 163/13
163/19 175/24 177/1
189/21
**intent [2]** 5/4 218/17
**intentionally [3]**
201/18 201/22 207/11
**interest [3]** 32/5 99/6
119/11
**interesting [1]** 210/3
**internal [3]** 61/5 84/5
84/9
**interpretation [1]**
191/7
**interpreted [3]** 27/17
215/20 216/7
**interrupt [3]** 17/3
227/12 262/4
**interrupted [1]** 257/7
**interview [62]** 25/6
28/6 42/24 43/13 48/22
82/20 83/2 83/22 85/16
87/25 93/6 94/12 95/4
95/21 101/13 111/2
113/15 121/18 122/8
122/9 122/14 122/15
122/21 122/22 123/2
123/3 123/9 123/10
123/20 123/20 123/22
123/24 124/6 124/7
125/21 127/2 155/14
156/8 156/22 180/7
181/14 185/5 185/5
185/10 185/19 185/24
186/20 186/24 187/9
187/9 195/18 197/20
200/10 207/4 215/25
216/10 221/15 228/7
253/2 253/4 253/8
261/7
**interviewed [20]** 5/12
23/17 24/3 24/11 24/14
24/20 32/5 48/11 48/17
95/1 157/1 185/25
186/23 187/24 211/17
211/21 233/5 250/12
250/15 252/25
**interviews [24]** 47/25
48/19 142/17 145/4
148/13 148/24 149/1
149/2 156/12 179/14
181/23 187/25 194/6
194/7 194/10 195/19
197/24 201/3 210/25
211/8 212/3 212/5
249/7 249/16
**introduce [3]** 59/18
220/17 236/17
**Invega [6]** 14/20 15/2
134/4 134/10 135/25
137/10
**inventoried [2]** 136/7
136/8
**inventory [5]** 49/24
51/12 74/12 131/14
137/15
**investigate [1]** 254/12
**investigated [2]** 160/4
255/21
**investigating [5]** 5/14
161/16 162/23 179/3
197/15
**investigation [78]**
11/22 25/9 25/14 26/22

**I**

**investigation... [74]**
27/8 27/15 30/16 31/12
32/7 35/22 37/10 37/24
38/1 39/19 40/17 45/22
46/7 46/19 46/20 46/21
48/22 53/21 55/2 55/22
66/16 68/11 76/20
77/18 79/15 83/15 85/6
86/6 93/4 102/2 110/12
111/23 144/2 147/19
154/12 156/11 156/15
156/25 161/20 162/10
162/20 163/2 163/10
164/21 164/25 165/24
166/16 166/17 172/11
173/4 175/13 176/13
178/12 184/2 184/13
194/20 207/18 227/18
228/5 228/11 229/8
239/25 240/1 240/6
240/12 240/16 251/23
252/7 254/7 256/2
256/5 256/6 256/6
259/11
**investigations [7]**
56/23 56/23 103/2
151/11 154/15 158/23
204/1
**investigative [22]** 4/1
31/25 53/1 67/16 123/2
123/8 165/20 169/18
170/3 178/13 178/17
188/25 190/17 191/11
194/21 202/4 202/16
205/2 205/5 205/13
207/2 229/1
**investigator [22]**
25/22 46/3 150/22
150/24 151/2 151/5
151/19 151/21 160/6
165/2 166/3 166/19
166/23 169/19 170/14
175/16 175/23 175/24
175/25 201/11 256/22
257/2
**Investigator Arnold
[2]** 150/22 151/19
**investigators [11]**
165/10 165/19 167/5
168/7 175/10 180/19
181/20 200/2 200/2
205/22 241/20
**investment [1]** 204/3
**investors [1]** 204/5
**involve [2]** 11/24
174/23
**involved [35]** 27/21
32/21 38/5 53/24 54/17
55/7 76/20 101/21

102/9 126/4 152/20
154/12 154/14 157/1
159/6 161/19 165/24
166/16 166/21 169/9
172/11 173/5 178/9
178/17 178/18 179/21
180/17 182/3 182/6
184/6 184/25 214/7
233/7 249/3 249/12
**involving [1]** 47/19
**irrelevant [3]** 225/21
227/24 232/11
**is [461]**
**isn't [10]** 34/23 42/19
73/12 92/4 123/11
215/11 215/17 220/6
220/24 224/25
**isolated [1]** 17/20
**issue [25]** 5/19 6/6
16/1 33/20 34/8 34/20
54/6 92/10 100/19
130/18 130/19 176/18
181/10 185/19 209/2
213/25 221/20 230/17
231/10 242/19 246/6
250/16 251/22 254/14
259/12
**issued [2]** 152/2 219/4
**issues [8]** 32/22 71/20
118/22 119/12 226/24
227/16 228/22 250/18
**it [713]**
**it'll [2]** 62/16 81/25
**it's [200]** 3/22 4/6 4/7
4/24 5/23 7/15 9/8 11/2
13/2 14/19 15/6 15/7
15/8 16/17 20/7 22/14
25/6 25/21 28/15 31/15
33/7 34/17 36/1 36/11
36/12 36/17 41/23
43/19 44/6 44/17 50/9
52/1 52/5 52/7 52/25
53/10 53/23 57/15
57/24 61/8 61/20 62/6
64/19 64/25 69/18
70/13 70/25 71/11
71/11 71/13 73/14
73/16 73/19 75/10
77/11 78/23 79/13
79/16 79/24 80/12
80/16 81/16 81/17
81/21 82/6 82/25 83/6
84/25 84/25 87/24
88/11 88/12 89/6 89/11
89/11 90/17 92/11 97/6
97/12 98/3 98/15 98/23
99/14 101/20 101/24
103/11 105/10 105/17
108/19 108/25 108/25
114/16 114/21 117/19

120/9 121/21 123/9
123/16 123/18 124/18
125/5 127/7 130/19
133/9 133/10 134/10
134/13 135/3 135/7
137/23 138/1 138/14
138/20 139/8 140/1
143/4 143/8 145/1
145/2 146/22 148/13
158/2 158/13 161/24
162/1 162/1 163/4
163/12 163/14 163/19
164/1 167/13 168/6
169/25 170/3 170/6
170/8 172/3 181/8
181/11 184/11 188/3
190/3 191/17 191/18
192/24 192/25 198/12
200/4 200/5 202/10
202/11 203/21 204/12
205/11 206/21 210/23
212/7 212/24 214/14
216/20 217/16 221/16
221/19 223/1 224/5
227/24 228/4 229/5
229/19 229/22 230/12
230/14 230/22 231/5
231/19 231/20 232/6
232/7 232/11 236/20
239/5 239/12 239/15
240/9 245/25 246/6
246/8 248/5 250/19
250/22 250/24 251/1
251/14 252/20 253/21
253/25 259/14 261/23
262/22
**italicized [1]** 84/4
**italics [1]** 44/1
**itemize [2]** 137/6
137/15
**items [11]** 119/8
119/14 119/19 126/24
127/3 130/6 131/15
131/24 132/18 137/4
137/14
**its [14]** 4/13 4/24 4/25
17/23 18/11 18/21 19/3
60/18 97/11 137/22
138/20 204/24 231/2
233/2
**itself [3]** 17/20 104/24
231/13

**J**

**James [5]** 165/19
173/15 175/12 176/11
176/25
**Janet [2]** 41/19 41/21
**January [16]** 12/11
14/24 17/8 17/19 18/11

19/11 20/22 21/17 24/1
38/1 40/14 42/16 44/14
161/22 178/19 227/23
**January 2012 [4]** 17/8
19/11 20/22 42/16
**January 2013 [4]**
17/19 18/11 21/17 24/1
**January 23rd [1]**
161/22
**January 3rd [2]** 38/1
40/14
**Jaswinski [2]** 41/21
41/22
**Jeremy [12]** 50/14
53/6 54/15 54/25 55/10
55/11 55/23 171/2
171/16 173/6 173/14
173/18
**JFA [1]** 1/5
**Jigar [6]** 84/15 84/25
186/7 186/9 187/18
213/5
**Jim [2]** 107/2 190/24
**Jimmy [4]** 165/20
173/16 178/5 178/6
**job [10]** 124/12 124/13
159/10 159/17 174/10
184/8 205/6 206/20
213/10 246/8
**jobs [1]** 165/6
**joined [1]** 38/1
**JOSEPH [1]** 1/10
**JOSHUA [1]** 1/13
**JR [1]** 1/10
**judge [29]** 79/6 117/11
120/6 120/6 120/9
121/7 146/11 146/17
148/17 152/2 152/13
157/6 193/1 226/6
226/7 226/12 226/14
226/15 226/20 243/19
243/21 244/3 244/8
244/24 245/3 245/16
245/19 246/14 246/17
**Judge Anderson [1]**
79/6
**Judge Bredar [2]**
120/6 120/9
**judge Russell [8]**
117/11 243/19 243/21
244/24 245/3 245/19
246/14 246/17
**Judge Russell's [1]**
244/3
**Judge Sullivan [7]**
148/17 226/6 226/7
226/12 226/14 226/15
226/20
**Judge Sullivan's [1]**
146/17

**judicial [3]** 100/12
118/20 264/10
**July [35]** 3/14 3/17
3/17 9/17 22/7 28/19
28/24 29/4 29/14 29/19
30/8 30/13 40/14 69/5
70/9 70/19 80/14 121/7
127/25 150/14 151/10
152/5 157/19 186/21
192/15 200/22 201/19
206/4 227/24 227/25
242/23 245/24 249/7
249/8 253/21
**July 17 [1]** 127/25
**July 18th [1]** 186/21
**July 1st [6]** 28/19 29/4
29/14 29/19 30/8 30/13
**July 2013 [4]** 150/14
151/10 249/8 253/21
**July 23rd [10]** 9/17
22/7 69/5 121/7 152/5
192/15 200/22 201/19
227/24 227/25
**July 25th [3]** 157/19
242/23 245/24
**July 3rd [3]** 70/9 70/19
80/14
**jump [1]** 224/1
**June [38]** 1/6 2/2 3/11
9/9 9/16 10/6 36/13
43/2 43/3 43/6 43/12
43/14 67/21 67/24
68/16 69/4 69/12 69/12
69/16 69/20 72/14
126/23 127/3 127/10
128/3 128/8 129/6
129/14 129/15 129/22
129/22 131/11 132/19
197/20 197/21 222/20
227/20 264/12
**June 12 [1]** 9/9
**June 12th [2]** 9/16
10/5
**June 18th [1]** 197/20
**June 19 [1]** 43/3
**June 19th [5]** 43/2
128/3 128/8 129/14
129/22
**June 1st [1]** 43/14
**June 2013 [4]** 68/16
69/20 72/14 127/3
**June 20th [5]** 129/6
129/15 129/22 132/19
222/20
**June 21st [1]** 69/12
**June 22nd [2]** 43/6
197/21
**June 23rd [3]** 126/23
127/10 131/11
**June 24th [1]** 36/13

**J**

**June 26 [1]** 43/12
**June 30th [1]** 227/20
**June 6th [2]** 67/24
69/4
**Juneteenth [1]** 3/13
**jury [2]** 98/6 162/13
**just [197]** 3/18 3/25
4/16 8/24 10/3 14/8
14/14 15/13 15/23 18/4
20/13 21/2 22/5 23/8
23/10 24/7 24/20 27/13
30/3 32/25 33/2 33/13
33/21 34/23 38/7 40/1
46/16 47/21 51/10
52/12 54/2 56/17 57/1
57/23 58/19 60/7 60/11
60/11 60/18 61/1 61/22
62/11 62/18 63/2 63/15
65/16 66/14 71/20
72/18 72/23 77/7 77/8
82/4 86/14 89/5 92/6
93/8 94/7 94/15 96/4
96/21 96/22 96/24 97/1
97/2 97/16 99/4 99/9
99/15 100/4 100/6
101/11 101/20 101/24
103/3 103/5 105/12
106/12 108/11 109/8
115/14 117/19 118/6
118/11 119/14 120/2
120/10 120/10 125/4
129/9 130/2 130/25
132/6 132/9 134/22
134/23 137/19 138/6
139/12 139/22 140/13
140/16 140/19 140/24
141/5 141/13 143/23
144/12 144/15 144/17
145/25 150/11 151/10
153/5 153/11 153/17
153/24 153/25 155/8
156/23 159/14 159/15
162/22 164/4 164/5
164/9 166/23 169/25
169/25 170/3 170/8
171/19 172/18 172/24
173/12 174/1 174/20
176/1 178/11 179/20
180/13 180/23 182/13
183/24 184/5 184/10
185/6 188/20 189/9
189/13 190/14 190/18
191/5 191/6 197/13
199/20 201/3 201/11
203/18 204/9 204/18
211/9 212/7 216/6
217/10 218/18 221/5
223/17 224/15 228/3
229/16 231/1 231/20

233/22 234/3 234/8
235/2 239/9 239/14
244/4 246/8 248/14
248/19 254/14 256/10
256/13 256/24 257/9
257/11 258/7 258/13
259/4 259/17 260/22
260/23 261/13 262/16

**justice [2]** 27/9 119/11
**Justowski [1]** 41/19

**K**

**K-A-L-P-E-S-H [1]**
223/1
**K.B [2]** 121/3 142/21
**Kaletra [1]** 11/14
**Kalpesh [1]** 222/25
**Keegan [1]** 1/18
**keep [7]** 133/13
134/23 153/25 168/3
178/20 190/11 207/23
**keeps [2]** 81/20 232/3
**Kelly [1]** 55/17
**kept [3]** 84/13 85/7
183/18
**key [12]** 45/22 46/8
46/11 46/11 46/17
46/17 46/20 69/2 72/17
76/4 76/11 77/1
**kidnappings [1]**
158/15
**kids [1]** 213/10
**kind [21]** 10/4 11/2
21/11 34/6 34/22
101/22 104/10 132/9
134/23 140/11 153/18
157/24 159/2 171/7
178/10 188/23 195/6
236/17 247/12 248/11
248/14
**kinds [2]** 92/8 203/7
**knew [75]** 9/15 11/18
11/23 11/24 14/22
16/23 16/25 18/11
20/21 23/15 23/22
25/12 26/21 33/11
33/13 33/21 37/25 38/8
38/9 38/10 38/20 38/24
39/4 39/6 41/1 41/4
42/21 50/1 60/17 69/3
81/4 83/15 83/17 90/15
111/1 111/4 147/17
151/13 154/17 158/24
158/24 161/11 168/15
169/22 173/2 177/10
177/22 177/23 177/25
181/13 181/14 186/25
188/9 208/14 212/8
212/13 212/22 227/18
228/4 228/11 228/19

240/5 240/9 240/10
240/16 247/7 248/21
251/22 252/4 252/6
252/7 252/14 256/1
256/1 261/5

**know [193]** 10/3 10/10
13/25 15/6 15/8 15/9
15/14 15/21 22/17 25/1
25/9 25/16 25/23 26/14
31/19 33/5 33/6 33/25
34/25 35/11 35/14
35/15 37/13 46/7 48/1
48/2 54/20 56/19 57/20
58/5 58/8 59/11 59/12
62/3 62/7 62/9 63/15
63/16 63/23 68/8 68/12
69/9 69/12 70/20 87/1
87/9 87/24 88/21 89/8
89/13 94/6 97/3 97/7
97/21 98/10 98/15
99/17 100/7 100/8
100/12 102/12 103/13
104/7 104/19 104/25
105/1 105/16 108/11
108/18 112/9 112/22
113/16 113/18 113/23
114/3 114/11 116/14
116/18 117/2 117/6
117/10 124/14 124/15
124/16 126/22 127/1
129/13 133/13 140/13
149/20 149/20 150/9
151/1 151/6 151/20
151/24 152/17 153/19
158/25 159/16 160/5
160/7 160/9 160/20
160/23 161/8 161/11
166/21 167/15 167/22
168/17 168/18 169/1
169/12 169/22 169/23
170/6 170/19 171/2
171/13 172/10 173/2
174/6 174/7 174/9
175/3 175/9 175/12
177/5 179/9 182/9
182/12 183/6 184/11
187/20 189/16 195/13
195/19 206/1 206/7
206/7 206/17 208/3
208/6 209/13 210/20
210/20 211/1 211/8
212/3 212/19 212/23
219/22 223/16 225/10
230/18 231/22 231/23
235/19 238/17 243/6
243/12 246/18 247/12
247/19 247/23 248/3
248/4 248/6 248/14
248/24 248/24 249/2
250/19 251/12 251/15

251/20 251/21 251/25
251/25 252/2 252/2
252/14 252/23 253/11
253/16 253/16 253/19
255/9 257/4 257/18
257/25 261/13

**knowing [3]** 249/19
251/18 253/14
**knowledge [10]** 26/9
111/21 112/23 112/25
113/25 117/6 148/25
174/5 205/1 250/10
**known [13]** 11/19
16/15 55/9 63/21 90/15
98/9 134/20 152/15
177/12 177/19 181/16
208/7 229/1
**knows [6]** 46/9 98/12
198/21 211/11 216/20
255/21
**KOBIE [1]** 1/13
**Korpelli [2]** 186/12
186/14

**L**

**L-A-T-I-N-G [1]** 6/22
**label [15]** 7/14 7/15
128/19 129/15 133/8
134/4 137/19 141/20
142/7 211/6 223/18
224/3 224/7 224/9
224/22
**labels [31]** 127/20
128/21 128/22 128/24
129/23 130/9 130/15
130/23 131/1 131/4
133/16 133/25 135/1
135/17 135/23 136/16
137/19 138/15 139/16
141/2 141/19 141/24
142/3 142/7 222/7
222/23 223/6 223/15
224/18 224/21 224/25
**Labor [1]** 84/8
**laid [2]** 80/11 176/19
**Lakshmi [12]** 128/10
128/15 128/22 129/4
129/15 130/3 130/8
130/14 130/17 130/21
130/24 222/22
**language [1]** 160/16
**laptop [2]** 168/25
190/25
**laptops [1]** 171/11
**last [24]** 12/12 14/18
15/20 36/19 47/15
48/17 107/12 109/10
109/12 134/12 134/13
140/15 176/9 183/16
191/8 198/3 199/14

199/18 211/18 229/20
245/9 245/11 248/21
257/10
**late [12]** 3/11 3/12
3/17 14/13 32/16
208/15 208/24 227/23
228/16 230/22 239/19
246/8
**late-July [1]** 3/17
**later [33]** 26/5 26/6
27/25 30/3 32/22 34/24
35/13 46/11 47/23 53/5
62/4 62/16 70/15 81/11
81/16 82/1 82/6 84/19
88/3 88/20 92/17 95/21
98/12 98/25 110/1
111/14 113/13 147/10
147/21 156/5 166/12
179/22 190/6
**latest [1]** 26/25
**Lating [136]** 2/5 5/13
6/5 6/7 6/14 6/21 7/4
9/16 11/10 12/20 13/5
13/17 18/5 18/17 20/13
21/3 22/1 22/3 22/7
22/23 30/7 35/21 36/2
36/15 36/22 37/2 45/2
46/13 47/4 49/3 49/23
53/7 55/15 57/15 60/6
62/6 63/9 63/11 63/12
63/19 64/14 65/19 66/2
67/13 67/23 69/5 69/25
70/19 72/2 75/20 82/6
82/15 86/3 89/15 92/24
93/3 95/5 101/5 105/16
106/24 107/4 107/8
107/19 109/10 109/13
109/14 110/3 110/7
110/11 111/1 111/21
112/6 112/9 112/13
113/10 113/16 114/24
117/14 120/20 121/6
121/11 122/12 124/4
126/23 128/6 129/12
132/6 133/7 135/12
139/20 139/22 140/12
141/15 141/18 142/12
142/14 143/2 143/7
144/1 144/14 146/2
146/7 147/4 147/17
152/5 152/19 153/5
154/11 155/12 155/24
192/11 201/18 219/13
222/13 227/25 233/5
233/20 235/11 237/7
237/16 237/23 238/19
238/23 239/21 240/9
242/8 243/4 244/14
244/17 245/22 246/11
246/16 247/3 258/10

**L**

**Lating... [2]** 259/24
262/17
**Lating's [1]** 237/13
**latitude [1]** 163/21
**laundering [1]** 207/1
**Laurie [75]** 8/21 10/18
24/10 25/4 26/8 26/10
26/15 26/16 26/18 27/8
27/14 27/19 28/3 28/8
28/13 28/17 30/12
30/17 30/17 30/18
30/24 31/13 39/15
42/11 42/18 42/21 43/4
43/12 45/13 82/16 83/1
85/12 95/1 103/11
103/13 111/3 111/14
123/13 165/3 166/3
166/19 170/12 170/23
173/7 174/25 175/6
175/14 175/17 181/1
182/23 185/4 185/10
186/16 186/21 186/23
190/19 190/21 190/25
194/9 212/3 213/22
213/15 236/4 250/15
253/1 253/5 256/12
256/20 256/22 257/1
257/5 257/17 260/8
261/6 261/10
**Laurie Gutberlet [2]**
85/12 253/1
**Laurie Gutberlet's [1]**
260/8
**Laurie's [2]** 167/13
167/23
**law [14]** 1/18 3/6 5/18
72/15 99/7 100/12
110/4 110/8 117/24
118/2 118/8 118/19
175/20 238/19
**LAWRENCE [1]** 1/16
**lawyer [12]** 43/13 46/5
148/13 214/14 215/3
215/7 216/3 238/25
238/25 239/1 257/13
260/10
**lawyers [3]** 158/6
158/7 262/7
**lay [3]** 3/25 62/21
143/24
**laying [1]** 59/24
**lead [6]** 158/23 166/21
166/23 166/25 188/21
207/18
**leader [17]** 11/22
35/21 52/19 52/21
52/23 52/24 53/7 53/9
53/12 53/16 53/21
53/23 54/8 67/5 67/9

75/20 86/22
**leading [8]** 163/21
165/13 173/23 174/2
174/5 196/6 199/19
199/20
**learn [3]** 158/1 158/3
158/5
**learned [5]** 84/9 84/14
160/18 205/21 229/10
**learning [1]** 157/24
**least [39]** 14/22 22/5
24/11 24/12 31/1 38/13
41/3 41/3 41/4 50/3
69/1 72/7 73/2 85/14
85/16 85/19 86/16
98/16 101/6 101/10
105/8 105/17 111/1
111/2 120/21 120/22
126/8 135/17 152/20
160/8 161/4 171/21
177/4 177/6 177/10
179/25 229/19 252/4
258/10
**least-experienced [1]**
177/4
**leave [9]** 30/4 78/2
117/21 118/4 208/8
231/2 238/3 255/22
256/7
**leaving [6]** 104/8
108/25 175/14 191/8
259/6 259/11
**led [6]** 60/6 75/24
75/25 129/6 129/18
130/5
**left [27]** 25/18 26/13
26/18 26/24 27/9 29/5
29/6 30/17 30/17 30/18
30/24 31/13 40/11
94/23 95/14 96/5 96/7
96/13 154/24 157/12
211/9 214/25 228/22
248/22 248/23 258/11
259/21
**legal [12]** 5/23 148/22
148/23 157/23 168/5
172/19 172/23 176/3
191/19 191/24 202/25
203/5
**legally [1]** 182/24
**length [1]** 90/24
**Leshawn [2]** 183/2
183/14
**less [8]** 22/15 44/6
48/7 122/3 122/5
215/25 257/14 261/14
**let [58]** 3/25 10/1
16/21 23/19 24/25 33/9
34/23 36/25 53/18 63/6
71/20 76/6 81/15 85/24

86/4 87/9 89/7 96/18
97/2 98/22 99/4 102/12
115/14 117/21 120/25
121/11 123/21 125/4
132/22 138/6 138/9
140/13 140/16 141/9
141/13 141/17 153/9
154/1 154/13 156/17
160/21 160/25 163/8
195/13 206/21 210/7
212/19 219/8 222/6
224/1 226/1 230/24
231/2 231/3 233/16
235/19 241/19 244/11
**let's [101]** 6/10 8/24
8/24 10/8 12/2 12/5
14/18 15/25 30/15
37/23 39/12 39/12 42/6
46/23 50/8 52/9 54/11
62/13 62/14 63/25
64/19 64/20 66/9 66/14
67/19 72/12 72/23 73/9
77/23 77/23 82/24 83/9
83/20 83/20 85/10 87/8
89/7 90/22 91/4 91/19
94/15 97/1 100/12
100/20 102/8 103/19
106/18 117/19 117/19
119/25 120/12 122/18
123/12 124/9 127/4
127/6 130/18 131/6
132/9 132/21 133/12
133/12 134/22 135/20
135/22 137/7 139/25
139/25 142/25 146/19
149/10 149/11 149/13
153/17 153/18 153/25
167/22 167/22 168/3
216/3 216/5 230/22
230/23 231/1 232/13
232/19 234/14 234/14
234/25 237/8 239/17
239/24 240/5 240/11
240/16 251/4 251/13
251/14 253/17 254/14
262/2
**letter [22]** 61/12 145/2
146/11 147/22 148/4
148/7 148/8 149/9
149/10 149/14 149/21
149/22 150/6 150/8
152/2 152/12 189/23
226/1 226/3 226/10
226/14 226/16
**letters [2]** 94/20
109/18
**letting [3]** 54/19 169/4
208/8
**level [1]** 4/11
**levels [1]** 221/17

**Lexapro [2]** 14/21
15/16
**liaison [5]** 174/11
174/18 174/23 198/6
198/13
**Lidoderm [2]** 14/20
15/14
**lied [1]** 257/1
**life [1]** 157/7
**lift [5]** 49/11 49/13
49/16 216/13 216/16
**like [93]** 17/22 37/14
42/25 47/16 48/8 64/4
64/5 72/8 93/8 94/17
99/12 105/7 105/25
108/8 109/14 111/17
115/22 118/9 120/13
122/8 123/4 124/20
126/4 128/5 134/24
135/3 137/19 137/19
138/1 138/24 141/2
141/20 142/8 142/24
145/9 150/11 153/23
154/23 157/25 157/25
159/3 162/13 162/14
167/21 167/21 168/3
168/20 169/2 171/6
171/7 171/15 174/13
174/16 174/17 175/1
176/4 176/4 178/1
180/1 187/17 187/21
187/22 188/19 188/25
189/13 189/17 189/21
191/2 192/18 196/11
196/19 197/4 197/5
204/3 205/10 207/24
212/2 212/5 215/21
218/1 221/4 221/6
221/10 227/24 236/22
239/10 242/18 246/4
252/10 254/18 254/18
255/18 259/22
**liked [4]** 68/21 152/15
169/2 172/19
**likely [2]** 215/11
215/17
**limine [4]** 117/5
207/23 228/21 230/21
**limit [1]** 230/1
**limitations [1]** 162/12
**limited [3]** 84/14
162/16 200/5
**line [10]** 36/19 91/9
93/17 96/6 96/9 191/16
192/25 210/14 230/10
245/14
**line 23 [1]** 96/6
**line 27 [1]** 96/9
**lines [6]** 44/5 62/12
64/15 84/12 84/13

90/10
**link [1]** 10/4
**linked [4]** 16/24 16/25
17/16 18/24
**links [1]** 188/23
**Lisa [114]** 24/11 25/10
25/13 26/3 26/7 26/14
27/21 26/3 26/8 26/8
28/18 28/24 30/24 31/2
31/5 31/9 31/10 31/11
31/15 31/16 32/12
32/20 33/24 34/1 35/23
38/24 47/25 47/25 50/4
58/4 58/8 61/16 65/10
66/4 82/15 82/21 83/2
83/12 85/14 85/15 93/3
93/18 93/19 93/19 94/8
96/10 101/6 105/22
105/23 106/2 111/2
111/8 111/22 112/8
112/10 112/13 112/16
112/25 113/6 117/7
127/17 128/9 129/21
130/5 130/21 146/10
147/22 148/11 148/12
148/16 148/17 148/19
149/7 152/1 152/12
155/3 166/18 176/5
181/23 184/18 184/22
184/22 185/2 185/5
185/19 185/24 186/17
186/20 187/10 187/19
188/4 188/12 188/13
195/18 200/10 201/6
201/7 210/4 210/10
211/20 213/1 213/9
219/2 219/9 223/12
226/3 228/17 229/8
229/11 231/23 250/2
251/5 253/13 254/21
**Lisa Ridolfi [10]** 31/9
31/10 50/4 101/6
129/21 147/22 148/16
155/3 195/18 229/8
**Lisa Ridolfi's [1]**
148/11
**list [31]** 33/8 35/1 35/3
60/5 66/5 67/13 67/16
72/23 73/9 73/16 74/22
75/1 75/14 75/22 77/6
80/13 81/13 85/20
88/24 91/10 91/12
93/24 136/24 146/22
170/1 170/3 170/4
174/14 174/17 188/24
190/7
**listed [3]** 137/4 162/4
193/9
**listen [2]** 35/22 46/13
**listener [2]** 5/3 5/5

**L**

lists [5]  35/5 35/6
96/19 153/16 180/12
little [23]  6/6 30/22
42/6 44/6 78/19 83/9
83/20 93/12 106/8
114/1 140/16 142/15
158/2 171/3 179/2
191/22 223/5 225/11
235/4 235/5 236/20
262/12 262/22
live [1]  34/24
living [1]  157/21
LLC [3]  193/16 193/19
193/21
load [2]  69/21 69/22
located [6]  193/12
193/14 193/19 193/21
193/24 194/1
location [35]  13/8
13/11 13/19 14/4 14/6
16/4 16/5 16/7 16/10
16/15 16/19 18/3 19/9
19/12 19/20 21/19
21/23 22/19 68/16
68/19 68/24 105/1
158/11 188/23 190/3
192/21 193/5 193/13
193/16 193/21 193/23
193/25 194/3 194/10
211/9
locations [14]  22/5
40/19 68/17 104/25
111/6 113/20 144/4
189/8 189/13 193/6
193/7 194/5 194/8
242/25
log [8]  111/17 111/17
112/8 112/17 113/1
113/1 113/6 155/15
logbook [2]  112/17
156/4
Logbooks [1]  156/3
logic [1]  229/14
logs [47]  110/12
110/14 110/15 110/16
110/16 110/16 110/23
111/4 111/16 111/22
112/11 112/14 113/9
113/17 113/18 113/19
113/24 114/5 115/3
115/16 115/21 116/10
116/12 116/12 116/18
219/3 219/6 219/9
219/19 219/22 220/2
220/17 242/8 242/12
242/16 242/17 242/21
243/7 243/13 244/7
244/14 245/15 245/18
245/23 245/23 246/12

246/17
Lombard [1]  1/24
long [11]  39/24 43/25
78/10 105/6 157/20
158/19 159/10 160/7
169/7 177/19 195/5
long-term [1]  160/7
longer [6]  17/8 142/15
167/2 185/4 215/20
241/18
longest [1]  167/1
look [38]  14/18 36/18
40/7 51/22 51/22 64/19
64/20 71/25 76/11
78/14 83/20 88/9 100/4
100/5 100/9 109/8
118/8 121/8 123/12
124/17 124/17 132/21
134/22 136/18 140/18
140/23 155/13 155/15
160/21 168/8 195/15
231/2 234/5 234/6
236/9 236/16 236/18
259/19
looked [7]  8/4 63/10
140/19 140/24 212/7
223/2 259/9
looking [11]  24/2 79/7
79/12 86/8 96/4 107/13
108/23 108/24 109/19
179/20 227/15
looks [13]  47/16 48/7
94/16 108/8 134/24
135/3 138/1 141/2
141/20 142/8 189/17
239/9 246/4
loop [2]  149/21 260/23
lose [2]  213/9 213/9
losing [1]  230/24
loss [2]  92/6 198/25
losses [3]  196/10
203/18 204/24
lost [2]  197/1 235/5
lot [21]  3/6 13/9 37/11
46/9 48/18 103/2
111/13 120/24 142/24
156/12 157/24 158/16
163/21 171/14 180/2
183/9 213/9 213/25
243/23 245/5 258/6
lots [1]  164/2
loud [1]  193/8
love [1]  159/14
Loved [2]  159/12
159/12
lucky [1]  207/4
lunch [9]  100/13
100/20 105/5 117/17
117/19 118/9 118/10
118/19 146/3

**M**

M-A-U-R-A [1]  6/21
ma'am [12]  6/19 47/3
50/9 83/25 102/11
106/21 126/13 141/5
243/8 249/14 250/18
257/6
mad [2]  211/13 211/14
made [19]  4/15 10/23
27/9 35/23 77/6 79/17
80/6 82/1 96/15 114/17
153/21 155/2 194/7
198/2 230/18 242/9
253/20 254/4 254/5
magical [1]  45/14
magistrate [1]  121/7
mail [11]  189/18
189/20 189/22 189/23
189/25 190/1 190/2
190/4 190/7 190/14
190/15
mailings [1]  189/20
main [6]  77/18 79/4
79/15 86/5 174/10
179/4
mainly [4]  19/20
174/18 191/5 196/21
maintain [1]  85/1
maintained [2]  16/10
31/16
major [4]  115/1 160/8
178/1 178/20
majority [4]  12/6
12/10 12/17 14/15
make [29]  4/22 11/3
23/10 27/8 61/6 62/21
78/24 86/4 98/22 125/5
133/13 140/3 150/13
153/9 154/18 156/24
164/5 168/10 171/11
181/5 191/6 224/1
224/16 229/21 230/24
231/25 242/22 246/19
255/4
makes [6]  62/24 98/11
105/6 230/16 255/16
256/4
making [3]  171/22
203/7 231/4
malice [4]  5/9 5/11
5/15 228/23
malicious [3]  5/10
205/18 228/23
management [2]
178/4 178/7
manager [3]  38/24
61/17 255/6
manipulate [1]  205/3
manipulated [1]
204/22

Mannava [1]  250/8
many [18]  76/14
101/12 133/2 160/5
160/9 161/1 168/7
169/8 177/21 177/21
179/24 182/12 225/10
225/11 237/5 251/16
252/2 252/23
March [11]  21/5 21/12
103/8 113/21 114/5
114/14 115/17 116/11
201/8 241/4 242/21
March 11 [4]  113/21
114/5 115/17 241/4
March 11th [2]  114/14
242/21
March 2013 [2]  21/5
21/12
March 4 [1]  103/8
Marisa [2]  162/5 162/8
mark [7]  103/22
103/22 146/23 230/23
231/1 236/24 237/2
marked [9]  33/1
36/17 85/24 143/4
143/15 161/23 163/1
171/20 176/15 180/9
185/8 185/22 192/11
223/3 231/5 231/19
232/13 233/20 234/3
marker [1]  108/25
Mary [6]  24/15 25/6
105/25 106/1 188/7
188/11
MARYLAND [15]  1/1
1/6 1/25 10/13 110/4
110/8 163/12 167/5
169/19 193/13 193/20
193/22 194/2 259/2
264/6
Massachusetts [2]
157/7 157/8
massive [4]  54/7
126/3 126/9 126/16
Master's [1]  157/17
matches [2]  134/18
141/24
matching [2]  142/17
145/4
material [3]  31/23
118/20 201/19
materially [1]  202/5
math [3]  217/23
217/24 218/11
matter [24]  1/9 3/20
3/22 4/19 21/12 27/15
34/19 36/5 36/6 49/5
57/17 82/8 120/2
122/17 154/15 174/2
225/18 243/22 245/4

246/17 246/18 246/20
246/21 264/9
matters [8]  45/20
45/20 158/21 225/20
233/13 233/14 233/25
244/9
MATTHEW [1]  1/15
Maura [7]  2/5 6/14
36/15 54/4 55/15
112/13 159/8
maximize [1]  3/7
may [32]  4/15 5/25
6/17 7/23 8/5 10/17
22/14 29/11 32/9 35/2
35/2 46/8 47/4 47/12
54/14 62/18 78/2
113/18 117/4 132/14
149/13 153/23 155/8
155/19 158/18 200/24
201/8 207/6 230/9
235/4 242/19 257/23
May 17 [1]  50/14
May 1992 [1]  158/18
May 1st [1]  8/5
May 20 [1]  47/12
May 2013 [1]  22/14
May 20th [1]  47/4
May 25th [1]  149/13
May 31st [1]  7/23
May 4th [1]  207/6
maybe [37]  27/17
28/22 34/6 44/4 44/5
44/5 46/9 48/12 53/18
63/5 71/14 76/6 76/18
79/11 84/12 99/17
105/23 108/3 108/8
109/8 120/22 121/2
129/20 130/20 131/21
131/21 142/14 142/15
142/20 149/9 155/9
191/22 236/4 242/13
246/7 251/11 252/6
me [151]  3/25 10/1
16/21 18/4 23/19 24/25
26/12 27/16 27/16
27/18 28/3 28/8 28/21
30/12 30/13 33/9 34/23
36/25 46/10 52/12
53/15 53/18 54/4 54/5
54/19 55/21 58/6 58/7
63/6 67/4 68/9 69/1
69/2 70/3 71/20 72/8
75/2 75/3 75/17 75/19
76/6 79/5 79/7 79/8
79/13 81/15 82/23 84/2
85/24 86/4 87/9 88/1
88/10 96/18 98/8 99/4
99/15 102/12 103/21
108/24 109/1 112/6
115/13 115/14 116/5

**M**

**me... [86]** 117/21
120/25 121/11 123/4
123/5 123/21 125/4
129/19 129/24 132/22
136/19 138/6 138/9
140/13 141/17 145/8
146/13 150/2 151/14
153/9 154/13 158/22
159/3 160/24 160/25
162/3 163/5 163/8
164/8 165/7 166/13
167/11 167/20 167/25
168/2 168/20 168/20
168/25 169/3 169/4
171/13 172/21 176/24
177/2 179/3 180/21
183/10 186/20 188/1
189/16 190/11 190/23
191/14 192/1 195/10
195/13 196/19 197/6
201/4 201/10 201/15
207/5 207/5 209/12
209/17 210/7 212/19
213/3 219/8 222/6
223/3 223/11 223/18
224/1 226/1 227/12
228/14 230/19 231/2
231/3 233/16 241/19
242/13 244/11 260/9
262/23

**mean [64]** 14/14 17/3
19/14 22/23 29/23
49/20 50/6 53/17 58/6
61/4 64/4 68/12 76/18
78/14 81/17 86/18
86/25 88/11 88/25
99/16 111/11 113/3
116/20 116/21 127/2
137/13 137/13 138/4
143/23 144/1 151/9
151/20 152/7 152/18
153/15 153/15 155/6
163/19 170/5 170/6
171/5 172/20 173/12
183/13 183/17 187/2
192/17 196/3 198/16
199/14 212/9 217/24
225/5 227/22 229/4
230/1 230/2 231/12
245/25 258/23 262/4

**meaning [4]** 26/21
47/25 107/13 128/16

**means [5]** 73/14
163/14 163/15 223/11
223/20

**meant [10]** 36/23 37/2
37/14 45/8 79/11 211/4
212/1 212/8 224/13

224/19

**meat [1]** 216/4

**med [48]** 11/25 12/4
12/6 12/10 12/12 12/18
13/7 14/1 14/13 14/15
17/11 24/8 24/10 47/19
73/9 74/18 82/18 85/7
85/11 85/13 85/19 86/5
86/8 86/12 87/5 87/7
87/15 87/18 90/11 91/1
91/2 91/9 91/16 93/4
93/24 94/9 94/21 94/22
101/6 125/6 128/19
145/19 153/6 153/11
153/12 153/16 255/1
255/5

**Med-4 [23]** 12/12 13/7
14/1 14/13 47/19 73/9
74/18 85/7 85/19 86/8
87/15 90/11 91/9 93/4
93/24 94/9 94/21 94/22
125/6 153/6 153/11
153/12 153/16

**med-4may**
**13thplumtreeonly.xls**
**x [1]** 91/16

**Med-4s [22]** 11/25
12/4 12/6 12/10 12/18
14/15 17/11 24/8 24/10
82/18 85/11 85/13 86/5
86/12 87/5 87/7 87/18
91/1 91/2 101/6 255/1
255/5

**MEDIC [61]** 19/3 19/6
19/8 19/15 52/14 52/16
52/18 52/23 53/3 53/4
53/24 53/25 54/11
54/17 55/6 55/7 55/19
56/3 56/3 56/4 169/11
169/15 171/4 171/5
171/16 173/5 173/8
173/11 173/18 174/10
174/11 174/18 175/1
175/8 175/25 196/3
196/5 196/10 196/12
196/23 198/5 198/7
198/9 198/11 198/19
198/24 199/1 199/4
199/10 199/17 199/22
199/23 199/25 200/1
202/19 202/22 203/18
204/23 205/4 205/5
205/6

**Medicaid [40]** 8/6
10/13 10/23 11/3 21/17
27/2 30/20 31/5 34/2
38/4 50/1 70/4 104/13
107/20 111/10 113/15
161/21 161/22 163/12
165/2 165/18 166/3

166/19 166/20 166/25
167/5 169/19 174/24
175/10 175/25 185/4
194/6 195/5 195/8
197/19 200/18 212/7
258/25 259/2 260/11

**Medicaid's [1]** 31/15

**medical [11]** 117/25
158/24 158/25

**Medicare [5]** 107/13
107/20 108/13 163/13
174/24

**medication [10]** 8/9
11/13 125/6 125/9
128/16 128/20 131/4
136/12 209/16 224/8

**medications [6]**
116/19 127/21 156/24
214/2 223/17 252/16

**medicine [1]** 224/4

**medicines [1]** 96/19

**meds [1]** 48/3

**meet [5]** 3/9 47/20
165/17 169/19 180/15

**meeting [34]** 43/4
86/13 86/20 148/10
149/5 162/19 165/9
166/1 166/10 166/11
166/18 169/11 169/14
170/17 171/6 171/8
171/12 171/15 171/17
174/13 174/13 174/22
176/8 176/9 190/24
196/1 196/19 199/25
214/5 214/7 214/7
214/18 215/1 256/16

**meetings [20]** 149/7
168/12 169/6 169/9
173/7 173/9 173/15
173/16 173/17 174/8
174/21 174/25 175/3
175/4 191/11 197/3
197/4 197/8 198/6
198/23

**meets [3]** 4/13 4/20
4/25

**member [2]** 55/2
194/19

**members [9]** 32/7
100/4 100/24 117/21
117/23 169/17 173/11
198/24 205/13

**memo [24]** 8/22 9/2
9/4 25/3 39/15 39/24
41/5 42/22 43/12 82/24
83/1 83/23 83/25 111/1
111/2 111/3 114/11
114/16 127/25 128/6
161/24 165/9 165/17
194/19

**memorized [1]** 195/1

**memory [21]** 25/20
26/2 29/18 29/23 29/25
37/9 45/14 78/12 78/20
81/7 82/20 92/6 120/24
129/13 144/7 169/25
179/21 195/3 195/11
236/15 258/9

**memos [5]** 9/12 27/13
41/6 41/8 167/4

**mental [1]** 5/4

**mention [7]** 96/23
124/11 126/2 126/7
126/15 141/1 145/14

**mentioned [19]** 38/13
38/17 57/15 70/17
115/14 125/2 126/8
136/6 136/17 142/8
160/4 169/6 173/12
191/10 198/5 248/8
249/24 251/5 251/8

**mentioning [1]** 145/16

**mentions [2]** 40/7
104/12

**Merit [1]** 264/4

**message [1]** 108/22

**messages [1]** 97/17

**met [7]** 42/11 46/19
161/21 170/15 180/23
182/17 200/11

**methodology [1]**
71/19

**MFCU [7]** 26/19 29/5
51/8 197/14 197/19
256/22 257/2

**mic [1]** 112/3

**Michael [8]** 55/23
102/18 103/8 103/20
165/21 173/1 173/12
173/20

**mid [5]** 3/17 14/10
69/12 69/16 229/13

**mid-December 2012**
**[1]** 14/10

**mid-February [1]**
229/13

**mid-June 2013 [2]**
69/12 69/16

**middle [14]** 75/4 82/16
82/17 84/16 85/6
101/12 101/20 102/3
102/5 149/15 153/6
153/12 179/1 255/4

**Middle Eastern [3]**
84/16 101/20 102/5

**might [10]** 5/8 5/14
33/20 100/18 105/4
110/18 156/17 212/16
227/11 241/24

**Mike [1]** 55/17

**mild [1]** 15/14

**military [1]** 177/1

**Miller [3]** 1/18 183/2
183/14

**million [9]** 8/6 9/21
9/24 106/7 106/8 106/9
106/10 217/22 232/23

**millions [1]** 204/8

**mind [11]** 5/14 27/14
120/12 172/19 172/23
202/10 202/11 221/19
227/25 235/5 235/6

**minds [1]** 191/19

**mindset [2]** 54/19
54/23

**minimum [2]** 76/1
171/19

**minute [8]** 57/6 89/5
153/23 212/4 212/5
234/13 234/14 257/9

**minutes [11]** 47/23
50/23 51/15 93/8
120/11 142/14 192/6
207/5 234/17 260/23
260/24

**miscellaneous [1]**
137/19

**mischaracterize [1]**
78/25

**mischaracterizes [10]**
208/10 208/18 209/22
214/19 216/18 217/4
219/6 219/11 222/10
225/1

**mischaracterizing [1]**
199/15

**mishear [1]** 199/25

**misheard [2]** 242/14
242/20

**mislead [2]** 71/6
240/23

**missing [2]** 228/3
245/20

**misspeak [1]** 218/16

**misspelled [2]** 64/22
172/8

**misspoken [1]** 245/15

**misstate [1]** 201/18

**misstated [3]** 170/24
205/22 245/19

**misstating [1]** 199/9

**mistake [2]** 254/4
254/5

**misunderstood [1]**
60/14

**modeling [1]** 13/13

**MOLISSA [1]** 1/15

**moment [10]** 32/10
42/5 49/1 59/10 83/19
97/18 101/9 126/20

# M

**moment... [2]** 140/11
145/25
**Monday [1]** 3/13
**monetary [2]** 204/9
204/14
**money [5]** 3/6 204/11
206/25 210/5 210/8
**monitor [3]** 99/20
99/23 135/5
**monitors [1]** 99/23
**month [8]** 39/18 69/4
104/8 166/6 183/16
183/16 211/18 211/20
**months [28]** 10/5
10/11 22/5 22/6 22/13
22/24 23/11 23/23 29/4
91/13 95/10 122/8
122/15 122/21 123/3
123/10 124/7 125/21
156/5 190/6 211/19
211/24 211/25 211/25
221/15 227/19 229/12
232/6
**moot [1]** 158/8
**more [47]** 3/22 9/21
10/2 15/10 17/24 20/25
22/13 42/7 46/1 46/9
56/3 76/23 78/22 114/5
118/23 121/16 122/14
122/21 123/3 123/9
124/6 125/21 135/23
136/14 136/15 138/18
147/7 153/14 154/18
154/24 155/9 161/5
168/22 170/19 171/4
183/19 186/25 187/2
191/12 195/17 213/15
229/12 232/15 232/16
251/14 259/20 262/12
**morning [18]** 3/2 3/3
7/4 7/5 57/5 105/11
232/18 233/9 239/18
246/3 246/5 246/5
249/23 252/8 252/9
262/2 262/13 263/6
**mortgage [1]** 159/5
**Mosley [55]** 7/23
10/18 26/22 30/21 47/9
50/17 52/23 52/24
53/23 54/3 54/14 54/15
55/1 55/16 55/24 56/15
56/22 70/15 106/24
107/13 108/23 108/24
109/18 112/10 112/16
113/7 144/2 150/11
151/15 161/21 165/3
165/19 167/1 173/6
173/16 173/21 177/8
177/10 177/20 183/7

195/25 196/3 196/9
196/15 198/6 199/5
204/22 205/2 205/3
227/17 227/25 240/23
241/14 241/17 248/8
**Mosley's [2]** 108/12
174/9
**most [15]** 4/18 10/13
24/10 126/10 126/17
132/8 157/7 174/5
179/1 179/5 183/17
249/6 249/14 249/15
249/16
**mostly [1]** 255/20
**Motaparthi [2]** 187/7
213/5
**mother [1]** 213/10
**motion [4]** 117/5
207/23 228/21 230/20
**motivation [1]** 205/21
**move [42]** 15/22 32/10
33/21 37/20 42/4 45/18
57/3 64/2 64/5 66/9
82/4 82/7 83/18 89/8
89/13 90/20 94/15 97/7
101/9 102/8 105/2
105/7 105/13 114/16
119/25 142/11 145/24
147/8 147/14 152/18
152/21 212/12 218/24
232/19 233/24 239/5
246/25 248/19 251/4
253/17 256/9 260/17
**moved [4]** 17/15 97/7
230/7 244/6
**Mr [2]** 2/6 2/6
**Mr. [105]** 4/21 5/18 7/5
25/2 32/5 32/22 45/2
49/7 49/11 51/7 60/1
60/8 60/25 61/1 63/8
64/21 65/16 66/25 67/2
67/14 72/10 73/17 77/9
77/15 78/11 78/13 79/3
79/9 79/14 79/21 80/13
80/19 81/8 85/22 87/19
88/20 88/21 103/20
112/2 150/13 155/3
155/19 161/8 161/17
162/25 176/24 180/8
180/16 180/20 180/22
181/4 181/16 184/18
185/3 197/24 200/24
205/18 205/19 209/7
209/19 209/23 210/4
210/13 210/22 211/4
211/13 212/12 212/20
217/14 217/17 217/21
218/10 220/5 220/17
221/4 221/23 225/23
226/2 227/18 227/18

228/4 228/9 228/10
228/11 228/14 229/7
229/25 233/5 234/11
237/17 237/21 238/13
239/13 242/9 242/16
244/16 245/13 246/13
247/8 247/23 254/8
254/11 255/10 260/15
260/23
**Mr. Annappareddy
[30]** 32/5 32/22 64/21
77/15 79/14 155/3
161/8 161/17 162/25
181/4 181/16 184/18
185/3 200/24 209/19
209/23 210/13 210/22
211/4 211/13 220/17
227/18 228/4 228/11
228/14 229/7 246/13
247/8 254/8 254/11
**Mr. Annappareddy's
[20]** 49/7 49/11 60/8
63/8 66/25 67/2 67/14
72/10 77/9 79/3 79/21
80/13 85/22 205/18
220/5 242/9 242/16
244/16 247/23 255/10
**Mr. Dykes [1]** 51/7
**Mr. Eiser [10]** 60/1
80/19 155/19 209/7
212/12 225/23 228/9
228/10 237/17 237/21
**Mr. Greenberg [28]**
4/21 5/18 7/5 25/2
60/25 61/1 65/16 73/17
78/11 78/13 79/9 81/8
112/2 150/13 212/20
217/14 217/17 217/21
218/10 221/4 221/23
226/2 229/25 234/11
238/13 239/13 245/13
260/15
**Mr. Greenberg's [1]**
205/19
**Mr. Harris [1]** 233/5
**Mr. Michael [1]** 103/20
**Mr. Reddy's [1]** 87/19
**Mr. Ryan [1]** 176/24
**Mr. Tokofsky [9]** 45/2
88/20 88/21 180/8
180/16 180/22 197/24
210/4 260/23
**Mr. Tokofsky's [1]**
180/20
**Mr. Walker [1]** 227/18
**Ms. [174]** 7/4 8/3 8/12
8/16 9/2 9/12 9/15 10/4
11/10 12/20 13/5 13/17
18/5 18/17 20/13 22/1
22/23 24/13 29/5 29/10

30/7 35/21 36/2 36/22
36/22 36/25 37/2 37/2
37/14 42/22 44/20 45/2
45/3 46/13 46/19 47/4
49/3 53/7 57/15 60/6
63/19 64/14 64/15
65/19 66/2 67/10 67/13
67/23 70/19 72/2 75/20
82/6 82/15 83/13 84/23
86/3 89/15 92/24 93/3
94/22 95/5 95/5 95/20
95/21 96/1 101/5 104/7
105/16 106/24 107/19
109/10 110/3 110/7
110/11 111/1 111/13
111/21 112/6 112/9
113/16 114/24 117/14
120/20 121/11 122/12
123/13 126/23 129/5
129/12 129/14 130/14
130/23 130/23 131/3
132/6 133/7 135/12
139/13 139/20 139/22
140/12 141/15 141/18
141/24 142/2 142/12
142/14 143/2 143/7
144/1 144/14 146/2
146/4 146/4 146/7
147/4 147/17 148/3
151/21 151/22 152/19
153/5 154/11 155/2
155/12 155/24 156/25
182/1 186/24 187/9
192/11 200/10 201/18
205/20 208/4 208/14
209/19 210/15 210/16
219/12 219/13 219/19
222/6 222/13 222/13
222/14 223/22 225/14
225/17 229/17 229/18
232/9 233/20 235/11
237/7 237/13 237/16
238/19 238/23 239/21
240/9 242/8 244/14
244/17 245/22 246/11
246/16 247/3 250/13
251/18 253/15 258/10
259/24 262/17
**Ms. Arnold [5]** 8/3
8/12 8/16 67/10 148/3
**Ms. Gutberlet [15]** 9/2
9/15 10/4 24/13 29/5
29/10 42/22 44/20 45/3
46/19 83/13 95/21
104/7 123/13 156/25
**Ms. Gutberlet's [1]**
9/12
**Ms. Lating [103]** 7/4
11/10 12/20 13/5 13/17
18/5 18/17 20/13 22/1

22/23 30/7 35/21 36/2
36/22 37/2 45/2 46/13
47/4 49/3 53/7 57/15
60/6 63/19 64/14 65/19
66/2 67/13 67/23 70/19
72/2 75/20 82/6 82/15
86/3 89/15 92/24 93/3
95/5 101/5 105/16
106/24 107/19 109/10
110/3 110/7 110/11
111/1 111/21 112/6
112/9 113/16 114/24
117/14 120/20 121/11
122/12 126/23 129/12
132/6 133/7 135/12
139/20 139/22 140/12
141/15 141/18 142/12
142/14 143/2 143/7
144/1 144/14 146/2
146/7 147/4 147/17
152/19 153/5 154/11
155/12 155/24 192/11
201/18 219/13 222/13
233/20 235/11 237/7
237/16 238/19 238/23
239/21 240/9 242/8
244/14 244/17 245/22
246/11 246/16 247/3
258/10 259/24 262/17
**Ms. Lating's [1]**
237/13
**Ms. Ridolfi [46]** 36/22
36/25 37/2 37/14 64/15
84/23 94/22 95/5 95/20
96/1 111/13 129/5
129/14 130/14 130/23
130/23 131/3 139/13
141/24 142/2 146/4
146/4 155/2 182/1
186/24 187/9 200/10
208/4 208/14 209/19
210/15 210/16 219/12
219/19 222/6 222/13
222/14 223/22 225/14
225/17 229/17 229/18
232/9 250/13 251/18
253/15
**Ms. Ridolfi's [1]**
205/20
**Ms. Wilkinson [2]**
151/21 151/22
**Mt. [4]** 38/15 38/21
102/15 104/4
**Mt. Clare [4]** 38/15
38/21 102/15 104/4
**much [15]** 3/21 21/16
88/18 98/5 98/11
118/19 140/18 140/23
169/3 175/11 176/15
197/1 204/4 230/3

# M

**much... [1]** 247/7
**multiple [14]** 41/3
61/14 63/9 79/16
199/16 210/24 211/19
211/24 212/5 218/3
221/17 223/14 223/19
224/15
**multiplied [2]** 106/3
217/18
**multiply [3]** 106/6
217/22 218/2
**must [1]** 148/3
**my [161]** 3/6 5/18 6/21
10/20 10/25 12/11
20/11 20/13 21/21
25/20 26/2 30/21 31/20
37/8 37/12 38/7 43/7
46/2 46/13 46/16 48/24
52/16 52/18 55/5 55/6
55/8 56/8 56/10 56/14
57/22 68/16 69/19
69/22 69/23 82/20
88/14 89/9 90/18 90/20
99/7 101/16 103/6
105/24 108/17 110/7
111/25 112/4 114/1
120/24 121/16 121/24
122/12 122/16 123/6
126/13 127/22 132/14
132/23 136/23 139/9
141/4 141/23 146/24
148/18 149/22 152/10
157/7 157/12 157/16
157/17 158/12 159/4
159/7 159/15 159/17
160/10 160/15 160/16
160/17 160/19 160/24
160/24 161/5 162/2
162/5 162/22 163/14
165/6 165/6 167/2
167/8 167/13 168/5
173/25 175/24 178/10
178/10 178/11 178/20
179/4 179/20 179/20
179/22 184/5 184/10
185/10 185/24 188/4
188/24 189/14 190/10
190/12 190/17 191/7
191/8 192/25 193/1
194/21 194/25 195/10
196/15 202/16 203/25
212/9 213/1 213/8
214/25 215/19 216/6
216/9 217/15 218/17
229/25 231/2 231/4
234/6 234/21 241/1
243/11 244/17 256/4
256/13 256/24 257/11
258/6 258/7 258/7

258/8 258/15 258/17
258/24 259/1 260/5
260/6 260/8 260/10
261/8 261/8 261/8
261/13 261/22
**Myer [3]** 133/19
138/10 138/13
**myself [3]** 172/21
184/5 184/10

# N

**N.J [2]** 121/3 142/21
**name [22]** 6/20 6/21
14/10 16/15 18/3 23/16
41/19 48/17 64/21
70/13 78/23 87/11
93/17 96/24 97/1 162/8
172/8 192/18 222/25
243/6 248/12 248/25
**named [6]** 13/18 68/3
102/18 136/15 136/15
233/2
**names [28]** 35/9 35/10
38/23 44/11 44/22
44/25 45/6 70/15 95/16
96/19 100/15 100/16
100/21 100/21 101/19
101/20 102/4 102/5
118/4 118/8 119/2
131/17 131/17 145/5
216/2 252/1 252/6
261/9
**narrowed [1]** 229/1
**nature [1]** 15/10
**near [1]** 7/6
**nearly [4]** 29/4 71/13
88/3 153/24
**necessarily [3]** 204/2
230/11 252/22
**necessary [2]** 78/24
201/25
**necessity [1]** 228/7
**need [67]** 3/4 3/7 5/19
27/6 30/11 34/7 35/16
37/4 43/8 46/3 46/5
47/17 54/8 55/18 55/19
56/19 63/15 64/2 68/12
78/2 82/4 82/7 89/8
89/13 96/20 99/5
100/24 105/16 109/1
112/2 112/6 114/6
119/6 121/8 131/22
142/1 144/16 144/19
144/21 145/24 149/24
155/13 169/3 169/5
175/3 175/6 175/6
176/4 176/5 176/5
179/10 182/15 183/8
184/8 187/18 191/20
191/23 192/3 195/13

197/5 205/8 209/6
212/16 227/4 232/2
238/2 238/18
**needed [22]** 16/1
23/12 30/20 31/7 31/8
55/15 68/18 118/2
129/25 167/25 169/15
174/12 174/14 175/9
175/10 175/19 184/25
185/4 204/15 205/7
221/6 258/14
**needs [10]** 3/18 46/3
53/25 88/9 141/9
141/11 141/11 148/11
175/1 191/20
**negate [2]** 5/15 246/23
**negates [1]** 206/19
**negative [1]** 212/14
**neighbor [1]** 46/2
**neither [2]** 113/7
249/18
**networked [1]** 17/2
**never [47]** 17/15 25/13
25/25 26/13 27/7 31/19
33/24 33/25 34/16
36/22 37/2 48/17 49/18
52/16 53/24 55/7 56/1
56/13 60/17 80/17
81/19 81/23 88/14
111/16 111/17 112/10
112/13 112/19 112/22
113/4 113/12 121/22
147/18 148/3 148/8
151/3 176/7 180/21
182/8 210/16 230/15
231/25 247/3 247/25
253/8 255/17 259/13
**nevertheless [1]** 5/13
**new [23]** 11/2 12/24
13/7 13/10 13/18 14/9
16/18 17/19 17/19 18/7
18/11 18/18 18/21
146/12 147/6 177/11
178/21 201/5 214/7
243/24 245/5 249/24
250/17
**newly [2]** 12/8 12/17
**next [19]** 3/8 3/16 8/12
11/12 11/13 51/22
51/23 52/3 65/13 73/25
123/21 125/15 129/5
135/22 172/1 212/4
214/10 237/10 257/2
**nice [2]** 178/15 263/5
**nickname [1]** 159/25
**night [2]** 179/1 223/2
**Nikkia [1]** 111/3
**nine [1]** 136/16
**Ninety [2]** 172/2
237/11

**Ninety-five [1]** 172/2
**Ninety-six [1]** 237/11
**no [252]** 1/4 7/7 7/9
9/1 9/20 13/4 14/20
15/22 17/8 19/22 20/7
20/8 21/6 21/9 21/10
23/2 25/12 25/15 25/23
25/24 26/1 26/1 26/5
26/9 26/15 27/23 27/25
27/25 27/25 28/3 28/4
28/24 29/3 31/22 31/25
32/18 37/4 38/6 42/23
43/22 45/9 45/17 45/24
46/12 48/21 49/10
49/17 49/19 52/12
52/23 53/1 53/10 54/4
54/19 54/23 55/5 56/20
58/22 59/19 60/17
61/24 63/10 66/8 66/8
67/15 68/21 69/20
70/12 73/19 74/22
74/23 75/12 76/9 78/18
81/22 82/19 83/22
83/22 86/20 86/24 87/4
87/4 87/25 88/6 88/6
88/7 88/10 89/24 97/11
101/19 101/24 104/16
104/23 110/3 110/8
111/21 112/1 112/7
112/7 112/12 112/15
112/17 112/19 112/23
112/25 113/5 113/20
113/20 113/25 113/25
114/5 116/7 119/5
119/19 120/16 121/5
123/11 123/11 130/2
132/3 132/12 135/4
138/3 138/3 139/18
141/4 141/7 145/8
147/6 148/5 148/5
148/25 151/5 151/22
152/23 154/18 155/5
161/7 161/10 161/12
161/14 161/18 164/14
164/16 170/13 171/1
171/1 171/3 171/24
176/19 179/2 180/21
180/25 180/25 181/19
181/21 182/4 182/4
183/22 183/25 185/3
185/4 186/6 189/12
191/16 194/25 198/10
199/2 199/2 199/6
199/10 199/16 199/23
201/24 202/3 204/25
205/6 205/9 205/11
205/11 205/16 205/16
205/24 206/13 206/13
207/3 209/12 210/11
210/11 212/6 213/10

213/21 213/24 213/24
214/1 215/20 216/23
219/5 219/22 220/10
220/19 220/19 222/4
224/6 226/18 231/11
233/24 234/1 235/6
237/18 238/20 240/6
240/6 240/10 240/12
240/17 241/1 241/18
242/3 242/9 243/2
243/2 243/11 246/9
250/7 250/10 250/19
251/17 251/17 251/18
251/20 251/20 252/6
253/3 253/4 253/10
253/14 253/16 254/9
254/11 254/13 255/9
255/13 255/13 255/16
255/17 256/4 256/17
257/11 259/7 260/2
262/11
**nobody [3]** 205/4
220/5 246/23
**nomenclature [1]** 3/22
**non [3]** 145/19 153/6
153/12
**non-Med-4 [1]** 145/19
**non-Middle [1]** 153/12
**non-Middle Eastern
[1]** 153/6
**none [5]** 38/7 66/20
135/3 138/1 245/23
**nonjury [1]** 144/11
**nope [1]** 250/22
**normal [1]** 190/17
**normally [1]** 190/16
**NORTHERN [1]** 1/2
**not [328]**
**note [13]** 120/21
132/10 142/16 142/19
144/19 163/22 187/4
194/25 195/3 214/1
229/3 261/25 262/16
**notebook [4]** 166/11
167/9 178/22 178/22
**noted [1]** 142/10
**notes [31]** 1/22 42/15
42/23 44/21 44/24 45/3
45/9 45/15 122/16
214/1 214/5 231/2
236/3 236/6 236/8
236/10 236/14 236/21
236/22 237/3 237/13
238/10 238/15 239/1
239/6 239/7 239/17
249/22 256/20 257/25
262/11
**nothing [12]** 37/6 37/8
41/25 46/1 81/6 96/19
155/17 183/24 186/7

**N**

**nothing... [3]** 232/8
239/7 253/12

**nothingburger [1]**
252/20

**notice [2]** 168/14
190/21

**noticed [4]** 101/13
101/16 101/19 205/5

**notwithstanding [1]**
88/3

**now [85]** 5/17 10/20
11/1 11/5 11/10 14/18
14/22 25/17 28/15 30/8
32/11 37/20 48/2 48/12
49/22 52/9 57/7 60/25
61/10 64/5 65/17 65/23
67/20 69/2 72/14 74/18
77/12 78/19 79/2 79/19
80/8 82/5 83/20 85/10
85/10 89/12 98/3 98/11
98/17 104/1 104/13
107/11 109/6 110/1
113/23 117/16 118/14
125/15 126/19 129/25
131/6 133/12 134/24
139/15 139/16 145/1
146/7 152/18 152/19
152/21 171/15 181/4
186/16 187/8 192/7
194/22 205/17 207/7
207/24 214/4 214/17
218/18 225/21 233/13
237/3 239/21 243/4
246/23 247/23 249/23
251/5 251/13 256/19
257/25 260/18

**number [48]** 7/22 9/4
13/11 13/19 19/20
39/21 61/21 66/5 85/19
94/23 97/5 121/18
131/20 134/10 134/12
134/14 136/4 136/23
136/23 136/25 137/11
138/14 152/25 153/1
154/13 154/14 163/18
163/19 172/1 185/16
194/3 194/15 197/14
197/17 197/17 197/17
218/2 218/3 218/4
218/19 218/21 224/24
225/4 237/9 237/10
251/13 251/14 252/1

**Number 1 [2]** 39/21
197/17

**Number 10 [2]** 136/23
136/25

**Number 23 [1]** 137/11
**number-one [1]** 85/19
**numbers [16]** 10/18

45/15 95/13 100/22
118/1 119/3 131/15
137/2 147/11 174/6
196/1 197/7 215/21
216/2 256/21 261/9

**nurses [1]** 159/1
**nursing [4]** 157/11
157/12 158/24 158/25
**NVP [1]** 233/2

**O**

**oath [2]** 14/5 192/20
**object [11]** 80/20
81/16 97/23 165/12
170/4 170/6 199/8
199/14 199/18 206/16
221/13
**objection [82]** 11/5
13/21 18/13 29/16
32/23 34/14 34/21
58/11 58/21 59/13
59/19 59/24 60/15
60/20 61/11 61/11
62/15 65/21 78/1 78/9
80/20 81/24 88/13 92/3
97/9 97/21 98/16 98/22
114/19 115/4 115/6
132/1 141/6 143/14
144/6 152/22 156/14
170/9 171/19 171/22
173/23 176/17 181/6
196/6 200/5 202/7
202/25 203/10 207/13
207/14 207/20 207/22
208/10 208/17 209/22
214/19 215/6 215/12
216/18 217/4 218/7
218/12 219/15 219/11
220/7 220/7 221/25
222/10 225/1 225/20
227/21 227/22 230/24
234/4 241/6 242/4
243/25 245/7 247/17
255/7 255/11 257/7
**objections [3]** 92/8
97/17 144/10
**observations [1]**
84/14
**obtain [2]** 179/6
183/12
**obtained [1]** 227/23
**obvious [2]** 11/2
137/23
**obviously [7]** 79/15
135/12 136/12 138/19
138/22 218/17 230/9
**occasion [1]** 101/6
**occurred [2]** 104/13
154/23 241/23
**October [7]** 19/4 19/16

83/1 123/21 123/24
134/16 137/8
**October 2012 [2]** 19/4
19/16
**October 22nd [1]**
123/24
**October 3rd [2]**
134/16 137/8
**October 9 [1]** 83/1
**off [33]** 40/23 52/15
87/21 127/20 128/20
130/9 130/15 131/1
131/4 131/9 133/8
135/3 135/13 135/18
136/12 137/23 138/1
138/19 138/22 141/3
141/20 142/3 142/8
182/8 182/8 194/24
196/17 213/17 222/7
222/23 224/25 225/7
261/10
**offended [1]** 262/24
**offer [8]** 59/9 59/11
62/3 80/11 98/22 167/2
178/14 230/25
**offered [4]** 4/6 206/13
207/4 207/5
**offering [1]** 80/7
**office [20]** 27/2 70/4
113/24 115/2 116/9
149/1 158/13 160/12
161/22 161/22 165/22
172/18 172/20 177/24
178/7 190/1 190/3
258/4 258/14 260/11
**officer [8]** 118/20
175/16 175/17 186/11
186/14 188/7 188/8
197/18
**offices [1]** 193/24
**official [7]** 1/24 4/8
49/10 163/4 164/13
264/1 264/16
**officially [1]** 12/13
**officials [2]** 235/19
235/24
**often [3]** 71/1 173/10
174/15
**oh [14]** 7/18 21/16
67/1 93/1 119/7 135/7
136/6 140/22 143/4
145/25 146/23 212/9
229/10 262/3
**OIG [1]** 56/16
**okay [201]** 7/16 7/19
8/24 9/5 11/2 12/15
12/21 12/23 14/14 15/6
15/12 15/25 16/22
17/11 17/18 18/9 19/13
19/19 21/7 21/10 21/16

22/7 23/20 24/9 24/13
24/25 25/3 25/15 28/7
28/19 30/11 30/18 31/4
32/19 34/4 36/3 37/18
37/20 39/14 40/5 43/6
43/6 43/23 45/10 45/24
46/5 46/15 47/15 48/25
50/10 51/4 52/9 56/5
58/16 61/6 64/6 64/19
66/6 66/11 66/22 69/25
70/8 71/12 72/13 75/13
76/1 76/13 76/15 76/17
76/25 77/2 77/3 83/18
83/24 84/1 84/4 86/14
87/8 94/8 94/22 95/3
96/6 96/15 96/7 100/23
101/22 102/1 102/25
103/7 103/17 105/2
105/3 105/9 106/3
106/22 107/18 109/4
109/16 110/11 113/7
114/2 116/8 116/8
116/22 117/9 117/17
121/12 121/23 121/25
123/7 123/17 123/17
124/9 126/14 126/21
127/1 127/5 128/25
129/4 129/20 130/17
130/18 130/20 131/23
134/8 134/20 136/10
136/25 140/22 142/13
142/23 143/8 143/10
145/10 148/1 148/21
149/2 149/9 149/23
150/23 150/24 150/24
151/6 151/8 152/1
152/11 153/10 153/17
157/5 157/9 158/10
160/13 167/4 168/20
169/17 171/15 174/9
176/25 177/8 178/3
181/22 182/25 185/17
185/17 189/18 191/2
191/7 194/14 195/12
195/14 195/21 196/14
198/1 203/23 213/15
216/12 217/17 217/17
226/7 234/1 240/15
240/21 243/9 247/22
248/16 249/3 251/13
252/22 253/17 253/23
254/7 256/9 256/18
259/4 260/6 260/13
261/8 261/18 261/20
261/24 263/3
**old [15]** 12/8 12/14
14/3 14/9 14/23 16/14
17/7 18/11 19/10 19/24
37/10 132/16 193/19
193/21 206/6

22/7 23/20 24/9 24/13
24/25 25/3 25/15 28/7
28/19 30/11 30/18 31/4
32/19 34/4 36/3 37/18
37/20 39/14 40/5 43/6
43/6 43/23 45/10 45/24

**Old Emmorton [3]**
12/14 14/3 19/24
**omit [2]** 201/22 201/25
**omitted [2]** 170/24
205/22
**once [9]** 30/17 69/16
88/19 104/19 110/19
166/24 170/15 178/24
190/21
**one [167]** 7/14 7/15
7/18 8/9 9/1 9/1 10/2
12/3 12/12 15/20 15/21
16/23 21/20 27/19 31/9
31/25 32/16 35/21
37/20 37/21 38/13
38/13 39/6 40/1 41/16
42/1 42/11 44/16 45/18
47/17 48/21 51/2 51/16
53/1 53/25 54/22 54/24
57/3 60/7 60/9 61/14
62/18 65/4 65/6 66/24
67/6 68/10 68/18 71/3
73/14 73/20 74/24 77/4
80/11 85/19 87/17
89/21 90/10 95/20 96/4
96/23 97/1 101/6
103/15 105/2 106/20
109/10 109/12 110/2
111/2 111/16 111/17
111/22 116/14 116/18
120/2 120/20 120/21
121/7 124/9 124/23
125/18 127/4 127/12
132/25 133/12 133/19
134/6 134/23 134/24
135/25 136/16 137/6
137/13 137/13 137/19
137/20 137/22 138/6
138/6 138/10 138/19
138/24 138/25 139/25
140/2 140/13 140/15
141/5 141/10 145/16
145/18 145/22 145/25
153/5 153/11 155/9
157/11 157/17 158/23
160/11 161/6 162/15
165/6 167/6 174/13
174/18 175/8 176/3
177/12 179/2 183/2
185/14 190/4 191/2
195/17 197/17 197/17
198/4 201/12 204/6
204/18 208/5 210/14
212/4 212/8 212/22
220/20 221/5 221/6
222/24 223/17 224/16
226/7 232/15 232/16
233/2 242/18 246/19
249/12 249/18 251/15
253/25 256/7 259/17

**O**

one... [2] 260/17
261/16
one-sentence [1]
242/18
ones [5] 72/20 164/14
221/7 223/19 252/25
ongoing [9] 16/1 16/4
16/5 16/8 16/9 21/2
23/3 23/7 23/12
only [41] 38/17 39/6
39/24 40/3 54/23 72/24
76/18 82/16 84/13
104/12 104/15 121/7
124/23 125/2 125/18
143/9 145/16 145/18
146/25 148/23 155/13
158/14 169/12 174/18
180/23 181/13 191/21
205/10 209/2 220/20
221/5 226/22 232/13
233/14 234/4 237/1
237/2 237/12 252/25
258/5 260/7
onward [1] 12/9
oops [1] 138/25
open [14] 12/7 163/2
163/4 163/9 164/24
165/5 168/4 168/19
168/24 171/11 190/25
191/14 203/3 203/10
opened [20] 10/6
10/10 10/12 12/8 12/17
13/11 13/18 14/10
14/16 17/18 18/10 19/4
24/1 24/2 24/6 91/14
162/3 162/21 203/3
241/8
opening [6] 162/2
162/9 162/19 164/21
201/11 207/3
openings [3] 206/25
207/3 207/4
operating [4] 17/8
186/11 186/13 197/18
operation [9] 7/8 38/6
38/18 39/7 39/11 187/1
187/5 200/19 205/2
operations [9] 37/23
38/2 38/10 38/15 40/8
41/11 102/14 103/15
104/3
opinion [23] 5/24
198/12 212/15 213/1
232/25 241/21 254/11
254/13 255/13 255/17
256/13 256/24 256/25
256/25 257/12 261/5
261/6 261/8 261/8
261/8 261/13 261/17

261/22
opportunity [3] 62/20
117/6 236/6
opposing [1] 236/15
opposite [1] 45/4
OPR [5] 207/21 207/23
228/22 230/1 230/21
option [1] 100/17
orchestrating [1] 38/6
order [11] 35/3 73/17
118/20 157/4 228/2
228/20 229/4 230/1
230/16 230/20 244/3
ordered [8] 114/4
114/7 114/9 114/10
114/12 115/20 117/10
234/21 262/5
orders [2] 157/16
158/12
ordinance [1] 35/12
oriented [1] 176/7
origin [5] 38/20 89/23
90/2 90/4 90/6
original [7] 52/13
54/15 54/24 55/10
55/21 93/10 93/13
originally [2] 63/9
120/8
originated [2] 101/24
254/18
other [59] 5/12 9/12
9/20 16/24 18/24 31/2
43/10 43/19 45/25 49/8
49/9 50/20 53/2 61/5
70/3 71/5 80/22 84/15
89/19 99/11 100/5
102/11 106/15 111/3
111/6 113/8 113/19
115/7 116/20 119/14
125/16 130/7 137/18
145/13 152/18 156/1
156/4 159/5 165/10
169/21 180/25 181/20
183/17 187/2 202/8
212/2 213/18 219/13
220/24 222/24 226/22
233/13 233/25 241/20
245/10 246/19 253/14
253/25 262/12
others [12] 50/4 50/5
50/17 71/6 85/12
103/11 134/22 159/25
160/25 202/4 207/19
236/4
otherwise [4] 25/22
34/12 52/15 111/23
our [23] 3/7 35/3 35/3
35/7 35/7 57/5 69/21
69/22 93/6 100/7 117/4
117/5 132/14 140/8

160/11 183/10 191/19
204/15 215/4 227/1
238/6 238/7 238/21
out [55] 3/25 4/6 5/16
6/9 10/16 10/24 20/11
25/22 31/9 41/17 41/25
59/1 78/3 97/3 98/3
98/12 99/21 99/22
101/18 104/10 107/24
120/9 120/10 138/25
158/11 160/11 174/21
181/3 188/21 189/5
189/8 189/13 190/18
191/16 193/8 198/21
202/15 205/11 207/23
211/6 211/10 212/1
212/11 214/10 219/3
222/21 223/9 223/20
226/19 227/7 227/12
241/10 244/4 246/14
255/2
outside [8] 97/18
223/14 223/15 223/19
223/20 224/9 224/14
224/20
over [52] 3/16 8/5 9/16
9/23 12/6 12/13 12/17
13/7 14/15 26/6 39/18
43/8 53/3 62/8 69/4
78/14 78/14 79/12
81/21 84/8 100/13
100/20 106/4 117/10
118/9 118/10 118/19
122/8 134/23 142/2
166/2 175/12 181/24
188/2 191/13 196/18
196/24 197/8 204/12
205/11 206/6 206/15
211/24 217/22 221/14
221/24 222/24 232/17
236/3 237/22 255/22
260/1
overall [1] 22/3
overflowing [16]
187/16 208/19 209/1
209/10 209/13 209/16
209/20 211/2 211/3
212/4 213/4 228/18
229/12 251/8 252/18
252/19
overnight [2] 234/21
262/8
overpowering [1]
201/16
override [5] 99/6
100/10 100/12 118/2
119/10
overrule [6] 98/16
115/6 170/9 200/5
203/10 255/11

overruled [16] 13/22
58/13 65/23 115/10
156/19 174/1 174/3
181/12 202/13 206/22
220/12 220/12 221/21
222/2 245/8 247/18
overruling [1] 171/19
overtime [4] 250/2
250/5 250/9 250/18
overwhelmed [1]
12/17
overwhelming [3]
12/6 12/10 14/15
overwritten [1] 100/11
own [9] 17/23 18/11
18/22 38/4 160/10
160/24 160/24 186/24
187/9
owner [1] 77/15
owning [1] 229/8

**P**

P-A-T-I-L [1] 64/25
p.m [11] 7/24 48/8
50/15 67/24 103/9
143/2 143/12 192/8
234/18 234/19 263/7
pack [1] 224/8
page [47] 2/3 8/25 9/3
9/4 36/12 36/17 36/18
43/16 44/2 51/22 52/3
61/15 65/13 65/16 83/5
83/6 83/6 83/8 83/20
83/25 108/4 109/14
109/17 109/18 111/17
112/17 123/21 123/23
124/17 124/18 125/15
137/9 139/2 142/25
145/1 149/11 180/12
186/1 192/14 193/6
194/14 195/15 195/21
197/10 200/8 200/16
264/9
Page 1 [1] 180/12
Page 11 [1] 197/10
Page 13 [2] 83/20
83/25
Page 14 [2] 43/16 44/2
Page 17 [2] 109/17
200/8
Page 18 [2] 108/4
109/18
Page 2 [3] 36/17 186/1
193/6
Page 22 [2] 124/17
145/1
Page 25 [1] 200/16
Page 27 [1] 124/18
Page 4 [1] 194/14
Page 6 [1] 195/15

Page 7 [4] 9/3 9/4 83/6
83/8
Page 8 [3] 83/5 83/6
195/21
pages [7] 36/18 39/24
40/1 40/3 40/5 237/5
239/12
paid [19] 8/1 8/5 8/21
9/2 45/1 125/11 142/17
145/4 195/21 195/24
196/16 196/22 197/5
201/13 201/14 201/15
202/17 204/19 205/8
Pain [1] 15/15
painkiller [1] 15/14
pair [1] 168/8
PAM [82] 1/6 7/22
10/18 15/24 30/16
30/19 30/23 31/1 31/3
31/4 31/9 31/12 31/17
31/22 37/5 40/22 41/18
41/19 47/9 47/23 48/16
50/17 50/20 51/15 53/5
54/16 55/17 67/6 70/1
70/13 70/21 70/21
70/24 71/2 71/7 74/24
75/16 76/7 76/19 80/14
80/17 86/11 86/25 87/1
111/14 112/16 112/22
113/2 113/3 113/4
113/5 113/8 127/24
128/8 129/14 129/21
129/24 147/18 147/22
148/10 149/7 150/5
150/11 151/3 151/23
173/7 173/15 174/25
175/5 175/18 175/19
175/21 176/8 177/6
183/7 184/21 185/2
200/20 213/13 222/14
222/20 223/23
Pam Arnold [11]
30/19 50/17 53/5 80/17
111/14 127/24 129/14
129/21 147/18 147/22
223/23
Pam Arnold's [1]
70/13
paper [1] 234/15
paragraph [42] 11/10
11/12 27/2 27/3 43/25
47/15 107/12 123/23
125/1 126/11 134/9
134/14 137/2 137/12
185/12 185/14 185/16
186/3 191/1 191/1
191/3 191/4 193/8
194/22 195/4 195/8
195/8 195/10 195/15
195/21 197/10 197/13

**P**

**paragraph... [10]**
198/3 198/4 200/8
200/16 200/19 202/20
202/21 203/17 204/6
204/18

**Paragraph 10 [1]**
195/15

**Paragraph 14 [3]**
195/21 198/4 202/20

**Paragraph 16 [2]**
134/9 134/14

**Paragraph 18 [3]**
197/10 197/13 198/3

**Paragraph 2 [1]** 193/8

**Paragraph 23 [1]**
137/12

**Paragraph 32 [1]**
200/8

**Paragraph 41 [1]**
125/1

**Paragraph 42 [1]**
126/11

**Paragraph 44 [1]**
200/16

**paragraphs [12]** 22/20
160/17 190/20 191/5
194/15 194/25 197/7
202/20 202/22 203/16
203/21 261/16

**paraphrase [1]** 51/11

**paraphrasing [1]**
128/9

**parentheses [1]** 121/2

**parenthesis [1]** 145/4

**Park [7]** 38/15 38/21
102/15 104/5 193/12
193/25 194/1

**Park Heights [3]**
38/15 38/21 104/5

**part [25]** 51/23 52/25
55/24 66/2 92/1 96/21
107/8 107/18 126/7
146/19 169/12 169/15
171/4 173/5 174/7
227/1 229/25 243/20
245/9 245/10 245/11
258/11

**partial [1]** 75/18

**partially [1]** 94/19

**participate [1]** 178/25

**participated [1]** 189/3

**participating [1]**
249/16

**particular [4]** 16/4
175/15 193/7 194/7

**parties [2]** 5/3 230/13

**party [5]** 3/9 4/11 4/12
4/18 4/20

**Pascale [17]** 27/6
47/10 55/16 55/23
70/17 106/25 107/11
108/9 161/21 165/2
169/1 172/10 173/14
173/19 200/20 249/11
249/15

**Pascale's [1]** 108/15

**passed [1]** 52/24

**passing [1]** 52/25

**past [9]** 62/1 166/2
192/24 235/3 235/4
249/23 257/24 258/3
260/7

**pasting [1]** 22/18

**Patel [6]** 85/1 93/15
93/24 213/5 213/5
213/5

**patient [21]** 23/15
44/22 94/21 96/7 96/10
96/19 118/4 118/8
133/16 134/2 134/24
136/15 136/15 138/18
138/19 145/19 156/2
156/6 156/8 216/2
252/15

**patient's [2]** 96/24
97/1

**patients [10]** 39/9
91/19 94/9 95/20
100/16 117/25 157/2
214/1 221/16 252/16

**patients' [3]** 44/11
95/16 131/17

**Patil [2]** 64/25 212/24

**pattern [1]** 10/12

**pause [1]** 206/3

**pay [3]** 250/2 250/5
250/9

**payment [1]** 8/13

**payments [2]** 8/10
8/17

**peel [1]** 128/19

**peeled [15]** 131/1
131/4 133/8 135/3
135/12 135/18 136/12
137/22 138/1 138/19
138/22 141/3 141/20
142/3 142/8

**peeled-off [1]** 131/1

**peeling [3]** 127/20
130/9 130/15

**Peggy [4]** 169/18
169/21 169/22 172/8

**pending [1]** 127/2

**people [39]** 5/12 55/11
55/12 55/20 61/6 70/3
71/5 101/12 101/20
132/14 158/1 159/16
160/24 162/4 165/23

**168/5 169/8 170/1**
171/10 177/4 180/13
180/15 180/17 183/11
183/15 188/2 189/8
196/4 196/25 198/7
198/11 210/24 211/17
211/21 211/22 212/2
213/1 221/11 252/10

**people's [1]** 49/9

**per [4]** 3/9 162/16
186/8 218/21

**percent [9]** 8/8 8/13
8/16 10/23 11/3 11/12
28/15 159/16 159/17

**Perez [1]** 162/6

**Perez's [1]** 162/8

**performance [29]**
25/11 25/17 26/4 32/12
32/19 32/25 33/23 34/3
34/13 35/12 35/12
61/15 65/10 65/20 66/4
208/4 208/7 208/11
208/14 209/9 209/18
209/23 212/14 212/20
212/24 229/11 229/21
232/3 232/8

**perhaps [2]** 29/23
62/21

**period [5]** 24/13 88/2
149/1 196/18 242/1

**permanent [1]** 164/7

**person [16]** 10/19
23/23 24/3 46/5 50/25
51/5 53/4 57/1 71/15
72/15 113/8 161/13
177/4 179/5 190/4
224/16

**person's [1]** 76/12

**personable [1]** 172/24

**personal [1]** 161/17

**personality [1]** 254/13

**personally [7]** 30/13
167/24 186/5 186/20
200/12 207/9 207/12

**personnel [2]** 178/7
231/23

**persuasive [3]** 249/25
251/6 253/13

**pertained [1]** 191/6

**pertaining [1]** 148/14

**peruse [1]** 140/14

**Pharmacare [93]** 9/8
9/17 11/22 12/4 16/16
18/2 18/24 19/9 21/12
24/8 24/21 25/4 25/9
25/18 26/21 35/22 36/4
36/6 37/6 37/24 38/1
38/2 39/15 40/16 46/22
49/4 49/23 51/12 53/20
55/22 57/17 70/21

**77/15 82/17 84/10 85/5**
102/1 103/21 104/4
106/15 110/12 110/12
113/9 124/12 124/24
125/12 126/3 126/9
126/16 127/25 142/16
145/3 151/11 153/6
153/13 154/12 154/15
161/19 162/25 169/18
173/4 177/21 178/2
179/7 188/16 189/2
193/14 193/21 193/23
193/25 194/11 195/22
197/15 197/16 197/18
197/22 200/25 206/9
210/9 215/20 217/13
219/3 219/10 219/14
228/21 232/18 232/24
248/22 248/23 251/22
252/23 259/25 260/3

**Pharmacare's [5]**
16/23 84/5 186/13
186/25 221/11

**pharmacare.us [3]**
65/2 93/15 93/19

**Pharmacare/CareMeri
ca [1]** 193/23

**pharmaceutical [1]**
4/4

**pharmacies [2]**
125/16 160/9

**pharmacist [8]** 32/21
39/2 124/1 125/20
212/23 221/15 223/13
253/20

**pharmacists [1]** 38/20

**pharmacy [48]** 4/3
11/3 12/24 12/25 13/11
13/12 13/18 16/19
17/19 18/7 18/8 18/19
18/21 19/15 38/21
38/21 38/24 58/10
61/17 105/19 124/2
125/18 126/12 127/18
128/10 144/4 154/13
154/14 154/17 154/18
154/19 154/21 154/22
154/24 162/25 189/5
193/14 194/1 198/20
201/7 221/7 221/12
223/13 224/7 242/25
251/13 251/15 255/5

**PHELPS [1]** 1/15

**phone [5]** 43/14
184/19 168/12 185/10
235/18

**photographs [3]**
140/21 221/2 221/19

**photos [10]** 40/1
111/13 112/7 131/24

**132/1 132/2 133/3**
139/23 140/12 140/18

**phrased [1]** 115/22

**physical [5]** 16/15
119/7 119/20 133/1
248/12

**physically [1]** 224/4

**pick [9]** 41/18 117/20
183/8 183/9 235/18
252/8 252/9 258/21
262/13

**picked [4]** 39/8 252/11
258/4 260/14

**picture [1]** 189/16

**pile [4]** 58/9 64/16
66/3 66/6

**piled [1]** 156/5

**pill [1]** 222/7

**pills [1]** 218/19

**pinned [1]** 127/4

**pivot [1]** 254/14

**place [5]** 3/10 128/20
189/8 197/20 255/5

**placed [1]** 216/13

**places [1]** 193/9

**plain [2]** 255/25 256/7

**Plaintiff [9]** 1/4 1/12
5/10 59/18 81/9 82/1
98/22 205/25 232/22

**plaintiff's [45]** 2/3
7/12 8/25 10/1 10/8
14/18 24/25 33/7 35/25
36/12 47/1 50/8 50/9
58/18 59/19 60/5 67/9
70/6 71/22 77/23 78/8
78/11 82/24 87/8 91/4
91/6 97/8 106/18
106/23 124/10 127/7
127/24 129/11 131/12
132/24 140/8 143/5
192/12 207/18 214/10
216/14 217/2 223/6
235/1 237/13

**plan [2]** 3/8 100/20

**planning [1]** 3/18

**plate [1]** 55/6

**play [1]** 230/21

**player [1]** 172/16

**please [51]** 3/2 6/15
6/19 7/12 8/25 9/3 10/8
20/12 20/13 24/25 25/1
39/12 43/10 46/13 47/1
57/13 58/6 58/18 58/25
59/1 64/9 64/11 65/13
70/6 72/12 78/3 82/11
82/13 83/25 92/2 92/12
93/12 93/24 94/2 97/18
99/2 101/3 118/17
120/17 123/6 124/9
126/13 127/24 140/2

# P

**please... [7]** 140/6
144/14 192/9 196/7
199/12 203/13 227/7
**pled [1]** 248/18
**Plumtree [42]** 12/13
14/1 14/13 17/12 17/14
17/14 24/10 32/21
38/15 38/18 38/25 39/6
41/16 47/18 48/11
61/17 91/10 93/25
96/10 102/15 104/15
105/19 106/12 111/5
111/8 111/22 127/17
128/13 130/15 187/8
193/14 193/14 209/10
217/3 251/16 251/23
252/11 254/16 254/18
254/21 255/2 255/6
**plural [2]** 124/21
125/16
**plus [4]** 23/23 52/1
52/5 55/9
**PM [2]** 118/16 118/16
**pocket [1]** 182/14
**point [34]** 4/1 7/6 8/10
11/11 20/11 21/2 23/3
62/22 65/19 65/19 72/3
72/25 79/17 79/20
79/25 80/6 82/1 95/5
96/15 105/17 118/25
138/25 140/3 147/12
153/20 153/21 154/21
167/5 194/22 203/9
246/2 246/14 256/4
261/4
**pointed [2]** 214/10
223/9
**pointing [1]** 244/4
**police [3]** 175/16
175/17 175/18
**policy [8]** 121/17
122/1 122/7 122/14
122/20 122/24 160/3
162/16
**popped [1]** 62/24
**pornography [1]**
158/16
**posed [1]** 248/12
**position [6]** 3/10
177/24 206/13 206/14
207/6 207/7
**positions [1]** 207/1
**possible [7]** 75/6
100/21 215/1 215/6
215/10 228/4 236/23
**possibly [5]** 5/9 69/12
100/14 113/19 189/6
189/9 194/12
**post [14]** 156/12

156/15 176/18 190/1
190/3 206/17 206/18
220/8 220/10 226/24
228/6 230/7 230/15
242/5
**post-destruction [1]**
242/5
**post-indictment [4]**
176/18 220/8 220/10
228/6
**postal [2]** 189/24
190/11
**potentially [1]** 163/13
**practice [3]** 108/12
123/2 123/8
**praise [1]** 159/23
**pre [5]** 19/9 241/22
249/16 250/12 253/4
**pre-February 2011 [1]**
19/9
**pre-search [3]** 249/16
250/12 253/4
**preclude [1]** 238/22
**predicating [1]** 163/9
**prefer [1]** 238/18
**preference [2]** 184/5
184/10
**prejudice [1]** 243/20
**preliminary [3]** 162/15
174/1 233/1
**premarked [1]** 147/13
**premises [1]** 192/21
**preparation [2]** 37/12
195/6 258/16
**prepare [3]** 123/2
123/9 172/7
**prepared [29]** 36/1
49/22 49/22 60/6 63/7
63/20 66/15 83/12
121/15 121/19 122/8
122/14 122/21 124/6
125/21 129/12 161/1
167/5 171/21 172/4
172/5 178/21 194/19
195/2 197/19 221/14
236/3 238/10 239/7
**prepares [1]** 214/14
**preparing [2]** 160/13
165/17
**prescribed [2]** 125/9
125/25
**prescription [26]**
23/16 40/12 45/15 58/9
64/16 66/3 66/5 104/12
131/14 131/20 133/16
133/19 134/10 134/12
134/14 136/2 136/4
141/19 195/22 215/21
216/2 221/9 223/6
224/21 256/21 261/9

**prescriptions [39]**
20/22 20/24 24/8 36/7
36/9 36/20 37/3 37/15
39/22 40/23 41/1 42/16
44/2 105/20 105/22
106/2 106/3 106/7
106/10 110/13 127/19
130/22 142/7 187/7
209/1 213/17 215/2
217/3 217/12 217/15
217/18 217/25 218/5
218/21 242/25 251/15
252/10 252/11 252/12
**prescriptions.' [1]**
210/17
**present [4]** 1/17 61/17
249/6 249/10
**presentation [1]**
170/17
**presented [9]** 9/16
20/25 22/7 40/9 40/12
69/5 113/10 121/6
128/5
**presumably [1]** 41/5
**pretrial [7]** 35/3
156/16 227/1 230/18
234/6 234/22 257/4
**pretty [14]** 11/4 28/22
48/16 76/22 77/11
105/17 129/13 131/14
134/6 155/10 159/18
175/11 201/16 254/10
**prevented [1]** 221/8
**previous [1]** 13/12
**previously [1]** 102/14
**price [1]** 134/7
**primarily [1]** 16/13
**primary [1]** 30/23
**printed [2]** 84/21
223/20
**prior [9]** 110/4 110/7
150/1 151/3 161/8
177/21 181/23 200/1
229/2
**priorities [1]** 68/11
**prioritized [1]** 67/3
87/18
**priority [4]** 68/13
68/16 87/5 87/7
**privacy [1]** 99/6
117/25
**private [4]** 48/13
163/13 163/19 238/19
**privately [1]** 239/1
**privilege [2]** 237/22
238/5
**privileged [2]** 238/9
238/22
**privy [1]** 48/1
**probable [26]** 5/11

5/25 16/2 16/3 19/6
20/5 23/6 23/13 117/1
155/12 169/5 178/24
194/15 194/18 202/23
203/5 203/19 205/14
206/4 206/5 208/9
208/16 209/21 228/12
228/23 230/8
**probably [26]** 3/16
3/24 4/16 5/1 14/22
15/10 30/2 57/4 59/10
76/23 81/25 90/20
102/10 108/8 127/15
131/8 139/15 167/15
195/1 218/15 226/14
226/25 246/2 252/9
257/5 257/24
**probing [1]** 29/18
**problem [11]** 4/10 6/3
33/15 43/22 99/23
120/16 181/21 222/4
240/6 240/11 240/17
**procedure [1]** 144/6
**proceed [2]** 64/11
167/16
**proceeded [1]** 229/7
**proceeding [1]** 118/2
**proceedings [1]** 264/8
**process [13]** 69/18
72/7 75/1 99/10 118/5
162/20 167/16 176/3
184/1 196/12 196/25
221/23 222/1
**produce [5]** 68/9 69/8
72/6 75/4 75/19
**produced [8]** 68/7
70/20 71/24 112/8
118/20 149/13 236/6
260/12
**product [1]** 167/13
**production [8]** 67/18
68/25 69/3 72/6 73/7
75/18 179/18 259/1
**productive [1]** 183/18
**professional [2]** 31/18
242/1
**professionals [1]**
31/24
**program [2]** 157/20
178/8
**programs [5]** 107/22
163/13 163/16 177/1
189/21
**progress [3]** 191/10
197/6 204/20
**progression [1]**
158/10
**promptly [3]** 41/6 41/8
69/17
**proof [2]** 98/22 230/25

**proper [2]** 181/11
217/6
**properly [1]** 226/25
**property [1]** 189/15
**prosecute [1]** 102/23
**prosecuted [1]** 32/6
**prosecuting [1]** 103/3
**prosecution [5]** 5/10
205/18 207/12 228/24
243/3
**prosecutions [1]**
102/25
**prosecutor [3]** 102/19
102/20 115/19
**prosecutors [9]** 28/5
31/8 86/17 86/18 87/2
168/2 191/19 249/3
249/18
**protected [1]** 91/24
**protects [1]** 117/24
**prove [2]** 5/10 228/10
**proves [1]** 60/11
**provide [4]** 112/10
112/14 204/24 205/13
**provided [8]** 61/4
75/11 99/7 181/19
196/9 200/3 202/1
202/5
**provider [1]** 198/22
**provides [1]** 100/12
**providing [2]** 175/8
225/19
**psychiatric [4]** 14/25
15/2 15/4 15/16
**psychology [1]** 157/13
**public [4]** 4/2 4/7
99/20 99/22
**published [1]** 5/24
**pull [4]** 176/25 222/7
222/8 222/18
**pulled [3]** 84/16
224/25 225/7
**pulls [4]** 188/15
188/19 188/19 188/24
**purchased [1]** 195/22
**purported [1]** 203/1
**purportedly [2]**
125/12 229/9
**purpose [8]** 41/4 41/8
75/17 98/16 141/22
185/11 185/12 189/9
**purposes [3]** 3/19
98/23 141/4
**pursuant [3]** 237/14
238/15 264/6
**put [63]** 3/10 4/8 6/10
27/4 41/13 41/16 42/2
45/12 49/11 62/15 65/4
68/24 73/17 76/6 86/25
96/19 110/2 110/19

## P

put... [45] 119/2
119/15 124/9 126/19
131/21 133/12 135/5
135/20 139/25 140/2
145/22 157/4 160/16
160/19 160/20 162/8
164/11 168/15 189/12
190/16 193/2 193/3
196/15 196/22 197/7
197/8 204/6 204/14
204/17 204/18 220/20
221/2 223/15 223/20
224/9 224/19 226/13
234/25 235/12 236/11
237/8 255/5 258/6
260/7 261/11
puts [2] 4/5 223/13
putting [14] 21/24
108/24 116/5 116/7
130/17 144/16 167/20
169/3 170/20 186/19
188/13 189/9 192/25
222/23

## Q

qualifies [1] 4/2
Quantico [1] 158/2
quarter [2] 188/2
201/5
question [101] 5/9
10/2 13/15 16/20 20/7
23/8 29/13 30/11 33/18
37/1 38/7 45/2 46/14
46/16 53/10 53/18 56/8
56/10 56/14 56/19 62/6
62/19 65/14 69/19
73/19 90/20 97/11
101/16 103/6 103/22
103/22 110/7 110/20
111/18 111/25 112/6
114/1 114/6 115/11
116/25 122/12 123/6
126/13 130/11 141/5
141/10 141/14 141/17
141/18 141/23 142/1
149/16 150/16 151/4
152/3 152/7 152/10
153/8 165/15 173/25
176/21 184/8 195/12
196/7 199/3 199/21
199/22 200/1 200/3
203/2 203/12 208/11
208/12 209/25 212/13
214/21 214/22 215/14
216/21 217/5 217/10
218/8 218/10 219/5
219/6 219/12 222/16
225/17 229/6 235/21
240/8 240/9 240/12

240/14 243/2 244/17
245/18 247/9 250/21
256/17 257/6
questioned [2] 82/6
98/3
questioning [3] 6/11
80/22 245/14
questions [29] 18/14
20/14 55/12 55/20 80/8
81/2 109/22 121/12
139/17 139/18 145/9
155/10 181/9 186/22
199/14 199/18 199/24
226/23 231/9 231/15
231/18 232/14 233/23
233/24 234/2 234/11
236/12 248/21 256/3
qui [44] 42/7 42/8
42/14 43/3 44/16 44/17
44/20 45/22 46/1 46/4
46/6 103/3 103/4 103/5
152/9 164/22 164/25
165/4 180/5 197/21
197/25 198/2 210/7
214/7 214/8 214/11
214/14 214/18 214/24
215/4 215/19 215/22
215/24 216/1 216/5
216/5 216/11 256/11
257/2 257/13 261/2
261/11 261/11 261/15
qui tam [5] 45/22 46/1
46/4 165/4 261/11
qui tams [4] 46/6
103/3 103/4 103/5
quibble [1] 114/15
quibbling [1] 117/10
quick [1] 155/10
quickly [4] 89/16
102/10 153/19 234/13
quite [2] 157/1 259/22
quote [18] 4/12 8/8
8/10 8/12 14/19 36/19
36/20 44/11 44/11 66/2
66/3 82/16 85/6 101/12
103/21 121/2 210/16
228/22
quoted [1] 229/25
quotes [4] 4/10 4/14
4/18 4/23
quoting [1] 6/4

## R

R.H [1] 124/4
raise [2] 6/15 200/2
raised [2] 157/6
181/10
raising [1] 193/1
ran [1] 159/3
range [2] 19/3 175/7

rare [2] 236/17 247/6
rather [2] 71/21
105/13 169/25
Ravi [2] 186/12 186/14
Ravi Korpelli [2]
186/12 186/14
re [2] 68/12 121/1
reach [3] 31/9 149/8
198/21
read [42] 10/21 26/12
41/4 41/6 41/8 55/15
65/16 76/9 76/10 98/9
101/13 135/6 144/7
144/8 144/11 144/17
144/17 157/3 158/25
167/9 167/13 167/23
170/15 181/21 186/2
193/8 195/20 197/13
205/17 206/1 209/9
209/15 209/18 210/21
211/5 231/19 244/2
244/3 253/20 257/17
257/20 261/2
reading [16] 10/20
11/1 34/1 50/1 106/1
143/14 167/6 167/12
170/16 170/17 170/23
173/23 196/17 216/6
230/3 230/20
ready [4] 57/12 68/24
154/7 237/3
real [2] 21/19 105/7
reality [3] 110/3 110/7
153/7
realized [4] 54/17
54/24 258/25 260/6
really [30] 12/11 15/9
21/23 30/11 30/20
31/18 43/25 48/18
52/15 84/25 95/6 99/16
102/20 109/18 116/25
153/19 158/16 159/6
169/5 176/1 176/2
179/21 192/1 195/10
221/10 225/12 229/22
239/19 261/17 263/1
Realtime [1] 264/5
reason [33] 3/15 5/6
5/17 16/6 16/9 31/22
64/22 91/12 99/7 105/7
111/24 117/4 127/16
147/21 151/22 152/17
161/17 170/22 180/22
192/1 192/20 192/22
193/3 194/10 198/24
199/3 199/21 204/7
204/10 204/21 205/21
217/21 248/25
reasonable [1] 200/23
reasons [2] 5/7 61/14

rebuts [1] 229/23
recall [79] 8/21 8/23
10/20 10/25 11/17
11/17 15/3 15/5 22/17
25/19 25/20 26/5 26/6
28/12 30/7 34/1 38/22
38/22 38/23 56/6 56/9
58/12 58/16 58/17
59/14 62/11 64/15
64/18 66/10 66/21
66/23 66/24 67/2 71/11
81/5 82/19 87/20 87/21
88/1 88/4 88/8 95/1
103/16 103/25 106/1
112/18 113/11 113/12
113/13 120/20 120/23
121/5 122/3 122/10
126/23 129/12 134/7
142/15 142/18 142/19
142/22 146/3 148/18
175/14 177/2 177/2
185/7 185/18 194/24
196/20 217/2 217/12
218/13 219/2 221/23
236/13 245/2 245/9
245/12
recalled [1] 186/7
recalling [1] 15/21
recanting [2] 13/19
14/7
receipt [2] 110/13
164/25
receipts [1] 116/19
receive [4] 5/19
104/21 157/2 159/23
received [9] 6/1 21/17
25/17 69/13 104/20
128/9 165/3 208/14
260/4
receiving [1] 48/3
recent [1] 259/9
recently [1] 257/24
recess [11] 57/5 57/6
57/8 57/9 118/13
118/15 118/16 192/6
192/8 234/17 234/18
recipient [1] 48/18
recipients [1] 104/13
recollection [47]
12/11 25/15 26/1 26/16
29/2 29/3 43/7 48/24
58/24 59/6 59/7 59/8
59/18 62/14 64/1 65/15
66/7 71/2 76/9 87/25
103/19 105/24 112/1
112/7 112/12 112/15
112/19 113/5 120/25
127/9 127/22 127/23
143/20 143/22 144/12
144/15 144/18 144/20

145/7 146/5 149/10
175/24 186/6 214/25
215/19 217/15 243/11
record [25] 4/2 4/7
6/19 33/3 44/9 44/23
45/5 58/19 81/10 96/20
98/23 125/5 131/9
154/7 163/23 164/5
164/10 180/24 182/18
182/20 182/24 184/1
230/25 231/20 232/3
recorded [3] 182/11
182/19 182/25
recording [8] 36/11
155/2 182/6 183/4
183/5 183/9 210/15
228/15
recordings [5] 35/23
155/1 183/12 229/22
232/1
records [2] 117/25
158/25
RECROSS [1] 235/8
RECROSS-EXAMINAT
ION [1] 235/8
rectify [2] 54/1 54/11
red [14] 72/20 73/12
74/18 74/18 74/19
74/19 74/19 74/20
74/20 80/12 94/19
145/2 145/3 168/19
redact [3] 97/1 100/19
118/24
redacted [7] 119/3
127/6 129/11 131/17
135/8 145/1 145/5
redacting [2] 96/24
100/15
REDDY [11] 1/3 1/17
6/13 68/6 70/25 71/4
71/8 87/12 89/18 91/7
193/11
Reddy Annappareddy
[1] 91/7
Reddy's [12] 70/1
72/18 72/24 73/2 74/25
77/7 77/8 77/12 77/20
87/1 87/19 144/4
refer [10] 17/24 20/12
31/14 42/24 56/11
56/15 56/20 78/23
219/15 229/7
reference [2] 186/5
198/2
referenced [4] 101/19
124/4 124/23 203/17
references [4] 86/9
101/12 101/15 101/16
referencing [1] 86/12
referred [24] 5/3 11/25

# R

**referred... [22]**  12/3 44/17 56/1 56/6 56/9 56/13 94/12 95/4 96/3 121/22 121/23 160/2 193/12 193/13 193/15 193/20 193/22 193/25 194/2 197/16 259/4 260/9

**referring [15]**  14/12 16/14 16/14 19/10 44/13 94/5 94/6 94/24 94/25 104/3 122/16 137/3 144/23 149/19 173/12

**refill [11]**  41/18 73/23 74/16 74/20 94/2 94/7 96/1 96/3 96/3 96/5 104/12

**refilled [2]**  103/21 213/17

**refills [16]**  39/8 41/1 41/3 41/3 74/18 82/18 94/5 94/7 94/9 94/23 95/14 96/7 96/13 103/25 125/12 166/6

**reflect [1]**  231/3

**refresh [24]**  25/19 26/2 59/5 59/8 59/17 64/1 65/15 66/7 71/2 78/20 103/19 120/24 120/25 127/9 143/19 145/7 146/5 149/10 179/20 195/3 195/10 195/13 236/15 258/8

**refreshed [2]**  81/7 88/14

**refreshes [10]**  59/7 62/14 78/12 82/20 143/21 144/7 144/12 144/15 144/17 144/20

**refreshing [2]**  143/24 166/24

**regard [2]**  49/4 217/10

**regarding [5]**  99/4 197/11 201/25 208/9 209/21

**regardless [3]**  12/16 145/18 152/19

**Registered [1]**  264/4

**regs [1]**  107/14

**regular [1]**  153/15

**regulate [1]**  98/5

**regulation [8]**  107/14 107/25 108/11 108/13 108/25 109/19 110/4 110/8

**regulations [2]**  118/18 264/10

**relate [1]**  58/1

**related [5]**  15/25 103/15 189/7 192/22 194/11

**relating [1]**  146/4

**relationship [3]**  237/16 237/19 238/20

**relator [1]**  257/19

**relayed [3]**  129/14 130/24 199/4

**relaying [1]**  175/10

**relevance [11]**  59/25 61/10 61/11 62/21 62/22 207/13 241/12 241/13 247/17 259/8 260/16

**relevant [21]**  31/11 59/23 61/8 61/12 61/14 61/20 62/2 62/25 63/11 63/14 98/3 98/4 98/11 98/15 119/12 206/17 229/5 230/14 238/8 241/11 242/1

**reliability [6]**  181/18 187/10 198/25 202/1 205/20 225/18

**reliable [5]**  24/16 24/22 123/9 177/13 200/14

**relied [8]**  30/16 30/17 30/18 31/1 31/3 31/4 31/12 204/15

**rely [5]**  122/7 122/14 122/20 122/23 191/24

**relying [2]**  19/23 221/14

**remarkable [1]**  37/9

**remarks [1]**  79/8

**remember [62]**  14/22 26/18 27/24 28/2 28/22 28/23 29/1 29/12 30/9 37/10 37/11 42/8 44/10 44/22 45/6 57/20 57/21 57/22 57/23 58/6 64/4 85/10 93/5 105/21 106/1 113/21 113/22 121/1 121/4 127/1 127/2 127/21 129/3 143/20 148/9 150/18 150/24 171/16 174/13 176/8 184/21 210/17 210/18 213/14 213/19 214/2 214/6 214/11 215/2 216/14 217/3 217/19 217/23 220/21 222/9 223/7 226/1 226/5 243/14 245/10 248/12 256/12

**remembered [4]**  14/23 29/24 45/14 256/21

**remembering [1]**

29/14

**reminder [1]**  108/25

**remodeled [1]**  14/4

**remodeling [1]**  17/7

**removal [1]**  74/6

**remove [3]**  202/21 203/16 203/18

**reopen [2]**  12/22 13/24

**reopened [5]**  12/19 13/3 13/6 14/4 14/6

**repeat [1]**  153/8

**repeating [1]**  100/19

**rephrase [21]**  16/20 23/8 29/13 30/11 37/1 56/19 111/18 114/6 130/11 142/1 153/9 165/14 196/7 208/12 209/25 214/22 217/10 219/8 219/15 222/15 247/9

**replied [1]**  47/23

**reply [1]**  117/5

**report [66]**  4/2 4/2 4/4 4/5 4/5 4/9 4/10 4/14 4/18 4/23 25/5 25/20 25/21 34/2 39/21 82/20 83/2 84/23 85/4 105/21 105/22 122/8 122/14 122/21 122/23 123/9 123/13 124/6 125/21 127/25 129/7 129/8 130/7 131/8 136/17 138/7 139/1 139/2 141/1 141/18 142/6 157/1 186/2 190/10 194/19 199/22 207/21 207/24 207/24 221/14 227/17 229/4 229/9 230/1 230/21 232/22 232/25 233/4 233/6 250/20 250/22 250/24 250/25 251/1 253/20 260/12

**reported [14]**  1/23 20/21 44/13 50/3 93/3 95/20 127/17 130/5 130/21 139/13 141/25 142/2 212/2 264/8

**reporter [11]**  1/24 92/1 96/21 97/2 97/3 112/3 116/16 264/1 264/4 264/5 264/16

**reports [48]**  6/4 21/17 21/25 26/12 27/4 27/17 50/1 50/2 85/11 101/13 113/15 160/24 160/24 166/11 167/4 167/9 167/13 167/23 170/15 170/16 170/18 170/21

170/23 170/25 178/21 181/1 181/21 184/13 186/18 191/1 195/6 195/8 195/20 197/20 205/23 210/21 211/5 212/7 214/20 236/4 257/17 258/2 258/6 258/14 258/21 258/25 259/25 260/8

**represent [2]**  224/20 237/24

**represented [2]**  204/11 223/18

**representing [2]**  148/25 238/19

**represents [2]**  201/12 206/8

**reprimanded [1]**  63/14

**request [7]**  94/2 94/7 118/9 162/2 163/2 163/4 171/20

**requested [2]**  179/8 258/15

**requesting [1]**  117/7

**requests [1]**  142/24

**requiring [1]**  107/25

**research [3]**  5/23 100/13 118/10

**researched [1]**  118/18

**researching [1]**  108/12

**resent [3]**  114/6 114/9 114/25

**resented [1]**  115/13

**reserve [1]**  89/1

**residence [1]**  193/11

**resigned [3]**  181/4 181/13 181/17

**resolve [1]**  186/17

**resources [1]**  167/2

**respect [6]**  16/12 42/20 46/21 53/15 118/8 222/12

**respectfully [12]**  18/5 60/3 62/5 62/11 80/10 92/10 97/7 171/20 203/8 230/12 231/8 238/16

**respond [2]**  52/11 108/19

**responded [3]**  48/7 48/16 217/14

**responding [1]**  108/15

**responds [2]**  104/7 229/23

**response [5]**  38/7 181/11 221/18 229/6 229/15

**responsibilities [1]**  35/21

**responsible [2]**  82/18 146/13

**responsive [3]**  69/8 87/22 87/24

**rest [1]**  65/17

**restate [3]**  6/20 13/15 112/6

**restocking [1]**  127/21

**result [3]**  197/1 220/2 248/17

**resulted [1]**  41/12

**results [2]**  39/10 200/18

**resume [3]**  6/11 118/12 239/18

**resumes [1]**  57/10

**retail [1]**  18/8

**retained [1]**  239/1

**retire [4]**  206/10 206/12 206/14 207/8

**retired [4]**  158/20 175/16 175/17 175/20

**retrieve [2]**  129/23 180/2

**retrieved [1]**  135/16

**retrieving [3]**  127/1 127/3 139/12

**return [4]**  183/5 190/10 190/13 190/13

**returned [2]**  128/21 204/12

**returning [1]**  148/10

**returns [4]**  64/10 82/12 99/3 101/1

**revealing [1]**  215/21

**reversal [3]**  107/25 110/5 110/9

**reversals [7]**  73/21 74/18 128/11 184/18 185/3 186/14 187/19

**reverse [9]**  36/8 73/25 127/18 128/16 128/19 186/9 187/18 211/12 212/10

**reversed [5]**  107/15 186/8 188/10 211/11 211/25

**reversing [4]**  127/19 130/22 166/8 222/23

**review [45]**  35/12 60/6 67/3 67/4 67/10 68/9 68/19 68/22 69/2 71/15 71/17 71/23 72/10 75/14 75/24 75/25 76/2 76/20 76/23 86/8 86/16 88/6 108/18 165/7 166/13 167/4 179/17 179/21 180/3 180/3 180/4 180/7 180/24 181/22 190/19 195/21

**R**

**review... [9]** 195/24
196/16 196/22 197/5
206/5 236/6 258/5
258/17 259/2
**reviewed [9]** 9/11
21/24 37/12 67/4 80/25
165/8 197/19 236/8
258/3
**reviewing [17]** 69/17
69/23 70/1 71/5 71/24
72/9 75/2 76/4 76/16
80/14 140/17 184/1
184/13 258/7 258/16
258/24 260/6
**reviews [1]** 212/14
**Revisions [2]** 107/4
109/15
**Reyataz [1]** 11/14
**Richard [3]** 124/1
124/12 125/22
**Richmond [3]** 158/12
158/17 160/19
**Ridolfi [153]** 24/11
25/10 25/13 26/3 26/7
26/14 27/21 27/22 28/6
28/18 30/10 30/24 31/2
31/5 31/9 31/10 31/11
31/15 31/16 32/12
32/17 32/20 33/24 34/1
35/23 36/19 36/22
36/25 37/2 37/14 38/24
47/25 50/4 58/4 58/8
61/16 64/15 66/4 82/15
82/21 83/2 83/12 83/22
84/9 84/23 85/14 93/3
93/18 93/19 94/8 94/22
95/5 95/20 96/1 96/10
101/6 105/22 105/23
106/2 111/2 111/9
111/13 111/22 112/8
112/10 112/13 112/16
112/25 113/6 117/7
127/13 127/17 128/9
128/15 128/21 128/22
128/23 128/23 129/5
129/14 129/21 130/5
130/14 130/21 130/23
130/23 131/3 139/13
141/24 142/2 146/4
146/4 147/22 148/16
152/1 152/12 155/2
155/3 166/18 181/23
182/1 184/18 184/22
184/23 185/2 185/6
185/19 185/24 186/17
186/20 186/24 187/9
195/18 200/10 200/10
201/6 201/8 208/4
208/14 209/19 210/4

210/10 210/15 210/16
211/20 213/1 213/9
219/3 219/9 219/12
219/19 222/6 222/13
222/14 223/12 223/22
225/14 225/17 226/3
228/17 229/8 229/11
229/17 229/18 232/9
250/2 250/13 251/5
251/18 253/13 253/15
253/18 254/21
**Ridolfi's [7]** 130/8
148/11 148/19 187/10
205/20 229/23 231/23
**right [722]**
**rights [1]** 117/25
**ripping [1]** 222/23
**rise [4]** 57/7 57/10
118/14 192/7
**RMR [2]** 1/23 264/16
**Road [5]** 18/1 193/14
193/15 193/19 193/22
**robberies [1]** 158/15
**Robert [40]** 7/23 10/17
30/21 47/9 50/17 52/23
52/24 53/23 54/6 54/6
54/15 55/16 55/24
56/15 56/22 70/15
106/24 107/13 112/9
112/16 150/11 151/15
161/21 165/3 165/19
167/1 173/6 173/16
173/21 174/9 175/1
175/8 176/5 177/8
177/10 177/20 183/7
195/25 196/15 198/6
**Robert Mosley [1]**
50/17
**Robert's [1]** 175/4
**Rockville [1]** 160/11
**role [10]** 38/6 52/16
52/18 52/20 110/11
173/4 175/13 175/15
176/13 176/14
**roles [1]** 166/17
**Ronda [3]** 1/23 264/4
264/16
**room [3]** 27/2 166/15
187/22
**Rough [2]** 144/3 144/3
**roughly [4]** 20/24 44/4
106/5 142/14
**roundtable [1]** 171/10
**routine [1]** 189/19
**row [2]** 95/18 130/8
**row 4 [1]** 95/18
**rule [11]** 33/20 121/17
121/21 232/18 233/9
234/24 236/14 237/14
238/15 252/20 262/14

**ruled [6]** 117/11
207/20 207/23 233/22
243/19 246/17
**rules [1]** 231/9
**ruling [2]** 89/9 206/18
220/9
**rulings [1]** 234/6
**run [3]** 100/7 222/6
224/24
**running [1]** 239/13
**Russell [8]** 117/11
243/19 243/21 244/24
245/3 245/19 246/14
246/17
**Russell's [1]** 244/3
**RX [1]** 40/9
**Ryan [5]** 165/19
176/11 176/24 176/25
233/2

**S**

**said [87]** 5/8 5/18 5/25
14/5 28/10 33/25 34/15
34/17 35/15 43/17 45/5
46/17 48/18 57/16
59/14 59/15 59/24
60/17 60/18 61/1 61/6
62/11 63/9 72/17 78/18
80/16 80/17 81/5 81/8
92/5 92/6 94/11 100/9
103/20 105/21 105/23
105/25 108/11 114/24
115/13 126/4 130/7
130/23 130/25 131/3
139/6 144/16 149/5
155/3 171/6 174/13
176/5 177/8 180/25
187/4 187/14 187/19
191/15 199/9 204/6
205/10 214/5 214/14
216/3 217/17 222/13
229/5 233/5 234/22
239/12 240/5 240/11
240/16 240/23 243/12
245/15 246/18 246/20
246/23 247/25 249/24
253/22 256/19 256/19
258/13 258/20 259/13
**same [29]** 10/12 19/12
44/16 44/18 48/8 60/19
61/2 83/22 85/14 88/16
88/16 129/19 129/24
130/7 139/8 140/18
140/23 142/20 152/2
175/16 187/22 187/23
188/6 210/24 211/22
211/22 211/24 249/11
255/1
**sampling [3]** 75/2
75/10 77/8

**sanctioned [1]** 63/14
**Sandra [23]** 70/11
114/9 115/1 115/14
115/19 115/25 116/1
116/7 116/8 116/9
150/9 150/10 150/15
150/17 151/4 151/11
151/18 169/1 177/17
177/20 182/22 248/9
249/6
**Sandra Wilkinson [1]**
150/15
**Sandy [4]** 148/16
150/7 150/12 177/22
**sat [6]** 27/1 165/1
172/20 190/22 257/5
261/9
**save [1]** 216/5
**saw [21]** 4/4 4/8 4/8
20/22 42/15 53/20 81/4
81/20 81/23 92/5 148/8
149/22 153/15 157/1
201/6 201/9 211/14
216/4 223/11 224/12
225/13
**say [79]** 8/8 8/12
10/21 11/19 13/2 14/6
21/18 28/10 31/3 34/1
35/4 36/10 46/2 46/17
46/20 52/14 54/5 58/5
61/7 62/11 62/23 75/16
76/18 77/25 84/12
90/17 90/18 94/19 95/2
96/4 99/4 104/24 105/1
105/18 105/20 116/5
116/12 117/19 122/18
128/15 129/8 140/18
141/2 141/18 141/23
142/6 149/7 149/25
161/3 161/4 171/5
173/2 174/23 179/25
182/17 183/3 184/8
186/11 190/7 191/13
191/16 196/3 196/24
199/11 210/8 211/8
219/14 219/14 225/4
229/10 229/17 234/1
249/15 251/14 257/11
258/19 259/20 259/22
260/2
**saying [51]** 4/4 5/20
10/22 13/23 13/25 14/3
14/17 15/24 23/9 23/25
27/6 36/19 55/10 63/2
78/19 88/8 101/23
106/2 113/23 130/2
142/16 142/19 147/11
149/24 150/19 152/3
152/12 186/6 187/15
187/18 187/23 187/24

188/3 188/6 188/8
188/12 188/12 199/22
204/19 211/17 217/14
222/20 228/14 228/17
229/16 232/3 235/21
239/24 252/1 253/13
258/24
**says [65]** 8/15 8/16
8/18 11/12 11/15 14/19
36/15 40/9 44/9 44/22
44/25 60/11 62/3 62/7
64/4 65/2 65/7 65/10
66/2 74/22 76/8 78/14
84/5 84/8 84/11 84/18
84/19 90/11 91/9 91/16
93/24 94/2 94/7 94/18
95/18 96/4 96/10 98/10
98/15 104/14 107/4
107/11 109/13 123/20
123/24 124/4 125/1
125/11 125/24 128/8
129/2 132/16 133/23
134/20 139/3 143/20
144/3 145/2 146/10
147/23 149/15 164/21
228/3 229/9 236/14
**scanned [1]** 147/23
**scenarios [2]** 158/1
158/3
**scheduled [1]** 120/8
**scheduling [1]** 120/5
**scheme [7]** 16/1 16/4
21/3 23/4 23/7 23/12
204/3
**school [5]** 157/11
157/12 157/15 158/24
158/25
**screen [12]** 44/7 64/19
91/20 99/20 100/5
118/3 118/7 119/15
139/25 140/3 143/9
192/11
**scripts [3]** 48/13
103/22 103/25
**scroll [5]** 93/12 96/6
96/9 149/10 149/13
**seal [7]** 92/1 96/21
96/22 99/8 99/15
118/24 197/22
**sealed [2]** 92/11
191/21
**sealing [1]** 118/23
**search [86]** 16/3 16/11
17/25 19/25 21/19
21/22 22/4 22/14 22/18
60/5 60/11 61/20 61/23
62/20 62/24 63/7 63/7
63/19 65/5 66/15 67/13
67/14 68/20 69/1 71/18
71/21 71/22 71/25 72/1

**S**

**search... [57]** 72/1
72/3 72/5 72/8 72/8
72/17 75/14 75/17
75/22 76/1 76/7 76/20
77/5 77/11 77/12 77/20
78/16 78/16 79/1 79/14
79/20 79/25 82/3 85/19
87/3 87/18 87/22 87/24
88/7 90/16 90/18 93/21
144/4 152/2 152/4
156/12 156/15 160/14
161/1 179/11 188/23
192/14 192/17 193/10
200/22 219/4 219/25
220/2 226/8 241/7
242/22 243/1 249/1
249/16 250/12 253/4
254/1

**searched [6]** 74/25
78/15 80/13 113/25
189/14 189/15

**searches [3]** 76/5
76/11 77/1

**searching [5]** 18/3
60/8 67/17 87/1 87/1

**seated [3]** 3/2 6/17
118/17

**second [17]** 3/20 4/11
36/5 36/19 37/21 61/15
73/21 77/24 123/23
127/4 137/9 198/4
215/13 215/15 232/5
259/16 259/17

**seconds [2]** 17/22
258/19

**Secours [4]** 133/21
133/23 138/11 224/15

**secret [16]** 84/9 84/24
85/3 85/8 93/5 94/11
94/14 94/17 94/17
94/18 94/22 94/25
94/25 95/2 95/6 95/8

**section [9]** 63/8 68/14
68/24 115/2 116/9
186/2 194/18 195/24
197/4

**sections [1]** 196/22

**Security [3]** 100/22
118/1 119/3

**see [96]** 3/15 3/25
5/16 7/22 9/6 25/3
33/15 34/15 40/8 41/12
41/12 43/25 44/4 50/11
51/23 52/1 52/3 53/4
53/25 54/7 62/14 64/1
64/23 66/2 66/6 71/1
78/12 82/2 83/3 83/5
83/7 83/11 84/4 84/6
87/13 91/6 91/9 93/10

95/10 95/18 98/15
99/19 99/24 99/25
100/1 102/17 103/19
103/23 108/6 112/17
118/10 119/16 119/22
120/25 123/18 123/20
123/23 125/24 129/7
132/10 134/9 134/9
134/12 134/13 138/9
138/12 139/1 139/3
139/4 143/7 143/11
144/1 144/17 144/19
144/20 145/2 146/7
146/15 146/19 147/25
148/1 153/18 155/15
168/17 168/19 169/24
179/3 186/21 188/20
190/18 201/16 215/3
225/12 226/15 233/6
263/6

**seeing [5]** 32/5 81/5
112/7 113/15 156/23

**seek [1]** 207/1

**seemed [3]** 184/4
187/14 197/5

**seems [2]** 129/13
228/1

**seen [14]** 25/25 29/19
29/19 34/16 98/24
148/4 150/1 150/2
164/17 213/7 226/2
226/7 226/10 227/17

**sees [1]** 212/11

**seized [3]** 242/22
243/5 245/24

**selective [1]** 183/19

**self [1]** 240/19

**self-evident [1]**
240/19

**selling [1]** 46/2

**semantic [1]** 71/20

**semester [1]** 157/17

**send [9]** 86/12 87/2
94/2 133/3 133/4
146/13 168/14 171/13
189/23

**sending [1]** 168/16

**senior [1]** 115/19

**sense [4]** 14/18 255/4
255/16 256/4

**sent [17]** 47/9 60/24
61/5 70/9 72/14 75/6
75/22 89/18 91/6 92/5
93/11 103/8 103/11
149/17 153/6 153/12
226/5

**sentence [13]** 8/3
11/12 15/22 44/5 51/16
54/22 84/8 107/12
198/3 204/19 226/13

242/18 245/11

**sentences [2]** 84/19
197/9

**separate [7]** 17/4
18/14 169/11 174/22
187/25 208/21 245/21

**September [8]** 12/9
25/3 25/5 158/20
206/11 243/16 244/21
246/15

**September 12 [2]** 25/3
25/5

**September 1st [3]**
243/16 244/21 246/15

**September 2012 [1]**
12/9

**September 30th [2]**
158/20 206/11

**sequence [1]** 225/22

**serious [1]** 255/22

**seriously [2]** 53/20
54/18

**Seroquel [2]** 14/20
14/24

**served [1]** 179/8

**service [4]** 54/10
165/20 189/24 190/11

**Services [3]** 107/20
198/10 198/13

**session [4]** 57/11
169/10 169/15 173/9

**set [7]** 38/5 41/2 60/16
134/25 137/8 174/19
214/8

**settled [1]** 5/25

**seven [7]** 7/16 106/3
217/18 218/2 218/3
218/19 251/23

**several [10]** 22/24
49/6 84/15 85/7 89/18
91/13 149/7 180/12
203/4 259/18

**Shannon [1]** 40/23

**Shannon Beatty [1]**
40/23

**share [2]** 151/23
256/15

**shared [2]** 26/10
166/10

**she [267]**

**she'd [1]** 253/10

**she's [20]** 61/17 94/25
96/4 104/8 104/10
150/23 150/24 172/24
173/19 212/9 212/10
221/14 238/6 241/8
241/10 241/13 241/18
257/8 259/10 260/18

**sheet [3]** 190/2 190/9
233/1

**sheets [6]** 112/8 113/1
113/1 113/6 190/7
190/10

**Shield [1]** 178/8

**shirish [3]** 64/25 65/2
212/24

**Shivani [2]** 133/19
138/10

**short [3]** 50/11 127/15
157/17

**shortages [2]** 196/18
196/24

**shorter [1]** 153/9

**shorthand [1]** 101/22

**should [31]** 3/10 54/6
55/12 55/18 63/21
67/17 71/25 80/2 80/4
82/2 90/15 96/21 98/9
98/9 99/10 107/15
117/2 134/25 137/7
138/8 146/23 162/19
165/4 182/11 186/9
188/10 218/18 218/21
228/9 228/17 238/17

**shouldn't [2]** 89/4
191/23

**show [34]** 4/8 5/2 5/10
28/21 29/22 29/25
61/12 78/11 82/23
85/24 91/20 94/16
105/16 123/5 131/25
142/25 149/9 150/6
151/1 151/7 153/17
161/23 180/9 186/1
189/5 189/20 215/23
215/23 219/3 221/7
225/2 230/8 245/24
256/11

**showed [6]** 42/8
130/15 165/21 221/4
223/6 226/2

**showing [10]** 5/15
15/22 61/22 88/1 150/2
185/8 185/22 192/11
194/14 233/20

**shown [4]** 167/19
190/23 213/12 213/16

**shows [2]** 122/11
141/20

**shut [6]** 13/12 17/7
17/10 19/11 182/8
201/7

**sic [2]** 41/19 193/15

**side [2]** 116/25 230/24

**sight [1]** 211/5

**sign [4]** 182/17 182/23
182/25 192/18

**signature [8]** 110/14
110/16 110/16 112/17
113/1 192/16 243/13

246/12

**signed [3]** 155/15
200/22 201/19

**significance [3]** 51/1
51/3 55/13

**significant [7]** 49/24
91/2 103/14 105/17
152/6 152/14 259/11

**signing [1]** 182/19

**similar [1]** 187/24

**similarly [1]** 113/7

**simple [1]** 240/9

**simply [1]** 122/13

**since [15]** 24/2 34/8
47/25 57/16 79/25
160/10 166/22 175/19
177/12 185/4 187/14
191/8 241/4 260/5
262/16

**Sindhu [1]** 213/5

**Sindhura [1]** 187/7

**single [11]** 23/15
23/23 24/3 87/2 116/14
116/18 140/13 155/2
213/10 253/2 253/8

**sir [10]** 14/8 21/6 21/9
21/10 87/10 106/11
113/22 115/11 120/4
141/8

**sit [7]** 26/24 38/22
46/3 113/13 168/23
190/19 190/22

**sites [1]** 113/25

**sitting [4]** 99/24 165/4
190/25 239/15

**situation [2]** 167/11
247/23

**situations [2]** 201/3
236/17

**six [13]** 10/5 39/13
45/15 68/17 84/13
91/13 113/25 128/5
156/5 229/12 232/6
237/11 256/21

**six days [1]** 128/5

**six months [5]** 10/5
91/13 156/5 229/12
232/6

**six-digit [1]** 45/15

**skip [1]** 249/23

**skipped [1]** 175/12

**skipping [1]** 147/11

**slightly [1]** 254/14

**Slow [1]** 193/17

**slows [1]** 118/5

**small [4]** 82/17 158/13
224/7 225/12

**smaller [1]** 224/21

**smart [2]** 254/10
254/11

**S**

**so [363]**
**so-called [1]** 230/17
**Social [3]** 100/21
118/1 119/3
**software [1]** 69/22
**solid [1]** 178/13
**some [66]** 5/22 6/4 6/4
14/2 21/11 22/3 31/5
32/21 50/5 50/20 57/20
57/23 58/1 64/22 68/14
76/4 90/24 91/12 98/18
100/13 113/18 116/20
118/4 126/24 131/6
132/21 134/22 137/18
137/19 138/18 138/24
139/23 140/1 148/18
152/20 155/1 158/6
160/22 167/5 170/20
171/21 188/5 190/15
194/25 214/1 214/6
215/17 217/21 218/4
222/7 222/7 223/6
230/18 232/23 233/1
233/13 234/11 238/19
243/5 248/20 256/3
258/13 259/5 259/20
260/3 262/12
**somebody [5]** 88/14
168/10 168/20 184/6
254/13
**somehow [3]** 119/15
229/7 249/25
**someone [25]** 24/20
32/4 36/7 46/1 46/8
48/17 68/3 86/20 87/25
101/24 102/18 113/14
129/22 129/25 132/13
162/7 167/12 168/20
188/1 191/15 192/1
201/4 247/6 255/21
256/4
**something [68]** 10/16
22/24 25/19 26/2 27/7
28/7 28/17 31/8 31/12
32/6 32/10 37/14 37/15
41/13 41/17 41/20 46/4
53/20 54/17 55/15
55/16 58/6 61/22 61/23
62/12 62/24 64/15 68/9
68/21 69/2 72/8 75/2
75/8 75/18 75/18 98/8
106/8 109/14 120/24
122/10 146/23 148/11
159/8 167/22 174/15
178/14 178/23 182/19
188/22 190/23 191/25
194/11 195/12 196/17
204/3 218/1 219/24
228/17 232/3 240/24

242/10 242/15 245/20
249/19 250/11 250/13
251/8 259/4
**sometime [3]** 3/17
12/9 228/10
**sometimes [7]** 158/7
166/8 167/21 168/22
191/12 196/16 223/13
**somewhat [1]** 15/25
**somewhere [1]** 211/7
**soon [8]** 14/16 14/17
48/16 69/20 75/6 167/6
167/14 167/18
**sooner [2]** 81/10
81/16
**sorry [33]** 7/18 9/1 9/3
11/6 13/14 16/20 17/3
29/13 36/25 37/8 43/17
43/21 83/21 93/1 109/4
116/11 123/15 123/17
129/7 130/1 135/10
146/23 161/24 193/18
199/11 199/13 236/8
244/11 247/9 247/20
254/2 261/12 262/3
**sort [15]** 16/21 71/20
83/11 86/22 107/8
115/14 132/22 143/23
154/13 161/17 177/4
218/4 218/11 239/17
254/14
**sounded [1]** 207/24
**source [10]** 24/22
31/16 87/20 88/1 111/8
111/10 161/13 195/9
195/17 197/17
**Sources [1]** 197/10
**speak [5]** 4/12 117/21
150/12 231/12 248/2
**speaking [1]** 144/9
**speaks [1]** 104/24
**special [15]** 55/1 62/6
112/9 113/7 121/14
122/2 173/22 176/11
178/7 235/15 239/21
240/23 241/14 243/4
248/8
**Special Agent Lating
[1]** 62/6
**specially [1]** 122/2
**specialty [10]** 11/3
12/24 13/18 16/19
17/19 18/7 18/19 18/21
19/15 159/7
**specific [4]** 88/4 91/19
95/16 144/22
**specifically [3]** 120/23
131/3 193/10
**specifics [1]** 209/3
**specify [1]** 104/14

**speculation [5]** 181/7
215/8 215/12 261/17
261/23
**speech [1]** 218/7
**speed [4]** 72/7 75/1
166/13 166/14
**Spellcheck [1]** 71/1
**spelled [1]** 84/25
**spend [4]** 5/22 13/9
150/25 151/6
**spending [1]** 3/6
**spent [2]** 157/7 213/25
**spoke [1]** 26/7
**spoken [1]** 241/4
**spotted [1]** 186/18
**spreadsheet [1]** 51/11
**spreadsheets [3]**
84/20 84/24 85/8
**spring [2]** 23/5 122/17
**squad [4]** 159/8
178/10 178/10 178/11
**Sri [1]** 250/8
**staff [2]** 92/14 192/3
**staged [1]** 251/18
**stale [8]** 20/2 20/4
20/6 20/8 20/11 20/15
20/18 20/20
**Stamped [1]** 133/24
**stand [8]** 6/10 6/14
10/24 62/3 62/4 81/9
98/10 132/7
**standard [3]** 110/6
160/15 160/17
**stands [1]** 206/6
**staple [3]** 136/11
137/24 223/15
**stapled [6]** 138/20
190/9 223/18 224/5
224/14 224/19
**staples [2]** 135/4
223/9
**start [16]** 6/12 21/11
35/19 64/12 69/23 72/9
75/2 92/25 101/2
167/10 169/6 179/11
228/17 233/18 235/2
258/16
**started [19]** 12/11
21/4 21/7 21/18 21/24
22/10 39/18 40/16
46/18 81/2 130/15
167/6 167/14 167/18
169/8 170/16 170/17
245/14 254/23
**starting [4]** 7/13 72/3
107/8 140/9
**starts [2]** 44/6 48/17
**state [6]** 5/4 154/17
202/10 202/11 221/19
227/25

**stated [1]** 41/23
**statement [7]** 4/6 4/23
30/10 51/21 228/1
230/2 246/11
**statements [7]** 5/12
6/4 16/13 19/19 85/11
186/4 230/18
**states [19]** 1/1 1/14
5/23 70/4 101/23
115/20 149/1 165/21
189/23 197/11 228/22
237/24 237/25 238/7
238/8 238/22 260/10
264/5 264/11
**status [2]** 49/8 174/16
**stay [11]** 112/2 179/2
191/17 191/20 191/21
214/21 216/16 239/19
250/3 250/5 250/9
**stayed [3]** 17/14
191/25 224/13
**steal [1]** 219/9
**stealing [3]** 210/4
210/8 219/16
**steering [1]** 177/22
**stenographically [1]**
264/8
**stenographically-repo
rted [1]** 264/8
**stenotype [1]** 1/22
**step [6]** 59/1 78/3
97/18 120/10 227/7
227/12
**steps [1]** 178/18
**stick [2]** 16/17 123/6
**still [44]** 14/12 16/7
59/8 61/8 68/8 99/25
100/1 102/22 109/1
116/14 116/19 122/23
135/1 136/10 146/10
149/7 159/19 167/25
175/5 180/2 187/6
192/24 197/5 197/6
202/23 203/19 203/25
204/8 204/19 206/6
206/8 211/6 213/2
213/7 213/8 213/11
214/17 214/24 219/10
223/7 224/18 230/21
245/13 245/17
**stipulate [1]** 61/2
**stipulated [11]** 34/11
34/12 60/12 60/18 61/1
61/4 61/24 81/13 85/25
91/5 97/12
**stipulation [1]** 89/12
**stock [1]** 128/21
**stole [1]** 219/14
**stolen [1]** 204/4
**stood [3]** 10/16 10/17

101/18
**stop [15]** 34/7 34/10
48/25 59/4 78/4 92/18
92/21 154/2 154/4
227/10 238/1 239/24
240/5 240/12 240/16
**stopped [2]** 52/21
53/14 53/15
**stopping [1]** 240/1
**storage [2]** 74/16
74/19
**store [18]** 16/23 17/1
17/4 17/22 18/24 19/11
19/24 32/21 37/11
38/25 39/6 61/17
106/13 128/10 128/13
156/5 188/16 209/10
**stores [15]** 38/2 38/11
38/12 39/7 41/25 49/24
51/12 104/4 104/17
106/16 213/14 213/18
213/18 213/22 256/7
**story [2]** 187/23
252/18
**straight [1]** 182/9
**strategic [1]** 105/7
**strategy [1]** 191/20
**Street [1]** 1/24
**strong [1]** 193/3
**structure [1]** 255/10
**structured [1]** 166/17
**studied [1]** 42/21
**stuff [7]** 31/5 135/7
137/18 194/8 215/23
216/4 259/5
**subject [12]** 8/1 28/20
35/12 39/21 65/10 68/2
82/8 91/9 95/22 118/21
144/3 244/9
**subjective [1]** 5/4
**submit [3]** 131/23
164/7 179/6
**submitted [8]** 103/22
155/13 161/2 164/14
179/13 192/19 205/15
232/22
**submitting [2]** 160/14
204/21
**Suboxone [2]** 14/21
15/18
**subpoena [5]** 174/15
179/6 179/8 179/8
179/12
**subpoenas [2]** 162/13
174/16
**subscriber [1]** 179/9
**subsidiary [1]** 5/9
**succeeded [1]** 39/7
**such [9]** 34/3 105/6
125/9 163/22 172/16

**S**

**such... [4]** 172/16
174/2 205/4 217/16
**sudden [1]** 211/2
**suddenly [1]** 239/2
**sue [10]** 24/14 24/15
24/16 25/6 105/25
106/1 188/7 188/11
210/4 210/7
**sufficient [1]** 99/6
**suggest [1]** 155/4
**suggested [2]** 76/4
171/12
**suggesting [2]** 244/14
245/14
**suit [2]** 262/25 263/3
**Suite [5]** 18/1 18/2
193/15 193/20 193/22
**Suite 120 [2]** 18/1
193/22
**Suite 122 [2]** 18/2
193/20
**Suite A [1]** 193/15
**Sullivan [8]** 146/12
148/17 226/6 226/7
226/12 226/14 226/15
226/20
**Sullivan's [1]** 146/17
**summarize [2]** 33/19
33/20
**summarized [1]** 33/18
**summary [2]** 47/16
213/12
**summer [2]** 23/6
227/19
**supervisor [6]** 162/5
162/6 163/15 163/15
165/7 178/4
**supplies [1]** 190/3
**support [3]** 20/4 66/15
92/14
**suppose [1]** 156/8
**supposed [9]** 35/4
128/16 128/19 130/21
130/25 174/12 198/17
198/19 245/12
**supposedly [6]** 33/18
94/17 94/18 95/21
95/24 221/16
**suppressed [4]** 161/6
247/4 247/5 248/1
**suppression [1]** 161/7
**sure [49]** 11/19 23/10
27/8 27/9 29/20 30/12
43/1 43/11 46/25 47/24
49/2 51/1 58/5 62/17
72/6 73/6 73/17 78/5
82/22 86/4 94/24 97/4
102/13 111/18 111/20
112/15 114/10 125/5

131/8 133/13 136/20
139/21 154/18 156/24
162/15 163/24 165/20
168/11 173/15 175/25
191/6 197/14 202/8
203/15 212/13 224/1
234/2 240/2 247/11
**surplus [3]** 126/3
126/9 126/16
**surpluses [1]** 54/7
**surprised [3]** 209/11
209/12 209/17
**surveillance [2]**
157/25 189/2
**surveillances [3]**
162/12 178/25 189/12
**suspect [3]** 5/7 204/22
256/6
**sustain [7]** 62/15
81/24 98/21 207/14
207/22 230/24 242/4
**Sustained [2]** 207/16
207/16
**Sustenna [4]** 134/4
134/10 135/25 137/10
**swearing [3]** 168/1
192/20 226/19
**swore [1]** 202/14
**sworn [1]** 6/16
**system [7]** 16/25 17/4
17/8 17/20 17/23 18/11
18/22
**systems [2]** 16/23
19/2

**T**

**T.P [8]** 121/3 125/1
125/6 125/13 142/21
145/13 145/16 145/19
**Tab [15]** 7/12 7/17
7/20 9/2 34/4 39/12
47/1 58/18 70/6 72/12
83/22 87/8 121/10
127/6 140/5
**Tab 14 [1]** 9/2
**Tab 22 [1]** 83/22
**Tab 26 [1]** 39/12
**Tab 44 [1]** 47/1
**Tab 47 [3]** 7/12 7/17
7/20
**Tab 48 [1]** 72/12
**Tab 56 [1]** 140/5
**Tab 57 [1]** 127/6
**Tab 62 [1]** 70/6
**Tab 7 [1]** 87/8
**Tab 70 [1]** 121/10
**Tab 8 [1]** 58/18
**table [11]** 9/6 9/19
9/21 40/4 40/5 40/7
52/8 55/13 99/23 100/1

168/24
**Table 6 [1]** 9/6
**tactics [1]** 157/24
**take [25]** 8/14 44/21
44/24 45/15 57/6
126/22 132/21 136/17
140/11 140/21 145/11
153/25 164/6 168/1
168/6 178/18 189/16
191/16 214/5 218/1
233/8 234/5 234/12
234/14 260/24
**taken [8]** 42/15 57/9
118/16 192/8 203/9
234/18 234/20 253/14
**taking [6]** 36/7 68/5
125/6 148/15 148/19
259/10
**talk [20]** 12/5 18/17
24/7 37/23 42/6 48/13
50/8 54/11 59/12 66/14
83/9 92/7 96/17 99/18
101/11 102/14 110/1
155/1 173/8 209/15
**talked [13]** 10/3 19/2
24/6 42/8 93/8 107/7
127/13 180/13 209/15
248/20 249/3 254/15
256/11
**talking [15]** 7/6 14/19
19/10 62/19 71/21 79/5
79/6 109/3 118/22
122/17 126/11 185/15
211/2 217/25 244/6
**talks [2]** 40/22 241/18
**tall [1]** 251/11
**tam [40]** 42/7 42/8
42/14 43/3 44/16 44/17
44/21 45/22 46/1 46/4
152/9 164/22 164/25
165/4 180/5 197/21
197/25 198/2 210/7
214/7 214/8 214/11
214/14 214/18 214/24
215/4 215/19 215/22
215/24 216/1 216/5
216/5 216/11 256/11
257/2 257/13 261/2
261/11 261/11 261/15
**tams [4]** 46/6 103/3
103/4 103/5
**target [12]** 13/11
13/19 19/20 77/18 79/4
79/15 193/13 193/16
193/21 193/23 193/25
194/2
**task [3]** 69/20 167/9
176/7
**tasked [5]** 37/5 67/6
70/1 71/3 184/21

**tasks [4]** 30/21 69/17
167/7 176/7
**team [89]** 11/23 25/14
25/16 31/21 31/25 32/7
35/22 48/22 52/17
52/19 52/21 53/1 53/7
53/12 53/16 54/8 55/2
55/25 56/3 56/3 56/4
56/5 56/6 56/7 56/12
56/13 56/17 56/20 67/5
67/16 72/9 75/16 75/20
76/3 76/20 85/12 86/13
86/15 86/20 144/2
145/17 148/9 149/5
150/15 166/17 167/8
167/17 168/2 169/9
169/14 169/18 170/4
171/4 171/5 171/17
172/16 173/9 173/11
173/18 174/5 174/10
174/13 174/21 176/8
177/5 177/7 178/13
178/16 178/17 179/5
182/1 184/7 188/15
191/11 194/20 194/21
196/1 196/3 196/19
197/4 198/5 198/7
198/24 200/1 202/5
202/16 205/2 205/5
205/13
**technician [2]** 127/18
128/10
**technicians [1]** 100/21
**technique [1]** 190/17
**techniques [1]** 188/25
**Teddy [1]** 70/25
**teleconference [1]**
120/10
**telegraphing [1]** 97/17
**telephone [1]** 120/14
**tell [40]** 3/18 25/21
27/25 28/8 30/13 32/7
45/3 45/13 52/14 55/1
55/19 61/19 88/9 88/11
99/15 102/4 103/14
103/21 156/6 156/9
157/6 157/9 160/25
167/23 171/12 172/4
176/24 184/18 185/3
185/9 185/23 186/24
193/8 193/8 196/19
203/25 204/16 242/13
256/20 261/5
**telling [12]** 29/10
46/10 69/1 76/9 107/11
148/16 163/14 193/1
213/2 213/25 217/2
217/8
**temporary [2]** 164/4
164/7

**Ten [1]** 27/25
**Ten years [1]** 27/25
**term [18]** 27/7 56/9
61/23 62/24 71/25 73/9
73/16 73/21 74/4 74/22
75/17 80/13 85/19 87/3
114/10 114/13 160/7
232/25
**termination [1]** 235/23
**terminology [1]**
158/24
**terms [28]** 5/6 60/5
61/20 62/2 62/20 63/7
63/19 67/14 71/18
71/21 71/22 72/3 72/5
72/8 74/24 75/14 75/22
76/1 76/7 76/21 77/5
77/12 77/20 78/16 79/1
79/14 79/25 225/18
**territory [1]** 34/7
**test [1]** 29/25
**testified [43]** 9/11 12/5
12/15 13/2 13/4 13/10
13/17 13/24 14/5 14/8
17/11 17/22 18/6 18/18
22/10 30/7 32/11 42/7
53/8 64/14 79/1 79/2
80/15 86/4 121/14
142/14 146/2 147/17
151/9 199/15 208/3
235/11 236/3 241/13
242/8 242/13 242/15
245/22 247/3 253/18
254/24 256/10 258/19
**testifies [1]** 88/20
**testify [1]** 129/12
**testifying [5]** 88/22
152/19 158/8 236/15
244/1
**testimony [41]** 10/22
13/20 14/7 16/18 78/25
79/13 81/20 88/17
148/6 150/5 195/7
199/9 199/15 208/18
210/17 214/2 214/4
214/12 216/14 216/19
217/5 217/12 217/19
219/2 219/6 219/12
220/22 221/13 222/9
222/11 232/20 235/1
235/16 241/19 244/5
251/1 253/24 254/3
256/23 259/24 262/17
**text [6]** 40/3 109/9
128/9 129/5 185/2
185/2
**texting [3]** 129/21
184/22 184/23
**texts [2]** 129/14
130/24

**T**

**than [35]** 3/22 9/21
21/13 21/15 22/13
22/15 45/24 46/1 46/9
48/7 71/21 76/23 77/15
98/5 121/16 122/3
122/5 122/15 122/21
123/3 123/9 124/6
125/21 145/13 153/15
156/4 164/16 167/2
168/22 183/17 195/17
215/25 229/12 253/14
261/15

**thank [32]** 5/21 6/13
6/18 6/23 6/24 22/1
64/8 66/12 76/17 77/2
82/9 82/10 89/10 92/22
98/20 99/1 100/23
120/15 137/12 139/20
142/11 143/10 159/20
172/9 203/22 218/25
225/24 227/14 233/10
233/11 239/16 263/2

**that [1272]**

**that'll [2]** 149/9 263/3

**that's [183]** 4/16 6/6
8/15 8/18 9/1 10/21
11/4 11/15 15/14 15/24
16/1 16/17 17/17 22/13
24/5 26/14 28/7 32/6
33/4 33/4 37/15 38/19
40/12 40/16 44/13
48/24 50/8 51/19 51/21
54/21 55/14 55/17 56/8
56/10 56/14 60/19 61/1
61/7 61/8 63/21 64/6
65/4 65/15 68/4 68/10
69/4 69/19 70/21 70/25
73/12 77/7 81/13 81/20
84/11 84/18 85/4 88/23
89/9 94/5 94/6 95/5
95/20 96/10 99/7
100/17 101/22 102/10
103/6 105/24 106/4
106/6 106/12 107/18
107/22 108/8 110/20
111/25 114/13 117/12
119/5 119/24 121/25
122/12 123/21 125/8
125/10 125/20 126/18
127/22 129/2 129/10
129/18 132/14 133/22
134/6 134/8 134/12
135/8 135/20 137/22
139/8 143/15 144/16
145/1 148/14 148/16
149/23 149/24 152/5
152/10 156/7 161/23
162/8 163/25 164/18
166/13 167/18 169/3

181/10 181/10 184/23
184/24 185/17 185/17
185/24 189/15 189/19
190/5 190/14 190/15
190/17 192/19 198/10
199/22 202/20 204/17
206/6 210/3 211/8
216/7 217/24 218/1
221/6 221/20 222/14
225/21 227/23 228/18
228/19 229/18 230/17
231/11 231/14 232/4
232/24 233/3 234/8
235/13 235/16 236/17
236/19 238/11 239/2
240/14 240/19 240/24
241/21 243/4 243/11
245/24 246/9 248/25
249/10 250/11 250/13
250/19 253/19 254/12
255/1 256/17 258/19
259/2 261/6

**their [51]** 8/10 11/3
23/16 23/24 35/1 38/4
38/23 39/10 48/22
52/20 53/2 67/17 85/1
92/14 97/24 102/4
117/25 118/1 135/1
136/10 138/15 156/9
157/2 160/25 161/22
168/2 168/8 168/24
168/25 168/25 171/11
171/11 188/7 188/8
191/19 191/19 191/24
198/11 198/13 205/7
205/23 212/3 221/9
223/7 229/23 236/15
252/6 252/16 254/13
255/23 256/7

**them [113]** 5/7 5/8
18/9 35/7 36/8 41/1
41/6 41/12 46/3 46/4
46/9 49/7 49/18 56/1
56/6 56/11 56/13 56/17
56/20 65/6 69/13 71/21
72/11 73/17 75/8 76/22
80/14 85/7 88/23 89/21
100/5 101/13 111/11
116/14 117/7 119/15
127/20 131/24 132/22
135/3 137/4 137/6
137/13 137/15 137/15
138/16 140/17 140/20
140/20 147/13 156/9
157/3 158/6 161/4
164/14 165/4 166/8
171/12 174/12 174/19
175/11 180/3 183/16
183/16 185/6 188/5
189/3 189/24 189/25

190/13 190/13 198/11
198/14 205/6 211/4
211/5 211/10 211/10
211/12 211/14 211/18
211/18 211/20 211/23
212/1 212/4 212/9
212/10 212/10 212/11
213/6 223/9 224/12
225/13 234/5 234/5
235/19 236/7 236/11
236/12 236/16 236/17
236/18 239/9 242/3
242/10 243/6 246/24
251/25 258/4 258/5
258/7 258/8

**themselves [1]** 132/2

**then [96]** 3/12 8/12
8/16 10/24 10/25 11/11
12/13 15/9 17/11 21/22
29/25 38/17 47/23 48/7
48/12 48/18 50/20
60/14 64/2 69/22 70/5
70/15 70/17 70/19
71/14 72/20 74/6 78/16
84/8 84/12 84/19 93/10
94/2 95/13 95/16 96/1
103/20 108/12 109/22
111/14 114/17 115/1
119/21 125/15 137/1
137/18 138/15 138/24
145/2 145/3 145/5
146/17 148/17 150/5
158/1 160/11 160/21
160/25 162/7 165/21
168/22 169/4 169/9
169/14 170/19 171/14
172/21 174/25 178/24
179/10 182/11 183/1
183/9 184/8 187/16
187/19 188/7 190/6
190/9 206/5 209/2
211/2 214/10 217/17
217/21 218/2 218/3
218/24 224/9 224/14
229/6 234/8 242/9
245/16 246/5 246/16

**therapist [1]** 248/13

**there [137]** 7/7 7/9 9/6
13/25 14/1 14/12 14/13
14/20 16/4 16/8 19/8
19/23 19/24 25/1 25/2
27/3 27/4 27/20 30/13
32/4 34/2 37/7 38/2
38/14 38/20 39/2 41/2
45/21 45/21 53/19
54/17 57/20 57/23 60/4
60/17 63/8 63/10 76/14
77/20 79/12 87/9 89/25
96/19 96/20 99/20
100/22 101/15 102/12

102/13 107/14 107/25
108/6 108/25 109/9
110/3 110/8 110/15
113/18 116/12 116/12
117/9 119/7 130/3
131/18 139/9 142/2
142/7 142/19 148/18
151/2 153/5 153/6
153/11 153/14 154/18
154/23 155/2 156/1
156/1 157/21 158/12
165/9 165/22 167/16
167/23 168/12 169/8
169/10 169/14 171/21
173/16 179/24 180/2
183/24 183/24 185/20
187/7 188/8 188/22
188/22 190/23 191/22
192/24 198/2 198/5
198/7 204/13 204/17
206/25 207/4 208/25
209/2 209/13 213/1
213/21 214/4 218/7
219/10 220/24 223/19
224/3 224/20 226/13
233/1 233/23 235/21
235/21 238/20 239/21
244/24 245/3 245/21
250/4 252/10 252/19
254/23 258/6

**there's [71]** 7/22 9/6
10/12 16/6 16/10 27/5
28/24 37/6 37/8 40/3
40/4 40/8 43/25 44/5
58/21 58/22 61/8 81/14
81/22 83/5 84/4 97/11
99/17 105/7 108/6
113/24 114/5 114/11
114/21 119/5 121/17
123/4 124/23 125/18
126/3 129/8 132/10
133/7 137/18 138/18
138/18 138/24 140/15
147/7 152/17 162/24
163/16 176/19 188/21
189/20 190/4 192/22
194/11 201/3 203/1
206/8 207/3 210/22
210/25 211/3 219/5
224/7 224/9 234/1
239/7 240/6 240/11
240/17 240/17 241/16
253/12

**thereafter [2]** 14/16
14/17

**therefore [1]** 228/15

**these [104]** 5/6 6/4 6/4
8/17 10/17 10/19 12/3
15/11 41/11 48/12
55/10 55/12 56/16

58/25 69/2 72/8 72/18
76/1 76/4 76/7 77/20
78/16 79/1 79/14 81/2
84/23 85/6 85/7 92/8
93/4 97/16 101/11
102/2 117/6 119/8
130/6 130/22 131/3
131/15 131/24 131/25
132/21 132/23 133/16
133/25 134/24 135/1
135/12 135/17 135/17
135/20 135/22 136/10
136/14 136/16 136/23
137/1 137/2 137/14
138/1 139/16 140/11
140/18 141/2 141/19
141/24 142/6 144/9
145/9 147/6 155/1
165/10 173/7 180/17
180/19 186/4 187/25
188/2 194/8 203/7
210/24 211/14 211/21
211/22 213/16 215/2
227/5 228/16 228/18
231/23 231/25 233/8
233/14 233/24 234/2
234/8 234/15 238/10
241/20 242/17 253/12
256/21 260/7 262/11

**they [152]** 5/12 6/7 6/7
10/18 11/20 17/4 17/15
17/15 23/18 24/3 35/8
35/10 36/9 38/4 40/20
41/2 41/17 46/2 46/7
46/8 56/3 56/7 61/4
61/5 61/24 71/25 71/25
72/5 72/6 72/9 72/11
75/3 75/3 75/11 75/12
75/13 76/3 76/21 78/17
80/13 85/7 86/21 90/8
94/11 99/24 100/1
101/18 102/4 104/14
110/20 116/23 117/11
117/11 125/24 135/4
140/23 140/23 155/15
156/9 156/9 156/24
158/5 158/6 158/6
158/22 159/3 166/2
166/2 166/5 166/6
166/7 166/7 166/21
167/1 168/19 168/19
168/25 169/2 169/2
169/7 169/11 170/18
171/12 174/12 174/20
174/21 175/6 175/6
175/9 178/7 180/2
180/19 182/5 182/25
183/9 183/13 184/7
185/7 187/6 187/23
187/23 187/24 188/12

# T

**they... [49]** 190/1
190/12 197/6 198/15
198/17 201/14 205/7
207/1 207/5 207/5
211/2 211/9 211/9
211/12 211/23 212/22
213/6 213/6 213/17
216/10 216/13 219/20
221/8 222/7 223/14
223/15 223/15 223/18
223/20 223/20 224/6
224/13 224/14 224/19
225/12 228/14 234/4
242/22 242/23 243/2
244/15 245/4 245/11
246/21 252/2 252/4
252/15 253/14 256/5
**they'd [1]** 86/12
**they'll [3]** 155/10
190/13 231/25
**they're [32]** 40/14
52/15 90/8 99/24
100/22 113/14 119/20
140/20 160/7 178/9
182/25 187/22 187/22
190/2 195/19 198/17
198/25 201/13 211/6
211/7 211/11 212/1
212/4 212/10 225/11
225/12 229/21 234/3
239/10 255/21 256/5
256/6
**they've [2]** 35/9 60/12
**thing [15]** 60/19 61/2
78/13 108/1 118/23
130/7 139/8 153/15
182/8 183/18 188/6
189/19 190/15 196/13
211/22
**things [39]** 3/4 27/18
27/19 28/22 31/2 37/11
49/8 57/20 57/23 58/1
68/18 147/8 147/14
156/11 157/24 157/25
159/3 159/5 162/13
167/24 167/24 174/2
174/17 176/3 183/15
187/3 188/9 188/24
189/21 190/12 191/22
212/8 221/5 234/9
239/22 243/23 245/5
245/21 262/12
**think [155]** 3/21 4/21
6/3 6/6 6/8 15/18 16/17
25/12 27/5 33/5 41/2
41/23 42/4 43/2 45/24
50/5 57/3 57/4 57/16
58/20 60/3 60/3 61/22
62/5 62/23 63/13 63/15

64/19 69/11 69/11
77/11 78/1 78/22 82/4
82/7 86/3 88/15 90/20
92/8 92/10 95/13 96/15
98/13 98/24 99/14
100/9 100/18 102/9
105/22 107/14 108/13
110/18 111/3 114/13
114/16 114/24 117/16
121/14 121/21 122/3
125/4 126/20 127/15
129/9 129/20 130/2
131/16 131/20 137/8
138/18 139/15 139/24
140/3 141/14 150/10
151/13 151/23 152/17
153/20 153/21 159/22
159/22 162/19 163/19
163/22 166/2 166/5
167/24 175/15 175/18
176/2 176/25 177/8
181/11 181/22 182/13
182/13 182/17 182/19
183/1 183/18 184/7
186/22 191/3 191/3
194/7 201/4 203/9
203/9 204/14 204/15
207/15 208/5 209/2
209/6 209/24 212/16
212/16 213/13 215/13
216/3 216/7 216/7
216/8 216/8 216/20
217/15 218/15 218/16
219/13 220/8 225/11
227/4 229/5 230/3
230/10 231/11 232/17
238/2 238/24 239/5
239/17 240/19 246/25
251/14 252/6 253/21
254/7 256/1 257/4
260/17 260/18 260/23
261/14 261/25
**thinking [2]** 26/14
71/14
**third [6]** 4/11 4/12
4/18 4/20 65/19 73/23
**third-party [2]** 4/11
4/12
**thirds [1]** 44/4
**Thirty [1]** 106/20
**Thirty-one [1]** 106/20
**this [504]**
**Thomas [3]** 1/23 264/4
264/16
**thorough [2]** 170/18
184/7
**thoroughly [1]** 230/5
**those [88]** 8/19 9/20
11/16 15/23 20/24 36/9
39/7 40/1 52/14 55/11

55/20 55/20 58/1 62/12
64/15 66/20 68/19
70/20 101/16 104/4
110/18 110/23 111/4
111/16 111/17 111/22
112/11 112/14 113/9
113/17 114/18 115/3
115/5 115/16 116/10
116/18 119/19 156/11
156/24 160/9 169/6
169/10 169/15 173/14
173/15 173/17 174/7
174/7 175/4 176/3
181/8 183/12 190/10
190/11 191/15 193/9
194/5 194/7 195/19
197/3 197/7 198/13
200/2 201/12 201/13
201/15 202/21 203/18
205/22 211/8 212/8
221/5 222/8 223/9
234/24 236/5 236/21
236/22 243/5 243/21
244/8 244/25 245/15
245/23 251/19 259/25
261/9 262/14
**though [10]** 35/9 42/1
72/4 73/5 88/18 122/1
136/11 148/6 209/6
235/15
**thought [18]** 28/14
43/6 43/17 45/25 55/2
120/7 120/9 170/20
178/23 181/1 182/11
183/9 199/24 204/4
239/2 254/10 255/17
256/4
**thousand [3]** 80/25
121/15 121/16
**thousands [1]** 52/7
**thrash [2]** 5/15 6/9
**three [21]** 29/4 38/2
38/11 38/12 39/7 40/5
48/7 61/21 66/5 104/4
104/17 104/25 136/16
155/9 160/17 203/21
213/10 221/16 223/16
234/13 252/6
**three hours [1]** 48/7
**three months [1]** 29/4
**through [44]** 9/9 9/15
10/5 15/23 48/2 62/16
70/24 71/3 71/7 72/23
73/9 81/3 81/22 84/14
89/15 97/25 99/10
102/10 115/5 115/7
117/25 131/6 132/9
132/22 135/22 137/6
137/13 138/16 139/10
140/11 147/5 161/7

179/20 191/2 195/2
195/6 196/25 197/19
200/25 212/7 222/19
223/4 224/13 225/2
**throughout [3]** 151/11
171/4 172/25
**throwing [5]** 127/20
128/23 130/9 131/1
131/1
**thrown [2]** 142/3
222/8
**Thunderbird [1]** 69/22
**thus [1]** 164/3
**tie [2]** 139/3 190/14
**time [75]** 3/7 4/18 5/22
11/18 13/9 35/24 37/25
41/4 42/12 44/10 44/24
45/9 49/10 55/9 57/5
62/9 67/23 68/5 68/25
75/3 75/19 81/18 81/25
91/1 92/13 93/13 100/3
100/7 105/4 105/19
111/21 117/16 135/15
135/16 136/18 138/17
143/1 143/11 148/13
149/22 150/25 151/7
151/10 154/23 157/15
175/2 176/1 183/19
188/1 196/18 196/24
197/8 205/14 205/15
213/25 214/17 214/18
214/24 215/19 225/22
227/11 228/5 229/10
231/3 235/5 238/19
239/11 239/14 239/15
241/3 242/1 251/24
255/1 260/20 262/15
**times [16]** 24/11 49/6
57/15 106/6 168/23
171/14 183/13 199/16
200/13 203/4 217/18
218/19 218/19 218/22
237/24 238/7
**timestamped [1]**
47/12
**Timothy [1]** 146/11
**tip [2]** 256/22 257/1
**title [3]** 90/13 158/11
161/3
**Title III [1]** 161/3
**today [17]** 5/20 11/20
14/23 15/21 18/18
37/12 38/22 113/13
119/13 167/20 225/13
225/13 236/22 241/21
241/21 247/8 254/3
**together [14]** 9/23
21/24 26/25 111/12
168/23 170/21 171/9
172/17 172/21 173/8

187/22 190/9 224/18
224/19
**Tokofsky [44]** 16/13
19/20 20/21 25/17 42/6
42/14 42/22 43/13 44/6
44/9 44/23 45/2 46/11
64/21 66/20 82/15
85/10 87/11 88/20
88/21 89/17 90/4 180/5
180/8 180/16 180/22
187/21 188/12 195/18
197/12 197/24 209/24
210/4 210/7 213/25
214/5 214/17 248/22
256/10 256/20 256/25
257/18 260/23 261/5
**Tokofsky's [3]** 90/13
180/20 205/20
**told [37]** 5/7 5/8 25/13
25/15 25/20 27/15
27/19 28/3 28/16 33/24
33/25 42/18 42/22
44/20 45/3 49/10 49/18
59/15 76/22 82/15
103/13 120/8 129/24
148/10 176/9 186/5
186/7 186/9 186/20
215/3 222/6 222/13
222/14 223/3 223/22
225/14 253/15
**tomorrow [10]** 47/20
215/5 232/18 233/9
234/24 262/2 262/13
262/21 263/1 263/6
**tonight [3]** 222/21
232/17 234/5
**tons [1]** 219/13
**too [10]** 3/21 88/18
89/25 111/6 131/18
169/2 179/21 207/15
230/3 263/4
**took [17]** 12/6 12/17
14/15 42/23 45/3 45/9
69/21 69/23 195/5
195/7 197/20 214/1
214/1 223/18 252/12
258/11 259/20
**top [13]** 8/8 9/8 9/17
40/9 84/7 84/21 85/20
94/18 123/23 132/13
133/19 186/3 194/24
**topic [8]** 16/1 27/22
28/11 32/9 46/23 92/17
102/8 117/5
**torn [1]** 225/12
**total [3]** 125/11 125/13
179/24
**totally [4]** 14/10
186/22 205/11 205/12
**town [2]** 158/2 158/3

**T**

track [3]  108/18 110/13 134/23
tracked [1]  94/8
tracker [1]  96/2
trackers [2]  93/5 153/12
tracking [1]  116/18
tracks [2]  108/22 109/21
trained [3]  20/9 20/15 248/13
training [4]  157/23 157/23 158/9 160/19
transcript [11]  36/1 92/2 96/20 96/21 118/23 127/12 210/14 234/21 244/3 264/8 264/9
transcription [1]  1/22
transfer [1]  13/7
transferred [4]  12/13 17/12 49/23 158/18
transfers [6]  51/13 51/19 52/15 55/3 126/2 126/16
trash [29]  119/8 119/17 127/21 128/24 130/6 130/9 131/1 131/6 131/15 132/16 135/16 137/14 137/18 188/19 188/19 188/21 188/23 188/24 222/6 222/8 222/18 222/23 224/13 224/24 225/2 254/18
trial [34]  1/3 1/9 3/5 118/5 118/22 120/8 143/15 143/18 144/11 172/25 176/15 180/23 206/7 220/5 220/15 228/22 229/2 239/15 242/10 242/16 243/3 243/13 243/23 244/7 244/16 244/18 245/4 245/4 245/16 245/18 246/12 246/13 246/24 260/12
TRICARE [1]  177/1
tried [4]  119/13 137/15 241/11 253/8
trigger [1]  46/6
triggered [2]  46/20 46/21
trouble [1]  109/2
true [13]  26/14 71/10 71/11 80/16 85/14 186/4 230/13 241/20 249/11 249/21 249/21

250/19 264/7
trust [7]  54/10 55/5 100/5 150/12 151/5 202/15 233/6
trusted [14]  31/17 31/18 31/20 54/13 55/8 150/10 150/11 150/15 150/19 151/12 151/13 151/15 151/19 242/3
trusting [1]  151/21
Trustworthy [1]  177/15
truth [8]  4/7 4/13 4/19 4/24 4/25 149/23 149/24 248/24
Truvada [6]  8/13 9/18 9/23 10/12 52/3 54/7
Truvada-$426,986.07 [1]  8/13
try [14]  16/21 30/15 62/8 63/6 89/15 121/24 133/13 136/21 137/6 153/9 211/19 232/19 244/11 252/15
trying [23]  19/14 22/23 23/8 63/18 81/3 81/21 119/11 138/25 145/13 147/8 159/16 163/20 179/2 179/22 183/15 196/25 197/6 209/19 218/4 228/2 246/7 246/10 246/14
tune [2]  98/18 187/24
turn [39]  7/12 8/24 8/24 8/25 9/3 24/25 34/4 35/25 36/17 39/12 39/12 43/16 46/23 48/25 52/3 58/18 65/13 67/19 70/6 77/23 77/23 81/15 82/24 83/20 87/8 90/22 91/4 102/9 106/18 106/18 108/3 123/21 127/24 134/22 144/14 182/7 182/11 182/14 183/19
turned [4]  82/3 230/7 239/2 245/16
turns [2]  98/3 181/3
tweaked [1]  21/22
Twenty [1]  39/13
Twenty-six [1]  39/13
twice [4]  11/5 104/13 126/8 191/12
two [65]  3/4 5/6 8/17 9/17 9/20 10/13 10/22 11/2 20/24 35/7 36/18 40/1 40/3 40/19 41/25 44/4 47/17 50/12 56/16 56/17 67/6 70/15 84/19 90/10 125/24 129/21

136/16 153/5 153/11 160/10 161/4 165/18 168/2 190/21 192/5 199/14 199/18 201/3 201/3 202/20 202/21 203/16 206/25 207/4 208/21 211/18 212/14 213/18 213/18 213/22 226/23 227/16 227/19 232/8 233/8 233/14 233/24 234/8 234/15 234/20 244/8 245/21 260/23 260/24 262/14
two hours [1]  192/5
two minutes [2]  260/23 260/24
two months [1]  227/19
two years [1]  20/24
two-thirds [1]  44/4
two-week [1]  190/21
type [2]  122/16 198/22
types [2]  110/15 158/21
typical [2]  145/8 167/20
typo [1]  70/25

**U**

U.S [9]  115/2 115/23 116/2 116/6 116/9 173/21 177/24 258/4 258/14
U.S.C [1]  264/7
uh [4]  44/19 133/11 136/9 136/11
uh-huh [4]  44/19 133/11 136/9 136/11
ultimately [1]  53/14
umbrella [1]  116/5
unambiguously [2]  13/10 13/17
unclaimed [1]  107/15
unclear [1]  164/1
undelivered [13]  44/2 156/23 187/16 201/8 201/10 201/17 204/10 209/16 210/22 211/14 214/2 215/2 251/6
under [28]  11/10 11/12 14/5 14/9 19/9 23/16 41/19 44/1 96/22 99/8 99/15 106/8 116/5 123/20 124/18 130/14 142/19 192/20 197/22 225/11 232/12 233/9 234/5 234/21 256/1 256/5 256/5 256/6
undercover [19]  7/8 37/23 38/2 38/6 38/10

38/14 38/18 39/7 39/11 39/22 40/8 41/11 102/14 103/15 104/3 200/19 213/12 213/16 213/22
undercovers [1]  104/25
underlined [1]  44/1
understand [35]  3/24 6/3 19/8 20/2 20/4 22/16 23/9 31/4 45/8 60/23 71/13 72/2 79/19 82/3 82/5 98/21 99/9 100/8 103/1 114/24 116/20 116/24 133/14 164/11 171/18 199/11 200/5 224/2 229/13 246/19 247/6 247/10 255/19 258/10 260/18
understanding [18]  23/11 81/25 85/5 98/17 102/1 107/19 140/8 150/14 150/19 151/10 151/16 151/18 156/17 166/25 176/2 192/18 203/5 247/15
understandings [1]  203/6
understood [22]  5/21 21/3 23/5 36/4 36/6 45/8 45/19 45/20 73/8 82/10 93/4 105/9 105/14 110/11 110/18 135/15 135/16 135/17 151/22 244/14 255/20 259/17
undisputed [1]  174/2
unfortunately [2]  182/8 239/18
unique [2]  167/11 244/25
unit [2]  165/18 207/1
Unit's [1]  200/18
UNITED [17]  1/1 1/14 5/23 70/4 101/23 115/20 149/1 165/21 189/23 237/24 237/24 238/7 238/8 238/21 260/10 264/5 264/11
units [1]  52/1
unless [13]  4/13 4/20 23/6 25/19 26/1 47/24 76/8 91/20 105/7 139/17 192/1 239/19 245/20
unlike [1]  167/8
unredacted [2]  133/5 140/9
unreliable [4]  180/20 180/22 181/5 184/4

unresolved [1]  231/2
unsatisfied [1]  184/25
unseal [1]  96/16
until [1]  3/16 117/19 128/15 157/8 158/20 179/22 179/22 215/24 231/9 259/25 262/2
unusual [1]  164/24
up [89]  3/6 7/6 9/23 10/23 11/3 18/14 22/17 30/1 30/10 38/5 39/8 39/21 41/2 41/18 58/8 58/9 60/11 60/16 61/22 62/24 63/10 64/16 66/3 66/6 66/19 67/13 67/16 68/22 69/17 69/20 72/7 73/5 75/1 78/13 79/21 82/3 87/3 87/17 88/23 93/12 100/7 109/5 117/20 119/2 122/16 130/15 132/7 132/8 144/16 145/16 145/19 154/13 156/5 157/4 159/8 163/4 165/5 165/21 166/13 166/14 168/19 172/1 174/15 174/19 179/11 180/7 183/7 183/8 183/10 190/10 194/19 194/23 212/17 214/8 216/1 216/24 221/6 222/21 230/7 234/25 235/18 252/9 252/9 252/11 258/4 258/21 260/14 262/13 263/2
upon [5]  6/1 164/25 184/2 184/14 259/11
upset [1]  241/24
urging [1]  129/22
us [26]  3/7 4/11 5/17 32/3 35/1 35/8 35/10 46/8 91/21 116/25 118/6 148/10 153/1 157/9 158/8 172/4 185/9 185/23 188/21 193/8 193/8 197/13 204/16 227/1 236/24 238/22
USCIS [1]  49/4
use [19]  17/25 20/8 20/18 20/20 58/23 76/7 76/20 121/2 131/7 142/20 183/21 189/6 190/17 195/9 197/25 221/25 222/4 242/10 251/13
used [28]  27/7 59/5 71/18 71/22 75/14 75/16 76/1 77/12 78/15 79/1 79/14 110/12

**U**

used... [16] 178/24
204/23 205/4 220/5
242/16 243/2 243/14
243/22 244/7 244/15
245/4 245/16 245/18
246/13 246/22 246/23
useful [1] 183/12
uses [1] 236/14
using [8] 62/24 76/4
78/16 114/12 115/13
120/25 143/19 170/4
uslawenforcement [1]
67/25
usual [1] 78/13
usually [10] 160/17
165/1 166/24 167/12
167/12 172/21 190/3
190/6 196/18 207/3
utterance [2] 4/15
4/16

**V**

vague [1] 114/21
value [2] 232/24
244/25
various [1] 195/20
Veerareddy [3] 128/10
129/15 222/22
version [5] 42/2
129/11 139/23 215/15
224/22
versus [1] 211/10
very [41] 3/12 25/10
28/12 28/15 28/16
28/16 28/20 30/22
32/22 73/16 81/1 88/17
94/18 95/5 119/25
135/25 137/7 137/12
140/22 159/14 167/11
167/14 169/8 170/16
170/18 170/19 170/21
171/3 172/14 172/18
172/18 172/24 172/24
173/5 176/7 176/14
188/13 199/16 200/5
204/13 247/6
via [1] 68/4
victim [3] 95/23
163/11 204/4
video [1] 151/7
videos [1] 223/11
videotape [1] 252/18
videotaped [2] 201/8
251/5
videotapes [1] 253/12
view [5] 54/2 54/8
231/22 255/25 256/7
VIJAY [3] 1/3 1/17
193/11

violating [1] 229/3
violation [1] 158/14
vipin [9] 84/15 84/25
93/15 93/15 93/24
186/7 186/9 187/18
213/5
Virginia [2] 158/12
160/19
virtue [1] 103/3
volume [6] 24/7 201/6
201/9 201/17 251/6
251/22
voluminous [1] 71/17
vs [1] 1/5

**W**

wait [5] 60/25 135/7
215/24 233/22 257/9
waited [1] 128/5
waiting [4] 175/5
175/5 206/14 207/2
walk [4] 132/22 211/6
212/1 212/10
walked [1] 206/20
Walker [3] 89/21 89/22
227/18
walking [2] 211/10
237/21
want [76] 3/24 4/22
5/18 13/9 16/10 20/18
20/20 21/2 23/3 23/10
23/21 24/7 24/7 27/4
30/3 47/17 47/20 59/8
59/10 88/18 91/21
92/17 100/4 100/6
114/15 130/11 133/13
136/17 136/19 138/25
143/24 150/25 151/6
164/5 164/9 165/14
169/17 170/11 170/5
171/8 185/16 188/23
190/4 194/17 194/17
198/4 208/12 209/25
211/12 211/23 212/9
214/21 215/23 215/24
219/15 221/4 222/15
225/22 231/12 234/13
236/9 236/24 242/22
246/1 248/14 249/15
256/11 256/15 256/22
257/1 257/10 257/11
257/18 260/22 261/4
262/22
wanted [30] 27/8 28/8
28/10 41/12 41/13
72/11 73/2 75/6 77/8
86/21 107/24 167/24
168/10 179/9 180/15
184/11 184/14 185/5
185/5 185/6 185/13

189/5 191/6 191/25
204/14 210/23 226/10
252/16 258/5 259/19
wants [5] 28/25 59/18
91/20 225/2 229/17
warm [1] 262/22
warning [16] 25/11
26/4 32/12 32/20 33/1
33/23 34/3 61/18 208/4
208/7 208/11 208/15
209/9 209/23 212/24
229/11
warnings [2] 25/18
232/8
warrant [39] 18/1 22/4
22/14 22/18 65/5 66/15
68/20 87/22 87/24 88/7
93/22 117/1 144/4
152/4 156/12 156/15
160/14 161/1 168/1
179/11 192/14 192/17
200/22 219/4 219/25
220/3 226/8 230/11
241/7 242/23 247/4
247/5 247/8 247/25
249/1 249/16 250/12
253/4 254/1
warrants [6] 19/25
21/20 21/22 152/2
193/10 243/1
was [596]
Washington [3]
193/24 242/23 243/7
wasn't [40] 7/9 28/16
33/17 52/12 53/5 54/16
59/15 60/24 68/22 73/6
90/20 95/6 95/7 126/4
127/1 130/14 141/22
141/23 147/20 148/19
148/23 155/2 156/6
174/7 183/8 183/17
189/6 197/3 204/15
208/21 209/1 209/23
212/25 217/8 218/10
219/24 233/7 248/13
250/4 250/12
wasting [2] 62/9 81/17
way [45] 3/25 18/9
21/4 21/21 30/15 44/4
53/19 76/6 76/23 77/1
82/19 86/25 99/17
99/20 100/5 100/14
101/20 101/24 104/10
109/8 114/7 115/22
124/11 138/10 141/10
141/11 141/14 149/11
156/22 159/25 160/18
167/3 184/11 184/24
204/23 205/4 215/20
217/25 221/7 229/9

246/19 249/18 251/18
253/14 258/2
Wayne [3] 64/21 89/25
162/25
ways [2] 76/14 156/1
we [346]
we'll [22] 3/16 57/6
98/12 99/15 117/18
117/20 118/13 119/9
133/4 140/1 152/21
192/6 231/1 232/18
233/8 233/9 234/17
234/23 246/5 249/23
262/13 263/6
we're [42] 3/8 3/9
14/12 14/14 18/5 18/8
18/17 29/20 31/24 32/9
58/24 61/6 62/1 62/19
65/15 83/9 86/4 88/15
92/6 92/16 118/10
118/11 126/11 147/9
156/23 162/11 162/12
162/15 162/16 171/9
171/10 171/15 188/3
191/21 215/5 216/4
239/14 239/17 241/6
246/4 249/22 262/20
we've [30] 10/3 19/2
24/6 61/4 77/4 80/11
90/23 92/24 93/3 94/15
95/13 96/15 101/5
118/3 118/4 118/22
139/15 150/3 161/23
164/2 164/17 171/13
180/9 181/23 185/22
192/5 198/4 222/19
233/20 234/21
wear [6] 182/1 182/2
182/6 182/12 262/25
263/3
week [11] 3/5 3/9 3/13
3/16 106/4 128/11
168/23 190/21 191/12
217/18 258/16
weekend [6] 84/9
195/5 236/3 257/25
258/3 260/1
weekends [1] 186/15
weekly [4] 168/22
168/22 169/6 191/10
weeks [10] 69/9 69/25
157/21 157/22 182/13
258/15 259/9 259/18
260/4 260/7
weight [1] 98/11
welcome [1] 168/8
well [156] 4/5 5/25
11/18 12/2 12/15 15/22
16/17 17/10 17/22 18/5
18/14 21/7 24/1 24/22

25/21 26/18 28/2 28/14
28/22 29/14 30/4 30/23
33/15 33/19 33/24
34/25 36/10 39/12 41/6
41/12 42/21 43/3 43/8
49/9 53/18 55/22 58/8
59/17 60/3 60/10 60/14
60/18 60/21 60/25
61/10 62/10 62/13 63/6
63/23 63/25 67/5 68/14
71/5 71/6 71/20 80/3
80/23 86/13 86/18
86/25 88/3 88/15 88/19
91/21 92/17 97/11 98/2
99/14 99/16 100/17
102/20 103/1 103/19
104/25 108/18 109/13
111/11 114/11 115/13
115/24 117/2 119/9
119/21 127/4 130/19
133/8 134/13 134/18
137/4 142/2 143/19
143/21 145/24 149/5
149/9 149/21 150/3
150/7 150/8 150/14
152/7 153/19 163/8
163/11 164/2 165/14
165/22 166/9 166/18
170/5 170/15 170/17
170/18 171/6 172/25
173/25 178/20 182/17
185/2 189/6 189/10
196/11 197/3 199/20
203/9 206/19 208/23
208/25 209/4 210/3
215/10 215/13 217/8
218/18 221/4 226/15
227/4 228/6 230/12
231/17 232/1 236/20
238/10 238/12 238/16
239/9 241/1 241/6
242/18 245/21 251/1
253/5 258/13 258/23
259/10 262/13
well-done [1] 170/18
went [29] 8/12 15/23
27/2 84/23 104/25
127/16 129/19 129/24
139/9 142/2 157/8
172/22 173/15 182/9
182/22 185/24 190/25
191/2 191/13 195/6
195/8 211/9 215/17
216/7 221/11 223/2
224/13 243/19 258/20
were [210] 4/21 5/14
6/5 7/6 8/19 9/18 10/18
11/18 11/23 13/7 13/25
14/12 14/13 16/24
17/15 19/20 19/23 20/9

**W**

were... [192] 20/15
20/24 21/19 21/20
23/18 26/3 26/7 28/14
28/19 30/21 32/11
33/23 34/18 35/6 37/17
37/24 38/2 38/10 38/14
38/20 39/8 41/11 47/18
49/23 51/5 51/19 52/17
52/19 53/7 53/12 55/22
56/3 56/7 56/17 63/7
67/5 67/6 67/9 68/5
71/5 71/17 71/22 72/6
73/7 75/3 76/1 76/3
76/4 77/12 79/1 79/14
82/17 84/16 86/5 86/22
87/1 87/18 93/5 94/11
101/12 101/19 102/3
104/14 110/13 110/18
110/20 110/23 111/4
111/5 111/11 111/12
116/12 116/12 116/13
117/11 117/11 122/2
125/24 129/9 130/24
131/4 135/12 139/12
145/13 148/6 149/5
149/21 152/18 153/7
154/11 156/2 157/6
158/19 159/21 160/9
161/16 166/6 166/10
168/12 169/10 170/18
172/13 173/11 174/20
174/24 177/16 178/21
179/24 180/17 180/17
182/10 183/24 184/13
186/4 187/6 187/15
187/23 187/24 188/3
188/5 188/6 188/12
188/19 188/24 190/20
194/22 196/4 196/25
197/6 199/4 203/16
206/24 207/24 209/13
210/14 210/16 211/17
211/21 213/6 213/6
213/12 213/16 213/16
213/17 216/3 216/12
219/20 219/20 220/15
220/20 220/24 220/24
223/7 225/12 226/23
232/4 232/7 235/18
239/2 241/24 242/8
242/12 242/21 242/22
242/23 243/5 243/7
243/12 243/16 244/7
244/9 244/17 244/18
244/21 244/24 245/3
245/12 245/15 245/18
245/23 246/22 248/20
250/2 250/5 250/8
252/10 252/25 253/13

253/14 254/15 256/3
256/5
weren't [27]   17/5 20/9
20/16 28/20 32/16
32/19 36/7 36/9 37/18
52/19 54/24 72/6 86/23
153/5 153/11 166/7
166/7 187/23 211/13
242/16 243/2 243/14
243/17 244/15 244/15
245/4 246/13
what [297]
what's [31]   26/19
34/14 36/17 54/5 59/13
60/15 60/19 78/9 80/19
85/24 97/3 97/3 97/5
99/19 122/1 143/3
162/10 162/20 163/9
172/1 174/16 192/11
200/16 221/18 224/20
227/21 229/15 231/21
237/10 241/12 259/8
whatever [18]   3/18
72/11 108/19 132/8
140/23 147/21 168/18
174/11 174/20 175/2
175/7 175/19 190/3
192/21 218/21 223/17
224/8 229/21
whatsoever [1]   120/16
when [137]   4/1 10/20
14/23 17/7 17/18 19/12
21/3 23/22 24/2 24/10
25/1 27/14 32/20 35/24
36/4 36/6 37/25 40/16
41/6 42/15 45/1 45/21
46/19 49/22 49/22
51/19 52/25 55/15
61/17 62/4 62/19 63/16
67/17 72/6 72/9 73/6
75/3 75/19 76/3 81/1
81/9 87/9 88/20 94/25
98/17 101/13 102/12
104/14 107/15 116/5
118/7 118/12 119/9
119/14 120/7 122/1
122/16 126/2 139/9
140/13 145/8 148/13
154/11 154/17 157/18
158/22 159/7 160/15
161/19 162/6 166/16
167/16 167/18 168/6
168/7 168/19 169/6
170/17 170/22 171/5
174/23 175/14 176/14
177/11 178/2 179/18
179/19 182/6 182/7
182/16 183/5 183/19
186/23 188/20 188/25
189/19 189/23 190/10

190/18 191/15 191/18
192/18 196/3 196/24
197/3 200/22 201/7
206/10 210/21 211/3
211/20 211/21 215/1
216/5 223/13 224/6
224/12 224/12 225/4
226/18 234/1 240/9
241/23 243/19 244/8
244/24 245/3 245/15
248/23 253/14 254/12
256/1 256/11 257/5
258/11 259/21 261/9
whenever [5]   12/16
14/16 73/6 178/19 179/1
where [52]   6/6 20/22
34/7 39/7 41/25 44/6
45/14 47/18 63/22 66/2
78/14 79/19 81/2 88/10
88/11 96/10 101/24
105/21 125/20 126/8
129/7 129/7 148/9
148/14 149/5 149/15
155/3 157/6 158/1
162/15 169/10 170/6
176/8 185/19 186/21
195/16 195/22 196/1
197/23 198/23 200/8
211/9 211/11 212/22
214/5 224/3 236/13
239/2 244/9 247/25
253/20 258/2
Where's [1]   108/17
Whereupon [4]   57/9
118/16 192/8 234/18
wherever [1]   212/2
whether [36]   5/6 18/2
22/4 33/11 33/13 59/11
67/5 67/6 67/10 80/25
92/5 92/6 98/3 107/24
113/24 116/14 116/18
122/13 141/2 141/19
141/24 142/7 142/8
155/15 156/1 205/20
216/12 225/20 230/5
231/4 244/6 244/18
245/18 246/21 247/23
251/18
which [41]   4/25 11/18
11/24 16/18 18/1 19/16
21/4 21/20 21/20 33/1
40/22 42/24 55/7 76/23
105/1 106/19 121/18
152/25 154/22 163/14
166/20 166/22 167/11
171/6 179/9 180/9
182/24 185/14 185/23
189/14 194/15 195/7
207/1 207/7 209/2
209/23 221/8 223/20

242/24 245/17 260/4
while [17]   3/7 44/6
44/9 44/23 57/24 69/21
69/24 83/9 92/16
157/15 158/21 165/24
178/25 207/2 219/10
236/15 262/17
whistleblower [20]
26/8 26/15 27/22 28/4
28/9 28/11 28/25 29/1
30/10 45/21 45/24 46/1
63/13 146/4 149/3
149/16 152/3 152/8
152/13 225/18
whistleblowers [2]
5/7 5/8
white [11]   39/4 45/19
90/8 148/10 148/19
148/9 149/19 158/15
243/19 255/5 255/20
White's [1]   148/15
white-collar [3]   45/19
158/15 255/20
who [55]   4/5 23/15
30/14 32/4 45/21 47/18
54/16 55/2 56/15 68/4
81/23 84/16 90/3 93/10
93/17 96/10 98/11
103/2 113/8 115/1
115/15 130/17 152/2
157/2 161/11 162/4
165/17 165/23 171/21
172/4 172/5 173/11
173/13 174/5 174/5
174/24 179/9 179/15
188/1 191/13 196/4
196/9 197/11 198/21
202/1 210/7 210/8
210/12 226/5 226/8
228/5 232/23 240/24
252/11 255/21 256/4
who's [3]   173/21
189/5 201/4
whole [11]   68/14
86/13 86/15 121/16
153/7 168/1 171/4
195/24 196/21 243/23
245/5
wholesalers [2]
174/14 174/16
whose [2]   48/17
145/18
why [46]   3/15 16/17
34/4 34/4 35/15 35/25
42/3 62/2 62/9 79/7
80/6 81/16 81/17 101/9
101/11 102/9 106/18
112/15 140/11 146/12
146/20 148/7 149/24
151/24 159/13 162/8

183/23 187/13 188/18
189/4 191/15 192/1
198/16 199/7 201/2
204/17 210/19 216/4
216/9 219/9 219/19
221/2 221/6 241/11
248/25 257/12
wide [1]   203/3
Wilkinson [32]   70/11
114/9 114/17 115/1
115/14 115/19 115/25
116/1 116/7 116/8
116/9 146/8 147/23
148/16 150/7 150/9
150/10 150/12 150/15
150/17 150/19 151/4
151/11 151/18 151/21
151/22 169/1 177/17
177/21 182/23 248/9
249/6
will [18]   3/4 30/2 33/5
44/25 54/4 81/10 99/8
105/14 118/21 119/12
133/3 146/13 168/19
190/8 190/9 223/16
234/20 236/21
wind [1]   179/2
window [2]   110/5
110/9
wire [3]   182/1 182/2
182/12
wished [1]   76/21
withdraw [1]   176/21
Withdrawn [1]   176/22
withhold [4]   31/23
80/17 147/18 148/3
within [10]   48/7
121/18 121/24 154/23
167/15 182/19 183/1
207/5 257/13 261/14
without [7]   7/15
115/15 140/3 194/25
204/18 227/5 236/21
witness [76]   4/12 4/14
4/23 4/23 6/10 6/16
34/15 34/19 34/22
34/23 34/24 35/1 35/5
35/6 35/11 35/16 45/22
45/25 46/8 46/11 46/17
46/18 58/25 59/3 62/2
62/16 63/16 64/9 64/10
78/2 78/6 80/25 81/19
81/23 82/2 82/11 82/12
88/18 88/24 89/3 92/4
92/18 97/13 97/17
97/20 98/1 98/9 98/14
99/2 99/3 115/5 117/3
119/20 120/17 120/18
141/9 144/7 163/24
164/11 187/11 203/4

**W**

witness... [15] 203/8
209/5 209/15 227/5
227/9 233/12 234/25
236/14 238/3 238/18
241/14 245/15 259/15
262/6 262/10

witness's [5] 59/6
78/25 199/9 199/15
228/12

witnesses [7] 2/3 6/5
35/7 58/1 115/7 152/18
202/1

woman [2] 188/9
255/5

won't [7] 3/15 5/1 43/8
119/22 215/10 262/24
263/1

word [19] 60/11 61/21
63/3 72/17 76/5 76/11
77/1 80/1 80/1 80/12
82/3 85/4 87/15 114/12
114/15 117/10 150/3
221/25 222/4

worded [2] 82/19
114/7

wording [1] 168/4

words [9] 5/2 5/5 60/7
60/9 61/23 69/2 72/18
72/20 84/20

work [31] 27/10 47/15
57/17 84/16 103/5
158/11 158/14 158/21
159/1 159/2 159/23
160/1 161/8 166/3
166/12 167/12 167/13
168/10 170/20 172/24
180/4 182/7 185/25
189/14 191/5 191/6
191/7 197/6 204/19
240/13 259/21

worked [37] 21/3 22/3
22/24 23/11 23/22
30/21 31/19 36/4 36/6
56/22 96/11 151/3
154/11 157/14 159/5
160/5 160/10 169/21
170/1 170/12 172/17
173/1 175/21 176/1
176/11 177/8 177/11
177/17 178/2 178/5
178/10 197/18 198/9
204/8 205/3 240/10
254/21

worker [3] 31/20 176/9
178/15

workers [3] 187/15
187/17 188/5

working [18] 21/11
22/10 39/18 68/8 103/3

111/11 111/12 157/15
159/14 159/15 174/14
176/1 188/20 196/4
198/7 223/13 237/20
254/23

works [1] 103/2

worry [2] 119/21
186/14

worth [4] 162/23 200/4
206/21 232/23

would [231] 11/13
11/19 12/3 14/6 14/17
15/10 17/24 20/13
20/18 21/18 24/19
25/25 27/16 27/16
27/17 28/4 28/5 28/6
31/9 31/14 31/22 31/24
31/25 31/25 32/6 32/8
34/16 34/18 34/21 36/8
36/10 37/4 37/5 37/15
42/3 46/13 46/20 55/5
56/2 56/5 56/7 56/8
56/11 56/15 58/24 59/1
59/10 59/11 59/19
62/20 64/4 64/5 65/6
68/21 72/17 76/3 76/22
78/20 78/22 79/21
80/10 80/17 85/15
85/17 86/7 86/20 89/3
91/2 92/1 92/10 95/8
96/3 96/5 96/24 97/7
98/16 103/13 103/14
108/24 112/15 115/6
118/6 118/9 120/9
120/13 122/7 122/13
122/23 123/4 131/23
136/23 137/1 145/8
145/17 146/11 147/14
147/18 148/3 149/7
150/10 150/16 151/4
152/15 153/14 153/14
154/1 155/16 156/22
158/22 159/3 159/8
161/3 161/4 162/7
163/18 163/19 165/3
165/7 165/12 166/19
168/14 168/23 168/24
168/25 169/9 169/10
169/11 169/13 169/14
171/6 171/10 171/11
171/14 171/19 171/21
173/8 173/9 173/14
174/15 174/19 174/20
174/21 174/25 175/3
175/4 176/6 176/7
177/6 178/22 178/22
178/25 179/25 181/4
181/17 182/17 183/3
183/7 183/9 183/13
184/4 184/6 184/8

184/24 185/10 187/21
191/14 194/4 194/8
194/23 195/24 195/25
196/1 196/2 196/16
196/17 196/19 197/12
197/24 200/18 200/19
202/23 203/10 203/19
203/25 204/13 204/20
205/5 208/8 208/16
209/10 209/12 209/18
209/20 211/8 212/15
213/8 217/6 217/22
218/2 219/14 219/14
219/21 219/22 219/24
223/3 223/12 224/21
225/15 226/11 226/13
226/14 226/25 227/19
228/11 228/13 229/3
230/8 231/22 232/21
236/5 236/22 238/17
238/18 240/23 249/21
249/21 252/15 256/6
260/20 262/4 262/18

wouldn't [16] 17/24
20/8 20/20 23/5 24/18
71/6 75/3 169/12 174/7
181/21 195/1 202/14
202/14 209/17 212/25
218/1

write [7] 128/6 139/22
146/11 158/4 190/1
190/10 249/19

writes [2] 4/1 4/3

writing [6] 4/6 4/14
68/2 121/1 168/9
172/21

written [14] 4/5 25/11
26/3 32/12 32/19 42/15
58/8 139/9 148/7 168/9
207/24 209/23 209/24
217/13

writtenwarning.doc
[1] 65/7

wrong [3] 7/18 54/18
123/15

wrote [26] 8/3 47/7
47/15 48/10 48/16
51/16 54/22 70/19 71/6
71/7 71/14 72/20
108/15 109/9 109/17
109/18 126/23 127/10
127/12 127/25 131/11
132/13 152/2 152/12
217/3 256/20

**Y**

ya'll [1] 117/10

yeah [52] 10/15 24/24
27/16 30/2 31/20 38/19
41/8 41/12 41/14 50/6

55/8 58/22 64/3 71/1
72/16 93/7 95/25
100/17 102/19 106/8
113/3 126/5 129/9
133/25 136/22 139/25
143/9 145/1 150/19
150/22 151/20 153/14
153/16 153/22 181/1
183/13 188/4 188/13
192/5 207/10 210/18
216/15 218/20 218/20
218/22 229/10 233/16
241/2 249/21 254/1
261/20 261/22

year [14] 9/16 19/24
88/7 106/7 113/24
149/13 157/11 157/12
158/24 166/2 168/18
204/12 206/15 227/24

Year's [3] 201/5
249/24 250/17

years [24] 20/24 26/5
26/6 27/25 29/3 46/11
53/3 55/9 57/16 71/13
88/3 88/5 113/13
151/13 157/14 158/13
159/18 161/5 177/10
177/21 205/11 206/6
245/23 255/20

yep [4] 129/2 138/5
254/4 254/6

yes [478]

yesterday [25] 3/21
4/22 5/8 7/7 9/11 10/3
12/5 12/15 12/20 13/3
13/10 13/17 13/24 14/5
14/9 14/24 16/18 17/11
18/18 42/7 43/8 53/8
100/10 121/14 254/24

yet [10] 47/19 68/7
86/1 91/5 142/13 143/4
146/2 153/17 165/8
216/11

you [1229]

you'll [4] 62/15 71/1
168/14 233/6

you're [51] 13/14 18/4
19/10 19/10 23/9 23/25
24/2 25/1 28/7 29/14
30/12 33/11 35/4 46/10
50/25 52/25 53/16 54/7
63/22 68/2 75/19 75/20
87/9 88/1 102/12
107/11 111/18 114/7
114/12 116/5 137/3
144/16 146/7 148/2
149/24 150/1 168/7
170/23 171/18 173/11
209/4 215/22 217/24
217/25 218/3 224/8

230/3 233/15 235/15
253/13 261/17

you've [28] 11/8 30/7
48/21 57/15 79/17 80/6
86/3 90/23 140/13
144/11 154/12 154/14
168/9 173/18 173/18
181/22 185/14 186/1
186/16 193/7 193/9
200/11 205/17 205/25
206/1 247/3 247/9
254/15

you-all [1] 181/3
262/22

Young [4] 165/20
173/16 178/5 178/6

your [300]

yourself [2] 195/3
195/13

**Z**

zone [1] 242/24

Zyprexa [2] 14/21
15/20