# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Reddy Vijay Annappareddy,  *
      **Plaintiff**
                                *

    v.                                      Case No.  1:18-cv-03012-JFA
                                *

Maura Lating, *et al*.,
      **Defendants**        ******

## ORDER OF JUDGMENT

For the reasons set forth in the accompany Findings of Fact and Conclusions of Law, it is this 3rd day of August 2023,

**ORDERED**,

1. All claims made by Plaintiff against Defendant, the United States ("the Government"), are dismissed with prejudice.

2. Judgment is entered in favor of the Government against Plaintiff.

3. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

August 3, 2023                                                Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge