IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| REDDY VIJAY ANNAPPAREDDY,<br><br>     Plaintiff,<br><br>v.<br><br>MAURA LATING, *et. al.*,<br><br>     Defendants | Case No. 1:18-cv-03012-JFA |

### PLAINTIFF REDDY VIJAY ANNAPPAREDDY'S NOTICE OF CLAIMS AGAINST DEFENDANT PAMELA T. ARNOLD THAT ARE WITHDRAWN AND THOSE LEFT TO BE SUBMITTED TO A JURY

Pursuant to the Court's request (ECF No. 394, Scheduling Order at 2 ¶ 2), Plaintiff Reddy Vijay Annappareddy respectfully gives notice that he hereby formally withdraws three of the eight remaining claims against Defendant Pamela T. Arnold in the Amended Complaint (ECF No. 46): the claim in Count 16 for civil conspiracy under Maryland law and the claims in Counts 17 and 18 based on Articles 24 and 26 of the Maryland Constitution's Declaration of Rights, respectively.

Five claims against Defendant Arnold in the Amended Complaint are left to be submitted to a jury – *viz.*, the four claims under 42 U.S.C. § 1983 in Counts 2, 4, 6, and 8 and the claim for intentional infliction of emotional distress under Maryland law in Count 15.

1

September 29, 2023                                  Respectfully submitted,

 

                                                                    /s/ Joshua D. Greenberg
Kobie A. Flowers (Bar No. 16511)                    Joshua D. Greenberg (Bar No. 18168)
Brown Goldstein & Levy, LLP                         Leesa S. Goodwin (*pro hac vice*)
120 East Baltimore Street, Suite 2500               The Josh Greenberg Law Firm PLLC
Baltimore, MD  21201                                1717 K Street, NW, Suite 900
(410) 962-1030                                      Washington, DC  20006
kflowers@browngold.com                              (202) 422-0809
                                                    josh@joshgreenberglawfirm.com
                                                    leesa@joshgreenberglawfirm.com

*Attorneys for Plaintiff Reddy Vijay Annappareddy*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2023, a true and accurate copy of the foregoing document and any attachments thereto was served via email on all counsel of record.

                                                    /s/ Joshua D. Greenberg
                                                    Joshua D. Greenberg