IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| REDDY VIJAY ANNAPPAREDDY,<br><br>  Plaintiff,<br><br>v.<br><br>PAMELA ARNOLD, *et. al.*,<br><br>  Defendants | Case No. 1:18-cv-03012-JFA |

## MOTION TO SEAL *CONSENT* MOTION TO POSTPONE JURY TRIAL AND PRETRIAL DEADLINES

Plaintiff Reddy Vijay Annappareddy respectfully moves this Court to seal his consent motion to postpone jury trial and pretrial deadlines. The consent motion, which is also being filed this morning, includes HIPAA-protected information about his wife's medical situation that necessitates the postponement. The Court should therefore enter the proposed order accompanying this motion.

February 7, 2024

Respectfully Submitted,

Kobie A. Flowers (Bar No. 16511)
Brown Goldstein & Levy, LLP
120 East Baltimore Street
Suite 2500
Baltimore, MD 21201
(410) 962-1030
kflowers@browngold.com

/s/ Joshua D. Greenberg
Joshua D. Greenberg (Bar No. 18168)
Leesa S. Goodwin (*pro hac vice*)
The Josh Greenberg Law Firm PLLC
1717 K Street, NW, Suite 900
Washington, DC  20006
(202) 422-0809
josh@joshgreenberglawfirm.com
leesa@joshgreenberglawfirm.com

*Attorneys for Plaintiff Reddy Vijay Annappareddy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2024, a true and accurate copy of the foregoing document and any attachments thereto was filed via the Court's CM/ECF system and was thereby served via email on all counsel of record.

/s/ Joshua D. Greenberg
Joshua D. Greenberg
